IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
           Plaintiff,

vs.                              No.  19-CR-20052-JAR/JPO

FENG TAO, a/k/a Franklin Tao,
           Defendant.

## MOTION TO UNSEAL INDICTMENT

The United States of America, by and through Stephen R. McAllister, United States Attorney for the District of Kansas, and Anthony W. Mattivi, Assistant United States Attorney, and hereby moves the court for an order to unseal the Indictment in the above-captioned matter.

Wherefore, it is respectfully requested that the Indictment herein be unsealed.

Dated this  21st  day of  August , 2019.

                                      Respectfully submitted,

                                      STEPHEN R. McALLISTER
                                      United States Attorney

                                      /s/ Anthony W. Mattivi
                                      Anthony W. Mattivi, #17082
                                      Assistant United States Attorney
                                      444 SE Quincy, Room 290
                                      Topeka, KS    66683
                                      (785) 295-2850