IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
        Plaintiff,

vs.                    No.   19-CR-20052-JAR/JPO

FENG TAO, a/k/a Franklin Tao
        Defendant.

## ORDER TO UNSEAL INDICTMENT

Now on this __21st__ day of __August__, 2019, comes the above-referenced matter upon the motion of the United States to unseal the Indictment herein. The court, being duly advised in the matter, finds that said motion should be granted.

It is hereby ordered that the Indictment in the above-captioned matter be unsealed.

IT IS SO ORDERED.

                                        s/ James P. O'Hara
                                        UNITED STATES MAGISTRATE JUDGE