AO 442 (Rev. 08/07) Warrant for Arrest

FILED
AUG 23 2019
TIMOTHY M. O'BRIEN CLERK
By _____ CA _____ Deputy

# UNITED STATES DISTRICT COURT
### District of Kansas

**SEALED**

UNITED STATES OF AMERICA

V.

FENG TAO, a/k/a/ Franklin Tao

29743-031

To: The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST

Case Number: 19-20052-JAR/JPO

RECEIVED
UNITED STATES MARSHAL
8/21/19 1340
DISTRICT OF KANSAS
(KANSAS CITY OFFICE)

YOU ARE HEREBY COMMANDED to arrest __FENG TAO, a/k/a Franklin Tao__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

~~SEALED~~

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court

☐ Pretrial Release Violation Petition   ☐ Probation Violation Petition   ☐ Supervised Release Violation   ☐ Violation Notice

charging him or her with (brief description of offense)

Count 1--------Wire Fraud--------18 USC 1343
Counts 2 thru 4----------Program Fraud--------18 USC 666(a)(1)(A)

☒ in violation of Title __18__ United States Code, Section(s) __1343 and 18 USC 666(a)(1)(A)__

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

TIMOTHY M. O'BRIEN
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Clerk of Court
Title of Issuing Officer

August 21, 2019   at Topeka, Kansas
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

4572 Cedar Ridge Court
Lawrence, KS 66047

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8/21/2019 | Aaron Volk, Special Agent | [signature] |
| DATE OF ARREST 8/21/2019 | | |