AO 100 (Rev. 06/09) Agreement to Forfeit Real Property to Obtain a Defendant's Release

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 19-20052-01 |
| FENG TAO | ) |
| *Defendant* | ) |

## AGREEMENT TO FORFEIT REAL PROPERTY TO OBTAIN A DEFENDANT'S RELEASE

To obtain the defendant's release, we jointly and severally agree to forfeit the following property to the United States of America if this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court considering this matter, or fails to comply with any conditions of release set by the court *(describe property and any claim, lien, mortgage, or other encumbrance on it)*:

*4512 Cedar Ridge Ct*
*Lawrence, Kansas 66049*

*Ownership.* We declare under penalty of perjury that we are this property's sole owners and that it is not subject to any claim, lien, mortgage, or other encumbrance except as disclosed above. We promise not to sell, mortgage, or otherwise encumber the property, or do anything to reduce its value while this agreement is in effect. We deposit with the court the following ownership documents, including any encumbrance documents *(list all documents and submit as attachments)*:

*General Warranty Deed*
*Document and Policy Transmittal*

*Surety Information.* We understand that the court and the United States of America will rely on the surety information in approving this agreement.

*Conditions of Release.* We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.

*Continuing Agreement.* Unless the court orders otherwise, this agreement remains in effect during any appeal or other review until the defendant has satisfied all court notices, orders, and conditions.

*Exoneration of Sureties.* This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

*Forfeiture.* If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

AO 100 (Rev. 06/09) Agreement to Forfeit Real Property to Obtain a Defendant's Release

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

Date: 08-27-2019

_____
Defendant (if a property owner)

City and state: Lawrence, KS

Feng Tao
Property owner's printed name

_____
Property owner's signature

Hong Peng
Property owner's printed name

_____
Property owner's signature

_____
Property owner's printed name

_____
Property owner's signature

Sworn and signed before me.

CLERK OF COURT

Date: 8-27-19

_____
Signature of Clerk or Deputy Clerk

Agreement accepted.

UNITED STATES OF AMERICA

Date: 8/27/19

_____
Assistant United States Attorney's signature

Agreement approved.

Date: 8/27/19

_____
Judge's signature



Entered In Transfer Record
in my office on 6/7/2019,
County Clerk

Douglas County Register of Deeds
BK: 1168 PG: 3915 - 3915
Receipt #:520756 Rec Fees: $21.00
Pages Recorded: 1 Record Date: 6/7/2019 9:58 AM
Cashier Initials: wt Authorized By Kay Pesnell

Please return to:
Feng Tao and Hong Peng

Kansas Secured Title

**GENERAL WARRANTY DEED**
Joint Tenancy
(Statutory)

3131139

Jon D. Hofer and Paige D. Hofer, both single people,

convey and warrant to

Feng Tao and Hong Peng,

as joint tenants with the right of survivorship and not as tenants in common,

all the following REAL ESTATE in the County of DOUGLAS, and the State of Kansas, to-wit:

Lot 22, Block 6, In An Amended Plat of Quail Run No. 2, an Addition to the City of Lawrence, Douglas County, Kansas.

for the sum of one dollar and other good and valuable consideration.

EXCEPT AND SUBJECT TO: Easements, restrictions and assessments of record, and all the taxes and assessments that may be levied, imposed or become payable hereafter.

Dated this 24th day of May, 2019.

_____      _____
Jon D. Hofer                 Paige D. Hofer

State of Kansas, County of DOUGLAS §

The foregoing instrument executed was acknowledged before me this 24th day of May, 2019, by Jon D. Hofer and Paige D. Hofer, both single people.

ELIZABETH WININGER Notary Public
My appointment expires: 9-19-20

ELIZABETH WININGER
Notary Public - State of Kansas
My Appt. Expires

# DOCUMENT AND POLICY TRANSMITTAL

| Customer Ref. No. | Loan No. | KST File No. |
|---|---|---|
| | | 3131139 |

Date: 06/07/2019

**To:**
Feng Tao
Hong Peng
4512 Cedar Ridge Ct
Lawrence, Ks 66049

**From:**
Kansas Secured Title, Inc. - Lawrence
1410 Kasold Drive, Suite A-18
Lawrence, KS  66049-3428
785-843-2830

RE: 4512 Cedar Ridge Ct
Lawrence, KS  66049
Quail Run No. 2 (Amended),  Block 6, Lot 22, DOUGLAS County, KS

Via:   ☐ Hand Delivery   ☒ U.S. Mail   ☐ Electronic Delivery   ☐ Fed Ex   ☐ UPS

The following documents are returned herewith:

- ☐ Owner's Policy
- ☐ Loan Policy
- ☐ Endorsement
- ☐ Mortgage
- ☐ Rent Assignment
- ☒ Deed
- ☐ Release of Mortgage
- ☐ Power of Attorney
- ☐ Affidavit
- ☐ UCC
- ☐ UCC Termination
- ☐ Assignment of Mortgage
- ☐ Death Certificate
- ☐ Invoice
- ☐ Other:

*Please keep these documents in a safe place!*

*Thank you! We  appreciate your business!*