```
 1              UNITED STATES DISTRICT COURT
                    DISTRICT OF KANSAS
 2

 3  UNITED STATES OF AMERICA,

 4     Plaintiff,

 5     v.                                Case No. 19-20052

 6  FENG TAO, a/k/a "Franklin
    Tao,"
 7                                       Kansas City, Kansas
       Defendant.                        Date:  8/27/2019
 8

 9  ............................

10      TRANSCRIPT OF ARRAIGNMENT AND MOTION FOR DETENTION
              BEFORE THE HONORABLE JAMES P. O'HARA
11           UNITED STATES CHIEF MAGISTRATE JUDGE

12   APPEARANCES:

13   For the              Mr. Anthony W. Mattivi
     Plaintiff:           OFFICE OF THE UNITED STATES
14                        ATTORNEY
                          444 Southeast Quincy
15                        Suite 290
                          Topeka, Kansas 66683
16

17   For the              Mr. Thomas W. Bartee
     Defendant:           OFFICE OF THE FEDERAL PUBLIC
18                        DEFENDER
                          500 State Avenue
19                        Suite 201
                          Kansas City, Kansas 66101
20
     Interpreter:         Ms. Christine Lau
21

22

23

24
    _____
25   Proceedings recorded by machine shorthand, transcript
          produced by computer-aided transcription.
```

1    THE COURT:  At this time the Court calls the
2    criminal case styled United States versus Feng Tao, Case
3    No. 19-20052.
4        May I have the appearances of counsel, please.
5        MR. MATTIVI:  Good afternoon, Your Honor.
6    Tony Mattivi for the government.
7        MR. BARTEE:  May it please the Court,
8    Dr. Tao appears in person.  Also appearing, Tom Bartee.
9        THE COURT:  Dr. Tao, please stand to be
10   affirmed.
11       (Defendant duly sworn.)
12       COURTROOM DEPUTY:  Thank you.  You may be
13   seated.
14       THE COURT:  The record should reflect that
15   our interpreter has previously been sworn.
16       The record also should reflect we're here today
17   to conduct the arraignment on the indictment and also to
18   address the government's previous motion for detention.
19       Mr. Bartee, is your client prepared to proceed
20   with arraignment and waive formal reading of the four
21   charges in the indictment?
22       MR. BARTEE:  Yes, Your Honor.  Dr. Tao is
23   well aware of the nature of the allegations in the
24   indictment and would waive formal reading and ask that
25   the Court enter a not guilty plea.

1  I would also state that he does contest the
2  forfeiture allegation set forth in the indictment.
3  THE COURT: Very well. The minute sheet
4  should so reflect. The not guilty pleas are accepted,
5  and the forfeiture allegation is disputed.
6  Counsel, as it relates to scheduling, the
7  pretrial and criminal case management order, among other
8  things, will call for a follow-up status conference with
9  the presiding district judge, Julie Robinson. That will
10 be on September 30th at 9:00 a.m., Courtroom 476 of this
11 courthouse.
12 Mr. Mattivi, now, with the receipt of the
13 pretrial services report, what is the government's
14 current position on setting conditions of release for
15 this defendant?
16 MR. MATTIVI: Your Honor, the conditions
17 suggested by the probation office didn't by themselves
18 address all the government's concerns, but Mr. Bartee
19 and I have negotiated a set of conditions. They're
20 agreeable to both parties, and as a result of that,
21 provided the defendant follows through and agrees to
22 those conditions at this hearing today, the government
23 is willing to withdraw its request for detention.
24 In addition to the conditions recommended by the
25 probation department, when you're ready, Your Honor, I

```
 1  can set forth for you the additional conditions
 2  negotiated by the parties.
 3              THE COURT:  Fire away.
 4              MR. MATTIVI:  In addition to surrendering
 5  any passport to the Clerk of the District Court and
 6  obtaining no new passport or international travel
 7  document, the defendant's family -- his immediate
 8  family, his wife and his children, agree to that as
 9  well, and in fact, Mr. Bartee has brought those
10  passports for the defendant and his children today, and
11  he's brought a naturalization certificate that belongs
12  to the defendant's wife.  My understanding is she
13  doesn't have a passport.
14              THE COURT:  Okay.
15              MR. MATTIVI:  The defendant also agrees to
16  electronic monitoring, and he agrees to post his home as
17  a financial security against the charge.
18              THE COURT:  Are those all agreed to,
19  Mr. Bartee?
20              MR. BARTEE:  Yes, they are, Your Honor.
21  That's correct.
22              THE COURT:  One moment, please.
23         The home that we're talking about, is that at
24  4512 Cedar Ridge Court in Lawrence, correct?
25              MR. MATTIVI:  Yes, Your Honor.
```

