# UNITED STATES DISTRICT COURT
## District of Kansas
(Topeka Docket)

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

       v.    **CASE NO. 19-20052-JAR/JPO**

**FENG TAO,**
a/k/a "Franklin Tao,"
       **Defendant.**

## Entry of Appearance

Nathan M. F. Charles, Trial Attorney, U.S. Department of Justice, National Security Division, hereby enters his appearance as attorney for the United States. Copies of all pleadings and correspondence should be served on Nathan M. F. Charles at the office shown below.

       Respectfully submitted,

       s/ Nathan M. F. Charles
       Nathan M. F. Charles, Trial Attorney
       Pennsylvania Bar #315497
       950 Pennsylvania Avenue NW, Suite 7700
       Washington, DC 20530
       nathan.charles@usdoj.gov

## **CERTIFICATE OF SERVICE**

 I hereby certify that on October 9, 2019, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

           s/Nathan M. F. Charles
           Nathan M. F. Charles, Trial Attorney
           Pennsylvania Bar #315497
           950 Pennsylvania Avenue NW, Suite 7700
           Washington, DC 20530
           nathan.charles@usdoj.gov