# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**FENG TAO,**<br><br>　　　　**Defendant.** | Case No. 2:19-CR-20052-JAR-1 |

## ORDER

　　This matter is before the Court on Defendant's Motion to Dismiss Indictment (Doc. 30) and the Government's Sealed Motion (Doc. 35) relating to Defendant's Motion to Dismiss.  On January 15, 2020, a three-count Superseding Indictment was returned against Defendant. Accordingly, Defendant's Motion to Dismiss Indictment is **denied without prejudice** to refiling with respect to the Superseding Indictment; the Government's Sealed Motion relating to Defendant's Motion to dismiss is **denied as moot**.  Both motions shall remain under seal pending further order of the Court.

　　**IT IS SO ORDERED**.

　　Dated: January 21, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　S/ Julie A. Robinson
　　　　　　　　　　　　　　　　　　　　　　　　　　JULIE A. ROBINSON
　　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE