# EXHIBIT A



Date: Tuesday, January 9, 2018 9:45:26 AM                          Print     Close

View: SF: Institutional Responsibilities

# Annual for Feng Tao : Institutional Responsibilities

The following questions apply to all activities you perform in the scope of your work for the University.  This profile of your University responsibilities helps in determining whether your disclosed financial interests or time commitments (if applicable) could potentially conflict with your university responsibilities.  The information you provide will be saved and can be updated whenever you file a report through this system.

1. * **EDUCATION: Do your university responsibilities include teaching, instruction, or education of students?**
   ● Yes   ○ No

2. * **RESEARCH: Are you responsible for the design, conduct, or reporting of externally sponsored research?**
   ● Yes   ○ No

3. * **EXECUTIVE LEADERSHIP: Do you hold a position of executive leadership at this University or an affiliated entity? (Executive leadership refers to any position with decision-making responsibility for a unit such as a department, school, center or affiliated entity.)**
   ○ Yes   ● No

   If Yes, please give a brief description:

4. * **SUPERVISION OF EMPLOYEES: Are you responsible for supervising or evaluating KU employees (student, university support staff, classified, unclassified or faculty)?**
   ● Yes   ○ No

   If Yes, please give a brief description:
   I supervised students/postdoc/visiting scholars.

5. * **COMMITTEES:  Are you a member of a University committee or body that makes decisions that could affect University resources, staff, students or activities? (e.g. University governance, institutional review boards, promotion and tenure, etc.)**
   ○ Yes   ● No

   If Yes, Which:

6. **\* AGREEMENTS: Do your responsibilities include participating in the negotiation or approval of agreements for goods or services on behalf of the University?**

    ○ Yes  ● **No**

    If Yes, please give a brief description:

7. **\* MEDICAL ORDERS (primarily for KUMC respondents): Do you write medical orders and/or prescribe items or services for patients who visit or participate in activities sponsored by this institution, including hospital, clinics, and leased office space?**

    ○ Yes  ● **No**

View: SF: Which Policy Applies?

# Annual for Feng Tao : Which FCOI policy applies (KU or KUMC)?

1. **\* Is your primary affiliation with KU-Lawrence (Lawrence and Edwards campuses) or with KUMC campuses (Kansas City, Wichita and Salina campuses)?**
   KU-Lawrence campuses

2. **\* Do you intend in the next 12 months to engage in clinical research or in research to be conducted at or in collaboration with the KUMC campuses?**
   ○ Yes  ● No

# Annual for Feng Tao : What to Disclose (KU Lawrence)

**INSTRUCTIONS**

1. After reading the disclosure requirements below, click "Continue>>" to advance to the Disclosure page.
2. On the Disclosure page you will be asked to create or update a disclosure for each entity (if any) with which you have a time commitment or significant financial interest that meets the Disclosure Criteria below.  Depending on the type of relationship(s) that you have with the entity, you will be asked for additional details in subsequent screens.
3. Use the "<<Back" button to navigate back to this page for reference.
4. If you have nothing to disclose and/or no changes to make to existing disclosures, simply click "Continue>>" on the next page.

**DISCLOSURE CRITERIA**

**Definitions:**

1. _Equity or other legal interest_ means stock, stock options or other ownership interest in any corporation, partnership, limited liability company, proprietorship, trust, joint venture, or other business interest, including land used for income, owned within the preceding 12 months, or in the process of acquisition;
2. _Remuneration_ means salary and any payment for services not otherwise identified as salary such as consulting fees, honoraria, paid authorship, etc., or other payments for services;
3. _Intellectual Property_ means patents, copyrights or trade secrets;
4. _Sponsored travel_ in this context means travel which is paid on behalf of the individual and not reimbursed to the individual so that the exact monetary value may not be readily available.

**1. Disclosure Criteria for Significant Financial Interests (SFI)**

Disclose financial interests held by you or family members, including your spouse, dependent children and/or other member of your personal household, in any entity that a) reasonably appears to be related to your University responsibilities, and b) meets one or more of the following criteria:

A.  A financial interest worth $5,000 or more in any entity, where the value is the aggregate of:
     i.  any remuneration received from the entity in the twelve months preceding the disclosure plus
     ii. any equity or other legal interest in the entity as of the date of disclosure or,
         if not owned on the date of disclosure, as of the date of liquidation.
B.  Any equity or other legal interest in a non-publicly traded entity, regardless of whether the value can be determined through reference to public prices or other reasonable measures of fair market value,
     i.  as of the date of disclosure or,
     ii. if not owned on the date of disclosure, as of the date of liquidation.
C.  Intellectual property rights and interests (patents, copyrights) upon receipt of income related to such rights and interests.
D.  Any sponsored or reimbursed travel in the past 12 months from any external entity that is reasonably related to your University responsibilities (Disclose travel for yourself only; does not apply to family members.)

*It is not necessary to report travel that is reimbursed or sponsored by:*
     i.   A federal, state, or local government agency;
     ii.  An Institution of higher education as defined at 20 U.S.C. 1001(a);
     iii. An academic teaching hospital, a medical center, or a research institute that is affiliated with an Institution of higher education.

*It is not necessary to disclose* **salary, royalties, or other remuneration from the University,** including funds and holdings acquired through the Regents retirement programs.

**2.  Disclosure Criteria for Time Commitments in External Professional Activities**

Disclose any entity with which you engage in personal professional activities that take time away from your University responsibilities, whether or not you receive compensation, except for Single Occasion Activities as described below.

