# EXHIBIT C

IN THE MATTER OF THE GRAND JURY OF THE

UNITED STATES OF AMERICA

SITTING IN TOPEKA, KANSAS

BE IT REMEMBERED THAT on the 21st day of August, 2019, the enclosed proceedings were held:

WITNESS:

STEVEN LAMPE

APPEARANCES

FOR THE UNITED STATES OF AMERICA:

    Mr. Anthony Mattivi

    Office of United States Attorney

    444 Southeast Quincy, Suite 290

    Topeka, Kansas  66683

COURT REPORTER:

    Lora J. Appino, CCR, RPR, RMR

    Appino & Biggs Reporting Service

    5111 Southwest 21st Street

    Topeka, Kansas  66604



Appino & Biggs Reporting Service, Inc.
Technology Specialists in Today's Complex Litigation

800 E. 1st Street  
Wichita, KS 67202  
316-201-1612

5111 SW 21st Street  
Topeka, KS 66604  
785-273-3063  
www.appinobiggs.com

6420 W. 95th Street  
Overland Park, KS 66212  
913-383-1131

6

1  Q. And it gets the FBI's attention?
2  A. Of course.
3  Q. And so the first thing you do is this
4  open source research, right? And you find out
5  that there is this scholarship program that he is
6  -- he appears to be associated with it, based on
7  what you're finding on line, correct?
8  A. Yes.
9  Q. And so you are getting more and more
10 concerned about this, the information that's in
11 this complaint, correct?
12 A. Yes.
13 Q. So what do you do next?
14 A. So the next -- I'd like to establish what
15 the Board of Regents does.
16 Q. Okay, go ahead.
17 A. So the University of Kansas is a regents
18 institution. And the Kansas Board of Regents
19 requires employees, upon employment and annually
20 thereafter, to disclose -- they sign a compliance
21 statement that's a conflict of interest statement
22 that's done online. And for him to do this, he
23 has to use his KU I.D. to do so. So he has -- it
24 has to be him. He has to sign in with his user
25 name and password to get into this online system.


Appino & Biggs Reporting Service, Inc.
Technology Specialists in Today's Complex Litigation

800 E. 1st Street
Wichita, KS 67202
316-201-1612

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Overland Park, KS 66212
913-383-1131

```
                                                                    7
 1         I'm refocusing.  According to regents'
 2   policy, conflicts of interest in Tao's case would
 3   refer to outside employment.  So it wouldn't make
 4   sense for him to have full-time employment here as
 5   well as another university at the same time.  The
 6   University views that as a conflict of interest.
 7   And the University has stated if he had full-time
 8   employment at another location and disclosed it,
 9   he would have had to choose.  You can't have both.
10   It has to be one or the other.  But Tao did not
11   disclose that.  And by not disclosing that, he
12   maintained access to U.S. government funded
13   programs because he's employed by the University
14   of Kansas; and from the University of Kansas he
15   can apply for DOE contracts and NSF contracts.
16         Q.  So KU -- if you have another job as a
17   professor somewhere, whether it's at Washburn or
18   K-State or someplace overseas, that's a conflict
19   of interest?
20         A.  That is a conflict of interest.
21         Q.  And is that something Tao would have
22   known?
23         A.  Yes.
24         Q.  How do you know that?
25         A.  Because he signed five conflict of
```



Appino & Biggs Reporting Service, Inc.
Technology Specialists in Today's Complex Litigation

800 E. 1st Street
Wichita, KS 67202
316-201-1612

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Overland Park, KS 66212
913-383-1131

8

1  interest statements over the course of his
2  employment.  The most recent was September 25th,
3  2018.
4      Q.   Okay.  So it's something he would have
5  been required to disclose and he knew that?
6      A.   Yes.
7      Q.   Okay.  And if he had disclosed it, KU
8  would not have allowed him to continue as a KU
9  professor and researcher, correct?
10     A.   I believe KU would have presented him
11 with the option of either leave and go to the
12 other university or stay and cancel your
13 employment with this -- with that university.
14     Q.   So stating on that form that he didn't
15 have a conflict of interest when in fact he did,
16 allowed him to keep working at KU and continue to
17 have access to those U.S. government funded
18 grants.  Is that correct?
19     A.   That is correct.
20     Q.   I'm sorry I interrupted you.  Keep going.
21     A.   Feel free to.  The series of complaints
22 also provided a contract, albeit unsigned, between
23 Tao and this university, the Fuzhou University.
24 The contract began -- based on this unsigned
25 contract, his contract would have began May 1st of



Appino & Biggs Reporting Service, Inc.
Technology Specialists in Today's Complex Litigation

800 E. 1st Street        5111 SW 21st Street       6420 W. 95th Street
Wichita, KS 67202        Topeka, KS 66604           Overland Park, KS 66212
316-201-1612             785-273-3063               913-383-1131
                         www.appinobiggs.com

```
                                                               18
 1    developed this conflict of interest that he later
 2    did not disclose, correct?
 3         A.   Correct.
 4         Q.   Okay.  And so that began what you
 5    described as the scheme to defraud KU and the
 6    government of that grant money, correct?
 7         A.   Correct.
 8         Q.   Okay.  And basically, the crux of the
 9    scheme is that he knowingly and intentionally
10    submitted this false statement denying a lack of a
11    conflict of interest, correct?
12         A.   Correct.
13         Q.   Okay.  And the false statement itself is
14    what we have alleged as the basis for the wire
15    fraud count, correct?
16         A.   Correct.
17         Q.   And that was him going online, logging in
18    as himself on the KU site and certifying that he
19    did not have a conflict of interest, correct?
20         A.   That is correct.
21         Q.   Fraudulently certifying, right?
22         A.   Correct.
23         Q.   This happened on September 25th of 2018,
24    correct?
25         A.   Yes.
```



Appino & Biggs Reporting Service, Inc.
Technology Specialists in Today's Complex Litigation

800 E. 1st Street
Wichita, KS 67202
316-201-1612

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street
Overland Park, KS 66212
913-383-1131