# EXHIBIT D

IN THE MATTER OF THE GRAND JURY

OF THE

UNITED STATES OF AMERICA

SITTING IN KANSAS CITY, KANSAS

BE IT REMEMBERED THAT on the 15th day of January, 2020, the enclosed proceedings were held:

WITNESS:

STEVE LAMPE

APPEARANCES

FOR THE UNITED STATES OF AMERICA:

Mr. Anthony W. Mattivi
United States Attorney's Office
444 Southeast Quincy
Topeka, Kansas 66683

COURT REPORTER:

Ksenija M. Zeltkalns, RPR, CCR
Appino & Biggs Reporting Service
5111 Southwest 21st Street
Topeka, Kansas 66604

Appino Biggs Reporting Service, Inc.
Technology Specialists in Today's Complex Litigation

800 E. 1st Street, Suite 305
Wichita, KS 67202
316-201-1612

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street, Suite 101
Overland Park, KS 66212
913-383-1131

3

yourself to the grand jurors.

A. Good morning. My name is Steven Lampe. I'm an agent with the FBI out of Kansas City.

Q. What's your assignment?

A. I work counterintelligence out of Kansas City.

Q. Okay. You're familiar with a person by the name of Feng Tao, also known as Franklin Tao, Dr. Franklin Tao, correct?

A. I am.

Q. Okay. In fact you're the lead agent on the investigation involving Doctor Tao?

A. I am.

Q. And you presented an indictment to a different grand jury in Topeka a few months ago, correct?

A. That is correct.

Q. And we're back today with a superseding indictment, correct?

A. That is correct.

Q. All right. We're going to start by talking about sort of a general overview, kind of a 30,000 foot view. Agent, would you explain how you're familiar with the information that's in paragraphs 1 through 8 of the Superseding

Appino Biggs
Reporting Service, Inc.
Technology Specialists in Today's Complex Litigation

800 E. 1st Street, Suite 305
Wichita, KS 67202
316-201-1612

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street, Suite 101
Overland Park, KS 66212
913-383-1131

16

researcher. Of course he was a teacher, and still is a teacher, up until May of 2019 as the paragraph indicates, and he conducted research under DOE grants as well as NSF grants.

Q. Now, during this time period at KU, as a Board of Regents institution, had a policy that required faculty and staff to notify the Regents or notify the university if that faculty member had a conflict of interest, correct?

A. Yes.

Q. Okay. Would you explain the policy?

A. So the conflict of interest, as you might expect from any employer, is if you have any significant financial conflict or time conflict, the university wants to know about that. However, the policy that they put out is I would say very broad and allows anything, very -- any time commitment outside of the university to be considered a conflict of interest, any salary or significant financial interest gained outside of the university as a conflict of interest, as you might expect a university to protect itself in that way.

Q. So at the time -- at all times that Doctor Tao worked at KU, as a part of the

Appino Biggs Reporting Service, Inc.
Technology Specialists in Today's Complex Litigation

800 E. 1st Street, Suite 305
Wichita, KS 67202
316-201-1612

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street, Suite 101
Overland Park, KS 66212
913-383-1131

21

2018, Doctor Tao submitted his conflict of interest certification, correct?

A. He did.

Q. Okay. In -- and this form, like we've talked about, it required him to disclose significant financial interests, salary and payments for services outside the university, sponsored travel, all of the things that we detail in paragraph 18, those were required to be disclosed in this conflict of interest form, correct?

A. Yes.

Q. Did Doctor Tao submit any sort of disclosure regarding the Changjiang scholarship or Fuzhou University?

A. He did not.

Q. Do you know whether the Changjiang professorship and Doctor Tao's appointment at KU involved him getting paid?

A. Yes. The Changjiang scholarship does involve him being paid.

Q. Okay. How do we know that?

A. We know that from a contract that was provided via tip, again. It's an unsigned contract, though it delineates Tao's relationship

Appino Biggs Reporting Service, Inc.
Technology Specialists in Today's Complex Litigation

800 E. 1st Street, Suite 305
Wichita, KS 67202
316-201-1612

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street, Suite 101
Overland Park, KS 66212
913-383-1131

38

correct?

A. Yes.

Q. Okay. Now, something else happened in March of 2018 with regard to Doctor Tao. Would you explain that, please.

A. So in March of 2018, March through May of 2018, Tao was applying for and was accepted for a visiting professorship at Nagoya University. Nagoya University is in Japan.

