# EXHIBIT E

IN THE MATTER OF THE GRAND JURY

OF THE UNITED STATES OF AMERICA

SITTING IN TOPEKA, KANSAS

BE IT REMEMBERED THAT on the 24th day of June, 2020, the enclosed proceedings were held:

WITNESS:

STEVE LAMPE

APPEARANCES

FOR THE UNITED STATES OF AMERICA:

    Mr. Anthony Mattivi

    Assistant U.S. Attorney

    444 Southeast Quincy, Suite 290

    Topeka, KS  66683

COURT REPORTER:

    Lora J. Appino, CSR, RPR, RMR

    Appino & Biggs Reporting Service

    5111 Southwest 21st Street

    Topeka, KS 66604



Appino & Biggs Reporting Service, Inc.
Technology Specialists in Today's Complex Litigation

800 E. 1st Street, Suite 305　　5111 SW 21st Street　　6420 W. 95th Street, Suite 101
Wichita, KS 67202　　Topeka, KS 66604　　Overland Park, KS 66212
316-201-1612　　785-273-3063　　913-383-1131
www.appinobiggs.com

**STEVE LAMPE,**

of lawful age, having been first duly sworn on his oath to state the truth, and nothing but the truth, testifies and says:

**EXAMINATION**

**BY MR. MATTIVI:**

    Q.   Sir, would you please introduce yourself to the Grand Jurors.

    A.   My name is Steve Lampe. I'm an agent with the FBI out of Kansas City.

    Q.   Okay, you're going to have to say it again a little bit louder, please.

    A.   Okay. I'll stand up. My name is Steve Lampe. I'm a Special Agent for the FBI out of Kansas City.

    Q.   How long have you been a Special Agent with the FBI?

    A.   Since 2014.

    Q.   And what are your duties? What are you assigned to?

    A.   I'm assigned to the counterintelligence squad out of Kansas City that deals with the violations that you will see here.

    Q.   You are familiar, are you not, with an individual by the name of Feng Tao, also goes by



Appino & Biggs Reporting Service, Inc.
Technology Specialists in Today's Complex Litigation

800 E. 1st Street, Suite 305
Wichita, KS 67202
316-201-1612

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street, Suite 101
Overland Park, KS 66212
913-383-1131

```
 1   the name of Franklin Tao?
 2        A.   I am.
 3        Q.   You, in fact, are the case agent assigned
 4   to the investigation involving Dr. Tao, correct?
 5        A.   That is correct.
 6        Q.   Okay.
 7             MR. MATTIVI:    ██████████████████████
     ████████████████████████████████████████ ███████
     ████████████████████████████████████████████
     ███████
11             GRAND JUROR:    ████████████████████
12             MR. MATTIVI:    ███████ ██████████████
     █████████ █████████████████████████████████
     ███████████████████████████████████████████████
     ██████████████████████████████████████████████
     ████████████████████████████████████████
     ██████ █████████████ ██████████████████
     ██████ ██████████ ████████████████████████
     █████████████████████████████████████████████
20             So Dr. Tao was originally indicted back in --
21   was it August, Agent?
22        A.   Yes.
23             MR. MATTIVI:    ████████████████ █████
     ██████████████████████████████████████████
     ████████████████████████████████████████████████
```



800 E. 1st Street, Suite 305  
Wichita, KS 67202  
316-201-1612

5111 SW 21st Street  
Topeka, KS 66604  
785-273-3063  
www.appinobiggs.com

6420 W. 95th Street, Suite 101  
Overland Park, KS 66212  
913-383-1131

to conserve national resources and energy.  Among other things, the CEBC performed research funded by grants from the U.S. Government.

"Since in or about August 2014, the defendant, Feng Tao, a/k/a Franklin Tao, a citizen of the People's Republic of China, was a full-time professor and researcher at KU who worked in the CEBC on projects involving renewable energy, including shale gas.

"In his capacity as a researcher at KU, Tao was responsible for submitting USG grant proposals through KU and for managing USG-funded research projects at KU.  As described below, between at least in or about December 2017 and August 2019, Tao obtained funds from the U.S. Department of Energy (DOE) and the National Science Foundation (NSF) to support his research at KU, while concealing his participation in a PRC talent plan, his employment at a PRC research university, and his PRC-funded research."

Q.   Now, before we go on to the next section, is it true to say that over the course of the investigation you've become personally familiar with all of the facts set forth in this Indictment?



