# EXHIBIT F

| | |
|---|---|
| **From:** | Weatherley, Dr. Laurence |
| **To:** | Tao, Franklin Feng |
| **Cc:** | Redacted Under Protective Order |
| **Subject:** | RE: buying out course |
| **Date:** | Monday, June 25, 2018 11:38:38 AM |

Franklin,

Regarding your request for buy-out of one course for the spring of 2019 I am pleased to approve the request.

The conditions are according to our department policy and are as follows:

1. You will need to arrange the transfer of dollars from your accounts to the department account amounting to 13.5% of your nine month salary + fringes. These dollars will be used for the funding of the instructional support required to cover your release. The SSC accountants will advise on exact amounts and the account into which the dollars will be transferred into.

2. Your other duties will continue in spring 2019 as usual, including advising, committee work, other service to the department, school and university.

3. You are expected to be in attendance on campus during the semester in accordance with KU policy.

Please let me know if you have any questions.

Best regards,

Laurence

Laurence R Weatherley PhD FEngNZ
Chair of Chemical and Petroleum Engineering
Albert P Learned Distinguished Professor



Tel: Redacted Under Protective Order
Email: Redacted Under Protective Order