# EXHIBIT G

FD-302 (Rev. 5-8-10)

UNCLASSIFIED//FOUO

FEDERAL BUREAU OF INVESTIGATION

Date of entry   01/22/2020

Laurence Weatherley, University of Kansas (KU), Chemical and Petroleum Engineering Department (C&PE) Chair and Distinguished Professor, was interviewed at KU. After being advised of the identities of the interviewing Agents and the nature of the interview, Weatherley provided the following information:

Tao was initially hired as a "1.0 FTE" to C&PE, meaning 100% Full Time Employee to the C&PE Department. Tao's employment was later split 0.50/0.50 FTE to the Chemical Engineering Department (ChemE) and C&PE. On August 1, 2018, Tao returned to 1.0 FTE C&PE.

Professors had a responsibility to be on campus to maintain office hours and undergraduate advising sessions. This would be noted in Tao's job description. Professors were allowed to have Graduate Teaching Assistants (GTA) teach some classes, though Weatherley was not aware of any instance when Tao had GTAs teach his classes. Students of Tao would likely inform Weatherley that the teacher was not present for class. Weatherley was not aware of any instance when students indicated Tao was absent from class.

Tao contacted Weatherley regarding a "buyout" of the Spring 2019 semester for an opportunity to attend a Max Plank Institute in Germany. Weatherley had Tao's invitation letter to Max Plank. A "buyout" would relieve a professor of teaching responsibilities. Buyout required a financial payment from a professor and would require a professor to find a replacement teacher. Weatherley believed the buyout was successful, though was unsure if Tao had met the financial requirements. The financial requirements would be tracked by the Engineering Shared Services Center (SSC). Weatherley remembered that Tao had completed two buyouts in his time at KU.

Tao did not explain to Weatherley where he was in Spring of 2019. Weatherley noted that Tao was not present for faculty and committee meetings

UNCLASSIFIED//FOUO

| | | |
|---|---|---|
| Investigation on | 01/07/2020 at Lawrence, Kansas, United States (In Person) | |
| File # | KC-3111379-UNCLASSIFIED | Date drafted 01/13/2020 |
| by | LAMPE STEPHEN, Scott A. Bakken | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Continuation of FD-302 of (U//FOUO) Interview of Laurence Weatherley , On 01/07/2020 , Page 2 of 2

during that time. C&PE policy would list requirements of professors to attend meetings.

Tao never requested permission from Weatherley to engage in outside employment. Tao never informed Weatherley that he was a Changjiang Scholar. Tao never informed Weatherley of his employment at Nagoya University. Weatherley indicated that there was an expectation to identify any salary on the Conflict of Interest disclosure.

On January 14, 2020, SA Bakken received a thumb drive and notes from Weatherley via Carl Taylor. Those notes and thumb drive will be maintained as 1A. A WinZip file of the files on the thumb drive will also be maintained as 1A.