# EXHIBIT H

Laurence Weatherley
Chair and Dist. Professor CPE

Tao initially  1.0 FTE CPE  →  0.50/0.50   CPE/ChemE  →  F'19 1.0 FTE
                                                    Aug 1,18   CPE

Requirement to be on campus
   Office hours / advising sessions
                    └ undergraduate —— look to job description

Prof can hand classes to other faculty or GTA  Grad Teach Asst
Weath  not aware of instance when Tao handed off
    Students would likely inform chair that Teacher was not present
Weath  not aware of any instance when students indicated Tao wasn't around

Spring 2019 — understood Tao was away
        — attendance at faculty/committee meetings  not present ☆
        — Never explained
        — CPE  policy ☆

Buyout                                                              ☆
Said he had opportunity in Germany  Max Plank      Letter from Max Plank

Buyout — Shared Services Center (Engineering) ——  Did Tao buyout ? ☆
      Weatherley understood  buyout was successful        └ look for emails

2 buyouts to memory.  Which ? ☆

Did Tao ever request permission to engage in outside employment? No
"          inform Changjiang Scholar? No
Did Tao inform Nagoya University? No
If salary was taken then expectation would be to identify it in COI

2018 faculty evaluation signed copy? ∅

1/7/2020

Lawrence Weatherly

- Chair & Distinguished Professor of
~~CPE~~ C&PE

— Two inital 100 in CPE in 2014
  - at begining of 2015 - 50% C&PE
                          50% chem

  -FY 19   100% C+PE - Aug of 2018