# *In the United States District Court*
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>       **Plaintiff,**<br><br> v.<br><br>FENG TAO,<br><br>       **Defendant.** | Case No. 19-CR-20052-01-JAR |

**NOTICE OF WITHDRAWAL OF COUNSEL AND ENTRY OF APPEARANCE
OF SUBSTITUTED COUNSEL FOR PLAINTIFF**

Pursuant to D. Kan. Rule 83.5.5(c), Assistant United States Attorney D. Christopher Oakley enters his appearance as counsel for plaintiff, and Anthony W. Mattivi withdraws as counsel for plaintiff.

                Respectfully submitted,

                STEPHEN R. MCALLISTER
                United States Attorney

                s/ D. Christopher Oakley
                D. CHRISTOPHER OAKLEY
                Assistant United States Attorney
                500 State Ave., Suite 360
                Kansas City, KS   66101
                Tele:   913-551-6730
                Fax:    913-551-6541
                Chris.Oakley@usdoj.gov
                Ks S.Ct.No. 19248

                s/Anthony W. Mattivi
                ANTHONY W. MATTIVI
                Assistant United States Attorney
                District of Kansas
                290 Carlson Federal Building
                444 SE Quincy Street
                Topeka, KS 66683
                Telephone: (785) 295-2850
                Anthony.Mattivi@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2020, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in the above-captioned case.

s/ D. Christopher Oakley
D. CHRISTOPHER OAKLEY
Assistant United States Attorney
