**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**FENG TAO a/k/a "Franklin Tao,"**<br><br>    **Defendant.** | **Case. No. 19-20052-JAR-JPO** |

## ENTRY OF APPEARANCE

Pursuant to the Court's November 2, 2020 Order (Doc. 99), Gregory Wu of the law firm of Shook, Hardy & Bacon, LLP hereby enters his appearance on behalf of *amici curae* Asian Americans Advancing Justice – AAJC and Asian Americans Advancing Justice – ALC in the above-entitled case.

November 3, 2020

                                              Respectfully submitted,

                                              SHOOK, HARDY & BACON L.L.P.

                                              */s/ Gregory Wu*
                                              Melissa M. Plunkett, KS Fed. Bar # 78427
                                              mplunkett@shb.com
                                              Gregory Wu, KS Fed. Bar # 78404
                                              gwu@shb.com
                                              2555 Grand Blvd.
                                              Kansas City, Missouri 64108-2613
                                              Telephone:  (816) 474-6550
                                              Facsimile:   (816) 421-5547

                                              *ATTORNEYS FOR AMICI*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3rd day of November 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

| *ATTORNEYS FOR DEFENDANT:* | *ATTORNEYS FOR PLAINTIFF:* |
|---|---|
| Thomas H. Johnson #13688<br>Petefish, Immel, Hird, Johnson,<br>Leibold & Sloan, LLP<br>842 Louisiana<br>Lawrence, KS 66044<br>Tel: (785) 843-0450<br>Fax: (785) 843-0407<br>tjohnson@petefishlaw.com | D. Christopher Oakley<br>Office of United States Attorney – Topeka<br>290 US Courthouse<br>444 SE Quincy<br>Topeka, KS 66683-3592<br>Tel: (785) 295-7698<br>chris.oakley@usdoj.gov |
| Peter Zeidenberg<br>Michael F. Dearington<br>Laura Zell<br>ARENT FOX LLP<br>1717 K Street, NW<br>Washington, DC 20006<br>Tel: (202) 857-6000<br>Fax: (202) 857-6395<br>Peter.Zeidenberg@arentfox.com<br>Michael.Dearington@arentfox.com<br>Laura.Zell@arentfox.com | Benjamin J. Hawk, DOJ-Nsd<br>950 Pennsylvania Ave. NW, Suite 7700<br>Washington, DC 20530<br>Tel: (202) 307-5176<br>Benjamin.Hawk@usdoj.gov |

       /s/ Gregory Wu_____
       *Attorney for Amici*