**CLERK'S COURTROOM MOTIONS/MISCELLANEOUS MINUTE SHEET**

| | |
|---|---|
| UNITED STATES OF AMERICA, | <u>AUSA</u>:  Chris Oakley/Benjamin Hawk/Adam Barry |
| Plaintiff | |
| v. | CASE NO:  19-20052-01-JAR |
| FENG TAO, | <u>Def Attys</u>:  Peter Zeidenberg/Michael Dearington/Thomas Johnson |
| Defendant | |

## VIA TELEPHONE CONFERENCING

| JUDGE: | Julie A. Robinson | DATE: | 12/2/2020 |
|---|---|---|---|
| DEPUTY CLERK: | Bonnie Wiest | REPORTER: | Kelli Stewart |
| INTERPRETER: | | PROBATION: | |

## STATUS CONFERENCE
*(Parties appear by telephone)*

This case comes before the Court for a telephone status conference. All parties appear in different locations via telephone conference.  Defendant consents to proceed via telephone conference pursuant to Administrative Order 2020-11, as amended.

Defense advises they still have outstanding discovery requests regarding Brady evidence and are waiting for a response from the government.  For reasons more specifically set out on the record, the Court continues the status conference to **January 29, 2021 at 8:30 a.m. via telephone conference.**  The Court intends to set a trial date at the next status conference.  Estimated time for trial is two weeks.

Based on the circumstances set forth by the parties at the hearing today, and pursuant to Administrative Order 2020-11, as amended, the Court finds that the ends of justice served by allowing the defendant the additional time requested outweigh the best interest of the public and the defendant in a speedy trial and that the continuance shall be granted. The period of delay resulting from the additional time granted pursuant to the court's order, **December 2, 2020 through January 29, 2021**, shall be deemed excludable time as provided for in 18 U.S.C. § 3161(h)(7)(A), in that the ends of justice served by the granting of an extension outweigh the best interest of the public and the defendant in a speedy trial.

Defendant remains on release.