**CLERK'S COURTROOM MOTIONS/MISCELLANEOUS MINUTE SHEET**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff | AUSA: Chris Oakley, Ben Hawk, Adam Barry |
| v. | CASE NO: 19-20052-01-JAR |
| FENG TAO,<br><br>Defendant | Def Atty: Peter Zeidenberg, Michael Dearington |

## VIA TELEPHONE CONFERENCING

| JUDGE: | Julie A. Robinson | DATE: | 1/29/2021 |
|---|---|---|---|
| DEPUTY CLERK: | Bonnie Wiest | | Dani Murray |
| INTERPRETER: | | PROBATION: | |

## STATUS CONFERENCE
*(Parties appear by telephone)*

This case comes before the Court for a telephone status conference. The government appears by its attorney, Chris Oakley, Ben Hawk and Adam Barry. The defendant appears by telephone and by his counsel, Peter Zeidenberg and Michael Dearington.

Counsel requests the Court to set an additional status conference in 45 days to permit the parties to continue to consider, evaluate and resolve any outstanding inquiries about discovery as well as begin discussions about case resolution short of trial. The court continues the status conference to **March 22, 2021 at 9:00 a.m. by telephone.**

Based on the circumstances set forth by the parties at the hearing today, and pursuant to Administrative Order 2020-13, the Court finds that the ends of justice served by allowing the defendants the additional time requested outweigh the best interest of the public and the defendants in a speedy trial and that the continuance shall be granted. The period of delay resulting from the additional time granted pursuant to the court's order, **January 29, 2021 through March 22, 2021**, shall be deemed excludable time as provided for in 18 U.S.C. § 3161(h)(7)(A), in that the ends of justice served by the granting of an extension outweigh the best interest of the public and the defendant in a speedy trial.