# *In the United States District Court*
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **Plaintiff,** | |
| v. | Case No. 19-CR-20052-01-JAR |
| **FENG TAO,** | |
| **Defendant.** | |

**GOVERNMENT'S SUPPLEMENTAL NOTICE OF EXPERT TESTIMONY**
**(Fed. R. Crim. P. 16(a)(1)(G))**

COMES NOW, the United States of America, by and through Christopher Oakley, Assistant United States Attorney for the District of Kansas, and Benjamin J. Hawk and Adam P. Barry, Trial Attorneys for the Counterintelligence and Export Control Section of the U.S. Department of Justice's National Security Division, to hereby withdraw its notice filed on August 13, 2020, with respect to the proposed expert testimony of Dr. Robert Spalding, III.  (ECF No. 81.)  On January 22, 2021, the Government notified the Defendant's counsel that it no longer intends to call Dr. Spalding as an expert witness in the above-captioned case.  The Government is in the process of retaining a different expert and once that process is finalized, it will provide Defendant with additional notice pursuant to Fed. R. Crim. P. 16(a)(1)(G).

Respectfully submitted,

s/ D. Christopher Oakley
D. CHRISTOPHER OAKLEY
Assistant United States Attorney
500 State Ave., Suite 360
Kansas City, KS 66101
Tele:   913-551-6730
Fax:    913-551-6541
Chris.Oakley@usdoj.gov

<div style="margin-left: 40%;">

s/ Benjamin J. Hawk
BENJAMIN J. HAWK
Trial Attorney
U.S. Department of Justice
National Security Division
950 Pennsylvania Ave., NW
Washington, DC 20530
Tele:   202-233-0986
Benjamin.Hawk@usdoj.gov


s/ Adam P. Barry
ADAM P. BARRY
Trial Attorney
U.S. Department of Justice
National Security Division
950 Pennsylvania Ave., NW
Washington, DC 20530
Tele:   202-233-0788
Adam.Barry@usdoj.gov

</div>

## CERTIFICATE OF SERVICE

      I hereby certify that on March 2, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in the above-captioned case.

                                      s/ D. Christopher Oakley
                                      D. CHRISTOPHER OAKLEY
                                      Assistant United States Attorney