IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

　　　　Plaintiff,

　　　　　　　　　　Case No. 19-20052-01-JAR

FENG TAO,

　　　　Defendant.

## SCHEDULING ORDER

The Court held a Status Conference on March 22, 2021, at which time counsel requested dates for pretrial deadlines, motions hearing and jury trial.  The Court has determined that the deadlines discussed at the status conference should be adopted, and that any period of delay resulting from the schedule below shall be excludable time as provided for by the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

WHEREFORE, the following deadlines are hereby established.  All pretrial motions for defendants shall be filed on or before **April 30, 2021**.  Responses shall be filed on or before **May 21, 2021**.  A pretrial motions hearing is set for **June 4, 2021 at 3:00 p.m.**  Pursuant to Administrative Order 2021-3, and any subsequent Administrative Orders, this hearing will be conducted **via Zoom Video Conference**.  Limine Motions shall be filed on or before **September 17, 2021.**  Responses shall be filed on or before **October 1, 2021.**  Limine Conference is scheduled for **October 15, 2021 at 9:00 a.m. in Courtroom 427.**  Jury trial is set for **October 25, 2021 beginning at 9:00 a.m. in Courtroom 655/643.**  Estimated time of trial is 7-11 days.

IT IS ORDERED that the time from **March 22, 2021** until **October 25, 2021**, is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

IT IS SO ORDERED.

Dated: March 23, 2021

 S/ Julie A. Robinson 
JULIE A. ROBINSON
CHIEF UNITED STATES DISTRICT
JUDGE