# EXHIBIT A

查学校，上学校大全！ 网站地图 ｜ 收藏本站

福州
全国学校查询

请输入学校名或关键词 搜索
热门搜索：大学 教育信息 教育局

全部学校分类  首页  福州教育新闻  福州学校排名  福州培训机构  福州教育局  福州中考

福州学校大全 福州教育新闻 正文

# 陈永正书记看望化学学院"长江学者"特聘教授陶丰

2018年06月12日 12:11    来源：学校大全    编辑：admin

收藏　　分享　　评论　　推荐(0)　　纠错

　　6月1日上午，福州大学党委书记陈永正来到旗山校区泉港楼，看望教育部"长江学者"特聘教授陶丰，人事处、化学学院相关负责人陪同看望。

　　陈永正书记对陶丰教授加盟福大表示热烈欢迎，并向他简要介绍了福大的学科特色、科研特色、文化特色等。陈永正书记还详细了解了陶丰教授在福大的工作和生活情况，认真听取了其对学校学科发展和人才建设方面的建议。

　　在交谈中，陈永正书记与陶丰教授探讨了如何更好地开展科研工作的相关问题。陈永正书记指出，一流的人才队伍是建设世界一流大学的重要支撑，福州大学始终高度重视人才队伍建设，对人才特别是高层次人才求贤若渴，今后学校将不断健全人才管理服务体系，努力营造良好的科研工作环境，希望陶丰教授再攀科学高峰，争取更多更高的科研成果。

　　陶丰教授感谢福大的关心关怀，表示会发挥自身优长，为学校的"双一流"建设作出贡献。

　　背景链接：

　　5月18日，教育部正式印发《2017年度"长江学者奖励计划"入选名单》，在已公布的名单中，全国共有80所高校的148位教授入选2017年度"长江学者"特聘教授项目，特聘教授建议人选全部通过。 其中，福州大学陶丰教授入选"长江学者奖励计划"特聘教授人选名单，陶丰教授是福州大学首位直接从海外引进的长江学者特聘教授。



**相关评论**

**相关新闻**



福州热门关注
1 福州停课通知
2 福州中考
3 福州寒假放假时间
4 福州幼儿园报名
5 福州开学时间
6 福州小学学位申请
7 福州高考

福州热门教育信息
1 福清市人民政府、福建师范大...
2 【福州市小柳小学】暖暖的关怀
3 【福州市花园小学】业精于勤...
4 【福州市福新幼儿园】做让家...
5 2015年钱塘小学教育工作会议
6 做个幸福的幼儿教师——南公...
7 健康生活 感悟幸福
8 以千万之耕耘 换桃李满园春...
9 "宝贝向前冲"
10 福州三十四中学召开2015届...



福州最新教育信息
1 2018中华龙舟大赛福州大学...
2 第十六届中国?海峡项目成果...
3 第五届海峡两岸MBA案例大赛...


4    福大代表团应邀访问希腊、土…
5    福大学子在福建省"创青春"赛…
6    福大组织收看"新时代全国高…
7    福州大学2018年度省科技拥…
8    福州大学党委党校第204期离…
9    福州大学党委党校中层干部、…
10   福州大学纪委书记邹毅为201…

福州幼儿园： 福州江县文明幼儿园　福州私立新洋幼儿园　福州琅岐上歧幼儿园　福州鼓山中心幼儿园　福州华侨幼儿园　福清渔溪私立贝贝幼儿园　福州五星幼儿园

福州小学： 福州桔林乡中心小学　福清港头芦华小学　福州师范高等专科学校　福州甘蔗青岐小学　闽清县池园镇井后小学　福州法海小学　福州龙北小学

福州初中： 福州吴航中学　福清元载中学　福州私立文光中学　福清侨中　福州日升中学　闽侯县淘江中学　福州黎明中学

福州高中： 福州天儒中学　福州思源中学　福州宏翔高级中学　闽清县第一中学　福州颜岐中学　长乐江田中学　闽侯鸿尾中学

福州大学： 福州医科大学附属第一医院第一临床医学院　福州医学高等专科学校　福州闽江学院爱恩实达学院　福州华南女子学院　福州大学机械学院　福州蜂学学院　福州中医学院五洲科技学院

This is an online news article titled "Secretary CHEN Yongzheng Pays a Visit to the School of Chemistry's 'Changjiang Scholar' [of the Ministry of Education] and Distinguished Professor TAO Feng." The article, dated 06/12/2018, says that Fuzhou University's Party Secretary, CHEN Yongzheng, along with others from the Department of Personnel and the College of Chemistry, visited TAO Feng at the Quangang Building at Qishan Campus on June 1. The article names TAO Feng as a "Changjiang Scholar" Distinguished Professor who has recently joined Fuzhou University.

According to the article, during this visit TAO and CHEN discussed the culture and research atmosphere of Fuzhou University while CHEN stressed the university's eagerness in seeking talented individuals, saying that the university would place increasingly greater emphasis on talent recruitment in the future. The article adds that on May 18 China's Ministry of Education formally published the names of all 148 Changjiang Scholars for the year 2017. The final sentence of the article reads, "Professor TAO Feng is the first Changjiang Scholar Distinguished Professor that Fuzhou University has brought in directly from overseas."