EXHIBIT B



4. Zhang, S. et al. "Catalysis on Singly Dispersed Bimetallic Sites", *Nat. Commun.*, 2015, 6, 7938. DOI: 10.1038/ncomms8938

5. Zhang, S et al. "WGS Catalysis and In Situ Studies of CoO1-x, PtCon/Co3O4, and PtmCom'/CoO1-x Nanorod Catalysts", *J. Am. Chem. Soc.* 2013, 135, 8283-8293.

http://pubs.acs.org/doi/abs/10.1021/ja401967y

DOI: 10.1021/ja401967y

6. Tao, F. et al. "Surface Structure and Chemistry of Bimetallic Nanoparticles under Reaction Conditions", *J. Am. Chem. Soc.*, 2010, 132, 8697-8703.

http://pubs.acs.org/doi/abs/10.1021/ja101502t

DOI: 10.1021/ja101502t

7. Wen, C.; Zhu, Y.; Ye, Y.; Zhang, S.; Cheng, F.; Liu, Y.; Wang, P.; Tao, F.* "Water-Gas Shift Reaction on Metal Nanoclusters Encapsulated in Mesoporous Ceria Studied with Ambient–Pressure X-ray Photoelectron Spectroscopy", *ACS Nano*, 2012, 6, 9305-9313.

http://pubs.acs.org/doi/abs/10.1021/nn303901q

DOI: 10.1021/nn303901q

8. Chen, Y.; deGlee B.; Tang, Y.; Wang, Z.; Zhao, B.; Wei, Y.; Zhang, L.; Yoo, S.; Pei, K.; Kim, J. H. Ding, Y.; Hu, P.; Tao, F.* and Liu, M.*, "A Robust Fuel Cell Operated on Nearly Dry Methane at 500oC Enabled by Synergistic Thermal Catalysis and Electrocatalysis", *Nature Energy*, 2018, accept and in press.

https://doi.org/10.1038/s41560-018-0262-5

9. Zhu, Y.; Zhang, S.; Ye, Y.; Zhang, X.; Wang, L.; Zhu, Y.; Cheng, F.; Tao, F.* "Catalytic Conversion of Carbon Dioxide to Methane on Ruthenium-Cobalt Bimetallic Nanocatalysts and Correlation between Surface Chemistry of Catalysts under Reaction Conditions and Catalytic Performances", *ACS Catal.*, 2012, 2, 2403-2408.

http://pubs.acs.org/doi/abs/10.1021/cs3005242

DOI: 10.1021/cs3005242

10. Zhang, S.; Shan, J.; Zhu, Y.; Nguyen, L.; Huang, W.; Yoshida, H; Takeda, S.; Tao, F.* "Restructuring Transition Metal Oxide Nanorods for 100% Selectivity in Reduction of Nitric Oxide with Carbon Monoxide", *Nano Lett.*, 2013, 13, 3310-3314.

http://pubs.acs.org/doi/abs/10.1021/nl4015292

DOI: 10.1021/nl4015292

KU EXHIBIT 11



4. Zhang, S. et al."Catalysis on Singly Dispersed Bimetallic Sites", *Nat. Commun.*, 2015, 6, 7938. DOI: 10.1038/ncomms8938

5. Zhang, S et al. "WGS Catalysis and In Situ Studies of CoO1-x, PtCon/Co3O4, and PtmCom'/CoO1-x Nanorod Catalysts", *J. Am. Chem. Soc.* 2013, 135, 8283-8293.

http://pubs.acs.org/doi/abs/10.1021/ja401967y

DOI: 10.1021 / ja401967y

6. Tao, F et al. "Surface Structure and Chemistry of Bimetallic Nanoparticles under Reaction Conditions", *J. Am. Chem. Soc.*, 2010, 132, 8697-8703.

http://pubs.acs.org/doi/abs/10.1021/ja101502t

DOI: 10.1021/ja101502t

7. Wen, C.; Zhu, Y.; Ye, Y.; Zhang, S.; Cheng, F.; Liu, Y.; Wang, P.; Tao, F.* "Water-Gas Shift Reaction on Metal Nanoclusters Encapsulated in Mesoporous Ceria Studied with Ambient–Pressure X-ray Photoelectron Spectroscopy", *ACS Nano*, 2012, 6, 9305-9313.

http://pubs.acs.org/doi/abs/10.1021/nn303901q

DOI: 10.1021/nn303901q

8. Chen, Y.; deGlee B.; Tang, Y.; Wang, Z.; Zhao, B.; Wei, Y.; Zhang, L.; Yoo, S.; Pei, K.; Kim, J. H. Ding, Y.; Hu, P.; Tao, F.* and Liu, M.*, "A Robust Fuel Cell Operated on Nearly Dry Methane at 500oC Enabled by Synergistic Thermal Catalysis and Electrocatalysis", *Nature Energy*, 2018, accept and in press.

https://doi.org/10.1038/s41560-018-0262-5

9. Zhu, Y.; Zhang, S.; Ye, Y.; Zhang, X.; Wang, L.; Zhu, Y.; Cheng, F.; Tao, F.* "Catalytic Conversion of Carbon Dioxide to Methane on Ruthenium-Cobalt Bimetallic Nanocatalysts and Correlation between Surface Chemistry of Catalysts under Reaction Conditions and Catalytic Performances", *ACS Catal.*, 2012, 2, 2403-2408.

http://pubs.acs.org/doi/abs/10.1021/cs3005242

DOI: 10.1021/cs3005242

10. Zhang, S.; Shan, J.; Zhu, Y.; Nguyen, L.; Huang, W.; Yoshida, H; Takeda, S.; Tao, F.* "Restructuring Transition Metal Oxide Nanorods for 100% Selectivity in Reduction of Nitric Oxide with Carbon Monoxide", *Nano Lett.*, 2013, 13, 3310-3314.

http://pubs.acs.org/doi/abs/10.1021/nl4015292

DOI: 10.1021 / nl4015292

KU EXHIBIT 11



KU EXHIBIT 11



KU EXHIBIT 11




