UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                     Case No.   19-20052-01-JAR

FENG TAO,

      Defendant.

### GOVERNMENT'S MOTION TO INSPECT AND COPY DEFENDANT'S PASSPORT CURRENTLY IN THE POSSESSION OF THE CLERK OF THE COURT

The United States of America, by and through undersigned counsel, requests an Order from the court directing the Clerk of the Court to allow the United States to inspect and copy Defendant's passport. In support of its motion, the United States alleges:

1. The Defendant is charged in the Second Superseding Indictment with seven wire fraud counts, each in violation of 18 U.S.C. § 1343, and three counts of making false statements, each in violation of 18 U.S.C. § 1001. *Second Superseding Indictment*, Dkt. No. 75, ("SSI").  The charges stem from Defendant's scheme to defraud the U.S. government and the University of Kansas (KU) to obtain federal grant funds and a substantial salary by concealing his affiliation with a foreign university, his foreign research support, and various financial benefits.

2. Defendant was employed by KU for five years as a full-time professor and researcher. See SSI ¶ 3. During that time, Defendant applied for and received federal grants through KU to fund his research projects at KU. See id. ¶¶ 4, 9-15. Related to his employment and federally funded research, Defendant had a duty to disclose financial conflicts, conflicts of time, and other

research support, and he was required to obtain approval prior to engaging in external professional activities. See id. ¶¶ 5-8, 10, 13, 15.

3.  Between approximately July and December 2017, while employed by KU, Defendant applied for the Chang Jiang Scholar Program through Fuzhou University (FZU), a research institution in China.  See id. ¶¶ 24-26. The Chang Jiang Scholar Program is a Chinese-government talent plan designed to attract talented researchers to Chinese universities to bolster China's scientific and technological knowledge and expertise. See id. ¶ 21. Participants in the Chang Jiang Scholar Program and similar talent plans draw a salary from their employing Chinese universities and receive other financial and social benefits. See id. ¶¶ 19, 21.

4.  In approximately December 2017, China's Ministry of Education selected Defendant to serve as a Chang Jiang Distinguished Professor at FZU. See id. ¶ 26. Following that designation, in early 2018, Defendant negotiated an employment contract with FZU. See id. ¶ 28-29. Defendant officially commenced his five-year term of employment at FZU in approximately May 2018. See id. ¶¶ 29-30.   As part of his work at FZU, Defendant traveled to China at various times during that period. See id.

5.  On August 27, 2019, following Defendant's arrest on the Indictment,  Defendant was released pending trial.  The Court entered an Order Setting Conditions of Release.  Dkt. 10.  Defendant was ordered to surrender his passport to the Probation / Pretrial Services Office.[1]  Id. at ¶ 7(d).

6.  On August 29, 2019, the Clerk's Office entered a notice that it had received a passport belonging to Defendant (Dkt. 17).  The Clerk's office remains in possession of the passport.

---

[1] Defendant also was ordered to surrender passports for his wife and children. The United States does not seek permission to inspect or copy those passports.

7. The Defendant's passport may contain evidence of his travel to and from China. The United States seeks an Order directing the Clerk of the Court to allow the United States to inspect and copy Defendants' passport.[2]

8. The United States contacted the Defendant's counsel regarding its intent to file the instant motion. On June 21, 2021, counsel indicated that there was no objection.

Respectfully submitted,

*/s/ Christopher Oakey*
D. Christopher Oakley
Assistant United States Attorney
United States Attorney's Office for the
District of Kansas
500 State Avenue
Suite 360
Kansas City, Kansas 66101
Ph. 913-551-6604
Fax 913-551-6754

*/s/ Benjamin Hawk*
Benjamin J. Hawk
Adam P. Barry
Trial Attorneys
National Security Division
U.S. Department of Justice

**CERTIFICATE OF SERVICE**

I certify that, on this 21st day of June, 2021, I filed the foregoing Motion with the Clerk of the Court's electronic filing system, which will automatically provide notice to all counsel of record.

---

[2] If the passport was in the possession of a third party, the United States would seek a subpoena pursuant to Fed. R. Crim. 17. However, because the passport is in the possession of the Clerk of the Court, the United States seeks this order instead.

*/s/ Christopher Oakey*
D. Christopher Oakley
Assistant United States Attorney