# EXHIBIT 2

# Thank you very much.

**From:** Redacted [Government Informant]
**To:** "Tao, Franklin Feng" <franklin.feng.tao@ku.edu>, 陶丰 <taofeng@fzu.edu.cn>, franklin.tao.2017@gmail.com
**Cc:** Redacted [Government Informant]
**Date:** Sun, 10 Feb 2019 18:24:06 -0500

Dear Prof. Tao,

Congratulations to you on the acceptance of your paper and thank you very much for agreeing to remove my name from it.

I am sorry for sending this email. I tried my best to summarize the collaborations between us. In case of anything wrong that infringes your interest, please do not hesitate to tell me. I case of anything wrong regarding my interest, I will consider it as a charity and will never send you updated version any more.

(1) The review paper regarding electrochemical N2 reduction.
You told me "For you ACS catalysis, I perfer you not include my name since i won,t have time to contribute to it" (see wechat information on 15th, Jan. 2019).
I respect your choice, I have told Yu not to revise it. You and Yu will not be co-authors of it.

(2) The paper of "Cu-BN sample for propane dehydrogenation".
You did ex situ EXAFS for one sample. After data analysis, we will not use the data on our manuscript.
On 29th, Nov. 2018, I sent you the email with the sentence "Your contributions in in situ XAS and XPS characterisation/analysis as well as the TEM characterisation are sufficient enough for you to be one of the corresponding authors". However, up to now, I did not receive your reply or any of these data. I am sorry I will ask others for collaboration and you will not be a co-author of it.
I am sorry I want to say more words here. I knew Luan was purchasing BNNT during my visit in KU. According to academic ethics, I suggest you not to do a similar work as mine.

(3) The three "Metal-zinc" papers.
On 3rd, May, 2018, you wrote in wechat "会敏，我将把你放到第二作者。由于你花了大量时在这三等文章上，我觉得其中一篇比如Pt放你为第一作者是合理的，在他多组写文章的是第一作者。很多时侯idea都是PI的，一个工作是由几个人完成的，其中一人可能做了相对较多的工作，但这人并没有对文章撰写有任何贡就，也不愿写一个字，我不知道他为什么要成为第一作者？就凭他做了较多的实验工作？作者的顺序是intellectual 的贡献大到小。对数据分析，结果理解，文章撰写没有贡就的人并不必定应是第一作者。有的学生说:我是老板叫我后这个工作的第一个人，我应是第一作者;有的学生说我做样品花了三个月时间，我应是第一作者，，，，，。我遇到听到太多对等一作者要求的理解，，，。我尊敬你意见，，，。但公平地说，你应是其中一篇文章的第一作者，，。你为他们考虑，他们不感恩的，我写电邮告知他们，但没人回我，，，他们觉得反正我要把文章给他们写出来，我的岁月在写这些文章中花费了，他们都不愿写，，最重要的是他们不感恩，，我常觉你我在给学生打工，，。有时间再讨论" and on 15th, Jan. 2019, you wrote in wechat "If you want to be a first author, i need to talk with them."
According to your information and my contribution to the papers, it is reasonable for me to take a first-author. Since the authors of "PdZn" and "IrZn" papers have already been assigned, just like you said, from the equality point of view, I deserve and it is reasonable to take the first-author of "PtZn" one. If not convenient to take the first author (not the equal contribution one) of "PtZn" one, it is OK for me to take a co-corresponding author of this paper.

(4) The papers regarding EXAFS data done in May 2018 in Spring 8.
On 18th, Apr. 2018, you wrote email to me "I suggest you to fly to Japan to work with Redacted [L.N.] He can learn the complicated in situ studies from Redacted [L.N.] also needs a helper since the beamline run 24 hrs. With your participation, you may cover 8 hrs for him. In addition, we will run several projects. You will be a part of these papers, even one of the main authors. Another reason is that we won't have beamtime before 2019. So, I hope you have more sense on the in situ EXAFS studies by taking this opportunity. The instruments in Japan are similar to all other synchrotron center." I went to Japan and worked there for more than 1 week with my own funding support.

One sentence in the email is "You will be a part of these papers, even one of the main authors." I have downloaded the note we took during experiments. It is easy for me to distinguish which work I had made contribution. Please reasonably include me. From my understanding, first-author (not the equal contribution one) and corresponding author are main authors, other co-authors can not be considered as main authors. According to your email as well as my time and funding contribution, I would be first-author (not the equal contribution one) or corresponding author for at least one of the papers, and co-author for others.

If you are reluctant to give me first-author or corresponding author to even one of these papers. Please show me the official definitions of "a part of a paper" and "main authors of a paper".

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052 -JAR (D. KS.)

DOJ-00153794

Also, I borrowed the propane gas from [Redacted] for experiments, I asked "陶老师您好。Prof. Miyake会从其他组借给我们一瓶3L的C3H8.那我们可以加prof. Miyake 和 prof. Ikenaga为作者吗?". Your reply "可以加他们。" (see wechat information on 14th, May, 2018). Please include them reasonably. Their affiliation is "Department of Chemical, Energy, and Environmental Engineering, and High Technology Research Center, [Redacted] Osaka 564-8680, Japan".

