# EXHIBIT 3

# Re: Thank you very much.

**From:** "Tao, Franklin Feng" <"/o=university of kansas/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=f626t673101">
**To:** Redacted [Government Informant]
**Bcc:** "Tao, Franklin Feng" <franklin.feng.tao@ku.edu>, franklin.tao.2017@gmail.com, taofeng@fzu.edu.cn
**Date:** Fri, 15 Feb 2019 20:58:58 -0500

See the following reply. Thank you very much for your contribution.

---

**From:** Redacted [Government Informant]
**Sent:** Sunday, February 10, 2019 5:24 PM
**To:** Tao, Franklin Feng; 陶丰; franklin.tao.2017@gmail.com
**Cc:** Redacted [Government Informant]
**Subject:** Thank you very much.

Dear Prof. Tao,

Congratulations to you on the acceptance of your paper and thank you very much for agreeing to remove my name from it.

I am sorry for sending this email. I tried my best to summarize the collaborations between us. In case of anything wrong that infringes your interest, please do not hesitate to tell me. I case of anything wrong regarding my interest, I will consider it as a charity and will never send you updated version any more.

(1) The review paper regarding electrochemical N2 reduction.
You told me "For you ACS catalysis, I perfer you not include my name since i won,t have time to contribute to it" (see wechat information on 15th, Jan. 2019).
I respect your choice, I have told Yu not to revise it. You and Yu will not be co-authors of it.
Reply: Yu and I will not be a coauthor. The reason is that I am not an expert. I prefer not be a part of your manuscript of electrochemical N2 reduction. But I wish you lucky in this manuscript. I would help to edit it if necessary (I don't need any credit on it).

(2) The paper of "Cu-BN sample for propane dehydrogenation".
You did ex situ EXAFS for one sample. After data analysis, we will not use the data on our manuscript.
On 29th, Nov. 2018, I sent you the email with the sentence "Your contributions in in situ XAS and XPS characterisation/analysis as well as the TEM characterisation are sufficient enough for you to be one of the corresponding authors". However, up to now, I did not receive your reply or any of these data. I am sorry I will ask others for collaboration and you will not be a co-author of it.
I am sorry I want to say more words here. I knew Luan was purchasing BNNT during my visit in KU. According to academic ethics, I suggest you not to do a similar work as mine.
Reply: My group did some work of metal on BN. To avoid conflict of interest, we will not do Cu/BN. Although we performed EXAFS for your Cu/BN, I prefer not to have name in your manuscript since I did not and I will not have time to contribute to your work. Please be noted that we have started BN with different metals one more year ago. We prepared In/BN, Cu/BN, Ni/BN. We did not use BN nanotube. As I said, we will stop the Cu/BN work for propane ODH since you said you worked on it. But we will work on our other works of BN with loaded metal (not Cu for propane ODH)

(3) The three "Metal-zinc" papers.
On 3rd, May, 2018, you wrote in wechat "会敏，我将把你放到第二作者。由于你花了大量时在这三等文章上，我觉得其中一篇比如Pt放你为第一作者是合理的，在他多组写文章的是第一作者。很多时侯idea都是PI的，一个工作是由几个人完成的，其中一人可能做了相对较多的工作，但这人并没有对文章撰写有任何贡就，也不愿写一个字，我不知道他为什么要成为第一作者？就凭他做了较多的实验工作？作者的顺序是intellectual 的贡献大到小。对数据分析，结果理解，文章撰写没有贡就的人并不必定应是第一作者。有的学生说:我是老板叫我后这个工作的第一个人，我应是第一作者;有的学生说我做样品花了三个月时间，我应是第一作者，，，，，。我遇到听到太多对等一作者要求的理解，，，。我尊敬你意见，，，。但公平地说，你应是其中一篇文章的第一作者，，。你为他们考虑，他们不感恩的，我写电邮告知他们，但没人回我，，，他们觉得反正我要把文章给他们写出来，我的岁月在写这些文章中花费了，他们都不愿写，，最重要的是他们不感恩，，我常觉类你我在给学生打工，，。有时间再讨论" and on 15th, Jan. 2019, you wrote in wechat "If you want to be a first author, i need to talk with them."
According to your information and my contribution to the papers, it is reasonable for me to take a first-author. Since the authors of "PdZn" and "IrZn" papers have already been assigned, just like you said, from the equality point of view, I deserve and it is reasonable to take the first-author of "PtZn" one. If not convenient to take the first author (not the equal contribution one) of "PtZn" one, it is OK for me to take a co-corresponding author of this paper.
Reply: You will get credit. You will be a co-first author or co-corresponding author in one of the M-Zn experimental work.

(4) The papers regarding EXAFS data done in May 2018 in Spring 8.

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052 -JAR (D. KS.)

DOJ-00127677

On 18th, Apr. 2018, you wrote email to me "I suggest you to fly to Japan to work with Redacted [L.N.] He can learn the complicated in situ studies from Redacted [L.N.] also needs a helper since the beamline run 24 hrs. With your participation, you may cover 8 hrs for him. In addition, we will run several projects. You will be a part of these papers, even one of the main authors. Another reason is that we won't have beamtime before 2019. So, I hope you have more sense on the in situ EXAFS studies by taking this opportunity. The instruments in Japan are similar to all other synchrotron center." I went to Japan and worked there for more than 1 week with my own funding support.

One sentence in the email is "You will be a part of these papers, even one of the main authors." I have downloaded the note we took during experiments. It is easy for me to distinguish which work I had made contribution. Please reasonably include me. From my understanding, first-author (not the equal contribution one) and corresponding author are main authors, other co-authors can not be considered as main authors. According to your email as well as my time and funding contribution, I would be first-author (not the equal contribution one) or corresponding author for at least one of the papers, and co-author for others.

