# EXHIBIT 4

# Re: Thank you very much.

**From:** Redacted [Government Informant]
**To:** "Tao, Franklin Feng" <franklin.feng.tao@ku.edu>, franklin.tao.2017@gmail.com, 陶丰 <taofeng@fzu.edu.cn>
**Cc:** Redacted [Government Informant]
**Date:** Sat, 16 Feb 2019 12:29:09 -0500

Dear Prof. Tao,

I am sorry due to your improper action, which had hurt me badly. All the conversations in yesterday will not work. The followings are new items. Please reply me by tomorrow 1:30 am (1:30 am, 18th, Feb., 2019, Beijing time)

(1) The review paper regarding electrochemical N2 reduction.
You and Yu will not be co-authors of it.

(2) The paper of "Cu-BN sample for propane dehydrogenation".
You will not be a co-author of it.
You promised you will not work on Cu/BN (As I said, we will stop the Cu/BN work for propane ODH since you said you worked on it. But we will work on our other works of BN with loaded metal (not Cu for propane ODH), 16th, Feb. 2019)

(3) The three "Metal-zinc" papers.
On 3rd, May, 2018, you wrote in wechat "会敏，我将把你放到第二作者。由于你花了大量时在这三等文章上，我觉得其中一篇比如Pt放你为第一作者是合理的，在他多组写文章的是第一作者。很多时候idea都是PI的，一个工作是由几个人完成的，其中一人可能做了相对较多的工作，但这人并没有对文章撰写有任何贡献，也不愿写一个字，我不知道他为什么要成为第一作者？就凭他做了较多的实验工作？作者的顺序是intellectual 的贡献大到小。对数据分析，结果理解，文章撰写没有贡献的人并不必定应是第一作者。有的学生说:我是老板叫我后这个工作的第一个人，我应是第一作者;有的学生说我做样品花了三个月时间，我应是第一作者，，，，，。我遇到听到太多对等一作者要求的理解，，，。我尊敬你意见，，，。但公平地说，你应是其中一篇文章的第一作者，，。你为他们考虑，他们不感恩，我写电邮告知他们，但没人回我，，，他们觉得反正我要把文章给他们写出来，我的岁月在写这些文章中花费了，他们都不愿写，，最重要的是他们不感恩，，我常觉你我在给学生打工，，。有时间再讨论" and on 15th, Jan. 2019, you wrote in wechat "If you want to be a first author, i need to talk with them."

According to your information and my contribution to the papers, it is reasonable for me to take a first-author. Since the authors of "PdZn" and "IrZn" papers have already been assigned (I am co-first author for PdZn and second author for IrZn), just like you said, from the equality point of view, I deserve and it is reasonable to take the first-author of "PtZn" one. Then I will take the first author of "PtZn" (co-first author is OK, but I should be the first one) or co-corresponding author.

(4) The papers regarding EXAFS data done in May 2018 in Spring 8.
On 18th, Apr. 2018, you wrote email to me "I suggest you to fly to Japan to work with Redacted [L.N.] He can learn the complicated in situ studies from Redacted [L.N.] also needs a helper since the beamline run 24 hrs. With your participation, you may cover 8 hrs for him. In addition, we will run several projects. You will be a part of these papers, even one of the main authors. Another reason is that we won't have beamtime before 2019. So, I hope you have more sense on the in situ EXAFS studies by taking this opportunity. The instruments in Japan are similar to all other synchrotron center." I went to Japan and worked there for more than 1 week with my own funding support.

One sentence in the email is "You will be a part of these papers, even one of the main authors." I have downloaded the note we took during experiments. It is easy for me to distinguish which work I had made contribution. Please reasonably include me. From my understanding, first-author (not the equal contribution one) and corresponding author are main authors, other co-authors can not be considered as main authors. According to your email as well as my time and funding contribution, I would be first-author (co-first author is OK, but I should be the first one) or corresponding author for at least one of the papers, and co-author for others.

Also, I borrowed the propane gas from Redacted for experiments, I asked "陶老师您好。Prof. Miyake会从其他组借给我们一瓶3L的C3H8.那我们可以加prof. Miyake 和 prof. Ikenaga为作者吗？". Your reply "可以加他们。" (see wechat information on 14th, May, 2018). Please include them reasonably. Their affiliation is "Department of Chemical, Energy, and Environmental Engineering, and High Technology Research Center, Redacted Osaka 564-8680, Japan".

(5) Pd/Mo3O4 dual single site paper
On 5th, May, 2018, you sent me the manuscript together with the words "The attached is one manuscript to Nature Chem or Angewandte. I didn't have time to finish the writing as I am quite busy in two other things. Please get it into a

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052 -JAR (D. KS.)

DOJ-00153120

better shape and then I will continuously work on it." (wechat information). I worked on it and sent back to you on 12th, May, 2018 and via dropbox (Luan's account) on 21st, May, 2018.
I would be a co-author of it.

(6) "Single atom catalysis" review
On 11th, Jan. 2019, you said via wechat "I think I replied email to you. I agree you to place you as co-corresponding author." On 12th, Jan. 2019, my email to you "As discussed, I am happy that Yu takes the first author, and You and I take the corresponding authorship of the review. "
I would be co-corresponding author of it.


