# EXHIBIT 5

# Re: 问黄老师

| From: | Redacted [Government Informant] |
|---|---|
| To: | "Tao, Franklin Feng" <franklin.feng.tao@ku.edu> |
| Date: | Sun, 21 Apr 2019 16:51:47 -0400 |

Dear Prof. Tao,

I don't know how to summarize the more than one year.

From my point of view, I thought I had tried my best to protect your reputation, but it seems you don't appreciate it (Maybe you have totally different feelings).

For the XAS analysis last August, I contacted you first about the status of my sample. You did not reply me, but instead you asked me to write abstract for your proposal. After all, you did not do it for me.

For the review, even though I suspected about the authors contributions, I emailed you and suggested you to reconsider the authorship. You did not reply me, even though the day after you said 'I think I replied you and agree you to be co-corresponding author' when I got the evidence. If you indeed replied me, please show me the details of the email you sent me, which I might lost.

For Redacted [X.Z.] to be postdoc or not, why you deny it? Nearly everybody in your group know that. I also got the evidence.

Your compensation should never be only limited to the time I spent, but also the spiritual hurts as well as my potential futures you ruined.

Please suggest a reasonable compensation to me.

Best regards
Redacted [Government Informant]

---

**From:** Redacted [Government Informant]
**Sent:** Monday, 22 April 2019 2:06:21 AM
**To:** Tao, Franklin Feng
**Subject:** Re: 问黄老师

BTW, this email address will be expired soon. Please contact me via my other permanent email address in case of need.

---

**From:** Redacted [Government Informant]
**Sent:** Monday, 22 April 2019 12:46:28 AM
**To:** Tao, Franklin Feng
**Subject:** Re: 问黄老师

Dear Prof. Tao,

Sorry for the late reply. I don't access this email frequently recently.

Below is one sentence you sent to Dr Huang on 16th, Dec, 2017. I think you remember it.

'Redacted [X.Z.] will send CV to you next week, will be a very good postdoc with you. '

Sorry your call in March 2018 was not recorded by Dr Huang. He could confirm it.

For the compensation, I prefer money since I could have access to XAS by collaboration with others. Please let me know how much you are going to compensate me.

Best regards
Redacted [Government Informant]

---

**From:** Tao, Franklin Feng <franklin.feng.tao@ku.edu>
**Sent:** Friday, 12 April 2019 7:01:56 PM
**To:** Redacted [Government Informant]
**Subject:** 问黄老师

Hi, Redacted [Government Informant]

我从没有安排晓燕到黄老师组做博后。晓燕不做原位研究。我从没向黄老师提到过你。你可问黄老师。

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052 -JAR (D. KS.)

DOJ-00146682

Franklin

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052 -JAR (D. KS.)

DOJ-00146683