# EXHIBIT 6



# Re: review article

1 message

▮▮▮ Redacted [Government Informant] ▮▮▮  Mon, Apr 22, 2019 at 9:12 AM
To: "Tao, Franklin Feng" <franklin.feng.tao@ku.edu>, 陶丰 <taofeng@fzu.edu.cn>, Franklin Tao <franklin.tao.2017@gmail.com>, ▮▮▮ Redacted [Government Informant] ▮▮▮

Please never say 'how I could help you to move it forward' or 'I would do whatever I could help you success'. Sorry I do not need any help for success. I am just requesting what I should deserve.

不属于我的一分不要，该属于我的一寸不让。这是我的原则。我有把丑话说在前头，我想您记得这句话，'我不是不斤斤计较的人，但当本属于我的东西被抢走时，我的反击会非常强烈非常极端。'我想您是希望有这种体验的，所以我是在成全您。

我是很忙，不过总有些空闲时间做些事的。如果连自己的利益都保护不了，那忙那么多干嘛呢？到时不也是替别人做嫁妆么？！

您也不要责怪别人不替您保守秘密。每个人都有自己的选择。不是每个人都能不受利益诱惑，也不是每个人都愿意为别人背黑锅。终究是要想人不知，除非己莫为。

_____

 Gmail     Franklin Tao <franklin.tao.2017@gmail.com>

# Re: review article
1 message

Redacted [Government Informant]     Mon, Apr 22, 2019 at 9:12 AM
To: "Tao, Franklin Feng" <franklin.feng.tao@ku.edu>, taofeng <taofeng@fzu.edu.cn>, Franklin Tao <franklin.tao.2017@gmail.com>, Redacted [Government Informant]

Please never say 'how I could help you to move it forward' or 'I would do whatever I could to help you succeed". Sorry I do not need any help to succeed. I am just requesting what I should deserve.

I won't take what doesn't belong to me, and I won't concede one inch of what should be mine. This is my principle. I have said the hard truth in front. I think you must remember these words, 'I am not mindful of narrow personal gains and losses. But ==when anything that belongs to me is taken away, my counterattack will be very strong and very extreme.' I think that you wanted to have this experience, so I am satisfying your wish.==

I am very busy, but I can always spare some time to do something. If I can't even protect my own interests, what is the point of me being so busy? Or it would be preparing a dowry for someone else! !



# TRANSLATION CERTIFICATION

Date: November 14, 2019

To whom it may concern:

This is to certify that the attached translation from Mandarin into English is an accurate representation of the documents received by this office.

The documents are designated as:
- 06-04-2019 e1_English
- 05-03-2019 z1_English
- 05-06-2019 c1_English
- 04-30-2019 y1_English
- 04-22-2019 b1_English

Jay Bragg, project manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents. I affirm that the provided translation was produced under the ISO 9001:2015 certified quality management process and the agents responsible for the specified translations are qualified to translate and review documents for the above language pair."

_____
Signature of Jay Bragg