# EXHIBIT 7

# Re: time spent in helping

| From: | Redacted [Government Informant] |
|---|---|
| To: | "Tao, Franklin Feng" <franklin.feng.tao@ku.edu> |
| Date: | Mon, 22 Apr 2019 00:47:14 -0400 |

==If you are nor sure how much you should compensate me, I could suggest you a level. It should be in the level of millions of RMB. For example, 2 million RMB.==

Do not consider it is too much. You ruined my future.

Do not consider it is too much. It is also your future. With these money, you could submit the proof of your review, without destroying your reputation and relationship with professors in FZU. With these money, you could submit papers with both you and Talat as co-corresponding authors, without destroying your collaborations.

It is not much. Only part of your one year's salary.
It is not much. I can not become rich with only this amount of money. Of course, without these money, I can also survive by myself.

It is all dependent on you. I do not mind if no compensation is made. However, please do not consider I could be compensated at a minimised value.

---

**From:** Tao, Franklin Feng <franklin.feng.tao@ku.edu>
**Sent:** Friday, 12 April 2019 2:44 PM
**To:** Redacted [Government Informant]
**Subject:** time spent in helping

Hi, Redacted [Government

For your time you spent with Redacted to learn EXAFS experiment and help during experiments, we will pay you based on the time you spent. For helping editing the manuscript, we will also pay based on the time you spent. Please note me the time you spent and your account number so that we can pay you.

All the best

Franklin (Feng) Tao

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052 -JAR (D. KS.)

DOJ-00146655