# EXHIBIT 8

# Your decisions

**From:** Redacted [Government Informant]
**To:** "Tao, Franklin Feng" <franklin.feng.tao@ku.edu>, franklin.tao.2017@gmail.com, taofeng@fzu.edu.cn, Redacted [Government Informant]
**Date:** Wed, 24 Apr 2019 01:33:25 -0400

Dear Prof. Tao,

In response to your email on 12th April 2019 'Let's get it done and move forward', I also plan to have everything fixed. Then both of us could be back to our own life.

For the review on single atom catalysis, as discussed, I will be the first author and you will be the only corresponding author. FZU could be the first affiliation. Let's submit it to chem soc rev as a trial.

For my other contributions as well as compensations, there are two choices. One is paper, as I sent you on 13th, April 2019. The other is money compensation, which I asked for 2 million RMB. Of course you can propose your desired amount of money for compensation.

Please let me know your decisions.

Best regards

Redacted [Government Informant]