# EXHIBIT 9

# Re: 回复：Re:Fw: Re:

What is the evidence you want to say that? If you don't have evidence for that, you will get a big trouble. I can write to your current collaborator, Redacted [Government Informant] and your postdoc supervisors in Japan.

---

**From:** Redacted [Government Informant]
**Sent:** Thursday, May 2, 2019 7:17 PM
**To:** Tao, Franklin Feng
**Subject:** 回复：Re:Fw: Re:

我已经把该邮件发送给editor，请您做好准备。

我自知脾气不好，但我从不背后给人使绊子。哪怕是举报您，我也会让您知道这是我做的。

我做的任何事，除非我失忆或真的忘记了，我都会承认。哪怕要承担后果。

Sent on the go with Vodafone

-------- 原始邮件 --------
主题：Re:Fw: Re:
发件人：Redacted [Government Informant]
收件人："Tao, Franklin Feng"
抄送：

I will send the message below to the editor, just for your information.

----------
Dear editor of chemical reviews,
The manuscript "cr-2018-00114s - Understanding of Catalyst Surface during Catalysis through Ambient Pressure X-ray Photoelectron Spectroscopy" has severe academic misconducting. It has forged authorship and most of the current listed authors did not contributed to it (please reference to the obvious authorship changes between the initial and final submissions after only minor revisions). So I asked for the removal of my name from it. I suggest chemical reviews check this issue carefully before the finally publication online.
All the best
Redacted [Government Informant]

在 2019-05-03 06:45:17, "Tao, Franklin Feng" <franklin.feng.tao@ku.edu> 写道：

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052 -JAR (D. KS.)

DOJ-00125549

Redacted [Government Inform]

我不知道你在说什么乱七八糟的。我什么时候安排晓燕去黄老师组了？你直接问黄老师和晓燕不就清楚了吗？

---

**From:** Redacted [Government Informant]
**Sent:** Thursday, May 2, 2019 5:35 PM
**To:** Tao, Franklin Feng
**Subject:** Re:

其实我的Supervisor的问题，我之前没有跟您提过，我觉得没有必要，但我有暗示过您。
2018年我们第一次打微信电话时，我已知道您安排个学生过来了。当时我觉得这个办法不太妥当，我跟您提过，我来去自由，我可以自己决定我的去留。我本想（1）您不必为了我搭任何人的交情（2）我也不必因为自己有些是交换的而有心理负担。我不知道您有没有意识到这个。我想黄老师应该也不会主动跟您提这个。

在 2019年5月3日星期五，Redacted [Government Informant] 写道：

陶老师您好。

不好意思，我不知道哪里又触碰到您那敏感的神经了。

您可以说 Redacted [X.Z.] 当时在美国找postdoc比较困难啊（完全可以不用提她有没有JACS），何必一定要说她当时没有JACS呢？

我给您一个建议啊。其实所有人都是一样的。当被发现破绽时会一种大不了鱼丝网破的口气说话。我也一样。所以当您说 Redacted [Governme] the simple way is to skip it' 时我多少断定了我的猜测。

还有一点儿我忘记说了，我是在黄老师组里做过实验，可他不是我名义上的supervisor。

在 2019年5月3日星期五，Tao, Franklin Feng <franklin.feng.tao@ku.edu> 写道：

Redacted [Government In]

你尽管用你的想象去猜忌。你不需要给我机会解释，解释什么；最好的办法是问晓燕和黄老师。我是个正常的人，我没有疯到像你猜忌的那样（你说我曾要黄老师用晓燕去把你的职位替换掉）。我有这么疯狂吗？我有么这不自量力地要求一个教授去换掉他的人吗？你每次给我写邮件都带有无限的猜测和臆想和极富挑衅的口气，我感到一次次地受到你的侮辱！！！你说你是自由人，你没有supervisor，那要不要向你以前的导师汇报你的这些邮件？

---

**From:** Redacted [Government Informant]
**Sent:** Thursday, May 2, 2019 4:38 PM
**To:** Tao, Franklin Feng
**Subject:** Re:

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052 -JAR (D. KS.)

DOJ-00125550

我查到了 Redacted [X.Z.] JACS的接收时间，我也知道给您黄老师发邮件的时间。我可以再给您一次解释机会。

在 2019年5月3日星期五，Tao, Franklin Feng <<u>franklin.feng.tao@ku.edu</u>> 写道：

Redacted [X.Z.] 想找postdoc, 她当时的情况（当时没JACS）在美国很难找，我让他问问黄老师。我从来没有给黄老师提过你要去哪里；因为你在他组里，你去哪里应该由你去说；而不是我去说。

Subject to Protective Order (ECF
No. 61) U.S. v. Tao, No. 19-20052
-JAR (D. KS.)

DOJ-00125551