# EXHIBIT 10


Franklin Tao <franklin.tao.2017@gmail.com>

# 非常对不起陶老师！
1 message

**spring** <Redacted@qq.com>  Fri, May 3, 2019 at 10:06 PM
To: "franklin.feng.tao" <franklin.feng.tao@ku.edu>

陶老师您好！

Redacted，我听她说昨天的事了。首先我替她对您表示诚挚的歉意，真的非常对不起！

Redacted 感谢您一直对她帮助和照顾。Redacted，她对您特别崇拜，您能选择她让她跟您做事是她的天大的福分。

可她年轻气盛不懂事，惹您生气，给您添了那么大的麻烦，真的非常对不起！希望您大人大量，能够宽恕她。

我们已经教育过她了，她一会儿也会亲自跟您道歉，并保证下次不会再发生这样的事。

非常对不起陶老师！

祝陶老师您身体健康，工作顺利！

Redacted

## I am very sorry, Teacher Tao!

1 message

**spring** <[Redacted]@qq.com>    Fri, May 3, 2019 at 10:06 PM
To: "franklin.feng.tao" <franklin.feng.tao@ku.edu>

Dear Teacher Tao!

I am [Redacted] mother. I heard her say what happened yesterday. First of all, I sincerely apologize to you for her. I am really sorry!

I am very grateful that you gave [Redacted] a job opportunity. Thank you for the help and care you give her all the time. [Redacted] said that you are a leader in the field. She admires you tremendously. You choosing her and letting her work with you is a great blessing for her.

But she is too young and not mature. She has irritated you and caused <mark>so much trouble</mark> for you. I am really sorry! I hope that you can be kind and forgive her.

We have already spoken to her. She will personally apologize to you in a moment, and promise that this will not happen again.

I am deeply sorry, Teacher Tao!

I wish you good health and smooth work!

[Redacted] mother



# TRANSLATION CERTIFICATION

Date: November 14, 2019

To whom it may concern:

This is to certify that the attached translation from Mandarin into English is an accurate representation of the documents received by this office.

The documents are designated as:
- 06-04-2019 e1_English
- 05-03-2019 z1_English
- 05-06-2019 c1_English
- 04-30-2019 y1_English
- 04-22-2019 b1_English

Jay Bragg, project manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents. I affirm that the provided translation was produced under the ISO 9001:2015 certified quality management process and the agents responsible for the specified translations are qualified to translate and review documents for the above language pair."

_____
Signature of Jay Bragg