# EXHIBIT 11

# Re: 回复：回复：邮件

**From:** "Tao, Franklin Feng" <"/o=university of kansas/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=f626t673101">
**To:** Redacted [Government Informant]
**Date:** Mon, 06 May 2019 17:01:55 -0400

你诬告别人，对你有什么好处？

Franklin (Feng) Tao

---

**From:** Redacted [Government Informant]
**Sent:** Monday, May 6, 2019 3:51 PM
**To:** Tao, Franklin Feng
**Subject:** 回复：回复：邮件

现在开始调查了我再写邮件，您不觉得有'此地无银三百两'的感觉么？
我想最好还是各位作者好好想想如何回复编辑吧。

Sent on the go with Vodafone

--------- 原始邮件 ---------
主题：Re: 回复：邮件
发件人："Tao, Franklin Feng"
收件人：Redacted [Government Informant]
抄送：

你的下面句子语法不正确。这是他们调查的原因。你没有证据就必须立马写邮件澄清。

I will be terribly sorry if all the other authors had made contributions and their contributions could match their authorship.

Franklin (Feng) Tao

---

**From:** Redacted [Government Informant]
**Sent:** Monday, May 6, 2019 3:33 PM
**To:** Tao, Franklin Feng
**Subject:** 回复：邮件

我邮件的意思是，我仅是从作者变更的角度考虑的（没有实际证据）。我不能确定每个作者的贡献大小。

I will be terribly sorry if all the other authors had made contributions and their contributions could match their authorship.

这句话不是说authorship绝对有问题。如果说绝对有问题，我应该说I am 100% sure there are problems concerning authorship issue.

我不知道您有没有收到撤销作者的approval邮件。如果没有，我们不能简单断定这次调查一定是由我第二封邮件所致。

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052 -JAR (D. KS.)

DOJ-00125324

Sent on the go with Vodafone

-------- 原始邮件 --------
主题：邮件
发件人："Tao, Franklin Feng"
收件人：Redacted [Government Informant]
抄送：

你邮件的最后一句话是写错了。你写的意思是你绝对认为authorship有问题。你的诬告导致他们调查。如果你没有证据，你必须写电子邮件明确地撤销。

Franklin (Feng) Tao

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052 -JAR (D. KS.)

DOJ-00125325