# EXHIBIT 12

# RE: Chemical Reviews - cr-2018-00114s.R2

| | |
|---|---|
| **From:** | "Chasen, Jeff" [Redacted [Government Informant]] |
| **To:** | [Redacted [Government Informant]] "Tao, Franklin Feng" <franklin.feng.tao@ku.edu> |
| **Date:** | Tue, 04 Jun 2019 18:27:56 -0400 |

[Redacted [Government]] as you may know, this type of issue is to be handled by the applicable department and school. Accordingly, I will forward this email thread to the appropriate people there.

Sincerely,
Jeff Chasen

**From:** [Redacted [Government Informant]]
**Sent:** Tuesday, June 4, 2019 1:25 PM
**To:** Chasen, Jeff [Redacted [Government Informant]] Tao, Franklin Feng <franklin.feng.tao@ku.edu>
**Subject:** Chemical Reviews - cr-2018-00114s.R2

Dear officer in the office of integrity and compliance in the University of Kansas,

This is [Redacted [Government Informant]] once I was visiting scholar in your university.

Here we have a review paper concerning the authorship issues, it needs your help.

The paper is "cr-2018-00114s.R2 - Understanding Catalyst Surfaces during Catalysis through Near Ambient Pressure X-ray Photoelectron Spectroscopy
Author(s): [Redacted [L.N.]] Tao, Franklin; Tang, Yu; Dou, Jian; [Redacted [Government Informant]] Bao, Xiaojun".

One corresponding author is Prof. Franklin Feng Tao in the department of chemical and petroleum engineering.

Each of the authors stated they merit their contribution.

However, I clearly know only Prof. Franklin Feng Tao contributed to it. Others, if they have contributions, their contributions must be very little. What's more, I have strong evidence that ==one corresponding author did not contribute sufficiently to merit the authorship== (the email is available below, sorry it is in Chinese).

Could you please check it equally with authority? If convenient, could you please suggest all authors to provide their evidences for contribution?

Thank you very much.
Best regards
[Redacted [Government]]

---------------------------------------------------

On Sun, 5 May 2019 at 20:15, [Redacted] > wrote:

> [Redacted]
>
> 您好！
>
> 十分理解您的决定，你说提到的问题确实十分重要，处理不当可能会影响您将来的发展。
>
> 其实，我对文章的贡献也很小，我同意署名主要是考虑陶博士以后需要和我联合申请课题，有前期合作的文章对他申请课题有利，仅此而已。
>
> 欢迎回国时来校指导！
>
> 祝好！
>
> 鲍晓军

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052-JAR (D. KS.)　　　DOJ-00120038

---------------------------------------------------

On Mon, 6 May 2019 at 12:02, Chemical Reviews Redacted wrote:

06-May-2019

cr-2018-00114s.R2 - Understanding Catalyst Surfaces during Catalysis through Near Ambient Pressure X-ray Photoelectron Spectroscopy
Author(s): Redacted [L.N.] Tao, Franklin; Tang, Yu; Dou, Jian; Redacted [Government Informa] Bao, Xiaojun

Dear Redacted [Governmen]

It has come to our attention that there may be serious ethical issues regarding the authorship of the review entitled "Understanding of Catalyst Surface during Catalysis through Ambient Pressure X-ray Photoelectron Spectroscopy." The revised version has been tentatively accepted but is currently on hold until the authorship issues have been fully resolved. The author names have evolved as follows:

Proposal (cr-2016-00489u): Tao, Franklin; Tang, Yu; Chen, Xuhui
Original Review (cr-2018-00114s): Tao, Franklin; Redacted [Government Informa] Tang, Yu; Dou, Jian; Redacted [X.Z.]
Revision (cr-2018-00114s.R1) Redacted [L.N.] Tao, Franklin; Redacted [Government Informa] Dou, Jian; Tang, Yu; Bao, Xiaojun
Revision (cr-2018-00114s.R2 ) Tao, Franklin; Tang, Yu; Dou, Jian; Redacted [Government Inform] Bao, Xiaojun

Your name has appeared on at least one of these. If your name is on the final revised version (cr-2018-00114s.R2), please confirm that you contributed significantly to this review and merit authorship according to the ACS ethical guidelines. If your name does not appear on this version but appeared on an earlier version, please confirm that you did not contribute sufficiently to merit authorship.

We need a direct e-mail from each of you prior to further processing of the manuscript. If we determine that scientific misconduct has occurred or the authorship issues cannot be resolved satisfactorily, we will refer this case to the relevant institutions.

Thank you for your cooperation in this serious matter.

Sincerely,

Sharon Hammes-Schiffer
Editor-in-Chief, Chemical Reviews



Prof. Sharon Hammes-Schiffer
Editor-in-Chief
Chemical Reviews
Redacted

--------------
PLEASE NOTE: This email message, including any attachments, contains confidential information related to peer review and is intended solely for the personal use of the recipient(s) named above. No part of this communication or any related attachments may be shared with or disclosed to any third party or organization without the explicit prior written consent of the journal Editor and ACS. If the reader of this message is not the intended recipient or is not responsible for delivering it to the intended recipient, you have received this communication in error. Please notify the sender immediately by e-mail, and delete the original message. Thank you.

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052-JAR (D. KS.)

DOJ-00120039