# EXHIBIT 13

# Re: Chemical Society Reviews - CS-SYN-06-2018-000488.R1

| | |
|---|---|
| **From:** | "Tao, Franklin Feng" <"/o=university of kansas/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=f626t673101"> |
| **To:** | Redacted [Government Informant]  "Curran, John Arthur" Redacted [Government Informant] |
| **Date:** | Tue, 04 Jun 2019 03:48:44 -0400 |

---

**From:** Redacted [Government Informant]
**Sent:** Tuesday, June 4, 2019 1:20 AM
**To:** Curran, John Arthur; Tao, Franklin Feng
**Subject:** Chemical Society Reviews - CS-SYN-06-2018-000488.R1

Dear officer in internal Audit in the University of Kansas,

I am sorry that I have a few more papers concerning authorship issues and needs your help.

Prof. Franklin Feng Tao in the department of chemical and petroleum engineering is the corresponding author of the planning to submitted review paper.

The review was started at the year of 2016 (Evidenced by Email 1 below). I wrote the core parts and most time consuming parts (sections 3, 5, 6 and 7) and finished it on Sep. 2017 and sent those parts to Prof. Franklin Feng Tao (Evidenced by Email 2 below). We wrote the proposal and get the proposal approved by Chemical Society review on June 2018 (In the proposal, I was the only author except the corresponding author Prof. Tao, Evidenced by Email 3 below). On 15th Dec. 2018, Prof. Tao asked me to send the parts written by me to him, I sent it to him, and he said he would continuously work on it (Evidenced by Emails 4-6 below).

On 10th Jan. 2019, Prof. Tao sent me the manuscript for some revision. Meanwhile, he said he plan to place Yu Tang as the first author (Prof. Tao said Yu helped him in preparing his parts) and I am the second author (Evidenced by Email 7 below).

I got the evidence that Yu Tang contributed nothing to this review by that time, even though Prof. Tao insisted to say Yu Tang helped him to write his parts. Could you please helped me to check it? If convenient, could you please ask Yu Tang or Prof. Tao to send us the evidences for Yu Tang's contribution?

Thank you very much.
Best regards

Redacted

---

# Email 1

On Mon, 5 Dec 2016 at 20:00, Tao, Franklin Feng <franklin.feng.tao@ku.edu> wrote:
Thanks. I will send you an outline of single atom/site catalysis during the winter break.

All the best

Franklin (Feng) Tao
Miller Associate Professor
Department of Chemical and Petroleum Engineering
Department of Chemistry
University of Kansas
Lawrence KS 66047

Redacted

Email: franklin.feng.tao@ku.edu
Group page: http://www.franklintao.faculty.ku.edu/

Account Suspended

www.franklintao.faculty.ku.edu

This Account has been suspended. Contact your hosting provider for more information. for more information.

# Email 2

On Tue, 5 Sep 2017 at 20:34, Redacted [Government Informant] wrote:
Dear Prof. Tao,
How are you recently?
Sorry for not contacting with you for a long time.
I have roughly finished my parts of the review, as attached.
I will polish the language and make the connections from part to part more smoothly in the following few weeks.
Best regards
Redacted [Government Informant]

# Email 3

**From:** Chemical Society Reviews Redacted
**Sent:** Sunday, 10 June 2018 1:35 PM
**To:** franklin.feng.tao@ku.edu
**Cc:** Redacted [Government Informant] franklin.feng.tao@ku.edu
**Subject:** Acknowledgement of your Submission to Chemical Society Reviews - CS-SYN-06-2018-000488

10-Jun-2018

Dear Professor Tao:

TITLE: Fundamental Understanding of Catalytic Reactions on Catalysts of Singly Dispersed Sites

Thank you for your submission to Chemical Society Reviews, published by the Royal Society of Chemistry. This is an automatic acknowledgement that you have uploaded your files to our online submission system. Your manuscript ID is: CS-SYN-06-2018-000488

Your submission will be passed to an editor for initial assessment as soon as possible. If there are any problems we will contact you.

Please indicate the above manuscript ID when you contact us about this submission. You can check the status of your submission by logging into your Author Centre (https://mc.manuscriptcentral.com/csr).

Do you have an ORCID iD? ORCID (Open Researcher and Contributor iD) is a unique researcher identifier that allows you to link your research output and other professional activities in a single record. We therefore encourage each researcher to sign up for their own ORCID account. Please edit your user account to link your ORCID iD or create a new one, ensuring that you have not linked your account to another researcher's ORCID iD. Please note that we are unable to do this on your behalf. If your article is accepted, you may choose to have your ORCID record updated automatically with details of the publication.

