# EXHIBIT 14

| From: | Redacted [Government Informant] |
|---|---|
| To: | MacNally, Susan |
| Cc: | Agah, Arvin; Weatherley, Dr. Laurence; Colombo, John; Sturm, Belinda |
| Subject: | Re: Authorship allegations - CONFIDENTIAL |
| Date: | Wednesday, June 5, 2019 9:40:13 AM |

Thank you very much, Susan, Agah and Weatherly.

在 2019年6月4日星期二,MacNally, Susan Redacted [Government Informant] 写道:

> Drs. Agah and Weatherly:
>
> I received the attached allegations from Dr. [Redacted Government Informant] a former visiting scholar in CPE, regarding authorship attributions on two papers whose corresponding author is a KU CPE faculty member.
>
> I consulted with Interim Vice Chancellor, John Colombo, who concurred that the ==allegations do not fall within the definition of research misconduct== as outlined in the KU University Senate Rules and Regulations Article IX, Guidelines for Dealing with Allegations of Scholarly Misconduct because the policy specifically excludes disputes regarding authorship:
>
>> 9.1.2.2 The following do not fall within the definition of research misconduct: (a) misuse of University funds, including funds from any external research sponsor; (b) disputes about collaborations, authorship, or inventorship; (c) violations of institutional procedures or federal regulations for the protection of human or animal research subjects; or (d) violations of state or federal occupational health and safety laws or regulations.
>
> Therefore, I am forwarding the allegations to you, as Dean of Engineering and Chair of CPE, for resolution.
>
> Sincerely,
>
> Susan MacNally
>
> Director, Research Integrity
>
> Office of Research

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052-JAR (D. KS.)

DOJ-00013943

University of Kansas



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message and its contents and attachments are confidential and may contain legally privileged information. This email is intended for the addressee(s) only and access by anyone else is unauthorized. If you are not the intended recipient of this email communication, you are hereby notified that dissemination, distribution, copying, or use of this email and any attachments thereto is strictly prohibited. If you have received this message in error, please immediately notify me at Redacted and permanently delete this message and any copies immediately.

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052 -JAR (D. KS.)

DOJ-00013944