# EXHIBIT 15



**Redacted [Government Informant]**        Tue, Jun 4, 2019 at 1:33 PM
To: "Tao, Franklin Feng" <franklin.feng.tao@ku.edu>, taofeng@fzu.edu.cn

Sorry，我发现昨天我发错邮箱了。今天重新发一次。如此而已。

既然您的文章已经online，那就不着急了。可以慢慢查。

没有结果对我也没影响。

就像您的做法一样，我去不去福大无所谓，您一定要把我在悉尼的职位毁掉一样。

我知道美国的tenure职位也不是我举报你署名不正就可以解决的。不过目前好像流行科技间谍一词哦。

还是小心为妙。给过您很多次机会，您都没有care。好多时候事情发生之后再补偿已经过时了。


On Mon, 3 Jun 2019 at 22:56, **Redacted [Government Informant]** wrote:

 **M** Gmail            Franklin Tao ⟨franklin.tao.2017@gmail.com⟩

Redacted [Government Informant]        Tue, Jun 4, 2019 at 1:33 PM

To: "Tao, Franklin Feng" <franklin.feng.tao@ku.edu>, taofeng@fzu.edu.cn

Sorry, I have found out that I sent an email to a wrong address yesterday. I will send it again today. This is it.

Since your article has already been published online, we don't have to rush. We can take our time to check it.

Not having any results will not affect me.

Just like what you do, I don't care if I can go to Fuzhou University, as you intended to ruin my position in Sydney.

I know that the issue with the tenure in the United States cannot be solved even if I haven't reported you about your byline being incorrect. However, it seems that the term "tech spy" is very popular nowadays.

You should be careful. I have given you many chances and you didn't care. After a thing happens, any compensation will be out of date.

On Mon, 3 Jun 2019 at 22:56, Redacted [Government Informant] wrote:



# TRANSLATION CERTIFICATION

Date: November 14, 2019

To whom it may concern:

This is to certify that the attached translation from Mandarin into English is an accurate representation of the documents received by this office.

The documents are designated as:
- 06-04-2019 e1_English
- 05-03-2019 z1_English
- 05-06-2019 c1_English
- 04-30-2019 y1_English
- 04-22-2019 b1_English

Jay Bragg, project manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents. I affirm that the provided translation was produced under the ISO 9001:2015 certified quality management process and the agents responsible for the specified translations are qualified to translate and review documents for the above language pair."

_____
Signature of Jay Bragg



Franklin Tao <franklin.tao.2017@gmail.com>

# Re: Chemical Reviews - cr-2018-00114s.R2
1 message

Redacted [Government Informant]　　　　　　　　　　　　　　　　　　Tue, Jun 4, 2019 at 1:33 PM
To: "Tao, Franklin Feng" <franklin.feng.tao@ku.edu>, taofeng@fzu.edu.cn

Sorry，我发现昨天我发错邮箱了。今天重新发一次。如此而已。

既然您的文章已经online，那就不着急了。可以慢慢查。

没有结果对我也没影响。

就像您的做法一样，我去不去福大无所谓，您一定要把我在悉尼的职位毁掉一样。

我知道美国的tenure职位也不是我举报你署名不正就可以解决的。不过目前好像流行科技间谍一词哦。

还是小心为妙。给过您很多次机会，您都没有care。好多时候事情发生之后再补偿已经过时了。


On Mon, 3 Jun 2019 at 22:56, Redacted [Government Informant]
陶老师，真是对不起了。
我知道了您没有遵守诺言，您在背后讲我。
本以为您打算放弃这篇文章就算了，既然您不放弃，那我们就看看最终的结果吧。
我想就算KU偏心想让这文章接收，他们应该也会知道您有两个单位这个事实吧？
我之前就劝过您，有舍才有得。别捡了芝麻丢了西瓜。


On Mon, 3 Jun 2019 at 22:48, Redacted [Government Informant]
Dear officer in internal Audit in the University of Kansas,

Redacted [Government Informant] once I was visiting scholar in your university.

Here we have a review paper concerning the authorship issues, it needs your help.

The paper is  "cr-2018-00114s.R2 - Understanding Catalyst Surfaces during Catalysis through Near Ambient Pressure X-ray Photoelectron Spectroscopy
Author(s): Redacted [L.N.] Tao, Franklin; Tang, Yu; Dou, Jian; Redacted [G] Bao, Xiaojun".

One corresponding author is Prof. Franklin Feng Tao in the department of chemical and petroleum engineering.

Each of the authors stated they merit their contribution.

