# EXHIBIT 16

**KU**

**Lampe, Stephen (KC) (FBI)** <​[Redacted]​@fbi.gov>
Mon 5/20/2019 14:10
**To:** Redacted [X.Z.] <x[Redacted]z[Redacted]@hotmail.com>

Hello [Redacted [X.Z.]],

Thank you for your email. I apologize for the late reply, we receive a large volume of email correspondence daily. I have read your email and reviewed the information you provided. You have raised significant concerns regarding Feng Tao. What further information can you provide regarding your concerns?

Your assistance in this matter is greatly appreciated!

Sincerely,
SA Lampe

FBI Kansas City
[Redacted]

---

**From:** Redacted [X.Z.] [Redacted]x[Redacted]z[Redacted]@hotmail.com]
**Sent:** Sunday, May 12, 2019 4:36 AM
**To:** Patton, Bridget B. (KC) (FBI) <[Redacted]@fbi.gov>
**Subject:** Franklin (Feng) Tao in the University of Kansas is taking a Changjiang Professorship in China. He may be a scientific espionage.

Dear officer,

This is [Redacted [X.Z.]].

Here I write you the email to let you know that Franklin (Feng) Tao in the department of chemical and petroleum engineering of the University of Kansas is taking the full time and full salary Changjiang Professor position in Fuzhou University in China. I also submitted a tip in the website.

Changjiang professorship is one of the talent plans by Chinese government. The person involved in this project has to sign an at least 5 years' contract with the university in China, and there is also a requirement for the period of time he has to spent in the university in China (around 9 months/year).

Franklin (Feng) Tao took that position in Fuzhou University in China in May 2018. The evidences are listed below.

(1) http://news.sciencenet.cn/htmlnews/2018/1/399176.shtm. This is the website to list the information of the Changjiang professors selected in 2017. The information related to him is shown in Chinese below. The English translation is also attached.

| 福州大学 | 陶丰 | 物理化学 | 美国堪萨斯大学 |
|---|---|---|---|
| Fuzhou University | Feng Tao | Physical Chemistry | The University of Kansas, USA |

(2) https://freewechat.com/a/MzAxMzMyMDkzMA==/2649334100/1. Fuzhou University also reported the selection of Feng Tao as a Changjiang Professor. The information related to him is marked in red

square in the website.

(3) http://fuzhou.xuexiaodaquan.com/news/2018/2016970.html. This is an advertisement made by Fuzhou University, the leader of Fuzhou University met Feng Tao and welcome his join in Fuzhou University. It stated Feng Tao is the first Changjiang Professor in Fuzhou University introduced directly from oversea Universities.

(4) https://nengyuan.nxu.edu.cn/info/1045/1535.htm. This is an introduction of academic report made by Franklin Feng Tao. Inside it is clearly said Franklin Tao is a Changjiang Professor in Fuzhou University (陶丰（Franklin Tao），福州大学长江学者), and his other introduction matches very well with the biography of Franklin Tao in KU.

(5) He has the affiliations of both KU and Fuzhou University in some of his publications (https://franklintao.ku.edu/publications). These publications include "Synergy of Single-Atom $Ni_1$ and $Ru_1$ Sites on $CeO_2$ for Dry Reforming of $CH_4$.", *"In-Situ* Formation of Isolated Bimetallic PtCe Sites of Single-Dispersed Pt on CeO2 for Low Temperature CO Oxidation." and "XPS studies of the surface of metal catalyst nanoparticles in a flowing liquid.".

(6) May 2018-July 2018 and December 2018-March 2019, Franklin Tao is absent from KU and USA. During these periods, he has mainly in China for his Changjiang Professorship.

I am here just letting you know the circumstance. I believe you have good ways to handle it.

If you need my further help, I am happy to assist.

All the best


Redacted [X.Z.]