# EXHIBIT 17

| | |
|---|---|
| **From:** | Carlson, Jeffery H. (KC) (FBI) |
| **Sent:** | Monday, May 13, 2019 4:10 PM |
| **To:** | Lampe, Stephen (KC) (FBI) |
| **Subject:** | FW: Form submission from: Anonymous Reporting Form |
| **Importance:** | High |

-----Original Message-----
From: Taylor Jr, Carl Edward [ Redacted ]
Sent: Wednesday, May 01, 2019 11:40 AM
To: Carlson, Jeffery H. (KC) (FBI) [ Redacted ] Bakken, Scott A. (KC) (FBI) [ Redacted ]
Subject: FW: Form submission from: Anonymous Reporting Form
Importance: High

Jeff/Scott

Please see below.  I am at Fairway today.  We should talk.  Phone is fine.

Carl


Carl Taylor
Director | Office of Global Operations & Security University of Kansas

Lawrence Campus:

**Redacted**

University of Kansas Medical Center Campus:

**Redacted**


The information transmitted by this email communication is only for the intended recipient(s) and may contain confidential and/or privileged material. Any interception, review, retransmission, dissemination, or other use and/or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at **Redacted** and delete the communication from any computer or network system.


-----Original Message-----
From: Taylor Jr, Carl Edward
Sent: Wednesday, May 1, 2019 11:38 AM

1

DOJ-00000019

To: Grunewald, Kimberly <​`Redacted`​>; Fugett, Julie C (`Redacted`) <​`Redacted`​>
Cc: Goddard, Diane Hoose`Redacted`
Subject: FW: Form submission from: Anonymous Reporting Form
Importance: High

CONFIDENTIAL SECURITY INFORMATION
This document contains security information or procedures of a public agency; information and records which would pose a substantial likelihood of revealing security measures if disclosed; and information in which opinions are expressed or policies or actions are proposed. Accordingly, this document is exempt from disclosure pursuant to K.S.A. 45-221(a)(12); 45-221(a)(45); 45-221(a)(20); and all other applicable open records exemptions.

Kim
Please see the email below from Mike Russell. The links are in Chinese. One of the men pictured in a photo does appear to be Prof Tao. I am going to work with Julie to see if she can track the IP back and provide any identifying data. If not federal LE may be able to. I will share with our liaison contacts and then we will get together to discuss next steps. I am at the Med Ctr today. Can you or Diane pop into the Provost and make him aware? I know we have little to know info, however this is a serious allegation and I think he should at least know someone put this out there.

Julie
Can you identify anything from the IP address? I will also need you to scrub my computer tomorrow because I clicked on the links (on purpose) to see if I could glean anything.

Carl

Carl Taylor
Director | Office of Global Operations & Security University of Kansas

Lawrence Campus:

Redacted

University of Kansas Medical Center Campus:

Redacted

The information transmitted by this email communication is only for the intended recipient(s) and may contain confidential and/or privileged material. Any interception, review, retransmission, dissemination, or other use and/or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at `Redacted` and delete the communication from any computer or network system.

-----Original Message-----
From: Russell, Mike <​`Redacted`​>
Sent: Wednesday, May 1, 2019 11:15 AM
To: Rounds, Mike `Redacted`; Taylor Jr, Carl Edward `Redacted`; Chasen, Jeff `Redacted` Keary, Chris `Redacted`
Subject: FW: Form submission from: Anonymous Reporting Form

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052 -JAR (D. KS.)

DOJ-00000020

FYI.
This came in to EHS this morning.
Not sure where to go with it but pretty sure not an issue for EHS at this time.
Pretty strong accusation.

Mike Russell

_____

From: [Redacted] on behalf of Environment, Health and Safety [Redacted]
Sent: Tuesday, April 30, 2019 10:21 PM
To: Environment Health and Safety
Subject: Form submission from: Anonymous Reporting Form

Submitted on Tuesday, April 30, 2019 - 22:21 Submitted by anonymous user: 216.9.110.2 Submitted values are:

Timeframe of Activity: Espionage

Location of Occurrence: KU


Provide names of any individuals who are involved in the questionable activity and how: Franklin Feng Tao in Department of Chemical & Petroleum Engineering

Describe the activity (please provide as much information as possible): He took another full term paid position in his home country China.

Describe any physical evidence or documentation you have or are aware of:
http://news.sciencenet.cn/htmlnews/2018/1/399176.shtm
http://fuzhou.xuexiaodaquan.com/news/2018/2016970.html


Describe how you became aware of the activity: Internet exploration.

Are there other witnesses to the activity or have you reported the activity to others (please explain): Not sure.

Would you like for someone from EHS to contact you? If yes, please provide contact information.: Sorry.

Subject to Protective Order (ECF
No. 61) U.S. v. Tao, No. 19-20052
-JAR (D. KS.)