# EXHIBIT 18

| From: | Taylor Jr, Carl Edward |
|---|---|
| To: | Carlson, Jeffery H. (KC) (FBI); Bakken, Scott A. (KC) (FBI) |
| Subject: | Info on IP Address - Tao Report |
| Date: | Wednesday, May 01, 2019 11:46:27 AM |

See below

Carl Taylor
Director | Office of Global Operations & Security
University of Kansas

**Lawrence Campus:**
Redacted

**University of Kansas Medical Center Campus:**
Redacted

The information transmitted by this email communication is only for the intended recipient(s) and may contain confidential and/or privileged material. Any interception, review, retransmission, dissemination, or other use and/or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at (785) 864-1859, and delete the communication from any computer or network system.

**From:** Fugett, Julie C <Redacted>
**Sent:** Wednesday, May 1, 2019 11:41 AM
**To:** Taylor Jr, Carl Edward <Redacted>
**Cc:** Grunewald, Kimberly <Redacted> Goddard, Diane Hoose <Redacted>
**Subject:** Re: Form submission from: Anonymous Reporting Form

The IP address belongs to a block assigned to San Francisco international airport.

https://whois.arin.net/rest/net/NET-216-9-96-0-1/pft?s=216.9.110.2

Sent from my iPhone

On May 1, 2019, at 11:37 AM, Taylor Jr, Carl Edward <Redacted> wrote:

> 216.9.110.2

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052-JAR (D. KS.)

DOJ-00015573