# EXHIBIT 19

# Fwd: Franklin (Feng) Tao in the department of chemical and petroleum engineering is taking another full time and full salary Professor position in China.

| | |
|---|---|
| **From:** | "White, Brian Alan" <Redacted> |
| **To:** | "Taylor Jr, Carl Edward" <Redacted> |
| **Date:** | Mon, 13 May 2019 23:22:48 -0400 |

Starting with you on this one Carl, given your warnings to me on everything China related. Please review and let me know if you have time to discuss tomorrow. Thanks.

Sent from my iPhone

Begin forwarded message:

> **From:** KU Chancellor <Redacted>
> **Date:** May 13, 2019 at 9:57:33 PM CDT
> **To:** "White, Brian Alan" <Redacted>
> **Subject: FW: Franklin (Feng) Tao in the department of chemical and petroleum engineering is taking another full time and full salary Professor position in China.**

Dear Brian,

Please see the email below that we received in the Chancellor's departmental email account on Friday evening. Not sure what to do with this information. Let me know your thoughts.

Julie

---

**From:** Redacted [X.Z.] <xRedacted@hotmail.com>
**Sent:** Friday, May 10, 2019 8:18 PM
**To:** Weatherley, Dr. Laurence <Redacted>; KU Chancellor <Redacted>
**Subject:** Franklin (Feng) Tao in the department of chemical and petroleum engineering is taking another full time and full salary Professor position in China.

Dear chair/chancellor,

This is Redacted [X.Z.]

Several days ago I wrote anonymous emails to you. I am afraid that email went to your spam box or did not receive your attentions, here I write you the email again to let you know that Franklin (Feng) Tao in the department of chemical and petroleum engineering is un-doubtfully taking the full time and full salary Changjiang Professor position in Fuzhou University in China.

Changjiang professorship is one of the talent plans by Chinese government. The person involved in this project has to sign an at least 5 years' contract with the university in China, and there is also a requirement for the period of time he has to spent in the university in China (around 9 months/year).

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052-JAR (D. KS.)

DOJ-00013872

I believe no university would allow his staff to take another full time and full salary position in another university without being given a notification. Meanwhile, due to the current relationship between USA and China, I know the USA government is taking actions to the scholars who take both positions in USA and China. I believe our university will handle this issue well.

Franklin (Feng) Tao took that position in Fuzhou University in China in May 2018. The evidences are listed below.

(1) http://news.sciencenet.cn/htmlnews/2018/1/399176.shtm. This is the website to list the information of the Changjiang professors selected in 2017. The information related to him is shown in Chinese below. The English translation is also attached.

| 福州大学 | 陶丰 | 物理化学 | 美国堪萨斯大学 |
|---|---|---|---|
| Fuzhou University | Feng Tao | Physical Chemistry | The University of Kansas, USA |

(2) https://freewechat.com/a/MzAxMzMyMDkzMA==/2649334100/1. Fuzhou University also reported the selection of Feng Tao as a Changjiang Professor. The information related to him is marked in red square in the website.

(3) http://fuzhou.xuexiaodaquan.com/news/2018/2016970.html. This is an advertisement made by Fuzhou University, the leader of Fuzhou University met Feng Tao and welcome his join in Fuzhou University. It stated Feng Tao is the first Changjiang Professor in Fuzhou University introduced directly from oversea Universities.

(4) https://nengyuan.nxu.edu.cn/info/1045/1535.htm. This is an introduction of academic report made by Franklin Feng Tao. Inside it is clearly said Franklin Tao is a Changjiang Professor in Fuzhou University (陶丰（Franklin Tao）, 福州大学长江学者), and his other introduction matches very well with the biography of Franklin Tao in KU.

(5) He has the affiliations of both KU and Fuzhou University in some of his publications (https://franklintao.ku.edu/publications). These publications include "Synergy of Single-Atom $Ni_1$ and $Ru_1$ Sites on $CeO_2$ for Dry Reforming of $CH_4$.", "In-Situ Formation of Isolated Bimetallic PtCe Sites of Single-Dispersed Pt on CeO2 for Low Temperature CO Oxidation." and "XPS studies of the surface of metal catalyst nanoparticles in a flowing liquid.".

(6) May 2018-July 2018 and December 2018-March 2019, Franklin Tao is absent from KU and USA. During these periods, he has mainly in China for his Changjiang Professorship.

I am here just letting you know the circumstance. I believe you have good ways to handle it.

If you need my further help, I am happy to assist.

All the best

Redacted [X.Z.]

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052 -JAR (D. KS.)

DOJ-00013873