# EXHIBIT 20

| From: | Agah, Arvin |
|---|---|
| Sent: | Tuesday, May 14, 2019 1:52 PM |
| To: | Brown, Chris; Taylor Jr, Carl Edward |
| Subject: | RE: Franklin (Feng) Tao in the department of chemical and petroleum engineering is taking another full time and full salary Professor position in China. |

Chris,
This is the first I hear about this and I have no background. I was going to forward this to the Chair of his department; however, I saw Carl's email not to include others. We will wait for Carl and HR to look into this allegation.
Best,
Arvin

---

**From:** Brown, Chris < Redacted >
**Sent:** Tuesday, May 14, 2019 10:55 AM
**To:** Human Resource Management-KU < Redacted >; Taylor Jr, Carl Edward < Redacted >; Agah, Arvin < Redacted >
**Cc:** Rounds, Mike < Redacted >; Zane, Holly R. < Redacted >; Loving, Angie < Redacted >
**Subject:** RE: Franklin (Feng) Tao in the department of chemical and petroleum engineering is taking another full time and full salary Professor position in China.

Arvin,

Would you please check in with us about this as soon as possible?

Is this legit?

Do you have any background?

Chris

J. Christopher Brown, Ph.D.
Professor
Department of Geography and Atmospheric Science
Environmental Studies Program
Vice Provost for Faculty Development

**From:** KU Human Resource Management Redacted
**Sent:** Tuesday, May 14, 2019 10:52 AM
**To:** Brown, Chris Redacted ; Taylor Jr, Carl Edward Redacted ; Agah, Arvin Redacted
**Cc:** Rounds, Mike Redacted ; Zane, Holly R. Redacted ; Loving, Angie Redacted
**Subject:** Fwd: Franklin (Feng) Tao in the department of chemical and petroleum engineering is taking another full time and full salary Professor position in China.

Colleagues, we received this email in HR about a reported full time appointment of Feng Tao, Associate Professor of Chemical & Petroleum Engineering, to a Chinese university. He does have an active KU paid appointment during the summer so I forward this to you just to be sure you have all been appropriately involved in this arrangement if it exists. I do not plan to reply to the sender unless you wish me to do so. Please let me know if that's the case. Thanks.

Ola

On Mon, May 13 at 12:21 PM , Redacted [X.Z.] <xRedacted zRedacted@hotmail.com> wrote:

Dear HR officier,

This is Redacted [X.Z.]

Here I write you the email to let you know that Franklin (Feng) Tao in the department of chemical and petroleum engineering is taking the full time and full salary Changjiang Professor position (长江学者奖励计划) in Fuzhou University in China.

Changjiang professorship is one of the talent plans by Chinese government. The person involved in this project has to sign an at least 5 years' contract with the university in China, and there is also a requirement for the period of time he has to spent in the university in China (around 9 months/year).

I believe no university would allow his staff to take another full time and full salary position in another university without being given a notification. Meanwhile, due to the current relationship between USA and China, I know the USA government is taking actions to the scholars who take both positions in USA and China. I believe our university will handle this issue well.

Franklin (Feng) Tao took that position in Fuzhou University in China in May 2018. The evidences are listed below.

(1) http://news.sciencenet.cn/htmlnews/2018/1/399176.shtm. This is the website to list the information of the Changjiang professors selected in 2017. The information related to him is shown in Chinese below. The English translation is also attached.

| 福州大学 | 陶丰 | 物理化学 | 美国堪萨斯大学 |
|---|---|---|---|
| Fuzhou University | Feng Tao | Physical Chemistry | The University of Kansas, USA |

(2) https://freewechat.com/a/MzAxMzMyMDkzMA==/2649334100/1. Fuzhou University also reported the selection of Feng Tao as a Changjiang Professor. The information related to him is marked in red square in the website.

(3) http://fuzhou.xuexiaodaquan.com/news/2018/2016970.html. This is an advertisement made by Fuzhou University, the leader of Fuzhou University met Feng Tao and welcome his join in Fuzhou University. It stated Feng Tao is the first Changjiang Professor in Fuzhou University introduced directly from oversea Universities.

(4) https://nengyuan.nxu.edu.cn/info/1045/1535.htm. This is an introduction of academic report made by Franklin Feng Tao. Inside it is clearly said Franklin Tao is a Changjiang Professor in Fuzhou University (陶丰（Franklin Tao）, 福州大学长江学者), and his other introduction matches very well with the biography of Franklin Tao in KU.

(5) He has the affiliations of both KU and Fuzhou University in some of his publications (https://franklintao.ku.edu/publications). These publications include "Synergy of Single-Atom $Ni_1$ and $Ru_1$ Sites on $CeO_2$ for Dry Reforming of $CH_4$.", *"In-Situ* Formation of Isolated

Bimetallic PtCe Sites of Single-Dispersed Pt on CeO2 for Low Temperature CO Oxidation." and "XPS studies of the surface of metal catalyst nanoparticles in a flowing liquid.".

(6) May 2018-July 2018 and December 2018-March 2019, Franklin Tao is absent from KU and USA. During these periods, he has mainly in China for his Changjiang Professorship.

I am here just letting you know the circumstance. I believe you have good ways to handle it.

If you need my further help, I am happy to assist.

All the best

