# EXHIBIT 21

| From: | Taylor Jr, Carl Edward |
|---|---|
| To: | Lampe, Stephen (KC) (FBI) |
| Subject: | FW: Franklin (Feng) Tao in the department of chemical and petroleum engineering is taking another full time and full salary Professor position in China. |
| Date: | Wednesday, June 26, 2019 11:18:55 AM |
| Attachments: | 20180507陶丰长江学者合同 -contract between Feng Tao and Fuzhou University for his Changjiang Professorship.pdf |

Here is what I received from HR

Carl Taylor
Director | Office of Global Operations & Security
University of Kansas

**Lawrence Campus:**

Redacted

**University of Kansas Medical Center Campus:**
Fairway North

Redacted

The information transmitted by this email communication is only for the intended recipient(s) and may contain confidential and/or privileged material. Any interception, review, retransmission, dissemination, or other use and/or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at (785) 864-1859, and delete the communication from any computer or network system.

**From:** KU Human Resource Management Redacted
**Sent:** Tuesday, May 14, 2019 4:38 PM
**To:** Taylor Jr, Carl Edward Redacted ; Grunewald, Kimberly Redacted
**Subject:** Fwd: Franklin (Feng) Tao in the department of chemical and petroleum engineering is taking another full time and full salary Professor position in China.

Did you receive this attachment which reportedly needs translation? Ola

> On Tue, May 14 at 4:30 PM , Redacted [X.Z.]<Redacted.Redacted@hotmail.com> wrote:
>
> Dear HR officer,
>
> Attached is the contract between Feng Tao (Franklin Feng Tao) and Fuzhou University for his Changjiang Professorship, the contract is between 1st, May, 2018 to 30, April, 2023. It is for your reference.
>
> I am sorry it is in Chinese. I am sorry I do not have the signed contract, but it is

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052 -JAR (D. KS.)

DOJ-00016748

exactly the same as the signed contract, except there is no signatures.

Best regards,


---

**From:** KU Human Resource Management Redacted
**Sent:** 13 May 2019 10:21
**To:** Redacted Redacted@hotmail.com
**Subject:** Ticket Received - Franklin (Feng) Tao in the department of chemical and petroleum engineering is taking another full time and full salary Professor position in China.

Thank you for contacting Human Resource Management. We have received your message and will respond as soon as possible.

Thank you for your patience.

Sincerely,
The University of Kansas Human Resource Management

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052 -JAR (D. KS.)

DOJ-00016749

# 长江学者特聘教授聘任合同

甲方： 福州大学

乙方： 陶丰

为保证"长江学者奖励计划"顺利实施，保障甲乙双方的合法权益，根据《中华人民共和国教师法》、《"长江学者奖励计划"实施办法》有关规定，经双方平等协商，订立本合同。

## 第一条 聘期

特聘教授岗位聘期为**五年**。

聘期自 2018 年 5 月 1 日至 2023 年 4 月 30 日。

## 第二条 乙方的岗位目标及工作任务

### 一、岗位目标：

1. 讲授《物理化学》或相关课程，指导青年教师和研究生，在授课过程中起表率作用，带动提高甲方的教学水平。

2. 把握《物理化学》学科的发展方向，提出具有战略性、前瞻性、创造性的发展思路，带领本学科赶超或保持国际先进水平。

3. 面向国家重大战略需求和国际科学与前沿，积极承担国家重大科研项目，在《物理化学》学科领域开展原创性和关键共性技术研究，力争取得重大标志性成果。

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052-JAR (D. KS.)

