# EXHIBIT 22

**From:** Carlson, Jeffery H. (KC) (FBI)
**Sent:** Thursday, May 16, 2019 9:24 AM
**To:** Lampe, Stephen (KC) (FBI)
**Subject:** FW: Feng Tao

---

**From:** Taylor Jr, Carl Edward Redacted
**Sent:** Thursday, May 16, 2019 7:11 AM
**To:** Carlson, Jeffery H. (KC) (FBI) Redacted
**Subject:** Fwd: Feng Tao

Message from Wednesday evening

Carl Taylor
Director
Global Operations & Security


Begin forwarded message:

> **From:** Redacted [X.Z.] <xRedactedzRedacted@hotmail.com>
> **Date:** May 15, 2019 at 10:01:38 PM CDT
> **To:** "Taylor Jr, Carl Edward"
> **Cc:** "Grunewald, Kimberly" <Redacted
> **Subject: Re: Feng Tao**
>
> Dear Carl,
>
> I consider the following information might help.
>
> 1. I do not know whether KU has the convention to carry out surveys about your graduated students or postdocs. If yes, it might help.
>
> Yu Tang, a PhD student in Prof. Franklin Feng Tao group in KU may has already joined Prof. Franklin Feng Tao group in Fuzhou University, as an associate professor.
>
> Redacted [L.N.] who was a PhD student and a postdoc in Prof. Franklin Feng Tao group in KU will join Prof. Franklin Feng Tao group in Fuzhou University after his current contract (probably end of this May). Redacted [L.N.] Redacted [L.N.] is an expert in the design and upgradation of Ambient Pressure X-ray Photoelectron Spectroscopy. Franklin Feng Tao plan to attract Redacted [L.N.] to work (part time??) in Fuzhou University to setup the equipment there and they plan to establish a company on it (the company is in the stage of planning and initial negotiation with other parties).
>
> Redacted [L.N.] is US citizen. It is not possible for him to choose to work in China if Franklin Feng Tao did not attract him. You may have some other clues if you communicate with Redacted [L.N.].
>
> 2. Some more links about Feng Tao as Changjiang Professor in Fuzhou University.

1

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052 -JAR (D. KS.)

DOJ-00000022

http://www.gaokeyan.com/university/details.php?uid=1117&t=talent The information about him is 2017年（1人） 陶丰.

http://www.sohu.com/a/253293599_349424 The information about him is 化学学院陶丰教授入选教育部"长江学者"特聘教授. I think you can clearly distinguish him by comparing the photo with the photo on his review paper, "Synthesis, Catalysis, Surface Chemistry and Structure of Bimetallic Nanocatalysts" Chem. Soc. Rev. 2012, 41, 7977-7979.

I will let you know if I have more information.

All the best
Redacted [X.Z.]

---

**From:** Taylor Jr, Carl Edward <Redacted>
**Sent:** 14 May 2019 15:00
**To:** Redacted Redacted@hotmail.com
**Cc:** Grunewald, Kimberly
**Subject:** Feng Tao

CONFIDENTIAL SECURITY INFORMATION
This document contains security information or procedures of a public agency; information and records which would pose a substantial likelihood of revealing security measures if disclosed; and information in which opinions are expressed or policies or actions are proposed. Accordingly, this document is exempt from disclosure pursuant to K.S.A. 45-221(a)(12); 45-221(a)(45); 45-221(a)(20); and all other applicable open records exemptions.

Redacted [X.Z.]

I am in receipt of the messages you sent to several departments and individuals here at the University of Kansas (KU) concerning Professor Feng Tao. I am reviewing the information provided with our Deputy General Counsel (copied on this message).

Are you here in the United States? Would you be willing to meet with us to further discuss the matter?

If you have additional information to share with KU please provide to both email addresses on this message.

Please let us know. Thank you.

Carl Taylor
Director | Office of Global Operations & Security
University of Kansas

*The information transmitted by this email communication is only for the intended recipient(s) and may contain confidential and/or privileged material. Any interception, review, retransmission, dissemination, or other use and/or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at (785) 864-1859, and delete the communication from any computer or network system.*

2

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052 -JAR (D. KS.)

DOJ-00000023