# EXHIBIT 24

From: Fugett, Julie C
To: Carlson, Jeffery H. (KC) (FBI); Taylor Jr, Carl Edward
Subject: RE: Concerning Feng Tao
Date: Monday, May 20, 2019 9:16:46 AM

Wow, so this header actually had the X-Originating-IP in it. That never happens any more.

Sender's IP address is 192.31.105.154.

This appears to have been sent from a guest wireless network UC Berkley.

https://whois.arin.net/rest/net/NET-192-31-105-0-1/pft?s=192.31.105.154

Reverse DNS lookup gives the hostname calvisitor-192-31-105-154.calvisitor.berkeley.edu

CalVisitor is Berkley's version of KUGUEST. https://telecom.berkeley.edu/calvisitor

-----Original Message-----
From: Carlson, Jeffery H. (KC) (FBI) <Redacted>
Sent: Monday, May 20, 2019 8:48 AM
To: Taylor Jr, Carl Edward <Redacted>
Cc: Fugett, Julie C <Redacted>
Subject: RE: Concerning Feng Tao

I was just about to call --- This is great. I'll give to Steve.

I will be out of pocket today -- teaching Evidence Collection to America's Youth.

-----Original Message-----
From: Taylor Jr, Carl Edward <Redacted>
Sent: Monday, May 20, 2019 8:34 AM
To: Carlson, Jeffery H. (KC) (FBI) <Redacted>
Cc: Fugett, Julie C <Redacted>
Subject: FW: Concerning Feng Tao

Jeff
Header info is below.

Julie
Let me know what you see if anything that may assist.

