# EXHIBIT 25

| Date UTC | Internal Phone Number | Type of Message | From (Raw) | From (Formatted) | To (Raw) | To (Formatted) | Body | Type |
|---|---|---|---|---|---|---|---|---|
| 4/24/2019 15:58 | +1 [Bakken] | INBOX | | [Carlson];[Taylor] | | | {UVL} see file | mms |
| 4/24/2019 15:58 | +1 [Bakken] | INBOX | | [Carlson];[Taylor] | | | {UVL} see file | mms |
| 4/24/2019 15:58 | +1 [Bakken] | INBOX | | [Carlson];[Taylor] | | | {UVL} see file | mms |
| 4/24/2019 15:58 | +1 [Bakken] | INBOX | | [Carlson];[Taylor] | | | {UVL} see file | mms |
| 5/19/2019 18:44 | +1 [Carlson] | INBOX | | [Taylor] | | | A possible different source emailed me . I sent a copy to you. | sms |
| 5/19/2019 18:57 | +1 [Carlson] | INBOX | | [Taylor] | | | Actually rereading the message. I think it is the same source, \n\nSource is beginning to address my questions and comments in the one today. | sms |
| 5/19/2019 19:08 | +1 [Carlson] | OUTBOX | | | | [Taylor] | Ok. I just read it. Sounds similar for sure. | sms |
| 5/19/2019 19:09 | +1 [Carlson] | OUTBOX | | | | [Taylor] | If it is another source, this is interesting to say the least. | sms |
| 5/19/2019 19:10 | +1 [Carlson] | INBOX | | [Taylor] | | | Yup. | sms |
| 5/20/2019 21:17 | +1 [Carlson] | INBOX | | [Taylor] | | | Got the scrapes on our latest chucklehead. Think we have a solid lead on the Source. | sms |
| 5/20/2019 21:55 | +1 [Carlson] | OUTBOX | | | | [Taylor] | Well, I just walked out and read this. I've been gone all day, but I think we think we know who it is too. So I've been told. | sms |
| 5/20/2019 21:55 | +1 [Carlson] | OUTBOX | | | | [Taylor] | Meeting tomorrow at 1030? | sms |
| 5/20/2019 22:00 | +1 [Carlson] | INBOX | | [Taylor] | | | Yes | sms |
| 5/21/2019 14:24 | +1 [Carlson] | INBOX | | [Taylor] | | | In meeting | sms |
| 5/21/2019 14:52 | +1 [Carlson] | OUTBOX | | | | [Taylor] | 10-4. I think lampe called. We are leaving now. | sms |
| 5/21/2019 15:07 | +1 [Carlson] | INBOX | | [Taylor] | | | Roger that. Got his message | sms |
| 5/23/2019 18:47 | +1 [Carlson] | INBOX | | [Taylor] | | | NSL is complete | sms |
| 5/27/2019 1:15 | +1 [Carlson] | INBOX | | [Taylor] | | | Just got contacted again. Different email address using name beginning with "X".\n\nSomething really odd occurred. | sms |
| 5/27/2019 1:17 | +1 [Carlson] | INBOX | [Taylor] | +1 [Taylor];[Taylor] | | | This is the email address. | mms |
| 5/31/2019 2:20 | +1 [Carlson] | INBOX | | [Taylor] | | | No need to respond. I know your busy. Sent some messages on email. Source communicated three times today. I have my folks reviewing.\n\nHeading out tomorrow. If u need to talk let me know. | sms |
| 5/31/2019 2:30 | +1 [Carlson] | OUTBOX | | | | [Taylor] | I will read them in a few. I saw them a little bit ago. I'll text after I read them. | sms |
| 6/4/2019 16:22 | +1 [Carlson] | INBOX | | [Taylor] | | | U see what I sent yesterday | sms |
| 6/4/2019 23:27 | +1 [Carlson] | OUTBOX | | | | [Taylor] | Got your email yesterday. We are having someone read it for us. | sms |
| 6/4/2019 23:27 | +1 [Carlson] | INBOX | | [Taylor] | | | Yup. My guys are reviewing also. | sms |
| 6/12/2019 14:59 | +1 [Carlson] | INBOX | | [Taylor] | | | You coming out today? | sms |
| 6/12/2019 16:11 | +1 [Carlson] | OUTBOX | | | | [Taylor] | Doesn't look good. | sms |
| 6/12/2019 17:39 | +1 [Carlson] | INBOX | | [Taylor] | | | No problem. If we can talk later I can fill you in on info we have on FTs travel | sms |