# EXHIBIT 26

| From: | Wettlaufer, Shawn W |
|---|---|
| To: | Taylor Jr, Carl Edward |
| Cc: | Grunewald, Kimberly |
| Subject: | RE: Attorney Client Communication - [Redacted] - J1 |
| Date: | Tuesday, May 21, 2019 2:40:21 PM |
| Attachments: | [Redacted].pdf |
| | 18VSA002L KU - Sydney (Tao) FE.pdf |
| | Re Any other information needed (2.23 KB).msg |
| | [Redacted] Department intake form.pdf |
| | applicant informatio.pdf |
| | Re What should I do for my J1 program (9.50 KB).msg |
| | FW I need assistance with two visiting scientists invited for springsummer (284 KB).msg |

Hi Carl,

Yes, [Redacted] was a J-1 research scholar on a visiting scholar appointment from October 15, 2018 to February 19, 2019. I have her I-94 record with her entry on October 16, 2018. The original requested program dates were April 15, 2019 to September 01, 2019. However, there was significant delay in her appointment being approved. I think there was delay in the agreement being processed. I received a copy of the agreement on June 13, 2018 and talked with Professor Tao about a real start date and he decided upon August 15, 2018 to December 31, 2019. There was significant delay in the visa application and we had to change her arrival date twice. The final change was to October 15, 2018 and she was able to arrive on October 16, 2018.

[Redacted] did travel outside the US after her arrival. She emailed me about the urgent travel. I talked with Professor Tao about continuing her research program while she was outside the US to maintain her J-1 program.

At the end of November 2018 I was contacted by Berkeley about transferring [Redacted] J-1 record to Berkeley in early January 2019. Then in early January the transfer date was pushed back to February 19, 2019. It is not uncommon for me to work with other universities months in advance for a SEVIS transfer.

Shawn

---

**From:** Taylor Jr, Carl Edward <[Redacted]>
**Sent:** Tuesday, May 21, 2019 1:27 PM
**To:** Wettlaufer, Shawn W
**Cc:** Grunewald, Kimberly <[Redacted]>
**Subject:** Attorney Client Communication - [Redacted] J1

CONFIDENTIAL SECURITY INFORMATION
This document contains security information or procedures of a public agency; information and records which would pose a substantial likelihood of revealing security measures if disclosed; and information in which opinions are expressed or policies or actions are proposed. Accordingly, this document is exempt from disclosure pursuant to K.S.A. 45-221(a)(12); 45-221(a)(45); 45-221(a)(20); and all other applicable open records exemptions.

Shawn

Kim and I have another request. Again please do not share this with anyone else.

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052 -JAR (D. KS.)

DOJ-00012682

We need all the information you have on Redacted [Government Informant]. She was supposed to be here between August 2018 – December 2019. Has Redacted according to your records ever come to Lawrence?

Thank you again for your assistance.

Carl



Carl Taylor
Director | Office of Global Operations & Security
University of Kansas

**Lawrence Campus:**

Redacted

**University of Kansas Medical Center Campus:**

Redacted


The information transmitted by this email communication is only for the intended recipient(s) and may contain confidential and/or privileged material. Any interception, review, retransmission, dissemination, or other use and/or taking of any action upon this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability. If you received this communication in error, please contact us immediately at (785) 864-1859, and delete the communication from any computer or network system.

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052 -JAR (D. KS.)

DOJ-00012683