# EXHIBIT 27

| From: | Taylor Jr, Carl Edward |
|---|---|
| To: | Carlson, Jeffery H. (KC) (FBI) |
| Subject: | Fwd: Concerning Feng Tao |
| Date: | Sunday, May 26, 2019 8:19:02 PM |

Just received

Carl Taylor
Director
Global Operations & Security


Begin forwarded message:

**From:** Redacted [C.E.L.] <Redacted e Redacted l Redacted @gmail.com>
**Date:** May 26, 2019 at 8:10:21 PM CDT
**To:** Redacted
**Subject: Concerning Feng Tao**

Dear Carl,
Thank you very much for your email.
I am happy to assist if I could. I will be available at this email address.
Best regards
Redacted [X.Z.]

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052 -JAR (D. KS.)

DOJ-00015505