# EXHIBIT 31

# Re: Fw: Consultation on your paper DOI: 10.1021/jacs.8b10910

**From:** "Tao, Franklin Feng" <"/o=university of kansas/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=f626t673101">
**To:** Redacted [C.E.L.] <[Redacted]@gmail.com>
**Date:** Tue, 28 May 2019 19:44:26 -0400

The dark spots are defect areas which have smaller number of Ce atoms. I can call you to explain if I have your phone number. There was no NiO NPs on surface. Single Ni1 atoms were not formed from NiO nanoparticles.

Franklin (Feng) Tao

---

**From:** Redacted [C.E.L.] <[Redacted]@gmail.com>
**Sent:** Tuesday, May 28, 2019 12:26 PM
**To:** Tao, Franklin Feng
**Subject:** Re: Fw: Consultation on your paper DOI: 10.1021/jacs.8b10910

Dear Prof. Franklin Feng Tao,

Concerning whether your sample are single atom catalyst or not, I still have some questions.

Particles could be seen from STEM image. I circled them. If they are not Ru/Ni particles, what they should be?



Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052 -JAR (D. KS.)

DOJ-00124747

I know XAS data is complicated. Different researchers might get very different analysis results for one set of data. Based on your analysis, Ru-Ru bond can not be excluded on Ru r-space spectra. The weak peak between the two main peaks on Ni r-space spectra might be assigned to Ni-O-Ni. Your samples are reduced at 300 oC by H2, the temperature is high enough to reduce Ru oxides to Ru, but not enough to reduce NiO to Ni.



Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052 -JAR (D. KS.)

DOJ-00124748

I am sorry I just want to discuss the scientific issue. Please forgive me if you consider I offended you.

All the best



On Tue, May 28, 2019 at 8:27 AM Tao, Franklin Feng <franklin.feng.tao@ku.edu> wrote:

> Brief reply:
>
> 1. It seems Ni and Ru are nanoparticles on $CeO_2$, NOT singly dispersed.
>
> The nanoparticles could be clearly observed from the STEM images in Figure 3. XAS data in Figure 8 can't exclude the formation of Ru-Ru and Ni-Ni.
>
>  Reply: There is no Ni-Ni bond. Please read it carefully. The second peak between 2-3 A is assigned to Ru-O-Ce since there is no Ru-O-Ru but there is Ru-O.
>
> 2. Catalytic performance of the catalysts were evaluated at 500 °C, 525 °C, 550 °C, 575 °C and 600 °C (Figure 4). No results were shown at the temperatures of 515 °C, 530°C, 545 °C and 560 °C. Were Figure 6 and some statements in the paper wrongly labelled/stated?
>
>  Reply: the catalysis for Figure 4 was done at 500, 525,..... .     The TOFs in Figure 6 was calculated from kinetics data of Figure 5 instead of Figure 4.
>
> 3. In the paper, you used $Ce_{0.95}Ni_{0.025}Ru_{0.025}O_2$, $Ce_{0.95}Ni_{0.05}O_2$ and $Ce_{0.95}Ru_{0.05}O_2$ catalysts. You claimed 'the different roles of Ni1 and Ru1 sites in terms of activations of CH4 to form CO on a Ni1 site and dissociation of CO2 to CO on a Ru1 site, respectively'. Based on my experiences and reference checking, both Ru and Ni could activate $CH_4$ and $CO_2$, and Ru is much more active than Ni in activating $CH_4$ and $CO_2$. Why Ru-Ni catalyst outperformed their single component counterparts?
>
>  Reply: Ru at single atom state is different from Rh at metallic state, so dose Ni. The catalysis in single atoms is different from bulk.
>
> 4. In the mechanism part, you stated 'the sequential role in terms of first forming H atoms through activation of CH4 on a Ni1 site and then coupling of H atoms to form H2 on a Ru1 site.'  If Ru is used for the dissociation of CO2 to CO, then no H be formed from Ru site. Then why the two H atoms migrate to Ru sites for the coupling instead of directly coupling on Ni sites?
>
> Reply: The text has explained it.
>
> Before you understand fully understand it, please do not take it granted.
>
> Are you [Redacted] Why you cannot tell your affiliation?
>
> Franklin

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052 -JAR (D. KS.)

