# EXHIBIT 32

| | |
|---|---|
| **From:** | Carlson, Jeffery H. (KC) (FBI) |
| **Sent:** | Monday, June 03, 2019 3:44 PM |
| **To:** | Lampe, Stephen (KC) (FBI) |
| **Subject:** | FW: Concerning Feng Tao |
| **Attachments:** | 2019-05-16 AP-XPS-??? v2.pptx; ATT00001.htm |

**From:** Taylor Jr, Carl Edward [Redacted]
**Sent:** Monday, June 03, 2019 1:26 PM
**To:** Grunewald, Kimberly [Redacted] Battiston, Matthew Mario [Redacted] Carlson, Jeffery H. (KC) (FBI) [Redacted]
**Subject:** Fwd: Concerning Feng Tao

```
Just got this

Carl Taylor
Director
Global Operations & Security
```

```
Begin forwarded message:

    From: Redacted [C.E.L.] <c[Redacted]e[Redacted]l[Redacted]@gmail.com>
    To: "Taylor Jr, Carl Edward" [Redacted]
    Subject: Re: Concerning Feng Tao
```

Dear Carl,

Thank you very much.

I checked the funded researches of Prof. Tao by NSF and DOE. There are similarity and overlap between the proposals he submitted to the Chinese government and the ones in US.

His similar funded ones in US by NSF and DOE are (1) New Vacuum X-ray Photoelectron Spectrometer for Advanced Research in Interdisciplinary Research Areas, NSF (2) Understanding Oxidative Dehydrogenation of Ethane and Oxidative Coupling of Methane through In-situ Studies of Catalyst Surface during Catalysis and Computational Studies, DE-SC0014561. (3) Catalysis on Singly Dispersed Bimetallic Catalytic Sites, NSF-14612121.

In order to further check it, I contacted NSF and DOE for further information.

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052 -JAR (D. KS.)

DOJ-00000589

Additionally, some one sent me the attached PPT. This PPT was done by Prof. Tao and he sent it to his customers. Inside the PPT, he wrote the parameters of the ambient pressure x-ray photoelectron spectroscopy produced by his company and also the prices of the machine (his information is on the last slide of the PPT). I am not sure, but maybe his company in China has already been established.

Hope it helps.
All the best

Subject to Protective Order (ECF No. 61) U.S. v. Tao, No. 19-20052 -JAR (D. KS.)

DOJ-00000590