# EXHIBIT 34

| From: | Taylor Jr, Carl Edward |
|---|---|
| To: | Carlson, Jeffery H. (KC) (FBI) |
| Cc: | Grunewald, Kimberly |
| Subject: | Fwd: Authorship allegations - CONFIDENTIAL |
| Date: | Sunday, June 23, 2019 9:45:07 PM |

FYI.

Carl Taylor
Director
Global Operations & Security


Begin forwarded message:

**From:** "Agah, Arvin" <​Redacted​>
**Date:** June 23, 2019 at 9:27:45 PM CDT
**To:** "Weatherley, Dr. Laurence" <​Redacted​>
**Cc:** "Brown, Chris" <​Redacted​>, "Taylor Jr, Carl Edward" <​Redacted​>, "Sturm, Belinda" <​Redacted​>
**Subject: FW: Authorship allegations - CONFIDENTIAL**

Laurence,
As you are looking into the authorship issues, this email includes serious allegations and I am copying others who need to be aware of this.
Regards,
Arvin


**From:** Redacted [Government Informant]
**Sent:** Sunday, June 23, 2019 2:51 PM
**To:** Weatherley, Dr. Laurence <​Redacted​>
**Cc:** Agah, Arvin <​Redacted​>
**Subject:** Re: Authorship allegations - CONFIDENTIAL

Dear Dr. Weatherley,

Thank you very much for your support. Prof. Franklin Feng Tao has stopped to send emails to me and my colleague.

But his wife started to harass me. Even though she did not say clearly, her implying meaning was that I am killing her family. I have told his wife not to disturb

me, I do not have any intention to kill Franklin Feng Tao and his family.

I suppose the reason is that Prof. Franklin Feng Tao ==not only works for KU, but also works for Chinese government.== He takes a full time professor position in China. That position is awarded by Chinese government. In the Chemical Review paper which I asked for the authorship issues, he placed the Chinese affiliation as the first affiliation.

I do not know whether he asked for your approval or not before he took that position. If no, he may be afraid that paper would release his secret.

If you are interested in his positions, you could have a further exploration on it. For my case, I just care about the authorship issues.

Thank you very much.
Best regards

Redacted [Government Informant]