# EXHIBIT 35

Date of entry     09/23/2019

On 07/09/2019 writer and SA Angie Ng interviewed [Redacted [Government Informant]] [PROTECT IDENTITY] at the University of California - Berkeley campus. After being made aware of the identity of the interviewing Agents, [Redacted [Gove]] stated that she has had a fellowship with the University of [Redacted] as a full time professor since the summer of 2018. She stated that she and Franklin Tao had a disagreement over her authorship of an academic paper. She stated that she can only have one affiliation, but Tao wanted to cite her as an author and tie her affiliation to the University of Kansas. She stated that if that were to occur she would lose her fellowship with [Redacted]. She then added that she and Franklin had worked out their problems approximately one month prior.

She was asked if she knew if Franklin Tao was a Chang Jiang scholar and she replied in the affirmative. She stated that she thought that "Yu" from KU might work with Franklin at KU, but she did not know of anyone invited to go back to China with him. She stated that some of his research projects at Fuzhou University in China are very similar to his US research. She added that some overlap does exist.

She was asked if Franklin has a company in China making AP-XPS machinery, but she does not know. She mentioned that he might have a website. [Redacted [Gov]] was asked how she obtained a copy of Tao's Fuzhou contract. She said that Tao's secretary gave it to her on a trip to Fuzhou in either February or March, 2019. She could not provide the name of the secretary.

[Redacted [Gover]] was asked about Tao's funding in China, and she added that Tao asked her to assist in writing the applications to the National Science Foundation of China. [Redacted [G]] was asked if she knows a [Redacted [X.Z.]] and she said yes. When asked for the last time they communicated [Redacted [Gov]] could not recall. [Redacted [Gover]] was shown the email address [Redacted] She said she created it and it means Fuzhou recruitment. She said she was asked to create this email

| | |
|---|---|
| Investigation on 07/09/2019 at Berkeley, California, United States (In Person) | |
| File # [Redacted]-KC-3111379-UNCLASSIFIED | Date drafted 07/09/2019 |
| by Jeffery H. Carlson | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

address for interested applicants that might want to work with Franklin at Fuzhou. She was to post an advertisement for positions within his laboratory. Applicants would then respond to the email address.

Redacted [Gove] was provided with writer's email address and advised that if she remembered anything else that she would like to discuss that she could send an email to writer. Later that evening Redacted [Gov] replied stating that she was not truthful in some of her responses. That email will be housed in a separate 1A.

For her responses, writer did not know what reference she was making for item #1 and #3. For item #2, on how she obtained the contract, she mentioned that she obtained it from a secretary at Fuzhou. In her email she stated that she downloaded the item from Frankilin's email. For #4, she was previously asked when she last communicated with Redacted [X.Z.] and Redacted [Gover] relayed that she could not recall. In the email she said she communicated with Redacted [X.Z.] sometime last year.