# EXHIBIT 36

## FW: Re:RE: Response

Carlson, Jeffery H. (KC) (FBI) < Redacted

Mon 12/30/2019 13:24

**To:** Lampe, Stephen (KC) (FBI) Redacted

**From:** Redacted [Government Informant]
**Sent:** Wednesday, July 10, 2019 3:29 PM
**To:** Carlson, Jeffery H. (KC) (FBI) Redacted
**Subject:** Re:RE: Response

Dear Jeff,
Thank you very much for your reply.
I will not discuss it with others, but can we stop the checking to Franklin? I will accept the penalty for my wrongdoings.
I planned to go back to Australia and China at the end of this July. I will renew my J1 visa and be back to US several months later.
Thank you very much.
Best regards
Redacted [Govern

At 2019-07-11 04:05:27, "Carlson, Jeffery H. (KC) (FBI)" < Redacted > wrote:

> Redacted [Governmen
>
> Thank you for your email. I am glad that we were able to speak directly with each other yesterday. I will be in contact again with you soon. And as we talked about yesterday, please do not discuss this matter with anyone else.
>
> Thank you again – Jeff
>
> **From:** Redacted [Government Informant]
> **Sent:** Tuesday, July 09, 2019 4:03 PM
> **To:** Carlson, Jeffery H. (KC) (FBI) < Redacted >
> **Subject:** Response
>
> Dear Carlson,
>
> Nice to meet you today. I am sorry for taking your time on this issue.
>
> For the talk today, I have to admit that I lied in some of the items.
>
> (1) I do not know whether there are other person reporting this issue or not, I reported it using the name of others, such as Redacted [X.Z.], Redacted [L.N.] or Redacted [C.E.L.], via email or reported to FBI directly. I am sorry for my fault and I am sorry for making troubles to others.

(2) For the contract of Franklin, I downloaded it from his email address. Last year, he asked me to write proposals to apply to Chinese government. The account and password for proposal submission are the same as his email in Fuzhou University. Sometimes I login his email address and check some information.

(3) For his funding applications in Fuzhou University, I downloaded it from his proposal submission account, since last year when he asked me to write the proposal for him, he gave me the account and password. The proposal I wrote last year failed, he and other colleagues rewrote and submitted it again this year.

(4) I communicated with [redacted] sometimes last year, but I did not communicate with her this year.

Others are correct information to the best of my knowledge. I will accept any penalty for my wrongdoings. I am sorry for that.
I will be appreciated if you could stop checking the issues with Franklin. If the issues have to be continued and my answer have to be yes, then it is yes.

Thank you very much.
Best regards
[redacted]