# EXHIBIT 39



Google LLC
Redacted

Redacted
Mountain View, California 94043

7/26/2019

Special Agent Stephen Lampe
FBI
Redacted

**Re: Search Warrant dated July 11, 2019 (Google Ref. No. 2631316)**
*19-mj-8160-JPO*

Dear Special Agent Lampe:

Pursuant to the Search Warrant issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act. See 18 U.S.C. § 2701 et seq.

Accompanying this letter is responsive information to the extent reasonably accessible from our system associated with the Google account(s), *FRANKLIN.TAO.2017*, as specified in the Search Warrant. We have also included a signed Certificate of Authenticity which includes a list of hash values that correspond to each file contained in the production. Google may not retain a copy of this production but does endeavor to keep a list of the files and their respective hash values. To the extent any document provided herein contains information exceeding the scope of your request, protected from disclosure or otherwise not subject to production, if at all, we have redacted such information or removed such data fields.

Please note that Google Pay service data is under the control of Google Payment Corporation. Any request for such data must be specifically addressed to Google Payment Corporation and can be served through the email address Redacted.

Finally, in accordance with Section 2706 of the Electronic Communications Privacy Act, Google may request reimbursement for reasonable costs incurred in processing your request.

Regards,

Dylan Reim
Google Legal Investigations Support

Google LLC
Redacted

Redacted
Mountain View, California 94043



# CERTIFICATE OF AUTHENTICITY

I hereby certify:

1.   I am employed by Google LLC ("Google"), located in Mountain View, California. I am authorized to submit this affidavit on behalf of Google. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.   I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3.   Google provides Internet-based services.

4.   Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *FRANKLIN.TAO.2017,* with Google Ref. No. 2631316 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the Search Warrant.

5.   The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6.   The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result. The accuracy of Google's electronic process and system is regularly verified by Google.

7.   Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


\_\_\_/s\_Dylan Reim_____        Date: 7/26/2019
(Signature of Records Custodian)


    Dylan Reim
(Name of Records Custodian)


## Attachment A: Hash Values for Production Files (Google Ref. No. 2631316)

franklin.tao.2017.492484665636.MyActivity.MyActivity_001.zip:

MD5- 3e74291717e59d4ff31a4c800bbc41c7
SHA512-
3b590085b0b32dc77e929bbab906130725134877639d13a5bf9cc54c709a21cc862f10bfead4701a59cb8921359e6bcd1d7c703636464e58434ed4c334565d14

franklin.tao.2017.AccountInfo.txt:

MD5- 57f07cd5aa098767c2cd7f5bcd6c087c
SHA512-
3c954b669ccf895628b70b1334b4b62aa43838f0e40dea7a346cdea0dc76d66556763c17bc9707b078b02e0e3d2bc2cde757b7666d357d3837068ce8c870efda

franklin.tao.2017.LinkedByCreationIP.pdf:

MD5- c3fcc0109e3445c7f8daa760652da7ed
SHA512-
807c29535b04d67ded99d64ac701bc3e3cb766bb2e21a84698b43e7e84e6fcf0a635c8685d0024aa8a2bbcd612d04640f7bdd78b41963d054c1c0e34c641660f

franklin.tao.2017.LinkedBySMSAndRecovery.pdf:

MD5- cbaabc5640e50ec70bdb35b138c73ac7
SHA512-
a3d64cffae203af3d9088a2a8ba13ee7aca115f4fb5e9feb6909be605480ff30ffd65b0ffa31837ad4132270a6b7c25cb394f5595f2cd9f088e54538675bc81d

franklin.tao.2017@gmail.com.Gmail.Content.000.mbox:

MD5- 1a2dd47f3ad13bcd420ef70ce14976e0
SHA512-
27e0f0d9b67e030291b7030d4af680d8fc7fe360d2efcfb8223eb4b090dc627b6b90c7573e9d1c64217e724e9c779317652a63d09b1c02c0c81c32555ab37279

franklin.tao.2017@gmail.com.Gmail.Content.001.mbox:

MD5- acb63ff8267a346795e6d04844d6122e
SHA512-
89a12b2192d86a13d2ab722241a75215fe7822ccbbb0159fac13e0c28db339e28856654a1d48c59f0c91d6a7f3eeada32532a1248916526b8262a3a56b2ab0f6

franklintao2017@gmail.com-AccountsLinkedByCookies.txt:

Google LLC
Redacted



Redacted
Mountain View, California 94043

MD5- 68f861b3b96fe2214563c8ea2e48d9cc
SHA512- d367a4b6bb0c389ba6577af4ea891f6b346a8259d3e99820710166ea846fdc96268cd9f5abc712bfff30fee884f5ba356f0cf903ff6ce1f0b7ba4771c32f100c