# EXHIBIT 33

Generated: 06/13/2019 3:15 PM EDT

## Incident Summary

555941_KC  (U) NTOC2019 160JCF03 E-Tip: Alleged Espionage by University of Kansas Professor, Giving Intellectual Property to China. (KC)





(U) (U) On 06/09/2019 01:47:49 PM Eastern Time, Redacted [L.N.], Redacted [L.N.] submitted an online tip to the FBI National Tip Operations Center (NTOC) Unit, formerly known as PAL, Regarding allegations of espionage by a colleague at the university, complainant claims the subject is giving intellectual property to China.

(U) Date Submitted: 06/09/2019 01:47:49 PM EST
Transaction Number: 8875AC71-A457-4702-9A11-3A5478E12867

(U) Submitted Text:
Prof. Franklin Feng Tao in the University of Kansas is conducting scientific espionage activities. Since 2018, Franklin Feng Tao takes a Changjiang distinguished professor position in Fuzhou University, China. The title is issued by Chinese government. It is required for the recipient to work for the Chinese university 9 months per year. These links provide evidences for his employment in Fuzhou University. You can confirm these by comparing with his website in the University of Kansas (https://franklintao.ku.edu/franklin-tao). http://news.sciencenet.cn/htmlnews/2018/1/399176.shtm http://chem.fzu.edu.cn/html/szdw/jsml/zgj/2019/03/05/44a9ea01-a2ab-4df7-ba89-53c6ee6a4759.html http://fuzhou.xuexiaodaquan.com/news/2018/2016970.html https://freewechat.com/a/MzAxMzMyMDkzMA==/2649334100/1 http://www.sohu.com/a/253293599_349424 Franklin Feng Tao is transferring the intellectual properties of the University of Kansas and US to China. He established a shadow lab in Fuzhou University. He submitted several proposals that are similar to the funded ones in US. The proposals he submitted to Chinese government are (1) Establishing ambient pressure X-ray photoelectron spectroscopy for laboratory use.

(2) Developing bimetallic catalysts for ethane aromatization. (3) Controlled synthesis of single atom catalysts for low temperature methane activation. I attached these proposals for your reference. I attached these proposals for your reference. His similar funded ones in US are (1) New Vacuum X-ray Photoelectron Spectrometer for Advanced Research in Interdisciplinary Research Areas, NSF (2) Understanding Oxidative Dehydrogenation of Ethane and Oxidative Coupling of Methane through In-situ Studies of Catalyst Surface during Catalysis and Computational Studies, DE-SC0014561. (3) Catalysis on Singly Dispersed Bimetallic Catalytic Sites, NSF-14612121. Franklin Feng Tao is also stealing the intellectual property of ambient pressure X-ray photoelectron spectroscopy to China.
Violation: Espionage

(U) Complainant Information
First Name: [Redacted]
Middle Name:
Last Name: [Redacted [L.N.]]
Age:
DOB: [Redacted [L.N.]]
Additional Info:
Type: Cell
Phone: [Redacted [L.N.]]
Extension:
Account: [Redacted [L.N.]]
Type: Business
Address: [Redacted [L.N.]]
City: Lawrence
State: Kansas
Zip: 66047
Country: United States

(U) Subject Information
First Name: franklin
Middle Name:
Last Name: Tao
Age: 48
DOB:
Additional Info: I don't have evidence for his behaviour of stealing the intellectual property of ambient pressure X-ray photoelectron spectroscopy.
Type: Cell
Phone: [Redacted]
Extension:
Type: Business
Address: [Redacted]  The University of Kansas
City: Lawrence
State: Kansas
Zip: 66047
Country: United States

(U) Remote IP: 192.31.105.152
Remote Host: api.fbi.gov
Http Referrer: https://www.fbi.gov/tips
User Browser: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/72.0.3626.121 Safari/537.36

(U) Latitude: 37.8736
Longitude: -122.257
Country: US
Region: California
City: Berkeley
Postal Code: 94720
Timezone: -07:00

