# UNITED STATES DISTRICT COURT
## District of Kansas

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.                         Case No.   **19-20052-01-JAR**

**FENG TAO,**

      **Defendant.**

## GOVERNMENT'S MOTION FOR EXTENSION OF TIME

COMES NOW the United States, by and through undersigned counsel, and hereby respectfully requests that the Court set September 20, 2021, as the deadline for the government to respond to Defendant Feng Tao's motion for a *Franks* hearing and to suppress evidence (doc. 127, filed 8/23/21). In support of its motion, the government states:

1. The Court previously set August 14, 2020 as the deadline for pre-trial motions and set a deadline four weeks later (September 11, 2020) for responses (dkt. entry 78, filed 6/29/20). Despite having the search warrants and requisite discovery, the defense did not file a motion to suppress by August 14, 2020.

2. Over a year later, on August 17, 2021, the Court held a status conference. The defense did not raise its forthcoming motion to suppress at that time, preventing the parties from discussing a scheduling order with the Court.

3. Near the end of the business day on Friday, August 20, 2021, the defense notified

the government for the first time that it intended to file a motion a suppress on Monday, August 23, 2021.

4. On August 23, 2021, the defense filed its motion to suppress. The motion is thirty pages, includes forty-one exhibits in support, and argues that two search warrants were obtained as a result of the Federal Bureau of Investigation's alleged sworn misrepresentations and omissions. The motion also contains inaccuracies.

5. District of Kansas Local Rule 6.1(d)(1) states that, unless otherwise ordered by the Court, responses to nondispositive motions shall be filed within fourteen days.

6. Because of the motion's surprise nature, length, and serious allegations, the government requires more than fourteen days to adequately respond. The government, therefore, respectfully requests four weeks to respond—the same amount of time the government would have had if the defense had timely filed its motion.

7. Accordingly, the government respectfully requests that the Court set a deadline of September 20, 2021 for the government's response to the defendant's motion for a *Franks* hearing and to suppress evidence.

8. On August 26, 2021, the government contacted the defense to request its position and has not yet received a response.

Respectfully submitted,

*/s/ Benjamin Hawk*
Benjamin J. Hawk
Adam P. Barry
Trial Attorneys
National Security Division
U.S. Department of Justice

3

*/s/ Christopher Oakley*
D. Christopher Oakley
Assistant United States Attorney
United States Attorney's Office for the
District of Kansas

4

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2021, I caused the foregoing pleading to be filed with the Clerk of the Court, with a true and accurate copy provided to each counsel of record in the case.

<u>/s/ Christopher Oakley</u>
D. Christopher Oakley
Assistant United States Attorney
United States Attorney's Office for the
District of Kansas