UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 19-20052-JAR-JPO |
| ) | |
| FENG TAO ) | |
| a/k/a "Franklin Tao," ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF CLARIFICATION RELATING TO STATEMENTS IN
GOVERNMENT'S MOTION FOR EXTENSION OF TIME**

Defendant Dr. Franklin Tao respectfully files this Notice to clarify and correct the record regarding an error in the government's Motion for Extension of the deadline to respond to Dr. Tao's motion to suppress, ECF No. 132, filed by the government earlier today.

The government's Motion for Extension stated: "The Court previously set **August 14, 2020** as the deadline for pre-trial motions …. [T]he defense did not file a motion to suppress by **August 14, 2020**." ECF No. 132 (emphasis added).

Significantly, the government's motion failed to note that, subsequent to the August 2020 deadline, the Court set a new pre-trial motions deadline when it set the case for trial. Specifically, in a March 23, 2021 Scheduling Order, ECF No. 108, the Court stated: "**All pretrial motions** for defendants shall be filed on or before **April 30, 2021**." *Id.* (emphasis in original).[1] On May 5, 2021, the Court continued that deadline to **May 14, 2021**. ECF No. 110.

---

[1] The later deadline allowed the defense to consider new pre-trial motions based on developments in the case. For example, the defense had discovered prospective witnesses in China and planned to file a Rule 15 motion, which was a topic of discussion at the March 22, 2021 status conference. In addition, when the Court set the second pre-trial motions deadline, the government had already made 11 new document productions *since* the initial pre-trial motions deadline had passed in August 2020. As of today, by the defense's count, the government has

1

The government's motion makes no mention of the more recent pre-trial motions deadline, instead giving the misimpression that Dr. Tao's motion to suppress is more than one year late.[2]

The Court granted the government's Motion for Extension "substantially for the same reasons cited in the Government's Motion." ECF No. 133. The defense does not oppose the government's Motion for Extension, or seek reconsideration of the Court's grant of the extension, but wishes to clarify the record.

Dated:  August 27, 2021                                             Respectfully submitted,

/s/ Thomas H. Johnson
Thomas H. Johnson #13688
Petefish, Immel, Hird, Johnson,
Leibold & Sloan, LLP
842 Louisiana
Lawrence, KS 66044
Tel: (785) 843-0450
Fax: (785) 843-0407
tjohnson@petefishlaw.com

Peter Zeidenberg
Michael F. Dearington
Laura Zell
ARENT FOX LLP
1717 K Street, NW
Washington, DC 20006
Tel: (202) 857-6000
Fax: (202) 857-6395

---

made 21 new productions since the initial pre-trial motions deadline passed in August 2020, *not counting* the re-production of all of its past productions in database-loadable format in May 2021, including three new productions just this month.

[2] The defense e-mailed the government this morning at 9:39 a.m. CT, notifying them about the error in the government's motion, and asked if the government planned to file a correction with the Court, absent which the defense would do so. Roughly five hours later, after the Court had already granted the motion, the government indicated that it believed the subsequent pre-trial motions deadline related only to Dr. Tao's Rule 15 motion. To the contrary, the March 2021 order expressly applies to "[a]ll pretrial motions." ECF No. 108.

Peter.Zeidenberg@arentfox.com
Michael.Dearington@arentfox.com
Laura.Zell@arentfox.com

*Attorneys for Defendant Franklin Tao*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of August, 2021, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system.

/s/ Thomas H. Johnson
Thomas H. Johnson