IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FENG TAO,

        Defendant.

CRIMINAL ACTION
No. 19-20052-01-JAR

## **TRIAL ORDER**

This case is scheduled for jury trial beginning **October 25, 2021 at 9:00 a.m.** in Kansas City, Kansas in Courtroom #643. Estimated time of trial is 7-11 days. The Court therefore sets the following trial deadlines in this case:

**IT IS ORDERED BY THE COURT** that the parties shall file witness and exhibit lists no later than **October 1, 2021.**

**EXHIBITS**: Parties are expected to use presentation technology available in the courtroom to display evidence to the jury. Training on the equipment should be arranged well in advance of trial with the courtroom deputy. See "D.Kan.Guidelines & Orders" link on the district website at [www.ksd.uscourts.gov](http://www.ksd.uscourts.gov) (under *General Practice Guidelines – Jury Evidence Recording System)*. Counsel shall provide in electronic format any exhibits of documents, photographs, videos, and any other evidence that may be reduced to an electronic file no later than **October 18, 2021**, for the use of Court personnel and the Court's Jury Evidence Recording System (JERS) during trial.

Documents and photographs shall be in **.pdf, .jpg, .bmp, .tif,** or **.gif** format; video and audio recordings shall be in **.avi, .wmv, .mpg, .mp3, .wma,** or **.wav** format.

Each electronic exhibit shall be saved as a separate, independent file, and provided to the Court on a storage device, such as cd, dvd, or flash drive. **Exhibit files shall be named consistent with their order and name on the exhibit list.**

**IT IS FURTHER ORDERED** that motions in limine shall be filed by **September 24, 2021** and responses thereto shall be filed by **October 1, 2021**. A motions hearing on Defendant's Motion for *Franks* Hearing (Doc. 127) and the Government's Motion to Strike (Doc. 141) is scheduled for **October 14, 2021 at 9:00 a.m.** A limine conference is scheduled for **October 15, 2021 at 9:00 a.m.** These hearings will be held in **Courtroom #427**.

**IT IS FURTHER ORDERED** that the Government shall provide notice pursuant to Rule 404(b) no later than **September 17, 2021.**

**IT IS FURTHER ORDERED** that the parties shall make expert disclosures by **September 17, 2021.**

**IT IS FURTHER ORDERED** that the parties shall submit proposed voir dire questions and jury instructions no later **October 8, 2021.**

**IT IS FURTHER ORDERED** that this case is set for jury trial beginning on **October 25, 2021 at 9:00 a.m.** in Kansas City, Kansas, in **Courtroom #643.**

**IT IS SO ORDERED.**

Dated: September 9, 2021

 S/ Julie A. Robinson
JULIE A. ROBINSON
UNITED STATES DISTRICT JUDGE