# UNITED STATES DISTRICT COURT
## District of Kansas

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.                        Case No.   <u>**19-20052-01-JAR**</u>

**FENG TAO,**

      **Defendant.**

## NOTICE OF EXPERT WITNESS DISCLOSURE

      The United States of America, by and through undersigned counsel, hereby notifies the Court that, pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure and the Court's *Trial Order* (Doc. 145), the government has provided expert witness notification to counsel for the defendant.

                                                              Respectfully submitted,

                                                              */s/ Adam P. Barry*
                                                              Adam P. Barry
                                                              Benjamin J. Hawk
                                                              Trial Attorneys
                                                              National Security Division
                                                              U.S. Department of Justice

2

_/s/ Christopher Oakley_
D. Christopher Oakley
Assistant United States Attorney
United States Attorney's Office for the
District of Kansas

2

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2021, I caused the foregoing notice to be filed with the Clerk of the Court, with a true and accurate copy provided to each counsel of record in the case.

*/s/ Christopher Oakley*
D. Christopher Oakley
Assistant United States Attorney
United States Attorney's Office for the
District of Kansas
