UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>    Plaintiff, )<br>  )<br>v. )<br>  )<br>FENG TAO )<br>    a/k/a "Franklin Tao," )<br>  )<br>    Defendant. ) | Case No. 19-20052-JAR-JPO |

## AFFIDAVIT OF LAUREN KATZ

I, Lauren Katz, hereby declare under penalty of perjury that the following statements are true and correct to the best of my knowledge and belief:

**I.   Background**

1.   I am the Practice Support Manager at Arent Fox LLP, and I am based in the firm's Washington, D.C. office. I have worked in practice support at Arent Fox since 2017.

2.   I received a B.A. from the University of Maryland in 2005, and a J.D. from Georgetown University Law Center in 2010. I am a Maryland barred attorney. I have gained substantial experience since then supervising and managing e-discovery for clients and consulting on legal technology and practice support issues.

3.   I began assisting Dr. Franklin Tao and his defense attorneys at Arent Fox in the above-captioned case in or around March 2020. The parties were actively negotiating a protective order, and the government asserted that certain forensic images of computers seized from the University of Kansas (KU) had proprietary information on them that the government did not want Dr. Tao to review without certain safeguards. The government had recommended certain restrictions and methods of review to the defense, and I advised Dr. Tao's attorneys about the

1

impact of these potential restrictions, as well as related matters.

4.  I also advised the defense about the drawbacks and limitations of reviewing forensic images of devices produced by the defense. A forensic image is a duplicate of electronic media such as a hard drive of a computer or a smart phone and is a bit-for-bit copy of the media. Forensic images are typically used to preserve and analyze original data. A person cannot review the contents of a forensic image, however, without using special software or an e-discovery vendor.

5.  In May 2020, when the government declined requests by the defense to process and re-produce in a usable format various forensic images it had previously seized and produced, as a short-term solution I assisted Dr. Tao in retaining an e-discovery vendor, at significant cost (over $7,000), to extract certain documents from one of the devices that Dr. Tao had wanted to promptly review in preparation for his defense. Dr. Tao has not paid an e-discovery vendor to process any of the other many devices seized and produced to the defense as forensic images in this case.

6.  I have been actively involved in assisting and advising Dr. Tao's attorneys at Arent Fox with respect to e-discovery and legal technology issues and management, including by facilitating the receipt, loading, analysis, and storage of government productions to the Arent Fox network for attorney review. I have personal knowledge of the e-discovery productions made by the government in Dr. Tao's case and currently stored on Arent Fox's servers, some of which are also now in a review platform/database.

## II.  Government Productions Since August 2020

7.  In connection with this affidavit, I examined at a high level the document productions the government has made to Dr. Tao's attorneys to date, which are stored on Arent Fox servers. According to my review, the government has made 42 separate productions from August 2019 to September 2021. The government made 23 of those productions after August 2020.

I describe certain of the larger productions below.

### A. The Government's Re-Production in Searchable Format

8. Before May 2021, none of the government's productions were provided in a format that could be easily loaded to a review platform or database, searched, and sorted, without incurring significant vendor costs to process the productions. This meant that the attorneys largely had to rely on manual review of PDFs and other documents, despite that there had been hundreds of thousands of documents produced to date.

9. On May 13, 2021, the government made a production to the defense. In its transmittal letter, the government explained that it was "reproducing the majority of discovery materials with Bates numbering." Unlike its past productions, the government made its production in a format that included TIFFs and a load file, which is standard in the industry for large productions by sophisticated parties, and which allowed the documents to be loaded to a review platform/database, searched, and sorted. The production consisted of 218,145 documents, and 1,415,943 pages. With my assistance, the defense arranged for an e-discovery vendor to load the documents for review to a review platform.

10. Since May 2021, the government has made eight more productions.

### B. Documents the Government Extracted from the Devices and Email Accounts Under the Warrants and Produced in April, August, and September 2021

11. On April 26, 2021, the government made a production that, according to the transmittal letter, included "certain identified files from the electronic devices and removable media … seized from the University of Kansas, which included Dr. Tao's workstation." The letter added that the government still planned to produce "final forensic reports for the devices," which "will contain additional identified files from these devices and others." The letter also stated that the government "previously produced images of the devices seized from the University of Kansas

3

and Dr. Tao's residence and the thumb drive seized from Dr. Tao's person" in April 2020 and September 2020.

12. On August 6, 2021, the government produced to the defense two discs, which the government indicated contained "forensic reports and certain identifies files from the electronic devices and removable media seized from the University of Kansas, including Dr. Tao's workstation." The government stated that the discs related to 20 imaged devices in total. The government's letter stated that it had previously produced "images of the devices." One of the discs, labeled HAR-19-550, contained 30,319 files, and one of the discs, labeled HAR-19-533, contained 226 files, for a total of 30,545 files.

13. On August 30, 2021, the government produced to the defense a thumb drive and three discs. The government stated that two discs, labeled HAR-19-536 and HAR-349, contained "identified items from email accounts that were obtained pursuant to search warrants and grand jury subpoenas." These discs contained 10,467 files and 48,668 files, respectively, for a total of 59,135 files. The government stated that the third disc, labeled HAR-19-503, contained a forensic report for nine imaged devices seized from Dr. Tao's residence, for which images had previously been produced. This disc contained 1,163 files. The government stated that the thumb drive, labeled HAR-19-503/683, contained Cellebrite reports for six devices. The thumb drive contained 770,991 files. The total number of files in the production was 831,289.

14. On September 13, 2021, the government produced to the defense a zip file containing HAR-19-683 and forensic reports for "thirteen imaged devices and removable media" seized from Dr. Tao's residence. The government stated that it previously produced images of the devices. The production included 328 files.

15. In total, the government produced 862,162 files in the four productions made in

April, August, and September 2021.

16.     Prior to the government's production of documents identified and extracted from the devices under the warrants, if Dr. Tao or his attorneys had wanted to review the contents of any of the forensic images or copies of email accounts, Dr. Tao would have needed to pay an e-discovery vendor to process the images and load any documents he wished to extract from them to a review database, at great cost. Even then, Dr. Tao would not know which documents or files the government had ultimately determined fit within the scope of the search warrants and could be used as evidence at trial.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 20, 2021

*Lauren Katz*

Lauren Katz