1    THE COURT: The report indicates that the
2 defendant and his wife believe that they own that home
3 free and clear, correct?
4    MR. BARTEE: I believe that's correct, Your
5 Honor.
6    THE COURT: Mr. Mattivi, do you agree?
7    MR. MATTIVI: I do, Your Honor.
8    THE COURT: The bottom of page 2, however,
9 of the bond report indicates that online records
10 indicate that that home is actually owned by Paige and
11 John Hofer [ph].
12    Has anyone ever done a title search to find out
13 who actually owns it?
14    MR. MATTIVI: We didn't do a title search,
15 Your Honor. I have independent information indicating
16 the Hofers sold the house to the defendant and his wife.
17    MR. BARTEE: And, Your Honor, we do have
18 what appears to be a general warranty deed conveying the
19 house to Dr. Tao and his wife.
20    THE COURT: Can I see that, Mr. Bartee?
21    MR. BARTEE: Yes, Your Honor.
22    THE COURT: The record should reflect that
23 Mr. Bartee has handed me two documents. One appears to
24 be a photocopy of the deed, the other the original. The
25 photocopy does appear to bear the recording stamp for

1  the Douglas County Register of Deeds indicating it was
2  recorded on June 7, 2019.
3          Actually, Mr. Bartee, you've given me a third
4  document, which is simply a transmittal form.
5          Have the parties had any discussions concerning
6  the documentation by which the home would be posted as
7  security?
8              MR. MATTIVI:  We have not, Your Honor.
9              THE COURT:  Why don't you, if you would,
10 please, take a look at it.  My ever-diligent courtroom
11 deputy has downloaded a form from the Administrative
12 Office of the U.S. Courts.  This is AO Form 100, which
13 is an agreement to forfeit real property to obtain a
14 defendant's release.
15         If counsel could take a look at that and let me
16 know whether that is acceptable, I would appreciate it.
17             (Off-the-record among counsel.)
18             THE COURT:  Mr. Bartee.
19             MR. BARTEE:  I believe that AO Form 100
20 works for us.
21             THE COURT:  Mr. Mattivi.
22             MR. MATTIVI:  No objection from the
23 government, Your Honor.
24             THE COURT: Very well.  If you would keep
25 that for a moment, Mr. Bartee.

1          One correction in terms of scheduling, this is
2    not a big deal, but the follow-up status conference as
3    opposed to September 30th will be October 7th at 9:00
4    with Judge Robinson.
5          Dr. Tao, in just a moment I'm going to have the
6    courtroom deputy, Ms. Spegal, hand to you a three-page
7    order that sets out the conditions of your release.
8          I want to explain how this works, and I'm going
9    to ask that you sign this document at the same time you
10   sign the agreement posting your home as security.
11         I would note for the benefit of counsel that the
12   credit for producing that document goes not to my
13   courtroom deputy, but rather to pretrial officer Amanda
14   Hudson.
15         In any event, Dr. Tao, under the order you're
16   going to get in a moment, the conditions that are
17   required of virtually all defendants in federal criminal
18   cases in this country are set out on page 1.  I've also
19   marked up on page 1 that you'll be posting your home as
20   security for your future appearances in the case.
21         The special conditions that have been recommended
22   by the pretrial services office and agreed to by your
23   lawyer and the prosecutor and is amended, as to release
24   to electronic monitoring, passports, and the like are
25   set out on the second page of this order.

1      The third page of the order contains the
2  penalties that would apply, in the hopefully unlikely
3  event that you violate any of the conditions of release
4  I'm setting today.
5      At the initial appearance in this case I visited
6  with you about the very serious penalties in terms of
7  imprisonment that you could suffer if you're convicted
8  in this case.
9      Very highly summarized, this third page stands
10 for the proposition that if you're convicted and if you
11 violate these conditions, those penalties would be
12 increased substantially.
13     So I want you to read through this document
14 carefully.  If you don't understand any of the words in
15 it, I want to make sure that you take the opportunity to
16 ask questions of either Mr. Bartee or myself or have our
17 interpreter translate those portions of the document to
18 you.
19     So, Mr. Bartee, if you'd have this signed and
20 then hand it back up with the agreement concerning the
21 residence, I'd appreciate it.
22          MR. BARTEE:  Yes, Your Honor.
23     May I approach, Your Honor?
24          THE COURT:  Please.
25     Mr. Bartee, you also have the agreement on the