*External time commitment reporting does not*
     i.   extend to family members of employees required to file.
     ii.  apply to investigators who are not employees of the University.

The Board of Regents and University policy indicate that external activities of faculty and staff, such as consulting, outside employment, public service, pro bono work, or serving as an officer of an external entity, even without compensation, can result in real or apparent conflicts regarding commitment of time or effort.

The policy states that faculty members and unclassified staff of Regents institutions owe their primary professional responsibility to their employing institutions, and their primary commitment of time and intellectual effort should be to the education, service, research and scholarship missions of said institutions. Faculty and unclassified staff should maintain a presence on campus commensurate with their appointments.

The consulting approval process is separate from disclosure of time commitments through this reporting system. Campus procedures for obtaining administrative approval for consulting and outside employment through the department and Office of the Provost should be followed prior to engaging in professional external activities, except for Single Occasion Activities. Single Occasion Activities are those activities that occur within a single 24-hour period, that are clearly of a scholarly, professional, or technical nature, rather than commercial, and in which compensation is not the primary consideration.  A single occasion might be, for example, a single visit, telephone conversation, manuscript for review, or written response to a request for assistance.

**Click "Continue>>" to advance to the Disclosures page.**

View: SF: Disclosure Details

# Annual for Feng Tao : Disclosure Details

**INSTRUCTIONS:**

**1. Make a new or update an existing disclosure**
Use the buttons below to create a new or modify an existing disclosure record for each external entity with which you have a Time Commitment and/or a Significant Financial Interest as defined in the Disclosure Criteria.

Use the "<<Back" button to return to the Disclosure Criteria for reference.

**2. When you are finished adding new or updating existing disclosures, OR if you have nothing to disclose,**
Click "Continue>>" to advance to the Assurance and Certification page.

**Disclosure reminders:**

- Disclose equity interests, remuneration or intellectual property interests for yourself and family members as previously defined.
- Disclose reimbursed or sponsored travel for yourself only.
- Disclose time commitments for yourself only. (Applies to faculty and unclassified staff)



**Disclosures Under Review (Disclosures under review may not be available for editing):**

| View/Edit | Organization | Is Public Company | Relationships | Disclosure Types | Total Value | Is Significant? | Last Updated | Remove |
|---|---|---|---|---|---|---|---|---|

There are no items to display

**Previously Reviewed Disclosures (Click 'Modify' ( ) or 'Remove' ( ) to enable editing):**

| Modify | View | Organization | Is Public Company | Relationships | Disclosure Types | Total Value | Is Significant? | Last Updated | Remove |
|---|---|---|---|---|---|---|---|---|---|

There are no items to display

# Annual for Feng Tao : Additional Information

Additional information can be entered here about your disclosures.

1. **\* Your primary supervisor, copied from your profile, is listed here. If this is incorrect, please indicate your current primary supervisor.** *If you are an affiliate (e.g., Univ. of Kansas Hospital, UKP, KCCC, MCA, other institution or entity) please select the Principal Investigator of your project as supervisor.*

   Laurence Weatherley

2. **Please indicate any additional supervisors that must review your disclosures:**

   | First Name | Last Name | Department/Division |
   |---|---|---|
   
   There are no items to display

3. **Please provide any additional details regarding your disclosures:**

4. **Please upload any related documents:**

   | Name | Description |
   |---|---|
   
   There are no items to display

# Annual for Feng Tao : Assurance and Certification

**INSTRUCTIONS:**

**To Submit Now:** If your disclosures below are complete and accurate and you are ready to submit your Certification,

- read the Certification Statement below,
- click "Submit" to complete your Certification and confirm that you understand and agree with the Certification Statement.

**To Save and Submit Later:** If your disclosures are not ready to submit (for instance, if you would like to add details or attachments you do not have at hand) you can save this Draft Certification and return at a later time to edit your disclosures and submit the Certification.

- In this case, click "Save" and "Exit".

## Disclosures Under Review:

| Organization | State | Disclosure Type(s) | Total Value |
|---|---|---|---|

There are no items to display

## Previously Submitted Disclosures:

| Organization | State | Disclosure Type(s) | Total Value |
|---|---|---|---|

There are no items to display

# Certification Statement

I, Feng Tao, declare that this report of significant financial interests and time commitments has been examined by me and to the best of my knowledge and belief is a true, correct, and complete statement.

- I have read and complied with the Kansas Board of Regents and University of Kansas policies on commitment of time, conflict of interest, consulting and other employment.
- I understand that any external personal professional activities in which I engage that take time away from my University responsibilities must:
  - Contribute to my professional development as a faculty member and/or enable me to serve the community, state, or nation in a professional capacity;
  - Be consistent with the objectives of the University of Kansas;
  - Not interfere with meeting my faculty responsibilities in teaching, research, and service; and
  - Not use the name of the University of Kansas, its facilities, equipment, staff, or students.
- Regarding consulting and outside employment, I agree to secure approval, following the procedures specified on my campus, prior to engaging in thse external activities.
- I understand that Regents policy states that failure to file this statement as required or intentionally filing a false statement may result in disciplinary action.
- I will report any changes to this statement as soon as they become known to me and no later than 30 days after acquiring a new significant financial interest (e.g. through marriage, inheritance or purchase).

By clicking "Submit", you confirm that you understand and agree with the Certification Statement