Q. So this is separate from the talent plan, correct?

A. This is separate.

Q. Basically this is like just a summer job?

A. It's like a summer job, yes.

Q. But that's exactly the kind of thing that's required to be reported on the conflict of interest form, correct?

A. Yes. Commitment of time and money.

Q. And that's why we mention in here Nagoya University, correct?

A. Yes.

Q. Okay. So now we have in paragraph 28 a trip by Doctor Tao on May 5th from the United States to China, correct?

A. Yes.

Appino Biggs Reporting Service, Inc.
Technology Specialists in Today's Complex Litigation

800 E. 1st Street, Suite 305
Wichita, KS 67202
316-201-1612

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street, Suite 101
Overland Park, KS 66212
913-383-1131

55

GRAND JUROR: Okay. So I get the government fund part of it because now he's getting government funds he shouldn't be getting because he's not doing the stuff he is supposed to be doing at KU, but before that he's just working for two companies, basically, just like somebody in America working for one insurance company and another insurance company, you're not allowed to do that, but he's just collecting two paychecks, basically.

THE WITNESS: Essentially, yes.

GRAND JUROR: Okay. So that's not -- is that -- as long as he was doing all the work for each one of those companies, he's not committing a crime? I mean, it may be against the rules of that company because you're saying hey look, you shouldn't be doing those kinds of things, but it seems like, I mean, where was the -- is it because Kansas is a state university that there's where the crime is? I mean I'm not seeing a crime up into that point.

THE WITNESS: So the Board of Regents is very specific on the conflict of interest -- well, it's required of Board of Regents institution, Kansas Board of Regents Institutions, for a person

800 E. 1st Street, Suite 305
Wichita, KS 67202
316-201-1612

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street, Suite 101
Overland Park, KS 66212
913-383-1131

56

to declare any outside employment. If the employer was fine, like you asked before, if the employer was fine with you having another job, then you can have another job. It's no big deal. But he had another job, he had a duty to disclose that he had another job.

**GRAND JUROR:** Right.

**THE WITNESS:** He did not. And by not disclosing that, he maintained his position at the University of Kansas which allowed him access to government funds.

**GRAND JUROR:** Correct. And that part.

**THE WITNESS:** So that's a fraudulent part.

**GRAND JUROR:** That's the crime.

**THE WITNESS:** There's two crimes.

**GRAND JUROR:** Where's the other crime?

**THE WITNESS:** So the wire fraud itself is the -- is transmitting the false statement.

**GRAND JUROR:** You mean the doing the wire fraud to get the government funds, basically, is that?

**THE WITNESS:** So wire fraud is the fraud that supports program fraud.

**GRAND JUROR:** Correct. Okay.

Appino Biggs Reporting Service, Inc.
Technology Specialists in Today's Complex Litigation

800 E. 1st Street, Suite 305
Wichita, KS 67202
316-201-1612

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street, Suite 101
Overland Park, KS 66212
913-383-1131

62

**THE WITNESS:** The conflict of interest statement is important to KU enough -- well, important to the Board of Regents enough to the point where they say you need to sign in with your own ID, your KU ID, and tell us about everything that you do. And if you have time commitments elsewhere, we want to know about it. If you're getting salary from somebody else we want to know about it because it's going to determine whether you have a job here or not. And KU has stated if he had told them about Fuzhou University, they would have said you either need to take the job there or you take the job here, one or the other, you can't have both. He did not disclose that, which is the wire fraud.

**GRAND JUROR:** Right.

**THE WITNESS:** So he submits saying I didn't do anything. I don't have another job. Wire fraud. Maintaining his position. He maintains access to government funds, and collects on those government funds, and therefore, program fraud.

**MR. MATTIVI:** Okay. Let us stand aside for you to deliberate if you wish and I'll be right back, if you'd like. When you're done with

Appino Biggs Reporting Service, Inc.
Technology Specialists in Today's Complex Litigation

800 E. 1st Street, Suite 305
Wichita, KS 67202
316-201-1612

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street, Suite 101
Overland Park, KS 66212
913-383-1131

63

your deliberation.

(THEREUPON, the hearing concluded at 11:40 a.m.)

Appino Biggs Reporting Service, Inc.
Technology Specialists in Today's Complex Litigation

800 E. 1st Street, Suite 305
Wichita, KS 67202
316-201-1612

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street, Suite 101
Overland Park, KS 66212
913-383-1131