800 E. 1st Street, Suite 305　　5111 SW 21st Street　　6420 W. 95th Street, Suite 101
Wichita, KS 67202　　　　　　　Topeka, KS 66604　　　Overland Park, KS 66212
316-201-1612　　　　　　　　　785-273-3063　　　　　913-383-1131
www.appinobiggs.com

```
 1        A.   That is true.
 2        Q.   And since my co-counsel, Mr. Hawk, and I
 3   finished the draft of the Indictment, you have
 4   gone through and spent quite a bit of time, I
 5   would say, painstakingly checking every fact that
 6   we've alleged in the Indictment.  Is that correct?
 7        A.   That is correct.
 8        Q.   So you're personally familiar with
 9   everything that you're reading to the Grand Jury?
10        A.   I am.
11        Q.   Okay.  Go ahead and read, if you would,
12   please, the section about University of Kansas
13   Conflict Policies.
14        A.   "As a KU employee, Tao owed a fiduciary
15   duty and a duty of truthfulness to KU.  KBOR and
16   KU policies required Tao to disclose any current
17   or prospective situations that involved potential
18   conflicts of interest or time as soon as they
19   became known.
20        "The policies further required Tao to
21   disclose conflicts of interest or time on an
22   annual basis using KU's Institutional
23   Responsibilities form.  Among other things, the
24   form required Tao to certify that (1) his
25   statements were true, correct, and complete to the
```



800 E. 1st Street, Suite 305    5111 SW 21st Street         6420 W. 95th Street, Suite 101
Wichita, KS 67202               Topeka, KS 66604            Overland Park, KS 66212
316-201-1612                    785-273-3063                913-383-1131
                                www.appinobiggs.com

13

1  People's Republic of China and something they used
2  called talent plans, correct?
3       A.   I have.
4       Q.   Read us, if you would, please, the
5  section about talent plans.
6       A.   "The People's Republic of China was the
7  most populous country in the world.  In recent
8  years, the PRC Government existed heavily in
9  growing its economy, especially industrial sectors
10 they consider important to its autonomy and
11 national security.
12      "The PRC achieved rapid growth, in part,
13 through talent plans, which were designed to
14 encourage the transfer of original ideas and
15 intellectual property from the U.S. universities
16 to PRC Government institutions.  Talent plans
17 offered competitive salaries, state-of-the-art
18 research facilities, and honorific titles to
19 entice experts to bring their knowledge and
20 experience to the PRC to enhance the PRC's
21 economic prosperity and national security.
22      "The PRC's talent plans typically required
23 applicants to have experience in cutting-edge
24 science or engineering research; a degree from a
25 prestigious university; and several years of



800 E. 1st Street, Suite 305    5111 SW 21st Street         6420 W. 95th Street, Suite 101
Wichita, KS 67202               Topeka, KS 66604            Overland Park, KS 66212
316-201-1612                    785-273-3063                913-383-1131
                                www.appinobiggs.com

```
 1   overseas work or research experience at
 2   prestigious universities, research institutes,
 3   corporations or well-known enterprises.
 4       "To entice high-caliber applicants, the PRC
 5   Government generally provided talent plan
 6   participants with significant financial and social
 7   incentives.  For example, participants typically
 8   drew salary from a PRC employing entity, such as a
 9   university, laboratory or research organization,
10   which sponsored or facilitated the participant's
11   applications.  Because of the nature of the PRC
12   political system, these employing entities were
13   functionally extensions of the PRC Government and
14   the Chinese Communist Party.
15       "Participants typically entered into
16   contracts covering their involvement in the talent
17   plans.  These contracts obligated the participants
18   to work for a specified time in the PRC and often
19   detailed the specific research the participants
20   would perform or the businesses the participants
21   would help develop.  The contractual obligation
22   close resembled or replicated the work the
23   participants performed or continued to perform for
24   their U.S. or non-PRC employers.  In many cases,
25   talent plan contracts required participants to
```



800 E. 1st Street, Suite 305        5111 SW 21st Street              6420 W. 95th Street, Suite 101
Wichita, KS 67202                   Topeka, KS 66604                  Overland Park, KS 66212
316-201-1612                        785-273-3063                      913-383-1131
                                    www.appinobiggs.com

1  identify additional overseas talent to join their
2  research teams in the PRC.  Further, rather than
3  merely conducting scientific research,
4  participants were frequently obligated
5  contractually to perform services for the PRC in
6  support of its strategic national development
7  goals and economic revitalization.
8      "The Chang Jiang Scholar Program, also known
9  as the Yangtze River Scholar Program, was one such
10 talent plan sponsored by the PRC Government.  The
11 PRC Government used the Chang Jiang Scholar
12 Program to attract talented academics to bolster
13 the PRC's scientific and technical knowledge and
14 for the benefit of the PRC.  Individuals accepted
15 into the Chang Jiang Scholar Program received the
16 title of Chang Jiang Distinguished Professor at
17 their universities in the PRC, as well as other
18 benefits."
19      Q.  Okay.  So let me have you pause there and
20 just sort of the summarize.  Is it accurate to say
21 that the government of the People's Republic of
22 China, acting in concert with the Chinese
23 Communist Party, used these talent plans to fuel
24 the very rapid economic development that's taken
25 place inside China in recent years?