(5) Pd/Mo3O4 dual single site paper
On 5th, May, 2018, you sent me the manuscript together with the words "The attached is one manuscript to Nature Chem or Angewandte. I didn't have time to finish the writing as I am quite busy in two other things. Please get it into a better shape and then I will continuously work on it." (wechat information). I worked on it and sent back to you on 12th, May, 2018 and via dropbox (Luan's account) on 21st, May, 2018.
I would be a co-author of it.

(6) "Single atom catalysis" review
On 11th, Jan. 2019, you said via wechat "I think I replied email to you. I agree you to place you as co-corresponding author." On 12th, Jan. 2019, my email to you "As discussed, I am happy that Yu takes the first author, and You and I take the corresponding authorship of the review."
I would be co-corresponding author of it.

(7) The potential review on alkane/C-H bond activation.
On 9th, Jan. 2019, I sent you the proposal on a review paper regarding alkane activation. You replied me on 10th, Jan. 2019 "I was considering a review on the topic to Chem Rev with very similar topic to the one you sent. I planned to submit one after the acceptance of the current Chemical Reviews. I will develop a proposal on activaiton of C-H (by considering your draft) and then submit a proposal to Chem Rev or Chem Soc Rev and include you as first author or a co-corresponding author." Please do it.
On 29th, Jul. 2018, in FZU, you asked me to write the carbon-based proposal for you. You said, as an exchange, you would assign me the first-author of the review paper on the just accepted "in situ XPS". I rejected you at that time because I was not familiar with the area of in situ XPS, it might take me plenty time to learn this new knowledge.
I contributed about 20 days to the proposal. So, to express your appreciation for my time contributed to your proposal, this time, please suggest someone to write the review. I am familiar with this area, I would give comments and revise it when the draft is ready, and take a co-corresponding authorship.
If you want to skip this review and consider other topics, it is no problem. I am happy to learn new knowledge this time. I would give comments and revise it when the draft is ready, and take a co-corresponding authorship of your next Chem Rev or Chem Soc Rev (excluding the single atom catalysis one).

If you are reluctant to give me a co-corresponding author to your next Chem Rev or Chem Soc Rev (excluding the single atom catalysis one), please suggest a proper alternative to compensate my time contributed to your proposal. If I am satisfied with the compensation you suggested, I will ask other collaborators for the writing of the review regarding alkane activation.

(8) The projects I mentioned in the email of 20th, Mar. 2018.
You said you were considering similar topics as mine (projects 1 and 2) when you received my project proposals. I did little thermal-catalysis at this moment. If you were indeed doing similar topics, it is OK. (Honestly speaking, I hate these type of words "I was also considering....." or "I am also working on....". My paper was stolen by people saying these type of words. Actually he/she did nothing about it at that time, but he/she thought my idea was very amazing, and started to work on it in a hush way. )
I know you did not do anything on projects 3 and 4 at that time, if you have the plan to work on projects 3 and 4, there might be some interest conflicts. So according to academic ethics, we need to have a discussion if you plan to do it.

(9) Chem. Commun., 2018, 54, 9981
I drafted the manuscript. I deserve a co-author of it.

(10) JPCB 2018, 122, 425 and Langmuir 2018, 34, 9606.
They are not my publications, since I am not [Redacted [Government Informant]]. I had never and will never claim them as my applications. As reference, you could check email I sent to Prof. Bao and ccd you (11th, Jun. 2018) and my application documents.

Above are the collaboration we had made or failed to make. In case of anything missing that infringes your interest, please do not hesitate to tell me.

Please reasonably include me to the above mentioned papers. You are professor, I believe you know the meaning of "reasonably" more than me. From my understanding, at least, "reasonably" means (1) I will have a proper authorship and (2) I will have a proper affiliation. I did all these works during my worktime in the university of Sydney. The university of sydney paid my salary. It is reasonable to include the University of Sydney as my only affiliation.

I suggest you not to argue with me by saying "××× made more contribution than you". I never ask more than what you promised me I should deserve. I have strong evidence for each of them. I am merciful, it is not indispensable for me to take the first-author. Co-corresponding authorship could be served as alternative (even though co-corresponding-authorship is not as important as first-authorship for me).

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052 -JAR (D. KS.)

DOJ-00153795

Of course, you are corresponding author for nearly all the above mentioned papers, you can skip all of them if you wish. If you are reluctant to give me these authorships, please tell me directly. I prefer to exclude my name initially or withdraw my name even during proof than my name being moved backward gradually. I don't care one or more this type of publications. Even you assign me first author or corresponding author to these papers, I may not put them into my publication list during applications. Give or not give shows your attitude; use or not use is my choice.

In fact, this email was drafted about 3 weeks ago, I have tried my best to calm down and revise it by using peaceful words. If you still feel hurt by this email, please forgive me by imaging my feeling at that time and the message I sent you on 5th, Aug. 2018, "虽然我们聊天半年多，我觉得您了解的我不是真实的我。其实我不是您说的那种"不斤斤计较的人"，我只是"不属于我的东西我不觊觎"，可当本属于我的东西被人抢走时，可能我的反击会非常强烈非常极端。" (See wechat information).

After all, hope you a good future.
Best regards
Redacted [Government]

PS: I am sorry I sent the email to all your email addresses I know and all my permanent email addresses (I sent this email to all your email addresses to make sure your receipt of the email. I copied it to all my email address to make sure I could receive your reply. In case I do not receive your reply to this email within one week, it is assumed that you have no comments and agree all the items I suggested).

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052 -JAR (D. KS.)

DOJ-00153796