If you are reluctant to give me first-author or corresponding author to even one of these papers. Please show me the official definitions of "a part of a paper" and "main authors of a paper".

Also, I borrowed the propane gas from Redacted for experiments, I asked "陶老师您好。Prof. Miyake会从其他组借给我们一瓶3L的C3H8.那我们可以加prof. Miyake 和 prof. Ikenaga为作者吗?". Your reply "可以加他们。" (see wechat information on 14th, May, 2018). Please include them reasonably. Their affiliation is "Department of Chemical, Energy, and Environmental Engineering, and High Technology Research Center, Redacted Osaka 564-8680, Japan".

Reply: Thank you very much for your help. Some samples are from collaborators. We helped them to check their samples. I don't know how they gave us credit and I don't whether they could actually use our data or not since they could use their other collaborators' data. I cannot ask my collaborators to give you credit of main authors. Some samples are our own samples. If the experiments of EXAFS in the days you helped could lead to a publication due to the EXAFS experiments in May 2018, I will provide your co-first author or a co-corresponding authors. In paper of such a work, I will offer your Japanese collaborators as co-authors of that paper.

(5) Pd/Mo3O4 dual single site paper
On 5th, May, 2018, you sent me the manuscript together with the words "The attached is one manuscript to Nature Chem or Angewandte. I didn't have time to finish the writing as I am quite busy in two other things. Please get it into a better shape and then I will continuously work on it." (wechat information). I worked on it and sent back to you on 12th, May, 2018 and via dropbox (Luan's account) on 21st, May, 2018.
I would be a co-author of it.
Reply: That work is still under preparation. DFT calculation is still making effort. We are still working on more experiments. I will make sure to include you as a coauthor.

(6) "Single atom catalysis" review
On 11th, Jan. 2019, you said via wechat "I think I replied email to you. I agree you to place you as co-corresponding author." On 12th, Jan. 2019, my email to you "As discussed, I am happy that Yu takes the first author, and You and I take the corresponding authorship of the review. "
I would be co-corresponding author of it.
Reply: Yes, I will definitely include you as a co-corresponding author. You prepared the draft of a few sections. Now Yu, I and Susan are still working on it. I feel that need more organization/editing.

(7) The potential review on alkane/C-H bond activation.
On 9th, Jan. 2019, I sent you the proposal on a review paper regarding alkane activation. You replied me on 10th, Jan. 2019 "I was considering a review on the topic to Chem Rev with very similar topic to the one you sent. I planned to submit one after the acceptance of the current Chemical Reviews. I will develop a proposal on activaiton of C-H (by considering your draft) and then submit a proposal to Chem Rev or Chem Soc Rev and include you as first author or a co-corresponding author." Please do it.
On 29th, Jul. 2018, in FZU, you asked me to write the carbon-based proposal for you. You said, as an exchange, you would assign me the first-author of the review paper on the just accepted "in situ XPS". I rejected you at that time because I was not familiar with the area of in situ XPS, it might take me plenty time to learn this new knowledge.
I contributed about 20 days to the proposal. So, to express your appreciation for my time contributed to your proposal, this time, please suggest someone to write the review. I am familiar with this area, I would give comments and revise it when the draft is ready, and take a co-corresponding authorship.
If you want to skip this review and consider other topics, it is no problem. I am happy to learn new knowledge this time. I would give comments and revise it when the draft is ready, and take a co-corresponding authorship of your next Chem Rev or Chem Soc Rev (excluding the single atom catalysis one).

If you are reluctant to give me a co-corresponding author to your next Chem Rev or Chem Soc Rev (excluding the single atom catalysis one), please suggest a proper alternative to compensate my time contributed to your proposal. If I am satisfied with the compensation you suggested, I will ask other collaborators for the writing of the review regarding alkane activation.
 Reply: I will discuss with you how to compensate your time. I called you a few times but couldn't find you. Please pick up my call.

(8) The projects I mentioned in the email of 20th, Mar. 2018.

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052 -JAR (D. KS.)

DOJ-00127678

You said you were considering similar topics as mine (projects 1 and 2) when you received my project proposals. I did little thermal-catalysis at this moment. If you were indeed doing similar topics, it is OK. (Honestly speaking, I hate these type of words "I was also considering….." or "I am also working on….". My paper was stolen by people saying these type of words. Actually he/she did nothing about it at that time, but he/she thought my idea was very amazing, and started to work on it in a hush way. )
I know you did not do anything on projects 3 and 4 at that time, if you have the plan to work on projects 3 and 4, there might be some interest conflicts. So according to academic ethics, we need to have a discussion if you plan to do it.
Reply: Indeed, I had the idea of preparing proposal for activation and oxidation of light alkane. In terms of projects 3 and 4 (better use section title to replace the word, project), the main body of Y. Li's thesis is aromatization of ethane and propane (done) and methane (planned). Section title 4 is to describe challenge. Section title 3 in fact overlaps with one review article published by someone in Catalysis Science and Technology.

(9) Chem. Commun., 2018, 54, 9981
I drafted the manuscript. I deserve a co-author of it.
 Reply: Thank you for your contribution.

Please reasonably include me to the above mentioned papers. You are professor, I believe you know the meaning of "reasonably" more than me. From my understanding, at least, "reasonably" means (1) I will have a proper authorship and (2) I will have a proper affiliation. I did all these works during my worktime in the [Redacted] Sydney. The [Redacted] sydney paid my salary. It is reasonable to include the [Redacted] Sydney as my only affiliation.
Reply: You affiliation will be Sydney in publications to have your name.

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052 -JAR (D. KS.)

DOJ-00127679