(7) The potential review on alkane/C-H bond activation.
On 9th, Jan. 2019, I sent you the proposal on a review paper regarding alkane activation. You replied me on 10th, Jan. 2019 "I was considering a review on the topic to Chem Rev with very similar topic to the one you sent. I planned to submit one after the acceptance of the current Chemical Reviews. I will develop a proposal on activaiton of C-H (by considering your draft) and then submit a proposal to Chem Rev or Chem Soc Rev and include you as first author or a co-corresponding author." Please do it.
On 29th, Jul. 2018, in FZU, you asked me to write the carbon-based proposal for you. You said, as an exchange, you would assign me the first-author of the review paper on the just accepted "in situ XPS". I rejected you at that time because I was not familiar with the area of in situ XPS, it might take me plenty time to learn this new knowledge.
I contributed about 20 days to the proposal. So, to express your appreciation for my time contributed to your proposal, this time, please suggest someone to write the review. I am familiar with this area, I would give comments and revise it when the draft is ready, and take a co-corresponding authorship.
If you want to skip this review and consider other topics, it is no problem. I am happy to learn new knowledge this time. I would give comments and revise it when the draft is ready, and take a co-corresponding authorship of your next Chem Rev or Chem Soc Rev (excluding the single atom catalysis one).

This review is for your compensation for my time as well as my spiritual hurt.

It is OK if you decide not to contribute any reviews to Chem Rev or Chem Soc Rev in the future.

(8) The projects I mentioned in the email of 20th, Mar. 2018.
You can not do anything related to project 3 (photothermal catalysis) and projects 4 (photo-electro-thermal catalysis) unless I promise.


You promised to have [Redacted [Government Informant]] as my only affiliation in the papers (16th, Feb. 2019).


Of course, you are corresponding author for nearly all the above mentioned papers, you can skip all of them if you wish.


I know the rough progress of each of the projects. Please submit more than half of them during 2019 with several accepted. All of them will be accepted within 2 years (deadline 17th, Feb. 2021).
==You should feel lucky, I am merciful.== After the acceptance of all these papers, you will owe me nothing.
If I do not receive your reply by tomorrow 1:30 am (1:30 am, 18th, Feb., 2019, Beijing time), it is assumed that you agree all items.

After all, hope you a good future.
Best regards
[Redacted [Government Informant]]

---

**From:** [Redacted [Government Informant]]
**Sent:** Sunday, 17 February 2019 2:59:20 AM
**To:** Tao, Franklin Feng; Franklin Tao; 陶丰
**Cc:** [Redacted [Government Informant]]
**Subject:** Re: Thank you very much.

Just as a record.

"If you are reluctant to give me these authorships, please tell me directly. I prefer to exclude my name initially or withdraw my name even during proof than my name being moved backward gradually. I don't care one or more this type of publications. "10th, Feb, 2019.

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052 -JAR (D. KS.)

DOJ-00153121

**From:** Redacted [Government Informant]
**Sent:** Saturday, 16 February 2019 2:36 PM
**To:** Tao, Franklin Feng
**Subject:** Re: Thank you very much.

Dear Prof. Tao,
Thank you very much.
Please do not add my names to the ones without my permission. It is reluctant for me to accept anything I consider I do not deserved and anything given not originated from other party's hearty willingness. I do not care this type of publications, either.
Hope you good future.
Best regards
Redacted [Government Informant]

---

**From:** Tao, Franklin Feng <franklin.feng.tao@ku.edu>
**Sent:** Saturday, 16 February 2019 2:25:43 PM
**To:** Redacted [Government Informant]
**Subject:** Re: Thank you very much.

Hi, Redacted [Government Informant]

I will give your credit as I described in the email sent to you this morning.
The attached is the one Susan and Yu worked in the last 3-4 weeks. It still needs some time to work out. I will read and check and then submit. Thank you for your contribution.

All the best

Franklin (Feng) Tao

---

**From:** Redacted [Government Informant]
**Sent:** Friday, February 15, 2019 9:08 PM
**To:** Tao, Franklin Feng
**Subject:** Re: Thank you very much.

Dear Prof. Tao,
Additionally, it is not necessary to include the names of the professors in Japan. Even though they are happy if they are given co-authors, but no co-author doesn't matter.
He always supports me as much as I can (not by words), and he also knows I always reward him as much as I can. Our relationship will not break up without such as paper.
Best regards
Redacted [Government Informant]

At 2018-05-28 21:49:52, Redacted wrote:
> Dear Redacted [Government Informant]
> Thank you for your e-mail.
> Your proposal to include our names as co-authors is very kind of you.
> As we only lent the cylinder, please don't think to include our names so serious. Of course, we are happy to be co-authors.
> Good night, Redacted-san.
> Best regards,
> Takanori Miyake

---

**From:** Redacted [Government Informant]
**Sent:** Saturday, 16 February 2019 1:49:45 PM
**To:** Tao, Franklin Feng
**Subject:** Re: Thank you very much.

Dear Prof. Tao,

Thank you very much for your reply. Please see my response.


(1) The review paper regarding electrochemical N2 reduction.

You told me "For you ACS catalysis, I perfer you not include my name since i won,t have time to contribute to it" (see wechat information on 15th, Jan. 2019).

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052 -JAR (D. KS.)

DOJ-00153122

I respect your choice, I have told Yu not to revise it. You and Yu will not be co-authors of it.
Reply: Yu and I will not be a coauthor. The reason is that I am not an expert. I prefer not be a part of your manuscript of electrochemical N2 reduction. But I wish you lucky in this manuscript. I would help to edit it if necessary (I don't need any credit on it).