We already have the following information for authors of this manuscript: Liu, Huimin - No ORCID iD Available, Tao, Franklin (Feng) -https://protect-au.mimecast.com/s/-2ZmCVAGXPtjwOgxFGiJMY?domain=orcid.org

The Royal Society of Chemistry is a member of CrossCheck. Your submission may be compared against the CrossCheck database using the iThenticate plagiarism detection software. For further information, please see here: https://protect-au.mimecast.com/s/sr1bCWLJY7iw9ID5UxhSi0?domain=rsc.org

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052 -JAR (D. KS.)

DOJ-00140978

Chemical Society Reviews has a policy of sharing reviewer reports. Please note that the Editor's decision and copies of the reports will be shared with all reviewers who provide a recommendation on your manuscript.

Please contact us if we can be of any assistance.

Yours sincerely,
Chemical Society Reviews Editorial Office

If you need to contact the journal, please use the email address [Redacted]

*****************************************

DISCLAIMER:

This communication (including any attachments) is intended for the use of the addressee only and may contain confidential, privileged or copyright material. It may not be relied upon or disclosed to any other person without the consent of The Royal Society of Chemistry. If you have received it in error, you must not copy or show it to anyone; please contact us immediately by replying to this email and highlighting the error. Any advice given by The Royal Society of Chemistry has been carefully formulated but is necessarily based on the information available, and The Royal Society of Chemistry cannot be held responsible for accuracy or completeness. In this respect, any views or opinions presented in this email are solely those of the author and may not represent those of The Royal Society of Chemistry.
The Royal Society of Chemistry owes no duty of care and shall not be liable for any resulting damage or loss as a result of the use of this email and/or attachments. The Royal Society of Chemistry acknowledges that a disclaimer cannot restrict liability at law for personal injury or death arising through a finding of negligence. The Royal Society of Chemistry does not warrant that its emails or attachments are Virus-free: Please rely on your own screening. The Royal Society of Chemistry is a charity, registered in England and Wales, Number 207890, and a company incorporated in England by Royal Charter (Registered No. RC000524) Registered office: Burlington House, Piccadilly, London W1J 0BA, Telephone: 0207 4378 6556, Facsimile: 0207 4490 3393 (Head Office).

# Email 4

**From:** Tao, Franklin Feng <franklin.feng.tao@ku.edu>
**Sent:** Saturday, 15 December 2018 4:35 PM
**To:** [Redacted - Government Informant]
**Subject:** Please send me the sections of single atom send to me. Thanks.

Please send me the sections of single atom send to me. Thanks.
Franklin (Feng) Tao

# Email 5

**From:** [Redacted - Government Informant]
**Sent:** Saturday, 15 December 2018 4:53 PM
**To:** Tao, Franklin Feng
**Subject:** RE: Please send me the sections of single atom send to me. Thanks.

Dear Prof. Tao,
Attached is the sections of single atom paper. There were wrote one year ago, I think more recent progress should be added. If needed, I could do it in the following weeks.
Prof. Tao, you are the expert in in situ and operando characterizations. Currently I have a sample that needs in situ UV-vis characterization.
Do you know where can I do in situ UV-visible spectroscopy with temperature and reactants involved in? I will be highly appreciated if you could support me.
Thank you very much.
Best regards


# Email 6

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052 -JAR (D. KS.)

DOJ-00140979

**From:** Tao, Franklin Feng <franklin.feng.tao@ku.edu>
**Sent:** Saturday, 15 December 2018 5:10 PM
**To:** 
**Subject:** Re: Please send me the sections of single atom send to me. Thanks.

No worry. We will work on the manuscript here.
Franklin (Feng) Tao

# Email 7

**From:** Tao, Franklin Feng <franklin.feng.tao@ku.edu>
**Sent:** Thursday, 10 January 2019 6:13 PM
**To:** [Redacted [Government Informant]]
**Subject:** Re: chem soc rev

Hi, [Redacted [Government Informant]]

As Yu helped me prepare my parts, I and he will continuously work on it. My plan is to place him as the first author and you can the second author (co-first author). Is this ok with you? (Yu will work on further editing and polishing after you send it back).

Yes, I would give you one week to work on it if you would still do it.

All the best
Franklin (Feng) Tao

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052 -JAR (D. KS.)

DOJ-00140980