However, I clearly know only Prof. Franklin Feng Tao contributed to it. Others, if they have contributions, their contributions must be very little. What's more, I have strong evidence that one corresponding author did not contribute sufficiently to merit the authorship (the email is available below, sorry it is in Chinese).

Could you please check it equally with authority? If convenient, could you please suggest all authors to provide their evidences for contribution?

Thank you very much.
Best regards
Redacted [Government Informant]

---------------------------------------------------

On Sun, 5 May 2019 at 20:15, Redacted

您好！

十分理解您的决定，你说提到的问题确实十分重要，处理不当可能会影响您将来的发展。

其实，我对文章的贡献也很小，我同意署名主要是考虑陶博士以后需要和我联合申请课题，有前期合作的文章对他申请课题有利，仅此而已。

欢迎回国时来校指导！

祝好！

鲍晓军

---------------------------------------------

On Mon, 6 May 2019 at 12:02, Chemical Reviews Redacted [Government Informant]
06-May-2019

cr-2018-00114s.R2 - Understanding Catalyst Surfaces during Catalysis through Near Ambient Pressure X-ray Photoelectron Spectroscopy
Author(s): Redacted [L.N.] Tao, Franklin; Tang, Yu; Dou, Jian; Redacted [ ] Bao, Xiaojun

Redacted [Government Informant]

It has come to our attention that there may be serious ethical issues regarding the authorship of the review entitled "Understanding of Catalyst Surface during Catalysis through Ambient Pressure X-ray Photoelectron Spectroscopy." The revised version has been tentatively accepted but is currently on hold until the authorship issues have been fully resolved. The author names have evolved as follows:

Proposal (cr-2016-00489u): Tao, Franklin; Tang, Yu: Chen. Xuhui
Original Review (cr-2018-00114s): Tao, Franklin; Redacted [ ] Tang, Yu; Dou, Jian; Redacted [X.Z.]
Revision (cr-2018-00114s.R1): Redacted [L.N.] Tao, Franklin; Redacted [G] Dou, Jian; Tang, Yu; Bao, Xiaojun
Revision (cr-2018-00114s.R2 ): Redacted [L.N.] Tao, Franklin; Tang, Yu, Dou, Jian; Redacted [G] Bao, Xiaojun

Your name has appeared on at least one of these. If your name is on the final revised version (cr-2018-00114s.R2), please confirm that you contributed significantly to this review and merit authorship according to the ACS ethical guidelines. If your name does not appear on this version but appeared on an earlier version, please confirm that you did not contribute sufficiently to merit authorship.

We need a direct e-mail from each of you prior to further processing of the manuscript. If we determine that scientific misconduct has occurred or the authorship issues cannot be resolved satisfactorily, we will refer this case to the relevant institutions.

Thank you for your cooperation in this serious matter.

Sincerely,

Sharon Hammes-Schiffer
Editor-in-Chief, Chemical Reviews



Prof. Sharon Hammes-Schiffer
Editor-in-Chief
Chemical Reviews

Redacted

------------
PLEASE NOTE: This email message, including any attachments, contains confidential information related to peer review and is intended solely for the personal use of the recipient(s) named above. No part of this communication or any related attachments may be shared with or disclosed to any third party or organization without the explicit prior written consent of the journal Editor and ACS. If the reader of this message is not the intended recipient or is not responsible for delivering it to the intended recipient, you have received this communication in error. Please notify the sender immediately by e-mail, and delete the original message. Thank you.

# Tao, Franklin Feng

From: Redacted [Government Informant]
Sent: Tue 6/04/2019 6:33 PM (GMT-00:00)
To: Tao, Franklin Feng; taofeng@fzu.edu.cn
Cc:
Bcc:
Subject: Re: Chemical Reviews - cr-2018-00114s.R2

Sorry，我发现昨天我发错邮箱了。今天重新发一次。如此而已。

既然您的文章已经online，那就不着急了。可以慢慢查。

没有结果对我也没影响。

就像您的做法一样，我去不去福大无所谓，您一定要把我在悉尼的职位毁掉一样。

我知道美国的tenure职位也不是我举报你署名不正就可以解决的。不过目前好像流行科技间谍一词哦。

还是小心为妙。给过您很多次机会，您都没有care。好多时候事情发生之后再补偿已经过时了。


On Mon, 3 Jun 2019 at 22:56, Redacted [Government Informant] wrote:
> 陶老师，真是对不起了。
> 我知道了您没有遵守诺言，您在背后讲我。
> 本以为您打算放弃这篇文章就算了，既然您不放弃，那我们就看看最终的结果吧。
> 我想就算KU偏心想让这文章接收，他们应该也会知道您有两个单位这个事实吧？
> 我之前就劝过您，有舍才有得。别捡了芝麻丢了西瓜。