DOJ-00016750

4. 领导《物理化学》学科方向发展和学术梯队建设，并带领原位催化研究创新团队申报并力争获批基金委创新研究群体。

5. 积极推动《物理化学》学科与海外高水平大学等学术机构的交流与合作，提高《物理化学》学科的国际竞争力。

二、工作任务：

1．人才培养：

坚持以德立身、以德立学、以德施教、以德育德，坚持教书和育人相统一、言传和身教相统一、潜心问道和关注社会相统一、学术自由和学术规范相统一，做有理想信念、有道德情操、有扎实学识、有仁爱之心的好老师。

（1）每学年承担一门《物理化学》或相关课程的讲授任务，协助完成甲方学校和学院安排的其他教学任务。

（2）每年招收并新增指导博士生至少2-3名，硕士生至少3-4名。

（3）指导甲方青年教师开展学术研究，促进《物理化学》学科青年教师不断提高学术水平。

2．科学研究：

（1）积极申报国家重大科研项目，聘期内，至少立项并主持3项国家级科研项目。

（2）在《物理化学》学科领域开展原创性、重大理论与实践问题的研究，聘期内，申报并力争取得国家自然科学奖等重大标志性成果，并以甲方为第一单位，乙方为第一作者（或第一通讯作者）在国内外学术刊物上发表60篇以上研究论文，其中30篇发表在国内外重要学

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052-JAR (D. KS.)

DOJ-00016751

术刊物。

3．团队建设：

（1）积极推进原位催化研究创新团队的建设，聘期内，申请基原位催化研究所，并力争获得立项支持。

（2）协助甲方积极引进青年优秀人才来甲方工作，增强《物理化学》学科的教师队伍的科学研究实力。

4．学科建设

把握《物理化学》学科的发展方向，提出具有战略性、前瞻性、创造性的发展思路，带领本学科赶超或引领国际先进水平。

5．其他任务：

（1）积极拓展甲方的学术交流与合作，邀请至少5-8位国内外著名专家，学者来甲方讲学。

（2）保持甲方与国内外同行长期、稳定的合作关系；与国外学科同行建立经常性学术交流。

（3）与国际同行开展国际合作研究和学术活动。

**第三条 权利和义务**

**一、甲方的权利和义务**

1．甲方有权依照国家法律、法规、甲方规章制度以及本合同对乙方进行管理和考核。

2．甲方依法维护乙方应享有的各项权利。

3．甲方为乙方提供的工作和生活条件：

3．甲方为乙方提供的工作和生活条件：

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052-JAR (D. KS.)

DOJ-00016752

（1）政治引领吸纳：甲方将乙方纳入党委重点联系专家范围，组织或参加国家和福建省相关部门开展的国情研修。以政治引领吸纳增强思想认同、情感认同，引导乙方增强"四个自信"，强化"四个服务"意识，激发人才爱国之情、强国之志、报国之行。

（2）支持政策：

- **实验室及及仪器设备条件**：甲方用人单位为乙方提供实验室和实验用房（泉港楼北 102，103，104，105，203 和 204）。为乙方开展原创性研究工作提供实验条件。其中泉港楼北 203 或 204 用于共用原位仪器。

- **科研经费**：甲方为乙方提供科研配套经费 1000 万元。此外，甲方用人单位化学学院为乙方从世界一流学科建设经费中提供科研配套经费 1000 万元。

- **设备支持**：乙方全职到岗后，甲方用人单位化学学院为乙方购置一套价值约 1000 万元的催化原位表征装置。这一装置将安置于乙方研究组，由乙方维护管理其正常运作；此装置用于乙方和校内其他研究组研究之用。

- **招生条件**：在招博士后、博士研究生，硕士研究生方面给予优先考虑，聘期内，甲方学校每年保证乙方博士后招聘指标不少于 3 人，博士研究生数不少于 2-3 人（前 3 年每年 3 人），硕士研究生招生人数不少于 4 人。

- **工作助手**：聘期内，为乙方配备 10 名工作人员(具有博士学位并在海外留学一年以上)和 1 名行政秘书。甲方全力支持乙方牵头组建

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052-JAR (D. KS.)