Received: from ex13-csf-cr-22.home.ku.edu (129.237.34.42) by ex13-ell-cr-23.home.ku.edu (129.237.207.33) with Microsoft SMTP Server (TLS) id 15.0.1395.4 via Mailbox Transport; Sun, 19 May 2019 13:00:11 -0500
Received: from ex13-ell-cr-22.home.ku.edu (129.237.207.32) by ex13-csf-cr-22.home.ku.edu (129.237.34.42) with Microsoft SMTP Server (TLS) id 15.0.1395.4; Sun, 19 May 2019 13:00:11 -0500
Received: from NAM02-SN1-obe.outbound.protection.outlook.com (129.237.14.35) by ex13-ell-cr-22.home.ku.edu (129.237.207.32) with Microsoft SMTP Server (TLS) id 15.0.1395.4 via Frontend Transport; Sun, 19 May 2019 13:00:10 -0500
Received: from BL0PR0102CA0055.prod.exchangelabs.com (2603:10b6:208:25::32) by MW2PR0102MB3418.prod.exchangelabs.com (2603:10b6:302:3::11) with Microsoft SMTP Server (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.1900.18; Sun, 19 May 2019 18:00:09 +0000
Received: from BY2NAM01FT035.eop-nam01.prod.protection.outlook.com
 (2a01:111:f400:7e42::209) by BL0PR0102CA0055.outlook.office365.com
 (2603:10b6:208:25::32) with Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_CBC_SHA384) id 15.20.1900.17 via Frontend Transport; Sun, 19 May 2019 18:00:09 +0000
Authentication-Results: spf=pass (sender IP is 167.114.101.158) smtp.mailfrom=guerrillamail.com; ku.edu; dkim=pass (signature was verified) header.d=guerrillamail.com.ku.edu; dmarc=pass action=none header.from=guerrillamail.com;compauth=pass reason=100
Received-SPF: Pass (protection.outlook.com: domain of guerrillamail.com designates 167.114.101.158 as permitted sender) receiver=protection.outlook.com; client-ip=167.114.101.158; helo=mail.guerrillamail.com;
Received: from mail.guerrillamail.com (167.114.101.158) by BY2NAM01FT035.mail.protection.outlook.com (10.152.69.8) with Microsoft SMTP Server (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_256_CBC_SHA384) id 15.20.1900.16 via Frontend Transport; Sun, 19 May 2019 18:00:08 +0000
Received: by 167.114.101.158 with HTTP; Sun, 19 May 2019 18:00:02 +0000
MIME-Version: 1.0
Message-ID: <Redacted@guerrillamail.com>
Date: Sun, 19 May 2019 18:00:02 +0000
To: <Redacted>
From: <Redacted@guerrillamail.com>
Subject: Concerning Feng Tao
X-Originating-IP: [192.31.105.154]
Content-Type: text/plain; charset="utf-8"
Content-Transfer-Encoding: quoted-printable
X-Domain-Signer: PHP mailDomainSigner 0.2-20110415 <https://nam01.safelinks.protection.outlook.com/?url=http%3A%2F%2Fcode.google.com%2Fp%2Fphp-mail-domain-signer%2F&amp;data=02%7C01%7Cjcf%40ku.edu%7C2b6fdc50cf324ee94ba008d6dd29d0d1%7C3c176536afe643f5b96636feabbe3c1a%7C0%7C0%7C636939569000519778&amp;sdata=7fsWh33zksBpaHjNosPbizb%2Fi2TVPuTz9vLi8cbf7Oc%3D&amp;reserved=0>
DKIM-Signature: v=1; a=rsa-sha256; s=highgrade; d=guerrillamail.com; l=2101;
    t=1558288802; c=relaxed/relaxed; h=to:from:subject;
    bh=oloFH9vXchhkYft0X/afmBv62h7SNsSdppjshkYTeVA=;
    b=wtWDYRvqlsjwR1U4OkgtzVu6X0eEaVW+ooTfQHBdZS7Y101FcYSiVoeMJ3VJTdSFoQY0m9zxgT8
      y+ZSxyx+iU/l0h83lnOWv02M1an0tqANGyevlAFZZFWkcGsQyb9vaKxIR8hDBqGcjFyr+U26oR
      8zHBeJZAwG2cwhR6vC2jnp9cp8m7Ug9DJC71D/ywcjfStY03q0g7OaNLJ8Ck+xzcFkj9U5jE+Ob/
      Y4NdF8pOp9+tT0U9s8ckYex/W8/syHuiRRfE8VB6e0x8fKK2fT8MLL4HfcvY3n3c0FSbWswsTVtv
      wlszCENtPiA2JCrkNFlmFlkSQVSg16hVREds/w==
Return-Path: bp5fe0+1kxz72n1wvsdo@guerrillamail.com
X-EOPAttributedMessage: 0
X-EOPTenantAttributedMessage: 3c176536-afe6-43f5-b966-36feabbe3c1a:0