DOJ-00124749

**From:** Redacted [C.E.L.] <c‌e‌li‌@gmail.com>
**Sent:** Monday, May 27, 2019 11:58 PM
**To:** Tao, Franklin Feng; Redacted
**Subject:** Re: Fw: Consultation on your paper DOI: 10.1021/jacs.8b10910

Dear Prof. Franklin (Feng) Tao,

I am sorry I don't know it is a must to use official email address for scientific communications.

I will use official email address when I get one.

If you have concerns, I will try to figure out my puzzles by discussing with other seniors.

All the best



On Mon, May 27, 2019 at 9:41 PM Redacted [C.E.L.] <c‌er‌l‌@gmail.com> wrote:
> Dear Prof. Franklin Feng Tao,
>
> Sorry that I just graduated this March and on the stage of looking for new jobs, so I am not affiliated to any university or institute at current stage.
>
> I am interested in your paper. If you have any concerns in sending the answers to this address, please feel free to let me know.
>
> Thank you very much for your time.
>
> All the best
>
> 
>
> On Mon, May 27, 2019 at 8:43 PM Tao, Franklin Feng <franklin.feng.tao@ku.edu> wrote:
>> Hi, Redacted [C.E.L.]
>>
>> I plan to send answer to your official email address of your affiliation after I receive your email of your affiliation.
>>
>> All the best
>>
>> Franklin (Feng) Tao
>>
>> ---
>>
>> **From:** Tao, Franklin Feng
>> **Sent:** Monday, May 27, 2019 11:19 AM
>> **To:** Redacted [C.E.L.] Redacted
>> **Subject:** Re: Consultation on your paper DOI: 10.1021/jacs.8b10910
>>
>> Dear Redacted [C.E.L.]

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052 -JAR (D. KS.)

DOJ-00124750

Thank you for your interest. The understanding of EXAFS is quite complicated. We will reply you in a couple of days.

All the best

Franklin (Feng) Tao

---

**From:** Redacted [C.E.L.] <Redacted e Redacted Redacted @gmail.com>
**Sent:** Sunday, May 26, 2019 8:02 PM
**To:** Tao, Franklin Feng; Redacted
**Subject:** Consultation on your paper DOI: 10.1021/jacs.8b10910

Dear Professors,

I am a reader of your JACS paper **DOI:** 10.1021/jacs.8b10910.

It is really a nice paper, reporting the synergetic effects of Ni1 and Ru1 for dry reforming of methane. I have several questions on it. I will be appreciated if you give me answers.

1. It seems Ni and Ru are nanoparticles on $CeO_2$, NOT singly dispersed.

The nanoparticles could be clearly observed from the STEM images in Figure 3. XAS data in Figure 8 can't exclude the formation of Ru-Ru and Ni-Ni.

2. Catalytic performance of the catalysts were evaluated at 500 °C, 525 °C, 550 °C, 575 °C and 600 °C (Figure 4). No results were shown at the temperatures of 515 °C, 530 °C, 545 °C and 560 °C. Were Figure 6 and some statements in the paper wrongly labelled/stated?

3. In the paper, you used $Ce_{0.95}Ni_{0.025}Ru_{0.025}O_2$, $Ce_{0.95}Ni_{0.05}O_2$ and $Ce_{0.95}Ru_{0.05}O_2$ catalysts. You claimed 'the different roles of Ni1 and Ru1 sites in terms of activations of CH4 to form CO on a Ni1 site and dissociation of CO2 to CO on a Ru1 site, respectively'. Based on my experiences and reference checking, both Ru and Ni could activate $CH_4$ and $CO_2$, and Ru is much more active than Ni in activating $CH_4$ and $CO_2$. Why Ru-Ni catalyst outperformed their single component counterparts?

4. In the mechanism part, you stated 'the sequential role in terms of first forming H atoms through activation of CH4 on a Ni1 site and then coupling of H atoms to form H2 on a Ru1 site.' If Ru is used for the dissociation of CO2 to CO, then no H be formed from Ru site. Then why the two H atoms migrate to Ru sites for the coupling instead of directly coupling on Ni sites?

Looking forward to hear your reply.

All the best

Redacted [C.E.L.]

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052 -JAR (D. KS.)

DOJ-00124751