(U)Legal Caveat: (U//FOUO) THE INFORMATION CONTAINED HEREIN HAS BEEN DETERMINED BY THE FBI TO BE PERTINENT TO & WITHIN THE SCOPE OF AN AUTHORIZED LAW ENFORCEMENT ACTIVITY & SHOULD BE CONSIDERED IN THE CONTEXT OF THE ASSESSMENT OR PREDICATED INVESTIGATION TO WHICH THE INFORMATION RELATES. PARTICULAR ATTENTION SHOULD BE GIVEN TO THE

UNCLASSIFIED//FOUO

AUTHORIZED PURPOSE FOR COLLECTING & RECORDING THIS INFORMATION PURSUANT TO THE ATTORNEY

Database Queries:

(U) Guardian Query for [Redacted L.N.] revealed 3 results. Not related.

(U) Guardian Query for "Franklin Tao" revealed 0 results.

(U) Sentinel Query for [Redacted L.N.] revealed 763 results. Unable to positively match.

(U) Sentinel Query for "Franklin Tao" revealed 75 results. xxxx-KC-2115022-FISUR 21, see contents of this case.

(U) DIVS Query for Franklin Tao and Lawrence, KS. 66047. revealed 12 results.

(U) Open Source Query: Reviewed links. (Attached), had to translate 5 of the 6 from Chinese to English. No apparent criminal activity seen.



| Subjects | | |
|---|---|---|
| (U) franklin Tao | | |
| Subject Type: | Main | |
| Locations: | (U) [Redacted] 66047 Other | The University of Kansas Lawrence Kansas United States |
| | [Redacted] Lawrence, Kansas 66047 United States 38.9341, -95.2674 | The University of Kansas |
| Contact Information: | (U) [Redacted] | |

| Witnesses | |
|---|---|
| (U) [Redacted L.N.] | |
| Witness Type: | Private Citizen |
| Locations: | [Redacted L.N.] Other [Redacted L.N.] United States 38.9561, -95.307 |
| Contact Information: | (U) [Redacted L.N.] |

| Locations |
|---|
| (U) Untitled |
| Other |
| NaNNaN |

| Attachments |
|---|
| |

| Notes |
|---|

UNCLASSIFIED//FOUO

### (U) Addition/Correction to Complainant/Witness
Description: Witness Redacted [L.N.] (type) Mobile
Status: Approved
History:
06/09/2019 03:37:57 PM Imported note from EGUARDIAN    eG eGuardian ( GMU /SAR )

### (U) Addition/Correction to Subject
Description: Subject franklin Tao Phone Numbers: Redacted (type) Mobile
Status: Approved
History:
06/09/2019 03:37:57 PM Imported note from EGUARDIAN    eG eGuardian ( GMU /SAR )

### (U) Incident additional information
Description:
Submitting Organization Details
ORI: DCFBIWAE1
Name: National Threat Operations Center
Phone: Local FBI Office
Email: Contact Local FBI Office
Phone 2: 304-625-0990
Phone 3: DCFBIWAE1
Agency Name 1: Federal
Agency Name 2: Contact Local FBI Office
Agency Name 3: National Threat Ops. Center
Street Number: 1000
Street Name: Custer Hollow Road
City: Clarksburg
State: WV
Country: USA
Zip Code: 26306

Incident Author Information
ORI: DCFBIWAE1
Email: 24b92627-29a5-4985-8412-cdf3245953d5
Last Name:
First Name:

Police Report: PALM:8875AC71-A457-4702-9A11-3A5478E12867.636957050121660763
Created Timestamp: 2019-06-09T15:23:35.27
Modified Timestamp: 2019-06-09T15:23:35.269

Status: Approved
History:
06/09/2019 03:37:57 PM Imported note from EGUARDIAN    eG eGuardian ( GMU /SAR )