1  house?
2              MR. BARTEE:  Yes, Your Honor.  I'll have the
3  parties execute that right now.
4              THE COURT:  Please.
5       While the government is presumably able to
6  protect its own interest, I would respectfully suggest
7  that this agreement on the home be recorded in Lawrence
8  with the register of deeds so that, should there be a
9  need to enforce it, notice has been provided.
10             MR. MATTIVI:  Thank you, Your Honor.
11             MR. BARTEE:  Your Honor, I've already messed
12 up the form.  I'd like to know if I could get a second
13 page printed.
14             THE COURT:  You'd have to talk to a higher
15 authority.
16      Dr. Tao, as the courtroom deputy is retrieving
17 that document, I simply want to make sure we have a
18 clear understanding about how these conditions of
19 release will be administered.
20             COURTROOM DEPUTY:  You just need the second
21 page, Tom?
22             MR. BARTEE:  Yes.
23             THE COURT:  The conditions will be closely
24 monitored by our pretrial services office, and I suspect
25 you've already figured out that you've captured the full

1  and undivided attention of the United States Government,
2  so you'll probably be closely supervised by people
3  outside of this court as well.
4          In any event, if a violation of these conditions
5  of release is reported to me, you can expect that we'll
6  be back here in a matter of hours or a couple of days as
7  opposed to weeks or months, and if that were to occur
8  and if a violation is established, the likely result is
9  you go back into custody between that point and trial.
10         So if you have questions between now and the end
11 of this case as to what you're permitted to do or not
12 permitted to do, you have to call both your supervising
13 lawyer and your pretrial officer -- excuse me.  You
14 should call both your lawyer and your pretrial
15 supervising officer.
16         Do you understand that, sir?
17              THE DEFENDANT:  Yes.
18              MR. BARTEE:  May I approach, Your Honor?
19              THE COURT:  Please.
20         Sarah, sign this and have Mr. Mattivi sign this
21 as well, and then I'll sign it.
22              MR. MATTIVI:  May I?
23              THE COURT:  Please.
24         Mr. Bartee, I'm going to hand back to you the
25 original of the general warranty deed, but if you'll

1  give me the copy that shows the recorder's stamp,
2  please.
3              MR. BARTEE:  Yes.
4              THE COURT:  I'm going to attach to the
5  agreement to forfeit real property only the file-stamped
6  copy of the warranty deed as opposed to the document and
7  policy transmittal from the title company.
8              Dr. Tao, the order setting conditions of release
9  will be filed in just a moment.  I'm going to have the
10 courtroom deputy make a copy for you to take with you.
11 Once you complete any processing that may be required of
12 you by the marshal service, you will be released under
13 this order.  A copy of that order will also
14 electronically be provided to your lawyer.
15             Again, if you have questions about what you're
16 allowed to do in this case, make sure you get advanced
17 clearance as opposed to simply assuming you should be
18 able to do something.
19             Sir, do you have any questions about what's
20 expected of you at this point?
21             THE DEFENDANT:  I'll be getting a copy of
22 the -- I'm going to get to release those things --
23             COURT REPORTER:  I'm sorry.  Will you repeat
24 that, sir?
25             THE DEFENDANT:  Okay.  So I'm going to get a

```
 1  list of the things I can do, right?
 2              THE COURT:  I cannot understand what you're
 3  saying.
 4              MR. BARTEE:  I believe he's ensuring that
 5  he'll receive a list of the conditions of the things he
 6  can and cannot do.
 7              THE DEFENDANT:  Yeah, right.
 8              THE COURT:  The answer to your question is,
 9  yes, you'll get the complete document to take with you.
10              THE DEFENDANT:  Okay.  That's my question.
11  Thanks.
12              THE COURT:  Mr. Mattivi, anything else on
13  behalf of the government today?
14              MR. MATTIVI:  Just to point out, Your Honor,
15  that despite where the form came from and how it came to
16  the Court's attention, I think I speak for Mr. Bartee
17  when I say that we still think Ms. Spegal is
18  exceptionally diligent.
19              THE COURT:  So noted.
20              MR. MATTIVI:  That's all from the
21  government, Your Honor.  Thank you.
22              THE COURT:  Can you beat that, Mr. Bartee?
23              MR. BARTEE:  I'm not going to try, Your
24  Honor.
25              THE COURT:  Thank you, gentlemen.  We're
```

1　adjourned.  Have a good day.
2　　　　　(The proceedings were adjourned to October
3　8, 2019, at 9:00 a.m.)
4
5　　　　　　　　　C E R T I F I C A T E
6　　I, Danielle R. Murray, a Certified Court Reporter and
7　the regularly appointed, qualified, and acting official
8　reporter of the United States District Court for the
9　District of Kansas, do hereby certify that the foregoing
10　is a true and correct transcript from the
11　stenographically reported proceedings in the
12　above-entitled matter.
13　　SIGNED September 10, 2019
14
15　　　　　　　　/s/Danielle R. Murray
　　　　　　　　　DANIELLE R. MURRAY, RMR, CRR
16　　　　　　　　United States Court Reporter