Appino & Biggs Reporting Service, Inc.
Technology Specialists in Today's Complex Litigation

800 E. 1st Street, Suite 305          5111 SW 21st Street          6420 W. 95th Street, Suite 101
Wichita, KS 67202                     Topeka, KS 66604             Overland Park, KS 66212
316-201-1612                          785-273-3063                 913-383-1131
                                      www.appinobiggs.com

1  A. Yes, sir.
2  Q. And we know that there are a number of
3  different kinds of talent plans, correct?
4  A. Yes.
5  Q. And the one in particular called Chang
6  Jiang was a talent plan sponsored by the
7  government of the People's Republic of China and
8  the Chinese Communist Party, correct?
9  A. Correct.
10 Q. And during the course of this
11 investigation, you learned that the defendant, Dr.
12 Tao, applied for actually more than one of these
13 talent plans, correct?
14 A. That is correct.
15 Q. Okay. Would you read to us, please, the
16 section about the defendant's talent plan
17 applications.
18 A. "In 2016, Tao applied to the Chang Jiang
19 Scholar Program through Xiamen University in the
20 PRC."
21 THE WITNESS: Do you want me to spell
22 that?
23 THE REPORTER: I've got it.
24 A. "He was not selected at that time.
25 Between on or about May 23rd, 2017 and July 2nd,

Appino & Biggs Reporting Service, Inc.
Technology Specialists in Today's Complex Litigation

800 E. 1st Street, Suite 305        5111 SW 21st Street        6420 W. 95th Street, Suite 101
Wichita, KS 67202                   Topeka, KS 66604           Overland Park, KS 66212
316-201-1612                        785-273-3063               913-383-1131
                                    www.appinobiggs.com

have you describe for the Grand Jury what we believe is Dr. Tao's scheme to defraud.

**MR. MATTIVI:** But before I do that, do any of the Grand Jurors have any questions about the facts, the process, the procedures, the relationships, anything that the Agent has talked about up until now? Okay. Let me just start up here and progress back. Ma'am.

**GRAND JUROR:** So it says here that for the majority of the time between December 11th, 2018 and August 20th, 2019, he traveled to the PRC where he fulfilled his contractual obligations. What did KU think he was doing during that time? Did they think he was on sabbatical or what did they think he was doing? Because he obviously wasn't in Lawrence.

**THE WITNESS:** I don't know that I can speak to what KU thinks he was doing. He did request a semester buy-out from KU.

**THE REPORTER:** Did you say buy-out?

**THE WITNESS:** A buy-out. So professors, professor/researchers are required to teach classes. And if they want to focus more on their research, they can request a buy-out of their course. So KU has to find another teacher to



1  teach the course, and they have to pay that money
2  back.  So that's what was going on during that
3  period.
4  **BY MR. MATTIVI:**
5      Q.  Hang on.  Let me focus that just a little
6  bit, if you don't mind.
7      So he requested a buy-out, but you didn't say
8  that KU granted him a buy-out, correct?
9      A.  I did not --
10     **THE REPORTER:**  I'm sorry, I can't hear
11 you.
12     A.  They did not grant him a buy-out.
13 **BY MR. MATTIVI:**
14     Q.  So although Dr. Tao applied for a buy-out
15 of his teaching obligations that semester, KU
16 never granted it, correct?
17     A.  That is -- I can't say -- they did not
18 grant it from the department chair or the Provost,
19 which is the normal process.  I don't know how it
20 ended up, but they didn't.
21     Q.  Would it be accurate to say, though, that
22 from KU's perspective Dr. Tao was contractually
23 obligated to be a full-time professor at KU during
24 that time period?
25     A.  Yes.



800 E. 1st Street, Suite 305　　5111 SW 21st Street　　6420 W. 95th Street, Suite 101
Wichita, KS 67202　　　　　　　Topeka, KS 66604　　　　Overland Park, KS 66212
316-201-1612　　　　　　　　　785-273-3063　　　　　　913-383-1131
　　　　　　　　　　　　　　　www.appinobiggs.com

```
 1        Q.   He had not been excused from those
 2   obligations?
 3        MR. MATTIVI:  Did that answer your
 4   question?
 5        GRAND JUROR:  Yes.
 6        THE WITNESS:  And, in fact, he did have
 7   requirements to be on campus.
 8        GRAND JUROR:  That was my question also.
 9        MR. MATTIVI:  All right, sir.
10        GRAND JUROR:  So is he being charged with
11   double-dipping or espionage?
12        MR. MATTIVI:  Well, if you'll give us a
13   little time, we'll work our way through the rest
14   of the Indictment.  Okay?  Any other questions?
15   BY MR. MATTIVI:
16        Q.   So let's talk now, Agent, about what we
17   allege to be the defendant's scheme to defraud.
18   Read paragraph 32.
19        A.   "From in or about May 2017 to on or about
20   August 21st, 2019, Tao engaged in a scheme to
21   defraud KU and the USG to obtain money and
22   property from KU, DOE, and NSF, to include USG
23   grant funds and his KU salary."
24        Q.   Okay.  So that's what we allege the
25   scheme to be.
```



800 E. 1st Street, Suite 305  5111 SW 21st Street  6420 W. 95th Street, Suite 101
Wichita, KS 67202             Topeka, KS 66604      Overland Park, KS 66212
316-201-1612                  785-273-3063          913-383-1131
                              www.appinobiggs.com