Respond: Thank you very much. Then you and Yu will not be included.


(2) The paper of "Cu-BN sample for propane dehydrogenation".
You did ex situ EXAFS for one sample. After data analysis, we will not use the data on our manuscript.
On 29th, Nov. 2018, I sent you the email with the sentence "Your contributions in in situ XAS and XPS characterisation/analysis as well as the TEM characterisation are sufficient enough for you to be one of the corresponding authors". However, up to now, I did not receive your reply or any of these data. I am sorry I will ask others for collaboration and you will not be a co-author of it.
I am sorry I want to say more words here. I knew Luan was purchasing BNNT during my visit in KU. According to academic ethics, I suggest you not to do a similar work as mine.
Reply: My group did some work of metal on BN. To avoid conflict of interest, we will not do Cu/BN. Although we performed EXAFS for your Cu/BN, I prefer not to have name in your manuscript since I did not and I will not have time to contribute to your work. Please be noted that we have started BN with different metals one more year ago. We prepared In/BN, Cu/BN, Ni/BN. We did not use BN nanotube. As I said, we will stop the Cu/BN work for propane ODH since you said you worked on it. But we will work on our other works of BN with loaded metal (not Cu for propane ODH)

Respond: Thank you very much.

(3) The three "Metal-zinc" papers.
On 3rd, May, 2018, you wrote in wechat "会敏，我将把你放到第二作者。由于你花了大量时在这三等文章上，我觉得其中一篇比如Pt放你为第一作者是合理的，在他多组写文章的是第一作者。很多时候idea都是PI的，一个工作是由几个人完成的，其中一人可能做了相对较多的工作，但这人并没有对文章撰写有任何贡就，也不愿写一个字，我不知道他为什么要成为第一作者？就凭他做了较多的实验工作？作者的顺序是intellectual的贡献大到小。对数据分析，结果理解，文章撰写没有贡就的人并不必定应是第一作者。有的学生说:我是老板叫我后这个工作的第一个人，我应是第一作者;有的学生说我做样品花了三个月时间，我应是第一作者，，，，，。我遇到听到太多对等一作者要求的理解，，，。我尊敬你意见，，，。但公平地说，你应是其中一篇文章的第一作者，，。你为他们考虑，他们不感恩的，我写电邮告知他们，但没人回我，，，他们觉得反正我要把文章给他们写出来，我的岁月在写这些文章中花费了，他们都不愿写，，最重要的是他们不感恩，，我常觉你我在给学生打工，，，。有时间再讨论" and on 15th, Jan. 2019, you wrote in wechat "If you want to be a first author, i need to talk with them."
According to your information and my contribution to the papers, it is reasonable for me to take a first-author. Since the authors of "PdZn" and "IrZn" papers have already been assigned, just like you said, from the equality point of view, I deserve and it is reasonable to take the first-author of "PtZn" one. If not convenient to take the first author (not the equal contribution one) of "PtZn" one, it is OK for me to take a co-corresponding author of this paper.
Reply: You will get credit. You will be a co-first author or co-corresponding author in one of the M-Zn experimental work.

Respond: I will not take the coauthors of these papers. I did not do any research. I will consider it as a charity for you.


(4) The papers regarding EXAFS data done in May 2018 in Spring 8.
On 18th, Apr. 2018, you wrote email to me "I suggest you to fly to Japan to work with [Redacted L.N.] He can learn the complicated in situ studies from [Redacted L.N.] also needs a helper since the beamline run 24 hrs. With your participation, you may cover 8 hrs for him. In addition, we will run several projects. You will be a part of these papers, even one of the main authors. Another reason is that we won't have beamtime before 2019. So, I hope you have more sense on the in situ EXAFS studies by taking this opportunity. The instruments in Japan are similar to all other synchrotron center." I went to Japan and worked there for more than 1 week with my own funding support.

One sentence in the email is "You will be a part of these papers, even one of the main authors." I have downloaded the note we took during experiments. It is easy for me to distinguish which work I had made contribution. Please reasonably include me. From my understanding, first-author (not the equal contribution one) and corresponding author are main authors, other co-authors can not be considered as main authors. According to your email as well as my time and funding contribution, I

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052 -JAR (D. KS.)

DOJ-00153123

would be first-author (not the equal contribution one) or corresponding author for at least one of the papers, and co-author for others.

If you are reluctant to give me first-author or corresponding author to even one of these papers. Please show me the official definitions of "a part of a paper" and "main authors of a paper".

Also, I borrowed the propane gas from [Redacted Government Informant] for experiments, I asked "陶老师您好。Prof. Miyake会从其他组借给我们一瓶3L的C3H8.那我们可以加prof. Miyake 和 prof. Ikenaga为作者吗?". Your reply "可以加他们。" (see wechat information on 14th, May, 2018). Please include them reasonably. Their affiliation is "Department of Chemical, Energy, and Environmental Engineering, and High Technology Research Center, [Redacted Government Informant] Osaka 564-8680, Japan".

Reply: Thank you very much for your help. Some samples are from collaborators. We helped them to check their samples. I don't know how they gave us credit and I don't whether they could actually use our data or not since they could use their other collaborators' data. I cannot ask my collaborators to give you credit of main authors. Some samples are our own samples. If the experiments of EXAFS in the days you helped could lead to a publication due to the EXAFS experiments in May 2018, I will provide your co-first author or a co-corresponding authors. In paper of such a work, I will offer your Japanese collaborators as co-authors of that paper.