On Mon, 3 Jun 2019 at 22:48, Redacted [Government Informant] wrote:
> Dear officer in internal Audit in the University of Kansas,
>
> This is Redacted [Government Informant] once I was visiting scholar in your university.
>
> Here we have a review paper concerning the authorship issues, it needs your help.
>
> The paper is "cr-2018-00114s.R2 - Understanding Catalyst Surfaces during Catalysis through Near Ambient Pressure X-ray Photoelectron Spectroscopy
> Author(s): Redacted [L.N.] Tao, Franklin; Tang, Yu; Dou, Jian; Redacted [Government Informant] Bao, Xiaojun".

One corresponding author is Prof. Franklin Feng Tao in the department of chemical and petroleum engineering.

Each of the authors stated they merit their contribution.

However, I clearly know only Prof. Franklin Feng Tao contributed to it. Others, if they have contributions, their contributions must be very little. What's more, I have strong evidence that one corresponding author did not contribute sufficiently to merit the authorship (the email is available below, sorry it is in Chinese).

Could you please check it equally with authority? If convenient, could you please suggest all authors to provide their evidences for contribution?

Thank you very much.
Best regards
Redacted [Government Informant]

-------------------------------------------------

On Sun, 5 May 2019 at 20:15, Redacted [Government Informant] wrote:
Redacted

您好！

十分理解您的决定，你说提到的问题确实十分重要，处理不当可能会影响您将来的发展。

其实，我对文章的贡献也很小，我同意署名主要是考虑陶博士以后需要和我联合申请课题，有前期合作的文章对他申请课题有利，仅此而已。

欢迎回国时来校指导！


祝好！

鲍晓军



-------------------------------------------------
On Mon, 6 May 2019 at 12:02, Chemical Reviews Redacted wrote:
 06-May-2019

cr-2018-00114s.R2 - Understanding Catalyst Surfaces during Catalysis through Near Ambient Pressure X-ray Photoelectron Spectroscopy
Author(s): Redacted [L.N.]; Tao, Franklin; Tang, Yu; Dou, Jian; Redacted [Government Informant]; Bao, Xiaojun

Dear Redacted [Government Informant]

It has come to our attention that there may be serious ethical issues regarding the authorship of the review entitled "Understanding of Catalyst Surface during Catalysis through Ambient Pressure X-ray Photoelectron Spectroscopy." The revised version has been tentatively accepted but is currently on hold until the authorship issues have been fully resolved. The author names have evolved as follows:

Proposal (cr-2016-00489u): Tao, Franklin; Tang, Yu; Chen, Xuhui
Original Review (cr-2018-00114s): Tao, Franklin; Redacted [Government Informant] Tang, Yu; Dou, Jian; Redacted [X.Z.]
Revision (cr-2018-00114s.R1): Redacted [L.N.] Tao, Franklin; Redacted [Government Informant] Dou, Jian; Tang, Yu; Bao, Xiaojun
Revision (cr-2018-00114s.R2 ): Redacted [L.N.] Tao, Franklin; Tang, Yu; Dou, Jian; Redacted [ ] Bao, Xiaojun

Your name has appeared on at least one of these. If your name is on the final revised version (cr-2018-00114s.R2), please confirm that you contributed significantly to this review and merit authorship according to the ACS ethical guidelines. If your name does not appear on this version but appeared on an earlier version, please confirm that you did not contribute sufficiently to merit authorship.

We need a direct e-mail from each of you prior to further processing of the manuscript. If we determine that scientific misconduct has occurred or the authorship issues cannot be resolved satisfactorily, we will refer this case to the relevant institutions.

Thank you for your cooperation in this serious matter.

Sincerely,

Sharon Hammes-Schiffer
Editor-in-Chief, Chemical Reviews




Prof. Sharon Hammes-Schiffer
Editor-in-Chief
Chemical Reviews
Redacted



------------
PLEASE NOTE: This email message, including any attachments, contains confidential information related to peer review and is intended solely for the personal use of the recipient(s) named above. No part of this communication or any related attachments may be shared with or disclosed to any third party or organization without the explicit prior written consent of the journal Editor and ACS. If the reader of this message is not the intended recipient or is not responsible for delivering it to the intended recipient, you have received this communication in error. Please notify the sender immediately by e-mail, and delete the original message. Thank you.