DOJ-00016753

学术梯队，推动科学发展和学术梯队建设，保证乙方完成合同规定的岗位目标及工作任务。

- ✧ **生活条件**：甲方为乙方提供校内200平方米精装别墅一套（供本人及配偶终身居住，无产权），同时提供安家补贴50万（分五年等额提供），在乙方办理好借款手续后，甲方可给予一次性支付安家费。

## 二、乙方的权利和义务

1．乙方有权利享受甲方为其提供的岗位奖金55万元／年（含教育部特聘教授奖金20万元），同时享受国家规定的基本工资（含岗位工资、薪级工资）、基础性绩效工资（含岗位津贴、生活补贴）以及改革性补贴（提租补贴）。

2．乙方有权获得甲方为其提供的工作和生活条件。

3．若甲方不能按合同规定履行应尽义务，乙方有权向上级主管部门进行申诉。

4．乙方应遵守《中华人民共和国教师法》等国家有关法律法规及甲方各项规章制度。

5．乙方应全职在甲方特聘教授岗位上工作，不得兼职兼薪，不得变更工作单位。乙方的人事关系应在入选名单公布后的六个月内正式调入甲方。因乙方研究方向的交叉学科的特点，甲方允许乙方开展多学科合作研究和课题攻关。

6．乙方应按合同要求全面履行特聘教授岗位职责，完成岗位目标及工作任务；接受甲方的管理和考核。

7．乙方在聘期内所取得的教学、科研等成果均属职务成果，按照

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052-JAR (D. KS.)

DOJ-00016754

国家有关知识产权法律、法规的规定执行。乙方发表有关论文、著作或申报有关奖励、专利和科研项目及经费等，均须同时署乙方及甲方名（即必须同时署作者及作者单位，作者单位只能署甲方名）。

### 第四条  考核

1．甲方每年按确定的岗位目标和工作任务对乙方进行年度考核，并将实际在岗工作时间和履职情况报教育部。考核时，乙方须向甲方汇报履行岗位职责情况及工作进展情况，并提出下一年度的岗位目标和工作任务。

2．甲方对乙方实行聘期目标管理．聘期内根据实际情况，科学设置评价标准、评价周期、评价方式，对乙方进行考核。聘期结束后，由甲方进行聘期考核，并将考核结果报教育部备案。

### 第五条  合同的变更与解除

1．乙方在聘期内有下列情形之一的，甲方予以解聘，终止本合同，报请教育部停发并追回奖金，撤销"长江学者"称号，取消相关人才计划和教学科研表彰参评资格：

（1）触犯国家法律的；

（2）违反师德师风、学术道德及其他职业道德规范的；

（3）未经甲方和教育部同意调离受聘单位的。

2．乙方在聘期内有以下情形之一的，甲方报教育部批准后，终止本合同，教育部停发奖金，撤销"长江学者"称号：

（1）因个人原因提出不能完成聘任合同的；

（2）未按合同约定如期到岗工作、聘期内到岗工作时间不足、违

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052-JAR (D. KS.)

DOJ-00016755

规兼职兼薪，经督促提醒仍不履约的；

（3）聘期考核不合格的。

3．乙方在聘期内因组织调动等特殊情况调离受聘岗位或因工作需要担任厅局级及以上领导职务的，由甲方报教育部后，终止本合同，教育部停发奖金。

4．聘期内如发生双方无法预见、无法防范，致使合同无法正常履行的事由，需要变更或解除合同的，双方应按照国家有关规定妥善处理。

### 第六条　附则

1．本合同一式三份，双方各持一份，另一份报教育部人事司备案；本合同于双方签字盖章之日起生效。

2．双方应严格履行合同各项条款，如发生争议，双方应协商处理。

3．本合同如有未尽事项，应由双方平等协商，做出补充规定，并报教育部人事司备案。补充规定与本合同具有同等效力。


甲方法定代表人签字：　　　　　　　　　　乙方签字：

　　盖　　章：

　　年　　月　　日　　　　　　　　　　　　年　　月　　日

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052-JAR (D. KS.)

DOJ-00016756



Info

New

Open

Save

Save As

Print

Export

Share

Close

Options

# Info

 Description

 Security

Properties ▼

| | |
|---|---|
| File | 20180507陶丰长江学者合同 -contract between Fe... |
| Title | 大学特聘教授聘任合同 |
| Author | stone |
| Subject | Add a subject |
| Base URL | Add base url |
| Key words | Add keywords |
| Application | Microsoft® Word 2016 |

**Important Dates**

| | |
|---|---|
| Last Modified | 2019-05-14 17:23:44 |
| Created | 2019-05-14 17:23:44 |