X-Forefront-Antispam-Report: CIP:167.114.101.158;IPV:NLI;CTRY:US;EFV:NLI;SFV:NSPM;SFS:(189003)(199004)(8156004)(86152003)(477760003)(2171002)(22756006)(22746008)(14444005)(8746002)(126002)(356004)(476003)(1096003)(6306002)(118296001)(2616005)(413944005)(5660300002)(16003)(486006)(6116002)(3846002)(79686004)(42186006)(2876002)(50466002)(7636002)(7736002)(966005)(7596002)(336012)(305945005)(23676004)(2486003)(8676002)(106002)(691600t9)(86362001)(66066001)(2351001)(3480700005)(5640700003)(34756004)(246002)(30276004)(26005)(2501003)(36756003)(7116003)(32170200002);DIR:INB;SFP:;SCL:1;SRVR:MW2PR0102MB3418;H:mail.guerrillamail.com;FPR:;SPF:Pass;LANG:en;PTR:mail.guerrillamail.com;MX:1;A:1;
X-MS-PublicTrafficType: Email
X-MS-Office365-Filtering-Correlation-Id: 389e25d4-e9df-49de-b8c4-08d6dc83d4f6
X-Microsoft-Antispam: BCL:0;PCL:0;RULEID:(2390118)(7020095)(4652040)(5600141)(711020)(4605104)(4709054)(1401320)(8001031)(1421009)(1402095)(71702078)(7193020);SRVR:MW2PR0102MB3418;
X-MS-TrafficTypeDiagnostic: MW2PR0102MB3418:
X-MS-Exchange-PUrlCount: 2
X-LD-Processed: 3c176536-afe6-43f5-b966-36feabbe3c1a,ExtAddr
X-MS-Exchange-AtpMessageProperties: SA|SL
X-MS-Oob-TLC-OOBClassifiers: OLM:8882;
X-MS-Exchange-Antispam-ScannedUrls: 1350015920946562460;2409951877636637632
X-Microsoft-Antispam-Message-Info: =?utf-8?B?aTJXQQ3d29yT1NMZ0RUS2Q4TuBoRzIPZG5lMUZZUURBS2JPdDRRNzUwcFQ3?=
 =?utf-8?B?9WWxSbTl4dBCUkhGWmF2UTdbMU1wWGJTQmdVSmVLa2UxdHRPbTdSd1ZnQnA2?=
 =?utf-8?B?T/cbDUwsjBqeCtMUXfWQ0RjN2ZudFFOQWQrYzYyMWsSK2FmYWxMMjNNMkVxbaNu?=
 =?utf-8?B?teGFXd6ESOGdLd0cycFiLM1BXc2pia2IiTUY2Vldha3d6NuhlTmVML0hGVTZw?=
 =?utf-8?B?3dUpUUUE4WW0zMDA4NVg3RW8y5XxcTUZNYWgvc29yMUpCVU5XWlRjZ1FPTTlL?=
 =?utf-8?B?Y3VNMJ3luSmJqV01QYTF1K3dsNVM4YVdLSFJyS3A2am1ESmVVVVOJFS1Erc1gy?=
 =?utf-8?B?QW1GeXdRRVIwNUIXei9vS0FqcUhhc0xDaGI5NTBZbnVwVGpuaC0ITBhZ09J?=
 =?utf-8?B?5VZoWXc2elBGZmc3MjFJbVJnWkRaV2tBtSGVjWTBHaDZTcUMvNEdJbmdFNmVp?=
 =?utf-8?B?N0NUaDNEUTl2TjJ2dWpONjNhbnnllK1ZBZ2JuNThSZE9DT09XWFNaQXFxMGdC?=
 =?utf-8?B?T3F2NUYrMSs3eE9nZEczVUJVdzhlJb3pCNVFBN21WhXVEQ3VLbINEOU1hdjF5?=
 =?utf-8?B?VXZGSm1kV3d2N2hr83NNS1NxUFc4eURscGxHM1VYdnNDUnQxT3VYS3kzc3Q0?=
 =?utf-8?B?TVNIL0xwVFpTdHpSMC9mS09LTEcxeU9yUlcwRmhiU3BBOG16UURMWDfnOXZM?=
 =?utf-8?B?WEIvcGQvNipBZGg0MmVSVFIYVHdaNSfVcXkrZUpGRmxkZDhrMUYyeGhXdmZH?=
 =?utf-8?B?V1Z3TVp5UTEvQi9ueWM5ZFF1WUhkUIFvMFRRZTIGeXVILIZXQTRrcHlMazFU?=
 =?utf-8?B?ck5sRit0ck0xTXVOcXFTcmd0NFAxcXAwckQzczBzVXZ3U3hFMUNjWFNQYUIl?=
 =?utf-8?B?nJR0WHY5K3k4bshTWUhnVllYVU1kUXc3SzlhYkkrWEovM0dnd0tyRTdob25U?=
 =?utf-8?B?8kxER0xQY1bJSWNSR050ak16MTJsT1VqSURYYnnJPTys2UUYxUFdYN080WVVv?=
 =?utf-8?B?Nlp1K1hzZGlvMmdEdndQVUoraHJxSnAzZW5heXRTNFRsczBWN3RBODc4dWRi?=
 =?utf-8?B?c1JTRlHRPhFdxOHIpoQkI2azV2WEQxU0taU1ovOTdJYS1RXTUhQQ3Y+UXByOXNs?=
 =?utf-8?B?dDBxbmSZOTV3SDYyc1e2a3Zza1c3Z3VlK0Vua0YwV0VKQ0hZL2ZoZW10ZWlg?=
 =?utf-8?B?VXQramNKMW85WnVkaXRrbVpuenRSb2dpMEtQTHA1TWwzNzNtSmxqNjRxa2Jk?=
 =?utf-8?B?UHJLZTlnai8yK3k4UjBqWVNjTmxtNE1veElwanovbmxCRGhLSmxjOEdRcFJi?=
 =?utf-8?B?Z8h1Rfdd4MWxoa1E9PQ==?=
X-MS-Exchange-Safelinks-Url-KeyVer: 1
X-MS-Exchange-ATPSafeLinks-Stat: 0
X-MS-Exchange-CrossTenant-OriginalArrivalTime: 19 May 2019 18:00:08.8246
(UTC)
X-MS-Exchange-CrossTenant-Network-Message-Id: 389e25d4-e9df-49de-b8c4-08d6dc83d4f6
X-MS-Exchange-CrossTenant-Id: 3c176536-afe6-43f5-b966-36feabbe3c1a
X-MS-Exchange-CrossTenant-FromEntityHeader: Internet
X-MS-Exchange-Transport-CrossTenantHeadersStamped: MW2PR0102MB3418
X-OrganizationHeadersPreserved: MW2PR0102MB3418.prod.exchangelabs.com
X-CrossPremisesHeadersFiltered: ex13-ell-cr-22.home.ku.edu
X-MS-Exchange-Organization-Network-Message-Id: 5f7f2eb7-c8a9-4e68-641a-08d6dc83d61e
X-MS-Exchange-Organization-AuthSource: ex13-ell-cr-22.home.ku.edu
X-MS-Exchange-Organization-AuthAs: Anonymous