### (U) Incident Behaviors from eGuardian
Description: Other
Status: Approved
History:
06/09/2019 03:37:57 PM Imported note from EGUARDIAN    eG eGuardian ( GMU /SAR )

### (U) Selected Field Office for Routing
Description: Selected Field Office: CJIS
Status: Approved
History:
06/09/2019 03:37:57 PM Imported note from EGUARDIAN    eG eGuardian ( GMU /SAR )

## Referrals

Has this matter been referred to OGA/State/Local?    No

UNCLASSIFIED//FOUO

## Disposition

**(U//FOUO) Disposition**

| | |
|---|---|
| Note: | Case already opened |
| Investigation Type: | Full |
| Disposition: | Opening – Referral meets criteria to open a PI/FI. Refer to referenced case number |
| Associated Case Numbers: | ▉▉▉▉-3111379 |

## Workflow

| Date/Time | Action | Assignment |
|---|---|---|
| 06/09/2019 03:37:57 PM | Imported Incident from EGUARDIAN | Assigned By: eG eGuardian ( GMU /SAR )<br>Assigned To: ( CJIS ) |
| 06/09/2019 03:37:57 PM | Submitted Imported Incident | Assigned By: eG eGuardian ( GMU /SAR )<br>Assigned To: ( CJIS ) |
| 06/09/2019 03:39:14 PM | Change incident program | Assigned By: ▉▉▉▉ ( CJIS /D1-NTOC )<br>Assigned To: ( CJIS /D1-NTOC ) |
| 06/09/2019 03:40:00 PM | Reserve Incident | Assigned By: ▉▉▉▉ ( CJIS /D1-NTOC )<br>Assigned To: ( CJIS /D1-NTOC ) |
| 06/09/2019 03:40:28 PM | Incident opening declined<br>e-Guardian Resubmitted for Completion | Assigned By: ▉▉▉▉ ( CJIS /D1-NTOC )<br>Assigned To: ▉▉▉▉ ( CJIS /D1-NTOC ) |
| 06/09/2019 03:46:12 PM | Incident submitted for opening | Assigned By: ▉▉▉▉ ( CJIS /D1-NTOC )<br>Assigned To: ( CJIS /D1-NTOC ) |
| 06/09/2019 03:55:05 PM | Reserve Incident | Assigned By: ▉▉▉▉ ( CJIS /D1-NTOC )<br>Assigned To: ( CJIS /D1-NTOC ) |
| 06/09/2019 03:57:54 PM | Incident transferred<br>E-Tip: Alleged Espionage by University of Kansas Professor, Giving Intellectual Property to China. (KC) This information is being provided for any action deemed necessary. | Assigned By: ▉▉▉▉ ( CJIS /D1-NTOC )<br>Assigned To: ( KANSAS CITY ) |
| 06/09/2019 04:24:54 PM | Incident assigned | Assigned By: ▉▉▉▉ ( KANSAS CITY /KC-InfraGard )<br>Assigned To: ( KANSAS CITY /KC-23 ) |
| 06/10/2019 10:22:29 AM | Incident reassigned<br>CI matters in Lawrence are managed by Squad 4. | Assigned By: ▉▉▉▉ ( KANSAS CITY /KC-23 )<br>Assigned To: ( KANSAS CITY /KC-04 ) |
| 06/11/2019 04:36:19 PM | Incident assigned for pre-assessment<br>For action as deemed necessary. | Assigned By: JEFFERY CARLSON ( KANSAS CITY /KC-04 )<br>Assigned To: STEPHEN LAMPE ( KANSAS CITY /KC-04 ) |
| 06/13/2019 11:09:30 AM | Incident submitted from pre-assessment | Assigned By: STEPHEN LAMPE ( KANSAS CITY /KC-04 )<br>Assigned To: ( KANSAS CITY /KC-04 ) |
| 06/13/2019 03:15:01 PM | Closed as Information Only | Assigned By: JEFFERY CARLSON ( KANSAS CITY /KC-04 )<br>Assigned To: ( KANSAS CITY /KC-04 ) |