Respond: I will not take the coauthors of these papers. I will consider it as a charity for you.

(5) Pd/Mo3O4 dual single site paper
On 5th, May, 2018, you sent me the manuscript together with the words "The attached is one manuscript to Nature Chem or Angewandte. I didn't have time to finish the writing as I am quite busy in two other things. Please get it into a better shape and then I will continuously work on it." (wechat information). I worked on it and sent back to you on 12th, May, 2018 and via dropbox (Luan's account) on 21st, May, 2018.
I would be a co-author of it.
Reply: That work is still under preparation. DFT calculation is still making effort. We are still working on more experiments. I will make sure to include you as a coauthor.

Respond: I will not take the coauthor of this paper. I will consider it as a charity for you.

(6) "Single atom catalysis" review
On 11th, Jan. 2019, you said via wechat "I think I replied email to you. I agree you to place you as co-corresponding author." On 12th, Jan. 2019, my email to you "As discussed, I am happy that Yu takes the first author, and You and I take the corresponding authorship of the review."
I would be co-corresponding author of it.
Reply: Yes, I will definitely include you as a co-corresponding author. You prepared the draft of a few sections. Now Yu, I and Susan are still working on it. I feel that need more organization/editing.

Respond: The review is divided into 8 sections. I wrote 4 sections. I deserve a co-corresponding author.

(7) The potential review on alkane/C-H bond activation.
On 9th, Jan. 2019, I sent you the proposal on a review paper regarding alkane activation. You replied me on 10th, Jan. 2019 "I was considering a review on the topic to Chem Rev with very similar topic to the one you sent. I planned to submit one after the acceptance of the current Chemical Reviews. I will develop a proposal on activaiton of C-H (by considering your draft) and then submit a proposal to Chem Rev or Chem Soc Rev and include you as first author or a co-corresponding author." Please do it.
On 29th, Jul. 2018, in FZU, you asked me to write the carbon-based proposal for you. You said, as an exchange, you would assign me the first-author of the review paper on the just accepted "in situ XPS". I rejected you at that time because I was not familiar with the area of in situ XPS, it might take me plenty time to learn this new knowledge.
I contributed about 20 days to the proposal. So, to express your appreciation for my time contributed to your proposal, this time, please suggest someone to write the review. I am familiar with this area, I would give comments and revise it when the draft is ready, and take a co-corresponding authorship.

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052 -JAR (D. KS.)

DOJ-00153124

If you want to skip this review and consider other topics, it is no problem. I am happy to learn new knowledge this time. I would give comments and revise it when the draft is ready, and take a co-corresponding authorship of your next Chem Rev or Chem Soc Rev (excluding the single atom catalysis one).

If you are reluctant to give me a co-corresponding author to your next Chem Rev or Chem Soc Rev (excluding the single atom catalysis one), please suggest a proper alternative to compensate my time contributed to your proposal. If I am satisfied with the compensation you suggested, I will ask other collaborators for the writing of the review regarding alkane activation.
 Reply: I will discuss with you how to compensate your time. I called you a few times but couldn't find you. Please pick up my call.

Respond: You do not need to compensate me. I will consider it as a charity for you.

(8) The projects I mentioned in the email of 20th, Mar. 2018.
You said you were considering similar topics as mine (projects 1 and 2) when you received my project proposals. I did little thermal-catalysis at this moment. If you were indeed doing similar topics, it is OK. (Honestly speaking, I hate these type of words "I was also considering....." or "I am also working on....". My paper was stolen by people saying these type of words. Actually he/she did nothing about it at that time, but he/she thought my idea was very amazing, and started to work on it in a hush way. )
I know you did not do anything on projects 3 and 4 at that time, if you have the plan to work on projects 3 and 4, there might be some interest conflicts. So according to academic ethics, we need to have a discussion if you plan to do it.
Reply: Indeed, I had the idea of preparing proposal for activation and oxidation of light alkane. In terms of projects 3 and 4 (better use section title to replace the word, project), the main body of Y. Li's thesis is aromatization of ethane and propane (done) and methane (planned).  Section title 4 is to describe challenge.Section title 3 in fact overlaps with one review article published by someone in Catalysis Science and Technology.

Respond: On 20th, Mar. 2018, the four projects are 1. single atom catalysis for co2 reforming of methane. 2. MOFs for hydrogenation reactions. 3. photothermal catalysis. 4. photo-electro-thermal catalysis.

I will ask other collaborators for the review on alkane activation.


(9) Chem. Commun., 2018, 54, 9981
I drafted the manuscript. I deserve a co-author of it.
 Reply: Thank you for your contribution.

Please reasonably include me to the above mentioned papers. You are professor, I believe you know the meaning of "reasonably" more than me. From my understanding, at least, "reasonably" means (1) I will have a proper authorship and (2) I will have a proper affiliation. I did all these works during my worktime in the [Redacted [Government Informant]] Sydney. The [Redacted [Government Informant]] sydney paid my salary. It is reasonable to include the [Redacted [Government Informant]] Sydney as my only affiliation.
Reply: You affiliation will be Sydney in publications to have your name.

Respond: Thank you very much.

---

From: Tao, Franklin Feng <franklin.feng.tao@ku.edu>
Sent: Saturday, 16 February 2019 12:58:58 PM
To: [Redacted [Government Informant]]
Subject: Re: Thank you very much.