Carl Taylor
Director | Office of Global Operations & Security University of Kansas

Lawrence Campus:

Redacted

University of Kansas Medical Center Campus:

Redacted

The information transmitted by this email communication is only for the intended recipient(s) and may contain confidential and/or privileged material. Any interception, review, retransmission, dissemination, or other use and/or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at (785) 864-1859, and delete the communication from any computer or network system.

-----Original Message-----
From: Redacted <Redacted@guerrillamail.com>
Sent: Sunday, May 19, 2019 1:00 PM
To: Taylor Jr, Carl Edward <Redacted>
Subject: Concerning Feng Tao

Dear Carl,

I want to expose the misconduct behaviours of Franklin Feng Tao in the department of chemical and petroleum engineering.

Franklin Feng Tao is taking another professor position in Fuzhou University, China, https://nam01.safelinks.protection.outlook.com/?url=http%3A%2F%2Fchem.fzu.edu.cn%2Fhtml%2Fsxdzw%2Fjsml%2F2019%2F03%2F05%2F44a9ea01-a2ab-4df7-ba89-53c6ee6a4759.html&amp;data=02%7C01%7Cjcf%40ku.edu%7C2b6fdc50cf324ee94ba008d6dd29d0d1%7C3c176536afe643f5b96636feabbe3c1a%7C0%7C0%7C636939569000519778&amp;sdata=NEz3qSpx1YNVwMwU0SWUjfNBFuCQjOc8CITQyIhif0Y%3D&amp;reserved=0 is the website of Franklin Feng Tao in Fuzhou University.

He has a company in Fuzhou University, China. taofeng@fzu.edu.cn is his email address in Fuzhou University. He uses this address for the sale of his ambient pressure X-ray photoelectron spectroscopy. Recently he sent emails about the information of the equipment to his customer using this address. One sentence in the documents is "目前该设备研发代表人福州大学陶丰教授已完成了第四代技术现在正在开始标准化批0产200 Torr, 满足度达1273 K。该条件要接近在大气压,国际领先。售价5400万元。" The English translation is that "Prof. Feng Tao in Fuzhou University developed the fourth edition of the equipment. The temperature could reach to 1273K and the pressure is more close to atmospheric pressure. It is world-leading. The price is 5400,000 RMB".

He developed his ambient pressure X-ray photoelectron spectroscopy utilizing the funding of KU and USA. The intellectual property should belong to KU not himself. I am afraid his behaviours violate the rules/laws of KU or USA, it might be suitable to tell you.

All the best.

-----
Sent using Guerrillamail.com
Block or report abuse: https://nam01.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.guerrillamail.com%2Fabuse%2F%3Fa%3DQlV1HAEPUedEqAWhvnshZw%253D%253D&amp;data=02%7C01%7Cjcf%40ku.edu%7C2b6fdc50cf324ee94ba008d6dd29d0d1%7C3c176536afe643f5b96636feabbe3c1a%7C0%7C0%7C636939569000519778&amp;sdata=PlXkAZHsOjKCxtweyWZUZFXP6C9zB969ng%2FwvNEzAFo%3D&amp;reserved=0

From: Taylor Jr, Carl Edward
To: Pugett, Julie C; Carlson, Jeffery H. (KC) (FBI)
Subject: RE: Concerning Feng Tao
Date: Monday, May 20, 2019 9:55:13 AM

Interesting . Thanks.

Carl Taylor
Director | Office of Global Operations & Security
University of Kansas

Lawrence Campus:
2029 Becker Drive | BTBC, Room 139 | Lawrence, KS 66047
(W) 785-864-1859
gos@ku.edu

University of Kansas Medical Center Campus:
2001 Murphy | 3901 Rainbow Blvd. | Kansas City, KS 66160
(W) 785-864-1859

The information transmitted by this email communication is only for the intended recipient(s) and may contain confidential and/or privileged material. Any interception, review, retransmission, dissemination, or other use and/or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at (785) 864-1859, and delete the communication from any computer or network system.