See the following reply. Thank you very much for your contribution.

---

From: [Redacted [Government Informant]]
Sent: Sunday, February 10, 2019 5:24 PM
To: Tao, Franklin Feng; 陶丰; franklin.tao.2017@gmail.com
Cc: [Redacted [Government Informant]]
Subject: Thank you very much.

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052 -JAR (D. KS.)

DOJ-00153125

Dear Prof. Tao,

Congratulations to you on the acceptance of your paper and thank you very much for agreeing to remove my name from it.

I am sorry for sending this email. I tried my best to summarize the collaborations between us. In case of anything wrong that infringes your interest, please do not hesitate to tell me. I case of anything wrong regarding my interest, I will consider it as a charity and will never send you updated version any more.

(1) The review paper regarding electrochemical N2 reduction.
You told me "For you ACS catalysis, I perfer you not include my name since i won,t have time to contribute to it" (see wechat information on 15th, Jan. 2019).
I respect your choice, I have told Yu not to revise it. You and Yu will not be co-authors of it.
Reply: Yu and I will not be a coauthor. The reason is that I am not an expert. I prefer not be a part of your manuscript of electrochemical N2 reduction. But I wish you lucky in this manuscript. I would help to edit it if necessary (I don't need any credit on it).

(2) The paper of "Cu-BN sample for propane dehydrogenation".
You did ex situ EXAFS for one sample. After data analysis, we will not use the data on our manuscript.
On 29th, Nov. 2018, I sent you the email with the sentence "Your contributions in in situ XAS and XPS characterisation/analysis as well as the TEM characterisation are sufficient enough for you to be one of the corresponding authors". However, up to now, I did not receive your reply or any of these data. I am sorry I will ask others for collaboration and you will not be a co-author of it.
I am sorry I want to say more words here. I knew Luan was purchasing BNNT during my visit in KU. According to academic ethics, I suggest you not to do a similar work as mine.
Reply: My group did some work of metal on BN. To avoid conflict of interest, we will not do Cu/BN. Although we performed EXAFS for your Cu/BN, I prefer not to have name in your manuscript since I did not and I will not have time to contribute to your work. Please be noted that we have started BN with different metals one more year ago. We prepared In/BN, Cu/BN, Ni/BN. We did not use BN nanotube. As I said, we will stop the Cu/BN work for propane ODH since you said you worked on it. But we will work on our other works of BN with loaded metal (not Cu for propane ODH)

(3) The three "Metal-zinc" papers.
On 3rd, May, 2018, you wrote in wechat "会敏，我将把你放到第二作者。由于你花了大量时在这三等文章上，我觉得其中一篇比如Pt放你为第一作者是合理的，在他多组写文章的是第一作者。很多时侯idea都是PI的，一个工作是由几个人完成的，其中一人可能做了相对较多的工作，但这人并没有对文章撰写有任何贡就，也不愿写一个字，我不知道他为什么要成为第一作者？就凭他做了较多的实验工作？作者的顺序是intellectual 的贡献大到小。对数据分析，结果理解，文章撰写没有贡就的人并不必定应是第一作者。有的学生说:我是老板叫我后这个工作的第一个人，我应是第一作者;有的学生说我做样品花了三个月时间，我应是第一作者，，，，，。我遇到听到太多对等一作者要求的理解，，，。我尊敬你意见，，，。但公平地说，你应是其中一篇文章的第一作者，，。你为他们考虑，他们不感恩的，我写电邮告知他们，但没人回我，，，他们觉得反正我要把文章给他们写出来，我的岁月在写这些文章中花费了，他们都不愿写，，最重要的是他们不感恩，，我常觉你我在给学生打工，，。有时间再讨论" and on 15th, Jan. 2019, you wrote in wechat "If you want to be a first author, i need to talk with them."
According to your information and my contribution to the papers, it is reasonable for me to take a first-author. Since the authors of "PdZn" and "IrZn" papers have already been assigned, just like you said, from the equality point of view, I deserve and it is reasonable to take the first-author of "PtZn" one. If not convenient to take the first author (not the equal contribution one) of "PtZn" one, it is OK for me to take a co-corresponding author of this paper.
Reply: You will get credit. You will be a co-first author or co-corresponding author in one of the M-Zn experimental work.

(4) The papers regarding EXAFS data done in May 2018 in Spring 8.
On 18th, Apr. 2018, you wrote email to me "I suggest you to fly to Japan to work with Redacted [L.N.] He can learn the complicated in situ studies from Redacted [L.N.] also needs a helper since the beamline run 24 hrs. With your participation, you may cover 8 hrs for him. In addition, we will run several projects. You will be a part of these papers, even one of the main authors. Another reason is that we won't have beamtime before 2019. So, I hope you have more sense on the in situ EXAFS studies by taking this opportunity. The instruments in Japan are similar to all other synchrotron center." I went to Japan and worked there for more than 1 week with my own funding support.

One sentence in the email is "You will be a part of these papers, even one of the main authors." I have downloaded the note we took during experiments. It is easy for me to distinguish which work I had made contribution. Please reasonably include me. From my understanding, first-author (not the equal contribution one) and corresponding author are main authors, other co-authors can not be considered as main authors. According to your email as well as my time and funding contribution, I would be first-author (not the equal contribution one) or corresponding author for at least one of the papers, and co-author for others.

If you are reluctant to give me first-author or corresponding author to even one of these papers. Please show me the official definitions of "a part of a paper" and "main authors of a paper".