-----Original Message-----
From: Pugett, Julie C <Redacted>
Sent: Monday, May 20, 2019 9:16 AM
To: Carlson, Jeffrey H. (KC) (FBI) <Redacted>; Taylor Jr, Carl Edward <Redacted>
Subject: RE: Concerning Feng Tao

Wow, so this header actually had the X-Originating-IP in it. That never happens any more.

Sender's IP address is 192.31.105.154.

This appears to have been sent from a guest wireless network UC Berkley.

https://whois.arin.net/rest/net/NET-192-31-105-0-1/pft?s=192.31.105.154

Reverse DNS lookup gives the hostname calvisitor-192-31-105-154.calvisitor.berkeley.edu

CalVisitor is Berkley's version of KUGUEST. https://telecom.berkeley.edu/calvisitor

-----Original Message-----
From: Carlson, Jeffrey H. (KC) (FBI) <Redacted>
Sent: Monday, May 20, 2019 8:48 AM
To: Taylor Jr, Carl Edward <Redacted>
Cc: Pugett, Julie C <Redacted>
Subject: RE: Concerning Feng Tao

I was just about to call — This is great. I'll give to Steve.

I will be out of pocket today — teaching Evidence Collection to America's Youth.

-----Original Message-----
From: Taylor Jr, Carl Edward <Redacted>
Sent: Monday, May 20, 2019 8:34 AM
To: Carlson, Jeffrey H. (KC) (FBI) <Redacted>
Cc: Pugett, Julie C <Redacted>
Subject: FW: Concerning Feng Tao

Jeff
Header info is below.

Julie
Let me know what you see if anything that may assist.