Also, I borrowed the propane gas from Redacted [Government Informant] for experiments, I asked "陶老师您好。Prof. Miyake会从其他组借给我们一瓶3L的C3H8.那我们可以加prof. Miyake 和 prof. Ikenaga为作者吗？". Your reply "可以加他们。" (see wechat information on 14th, May, 2018). Please include them reasonably. Their affiliation is "Department of Chemical, Energy, and Environmental Engineering, and High Technology Research Center, Redacted [Government Informant] Osaka 564-8680, Japan".

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052 -JAR (D. KS.)

DOJ-00153126

Reply: Thank you very much for your help. Some samples are from collaborators. We helped them to check their samples. I don't know how they gave us credit and I don't whether they could actually use our data or not since they could use their other collaborators' data. I cannot ask my collaborators to give you credit of main authors. Some samples are our own samples. If the experiments of EXAFS in the days you helped could lead to a publication due to the EXAFS experiments in May 2018, I will provide your co-first author or a co-corresponding authors. In paper of such a work, I will offer your Japanese collaborators as co-authors of that paper.

(5) Pd/Mo3O4 dual single site paper
On 5th, May, 2018, you sent me the manuscript together with the words "The attached is one manuscript to Nature Chem or Angewandte. I didn't have time to finish the writing as I am quite busy in two other things. Please get it into a better shape and then I will continuously work on it." (wechat information). I worked on it and sent back to you on 12th, May, 2018 and via dropbox (Luan's account) on 21st, May, 2018.
I would be a co-author of it.
Reply: That work is still under preparation. DFT calculation is still making effort. We are still working on more experiments. I will make sure to include you as a coauthor.

(6) "Single atom catalysis" review
On 11th, Jan. 2019, you said via wechat "I think I replied email to you. I agree you to place you as co-corresponding author." On 12th, Jan. 2019, my email to you "As discussed, I am happy that Yu takes the first author, and You and I take the corresponding authorship of the review. "
I would be co-corresponding author of it.
Reply: Yes, I will definitely include you as a co-corresponding author. You prepared the draft of a few sections. Now Yu, I and Susan are still working on it. I feel that need more organization/editing.

(7) The potential review on alkane/C-H bond activation.
On 9th, Jan. 2019, I sent you the proposal on a review paper regarding alkane activation. You replied me on 10th, Jan. 2019 "I was considering a review on the topic to Chem Rev with very similar topic to the one you sent. I planned to submit one after the acceptance of the current Chemical Reviews. I will develop a proposal on activaiton of C-H (by considering your draft) and then submit a proposal to Chem Rev or Chem Soc Rev and include you as first author or a co-corresponding author." Please do it.
On 29th, Jul. 2018, in FZU, you asked me to write the carbon-based proposal for you. You said, as an exchange, you would assign me the first-author of the review paper on the just accepted "in situ XPS". I rejected you at that time because I was not familiar with the area of in situ XPS, it might take me plenty time to learn this new knowledge.
I contributed about 20 days to the proposal. So, to express your appreciation for my time contributed to your proposal, this time, please suggest someone to write the review. I am familiar with this area, I would give comments and revise it when the draft is ready, and take a co-corresponding authorship.
If you want to skip this review and consider other topics, it is no problem. I am happy to learn new knowledge this time. I would give comments and revise it when the draft is ready, and take a co-corresponding authorship of your next Chem Rev or Chem Soc Rev (excluding the single atom catalysis one).

If you are reluctant to give me a co-corresponding author to your next Chem Rev or Chem Soc Rev (excluding the single atom catalysis one), please suggest a proper alternative to compensate my time contributed to your proposal. If I am satisfied with the compensation you suggested, I will ask other collaborators for the writing of the review regarding alkane activation.
 Reply: I will discuss with you how to compensate your time. I called you a few times but couldn't find you. Please pick up my call.

(8) The projects I mentioned in the email of 20th, Mar. 2018.
You said you were considering similar topics as mine (projects 1 and 2) when you received my project proposals. I did little thermal-catalysis at this moment. If you were indeed doing similar topics, it is OK. (Honestly speaking, I hate these type of words "I was also considering….." or "I am also working on….". My paper was stolen by people saying these type of words. Actually he/she did nothing about it at that time, but he/she thought my idea was very amazing, and started to work on it in a hush way. )
I know you did not do anything on projects 3 and 4 at that time, if you have the plan to work on projects 3 and 4, there might be some interest conflicts. So according to academic ethics, we need to have a discussion if you plan to do it.
Reply: Indeed, I had the idea of preparing proposal for activation and oxidation of light alkane. In terms of projects 3 and 4 (better use section title to replace the word, project), the main body of Y. Li's thesis is aromatization of ethane and propane (done) and methane (planned).  Section title 4 is to describe challenge. Section title 3 in fact overlaps with one review article published by someone in Catalysis Science and Technology.

(9) Chem. Commun., 2018, 54, 9981
I drafted the manuscript. I deserve a co-author of it.
 Reply: Thank you for your contribution.

Please reasonably include me to the above mentioned papers. You are professor, I believe you know the meaning of "reasonably" more than me. From my understanding, at least, "reasonably" means (1) I will have a proper authorship and (2) I will have a proper affiliation. I did all these works during my worktime in the [Redacted] Sydney. The [Redacted] sydney paid my salary. It is reasonable to include the [Redacted] Sydney as my only affiliation.
Reply: You affiliation will be Sydney in publications to have your name.