Received: from ex13-csf-cr-22.home.ku.edu (129.237.34.42) by ex13-ell-cr-23.home.ku.edu (129.237.207.33) with Microsoft SMTP Server (TLS) id 15.0.1395.4 via Mailbox Transport; Sun, 19 May 2019 13:00:11 -0500
Received: from ex13-ell-cr-23.home.ku.edu (129.237.207.32) by ex13-csf-cr-22.home.ku.edu (129.237.34.42) with Microsoft SMTP Server (TLS) id 15.0.1395.4; Sun, 19 May 2019 13:00:11 -0500
Received: from NAM02-SN1-obe.outbound.protection.outlook.com (129.237.14.35) by ex13-ell-cr-23.home.ku.edu (129.237.207.33) with Microsoft SMTP Server
 (TLS) id 15.0.1395.4 via Frontend Transport; Sun, 19 May 2019 13:00:10 -0500
Received: from BL0PR0102CA0095.prod.exchangelabs.com (2603:10b6:302:3::11) by MW2PR0102MB3418.prod.exchangelabs.com (2603:10b6:302:3::11) with Microsoft SMTP Server (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.20.1900.18; Sun, 19 May 2019 18:00:09 +0000
Received: from BY2NAM01FT035.eop-nam01.prod.protection.outlook.com
 (2a01:111:f400:7e42:209) by BL0PR0102CA0095.outlook.office365.com
 (2603:10b6:208:25::32) with Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_CBC_SHA384) id 15.20.1900.17 via Frontend Transport; Sun, 19 May 2019 18:00:09 +0000
Authentication-Results: spf=pass (sender IP is 167.114.101.158) smtp.mailfrom=guerrillamail.com; ku.edu; dkim=pass (signature was verified) header.d=guerrillamail.com; ku.edu; dmarc=pass action=none header.from=guerrillamail.com;compauth=pass reason=100
Received-SPF: Pass (protection.outlook.com: domain of guerrillamail.com designates 167.114.101.158 as permitted sender) receiver=protection.outlook.com; client-ip=167.114.101.158; helo=mail.guerrillamail.com;
Received: from mail.guerrillamail.com (167.114.101.158) by BY2NAM01FT035.mail.protection.outlook.com (10.152.69.8) with Microsoft SMTP  Server (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_256_CBC_SHA384) id
 15.20.1900.16 via Frontend Transport; Sun, 19 May 2019 18:00:08 +0000
Received: by 167.114.101.158 with HTTP; Sun, 19 May 2019 18:00:02 +0000
MIME-Version: 1.0
Message-ID: <Redacted>@guerrillamail.com>
Date: Sun, 19 May 2019 18:00:02 +0000
To: <Redacted>
From: <Redacted>@guerrillamail.com>
Subject: Concerning Feng Tao
X-Originating-IP: [192.31.105.154]
Content-Type: text/plain; charset="utf-8"
Content-Transfer-Encoding: quoted-printable
X-Domain-Signer: PHP mailDomainSigner 0.2-20110415 <https://nam01.safelinks.protection.outlook.com/?url=http%3A%2F%2Fcode.google.com%2Fp%2Fphp-mail-domain-signer%2F&amp;data=02%7C01%7C%7c4640a.edu%7C2b6fda50cf324ee94ba008d6dd29d0d1%7C3c176536afb6435b96636fabbe3c1a%7C0%7C0%7C636939569000519778&amp;sdata=7fzWh33aksBpaHjNosFbiab%2Fl2TVPuTs9vLlfchf7Oc%3D&amp;reserved=0>
DKIM-Signature: v=1; a=rsa-sha256; s=highgrade; d=guerrillamail.com; b=2101;
     t=1558288802; c=relaxed/relaxed; h=to:from:subject;
     bh=oJoFHSyXahhkYF0zXs/bs9vCb7SNqSdppjahkYTxVA=;
     b=vrIWDYRxqlajwR1U4OkgtsVa6X0xBaVW+ooTfQHHBxZ87Y101FoYSiVoeMD3YiTdSFoQY0m9xzgT8
     y=zSxyx=U/f0h83InOWv023Ml1zs0qAAN0yev4AYZZFWnxOsQyhr8nKxiRBhDBqGejFyr+vU26oR
     8xBRtJZAwG2ewh6JoC2jnp9cp8zn7Ug9OJCTLD/yweJSrYH8q0g7OnNLJkCk+zm5FkJ9U5jE+Ob/
     Y4NdF8pOp9+rT0U9nlckYxn/W8/ey6BRR.fl9VH6eOz8fKK2TtfMLL4HfsvY3n3o0FbbWaweTVtv
     wloaCBNPtA2JCrkN7ImPlxkOV8g16hVREds/w==
Return-Path: hg5fef+1lxc7lcs1vwvde@guerrillamail.com
X-EOPAttributedMessage: 0
X-EOPTenantAttributedMessage: 3o176536-afa6-43f5-b966-36faabbe3c1a:0