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052 -JAR (D. KS.)

DOJ-00153127

**From:** Redacted [Government Informant]
**Sent:** Sunday, February 10, 2019 5:24 PM
**To:** Tao, Franklin Feng; 陶丰; franklin.tao.2017@gmail.com
**Cc:** Redacted [Government Informant]
**Subject:** Thank you very much.

Dear Prof. Tao,

Congratulations to you on the acceptance of your paper and thank you very much for agreeing to remove my name from it.

I am sorry for sending this email. I tried my best to summarize the collaborations between us. In case of anything wrong that infringes your interest, please do not hesitate to tell me. I case of anything wrong regarding my interest, I will consider it as a charity and will never send you updated version any more.

(1) The review paper regarding electrochemical N2 reduction.
You told me "For you ACS catalysis, I perfer you not include my name since i won,t have time to contribute to it" (see wechat information on 15th, Jan. 2019).
I respect your choice, I have told Yu not to revise it. You and Yu will not be co-authors of it.

(2) The paper of "Cu-BN sample for propane dehydrogenation".
You did ex situ EXAFS for one sample. After data analysis, we will not use the data on our manuscript.
On 29th, Nov. 2018, I sent you the email with the sentence "Your contributions in in situ XAS and XPS characterisation/analysis as well as the TEM characterisation are sufficient enough for you to be one of the corresponding authors". However, up to now, I did not receive your reply or any of these data. I am sorry I will ask others for collaboration and you will not be a co-author of it.
I am sorry I want to say more words here. I knew Luan was purchasing BNNT during my visit in KU. According to academic ethics, I suggest you not to do a similar work as mine.

(3) The three "Metal-zinc" papers.
On 3rd, May, 2018, you wrote in wechat "会敏，我将把你放到第二作者。由于你花了大量时在这三等文章上，我觉得其中一篇比如Pt放你为第一作者是合理的，在他多组写文章的是第一作者。很多时候idea都是PI的，一个工作是由几个人完成的，其中一人可能做了相对较多的工作，但这人并没有对文章撰写有任何贡就，也不愿写一个字，我不知道他为什么要成为第一作者？就凭他做了较多的实验工作？作者的顺序是intellectual 的贡献大到小。对数据分析，结果理解，文章撰写没有贡就的人并不必定应是第一作者。有的学生说:我是老板叫我后这个工作的第一个人，我应是第一作者;有的学生说我做样品花了三个月时间，我应是第一作者，，，，。我遇到听到太多对等一作者要求的理解，，，。我尊敬你意见，，，。但公平地说，你应是其中一篇文章的第一作者，，。你为他们考虑，他们不感恩的，我写电邮告知他们，但没人回我，，，他们觉得反正我要把文章给他们写出来，我的岁月在写这些文章中花费了，他们都不愿写，，最重要的是他们不感恩，，我常觉你我在给学生打工，，。有时间再讨论" and on 15th, Jan. 2019, you wrote in wechat "If you want to be a first author, i need to talk with them."
According to your information and my contribution to the papers, it is reasonable for me to take a first-author. Since the authors of "PdZn" and "IrZn" papers have already been assigned, just like you said, from the equality point of view, I deserve and it is reasonable to take the first-author of "PtZn" one. If not convenient to take the first author (not the equal contribution one) of "PtZn" one, it is OK for me to take a co-corresponding author of this paper.

(4) The papers regarding EXAFS data done in May 2018 in Spring 8.
On 18th, Apr. 2018, you wrote email to me "I suggest you to fly to Japan to work with Redacted [L.N.] He can learn the complicated in situ studies from Redacted [L.N.] also needs a helper since the beamline run 24 hrs. With your participation, you may cover 8 hrs for him. In addition, we will run several projects. You will be a part of these papers, even one of the main authors. Another reason is that we won't have beamtime before 2019. So, I hope you have more sense on the in situ EXAFS studies by taking this opportunity. The instruments in Japan are similar to all other synchrotron center." I went to Japan and worked there for more than 1 week with my own funding support.

One sentence in the email is "You will be a part of these papers, even one of the main authors." I have downloaded the note we took during experiments. It is easy for me to distinguish which work I had made contribution. Please reasonably include me. From my understanding, first-author (not the equal contribution one) and corresponding author are main authors, other co-authors can not be considered as main authors. According to your email as well as my time and funding contribution, I would be first-author (not the equal contribution one) or corresponding author for at least one of the papers, and co-author for others.

If you are reluctant to give me first-author or corresponding author to even one of these papers. Please show me the official definitions of "a part of a paper" and "main authors of a paper".

Also, I borrowed the propane gas from Redacted [Government Informant] for experiments, I asked "陶老师您好。Prof. Miyake会从其他组借给我们一瓶3L的C3H8.那我们可以加prof. Miyake 和 prof. Ikenaga为作者吗？". Your reply "可以加他们。" (see wechat information on 14th, May, 2018). Please include them reasonably. Their affiliation is "Department of Chemical, Energy, and Environmental Engineering, and High Technology Research Center, Redacted [Government Informant] Osaka 564-8680, Japan".

(5) Pd/Mo3O4 dual single site paper

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052 -JAR (D. KS.)