X-Forefront-Antispam-Report: CIP:167.114.101.158;IPV:NLI;CTRY:US;EFV:NLI;SFV:NSPM;SFS:(189003)(199004)(8156004)(86152003)(4776603)(2171002)(22756006)(22746006)(14444005)(8746002)(126002)(356004)(476035)(1096003)(6306002)(118296001)(261605)(41394005)(5660300002)(16003)(486006)(6116002)(3846002)(79686004)(4218006)(2876002)(50466002)(76300002)(9065005)(7596002)(336012)(305945005)(23676004)(2486003)(8676002)(16002)(691600b9)(836200)(235100x)(5480700005)(5640700003)(34756004)(146002)(30276004)(26005)(2501003)(4675600b3)(7116003)(217020002);DIR:INB;SFP;SCL:1;SRVR:MW2PR0102MB3418;H:mail.guerrillamail.com;FPR:;SPF:Pass;LANG:en;PTR:mail.guerrillamail.com;MX:1;A:1;
X-MS-PublicTrafficType: Email
X-MS-Office365-Filtering-Correlation-Id: 389e2544-e9df-49de-b8c4-08d6dc83d4f6
X-Microsoft-Antispam: BCL:0;PCL:0;RULEID:(2390118)(7020095)(4652040)(5600141)(711020)(4605104)(4709054)(1401320)(8001031)(1421009)(1402095)(71702078)(7193020);SRVR:MW2PR0102MB3418;
X-MS-TrafficTypeDiagnostic: MW2PR0102MB3418:
X-MS-Exchange-PUrlCount: 2
X-LD-Processed: 3o176536-afa6-43f5-b966-36faabbe3c1a,ExtAddr
X-MS-Exchange-AtpMessageProperties: SA|SL
X-MS-Oob-TLC-OOBClassifiers: OLM:8882;
X-MS-Exchange-Antispam-ScannedLife: 13580159209465624606;2469951877638637632
X-Microsoft-Antispam-Message-Info: =?utf-87B?aTJXQjQ3d29yf1NMZ0RUS2Q47nBoRdPZG5lMUZZUURBS2JPdDRRNaUwuPQ3?=
 =?utf-87B?r4BfyUg2hUJa91CdDNncWUvaGPabloVwaV3N0p0TUnNF4STG2HYX34cuK?=
 =?utf-87B?r7cDUwcjBspCkMUXIWQ0RjNZZxdFFOQWQrYx7yMWxSK2FmYWxMMjNNMkVxhmNn?=
 =?utf-87B?3eOGF3cGP7Kdhf5DqJ4Ldb0yeFlLM1Xc2pla2I1TUY2VlaheaSdd9hhTIisVMfL0kGVT7sw?=
 =?utf-87B?fdUpLUUK4WlbmMDA+SVg3RWby6XmTUZNYWgv2e9yMDpCVU5XWB2J1F2FTTT1L?=
 =?utf-87B?Bv7V3VM3hm5mIqV01QYTFK3dnWM4fYvSL9j7y8jA2am1E8mVVvBfrS1lzrrig7?=
 =?utf-87B?FxB7QW1OoXdRRVtwNUTKa89yS0FqrUhlbu0nDzGlSNT28zbaVwVGjmaC0f17Bz0007?=
 =?utf-87B?7U7B9VZaWxc2aBKD2exz34fjFJbVhWR8vV28ISGVjW7Bfmx207TCmMlvHdSkmdFNmVp?=
 =?utf-87B?N0NUsl3NlEJTT2f1j2dWjONjNhbmlIK12Bi22vhN7hBZl9DT09SxWFN4QXxPxMCdC7=?=
 =?utf-87B?TFZT3F2NLf7oSdbSa9it9aZ5zcVIJVdsch8cpCvFlJN21WhXVIxQ3ViJhN6iOllrbjFz7=?=
 =?utf-87B?V7XG8fcn1kV34ZN2hrkSNNS1NxU+Fe4eURaeGhllM1VYdmNDUopQrTsvY8Jkzc3Q0?=
 =?utf-87B?T7VNlLoeVPpTdRpSMCSrn3O9LT8czaU9yUhw8RmhlU3BBOQi6URIMWbPuOXZM?=
 =?utf-87B?WEloaoOQvNpBZGq0MmV8VPiVHSdsNSbVoXZuZPpDRmxkZDbxMUYyeOhX4m2IH7?=
 =?utf-87B?VK0xQMkU1Uvk6m8WV3M5Z87M4w39EG+EjUfcgZOw1D2sZYMLpDpGmr0=?=
 =?utf-87B?TB7ek5uRl10kSx2KYWQoXFTxnd0NFAxcXAwckQzox8xVXZ3UBPMUNWFxnWQTUUlt0Tf?=
 =?utf-87B?7jROWIf7Y3K3lb4tmhTWUb6VlTVTlKLOXs3lBfbYbIf7WHbwmMD4Sxdm0ttyRTdS62S57=?=
 =?utf-87B?hka1Vf2hQYhJaWNSR0f0ak1GMTJfT7Vqs0UKYYmU1YqE2UlYlzL1F4Y9NDsoS0WvVvr=?=
 =?utf-87B?jrSh7Rp1K1hn2Z5vMmdShdQVU0mnHxSuAzZW5lxXKRTMFRacz37WNSRBODo4dW817=?=
 =?utf-87B?t6hPTrcHkPpHoDtHpoQ12nxV3WIjXL9xzL1LlxoOt4VSIRSRTUbqOQ1YvUX9BpCOXSN0=?=
 =?utf-87B?ROObxm5ZOTV3lSDYcqlo2a3ZAla2jX5vJ3VlKV0Vm6VwxWVK9bwbJZ2FoZWRl02Whg=?=
 =?utf-87B?VZQpmnMfKMW6SW5cVlsKRxSbVpumRRSb2dpmRrQTHA7WvuN0NBzmqNjEba2Jk?=
 =?utf-87B?7hxTJTl2JTbnSsyKjk4UJByBVJNJTmnN1vceBsumovbmxCRGhLSaxqOBdRz77f?=
 =?utf-87B?2h1ROd4MWxoxiBJ9FQ==?=
X-MS-Exchange-SafeLinks-Url-KeyVer: 1
X-MS-Exchange-ATPSafeLinks-Stat: 0
X-MS-Exchange-CrossTenant-OriginalArrivalTime: 19 May 2019 18:00:08.8246 (UTC)
X-MS-Exchange-CrossTenant-Network-MessageId: 389e2544-e9df-49de-b8c4-08d6dc83d4f6
X-MS-Exchange-CrossTenant-Id: 3o176536-afa6-43f5-b966-36faabbe3c1a
X-MS-Exchange-CrossTenant-FromEntityHeader: Internet
X-MS-Exchange-Transport-CrossTenantHeadersStamped: MW2PR0102MB3418
X-OrganizationHeadersPreserved: MW2PR0102MB3418.prod.exchangelabs.com
X-CrossPremisesHeadersFiltered: ex13-ell-cr-22.home.ku.edu
X-MS-Exchange-Organization-Network-Message-Id: 5072e87-e8a9-4e68-641a-08d6dc83d61e
X-MS-Exchange-Organization-AuthSource: ex13-ell-cr-22.home.ku.edu
X-MS-Exchange-Organization-AuthAs: Anonymous