DOJ-00153128

On 5th, May, 2018, you sent me the manuscript together with the words "The attached is one manuscript to Nature Chem or Angewandte. I didn't have time to finish the writing as I am quite busy in two other things. Please get it into a better shape and then I will continuously work on it." (wechat information). I worked on it and sent back to you on 12th, May, 2018 and via dropbox (Luan's account) on 21st, May, 2018.
I would be a co-author of it.

(6) "Single atom catalysis" review
On 11th, Jan. 2019, you said via wechat "I think I replied email to you. I agree you to place you as co-corresponding author." On 12th, Jan. 2019, my email to you "As discussed, I am happy that Yu takes the first author, and You and I take the corresponding authorship of the review. "
I would be co-corresponding author of it.

(7) The potential review on alkane/C-H bond activation.
On 9th, Jan. 2019, I sent you the proposal on a review paper regarding alkane activation. You replied me on 10th, Jan. 2019 "I was considering a review on the topic to Chem Rev with very similar topic to the one you sent. I planned to submit one after the acceptance of the current Chemical Reviews. I will develop a proposal on activaiton of C-H (by considering your draft) and then submit a proposal to Chem Rev or Chem Soc Rev and include you as first author or a co-corresponding author." Please do it.
On 29th, Jul. 2018, in FZU, you asked me to write the carbon-based proposal for you. You said, as an exchange, you would assign me the first-author of the review paper on the just accepted "in situ XPS". I rejected you at that time because I was not familiar with the area of in situ XPS, it might take me plenty time to learn this new knowledge.
I contributed about 20 days to the proposal. So, to express your appreciation for my time contributed to your proposal, this time, please suggest someone to write the review. I am familiar with this area, I would give comments and revise it when the draft is ready, and take a co-corresponding authorship.
If you want to skip this review and consider other topics, it is no problem. I am happy to learn new knowledge this time. I would give comments and revise it when the draft is ready, and take a co-corresponding authorship of your next Chem Rev or Chem Soc Rev (excluding the single atom catalysis one).

If you are reluctant to give me a co-corresponding author to your next Chem Rev or Chem Soc Rev (excluding the single atom catalysis one), please suggest a proper alternative to compensate my time contributed to your proposal. If I am satisfied with the compensation you suggested, I will ask other collaborators for the writing of the review regarding alkane activation.

(8) The projects I mentioned in the email of 20th, Mar. 2018.
You said you were considering similar topics as mine (projects 1 and 2) when you received my project proposals. I did little thermal-catalysis at this moment. If you were indeed doing similar topics, it is OK. (Honestly speaking, I hate these type of words "I was also considering….." or "I am also working on….". My paper was stolen by people saying these type of words. Actually he/she did nothing about it at that time, but he/she thought my idea was very amazing, and started to work on it in a hush way. )
I know you did not do anything on projects 3 and 4 at that time, if you have the plan to work on projects 3 and 4, there might be some interest conflicts. So according to academic ethics, we need to have a discussion if you plan to do it.

(9) Chem. Commun., 2018, 54, 9981
I drafted the manuscript. I deserve a co-author of it.

(10) JPCB 2018, 122, 425 and Langmuir 2018, 34, 9606.
They are not my publications, since I am not [Redacted] of KU". I had never and will never claim them as my applications. As reference, you could check email I sent to Prof. Bao and ccd you (11th, Jun. 2018) and my application documents.

Above are the collaboration we had made or failed to make. In case of anything missing that infringes your interest, please do not hesitate to tell me.

Please reasonably include me to the above mentioned papers. You are professor, I believe you know the meaning of "reasonably" more than me. From my understanding, at least, "reasonably" means (1) I will have a proper authorship and (2) I will have a proper affiliation. I did all these works during my worktime in the [Redacted] Sydney. The [Redacted] of sydney paid my salary. It is reasonable to include the [Redacted] Sydney as my only affiliation.

I suggest you not to argue with me by saying "×�×ׄ made more contribution than you". I never ask more than what you promised me I should deserve. I have strong evidence for each of them. I am merciful, it is not indispensable for me to take the first-author. Co-corresponding authorship could be served as alternative (even though co-corresponding-authorship is not as important as first-authorship for me).

Of course, you are corresponding author for nearly all the above mentioned papers, you can skip all of them if you wish. If you are reluctant to give me these authorships, please tell me directly. I prefer to exclude my name initially or withdraw my name even during proof than my name being moved backward gradually. I don't care one or more this type of publications. Even you assign me first author or corresponding author to these papers, I may not put them into my publication list during applications. Give or not give shows your attitude; use or not use is my choice.

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052 -JAR (D. KS.)

DOJ-00153129

In fact, this email was drafted about 3 weeks ago, I have tried my best to calm down and revise it by using peaceful words. If you still feel hurt by this email, please forgive me by imaging my feeling at that time and the message I sent you on 5th, Aug. 2018, "虽然我们聊天半年多，我觉得您了解的我不是真实的我。其实我不是您说的那种"不斤斤计较的人"，我只是"不属于我的东西我不觊觎"，可当本属于我的东西被人抢走时，可能我的反击会非常强烈非常极端。" (See wechat information).

After all, hope you a good future.
Best regards

Redacted [Government Info]

PS: I am sorry I sent the email to all your email addresses I know and all my permanent email addresses (I sent this email to all your email addresses to make sure your receipt of the email. I copied it to all my email address to make sure I could receive your reply. In case I do not receive your reply to this email within one week, it is assumed that you have no comments and agree all the items I suggested).

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052 -JAR (D. KS.)

DOJ-00153130