Carl Taylor
Director | Office of Global Operations & Security University of Kansas

Lawrence Campus:
Redacted

University of Kansas Medical Center Campus:
Redacted

The information transmitted by this email communication is only for the intended recipient(s) and may contain confidential and/or privileged material. Any interception, review, retransmission, dissemination, or other use and/or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at (785) 864-1859, and delete the communication from any computer or network system.

-----Original Message-----
From: <Redacted>@guerrillamail.com <Redacted>@guerrillamail.com>
Sent: Sunday, May 19, 2019 1:00 PM
To: Taylor Jr, Carl Edward <Redacted>
Subject: Concerning Feng Tao

Dear Carl,

I want to expose the misconduct behaviours of Franklin Feng Tao in the department of chemical and petroleum engineering.

Franklin Feng Tao is taking another professor position in Fuzhou University, China, https://nam01.safelinks.protection.outlook.com/?url=http%3A%2F%2Fchem.fzu.edu.cn%2Fhtm3%2Fmhw%2Fjamjl%2Feng3%2F2019%2F03%2F05%2F44s9ea01-a2ab-4df7-ba89-53o8ee6a4759.html&amp;data=02%7C01%7C%7Cjd%640a.edu%7C2b6fla50cf324ee94ba008d6dd29d0d1%7C3c176536afb6435b96636fabbe3c1a%7C0%7C0%7C636939569000519778&amp;sdata=NBzJqSps1YNVwbwU0SWUjfNBPuCQjOe8CITQyIhifDY%3D&amp;reserved=0 in the website of Franklin Feng Tao in Fuzhou University.

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052-JAR (D. KS.)

DOJ-00015395

He has a company in Fuzhou University, China, taofeng@fzu.edu.cn is his email address in Fuzhou University. He uses this address for the sale of his ambient pressure X-ray photoelectron spectroscopy. Recently he sent emails about the information of the equipment to his customer using this address. One sentence in the documents is "目前放设备研发代表人福州大学陶丰教授已经研发至第四代,最高在技术指标:压力能达200 Torr, 温度能达1273 K。 该条件更接近大气压,国际领先。 售价540万元。 * The English translation is that "Prof. Feng Tao in Fuzhou University developed the fourth edition of the equipment. The temperature could reach to 1273K and the pressure is more close to atmospheric pressure. It is world-leading. The price is 5400,000 RMB"

He developed his ambient pressure X-ray photoelectron spectroscopy utilizing the funding of KU and USA. The intellectual property should belong to KU not himself. I am afraid his behaviours violet the rules/laws of KU or USA, it might be suitable to tell you.

All the best.

---

Sent using Guerrillamail.com
Block or report abuse: https://nam01.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.guerrillamail.com%2F%2Fabuse%2F%3F%3DQIV1HAEFUedIiqAWhvtsbZw%4253D%253D&amp;data=02%7C01%7Cjcf%40ku.edu%7C2b6fda50cf234ee94ba008d6dd29d0d1%7C3c176536afa643f3966369abba3c1a%7C0%7C0%7C636939569000519778&amp;data=PiXkAZ1isOjKCzlwtyWZUZFXP6C9zil969ng%2FwvNILtAFo%3D&amp;reserved=0

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052 -JAR (D. KS.)

DOJ-00015396