# EXHIBIT 1



**U.S. Department of Justice**

National Security Division

---

*Counterintelligence and Export Control Section*                                              Washington, D.C. 20530

September 1, 2021

Peter Zeidenberg, Esq.
Michael Dearington, Esq.
Arent Fox, LLP
1717 K Street NW
Washington, DC 20006

      Re:    *United States v. Feng Tao*
                Case No. 19-20052-JAR/JPO

Dear Messrs. Zeidenberg and Dearington,

    To supplement our earlier expert disclosures, and in compliance with our obligations under Federal Rule of Criminal Procedure 16(a)(1)(G) and the Federal Rules of Evidence 702, 703, and 705, the United States hereby provides notice and a written summary of the testimony of the additional expert witnesses described below.  The government may choose not to elicit the testimony outlined in this notice.

    In delivering this notice, the government does not contend or concede that all of the testimony described below necessarily qualifies as expert testimony under Federal Rule of Evidence 702 or implicates the disclosure requirements of Federal Rule of Criminal Procedure 16(a)(1)(G), Federal Rule of Evidence 702, or *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993).  The government believes that some of the witness testimony summarized herein should be received as non-expert fact testimony or lay opinion testimony pursuant to Federal Rule of Evidence 701.  Nevertheless, as a courtesy to the Defendant, each witness is listed as a "probable expert witness" in the event that the Court concludes that any one of the listed witness's testimony constitutes expert testimony.

## Probable Expert Testimony

### 1. James Churchill, FBI Language Analyst

    The government expects to elicit the testimony of James Churchill, a Chinese Mandarin linguist with the FBI.  Mr. Churchill is expected to testify that numerous items of evidence originally written or spoken in Chinese, including, but not limited to, talent plan applications and contracts, news articles, Fuzhou University and Ministry of Education webpages, recorded phone calls, grant applications, email communications, and electronic messages, have been translated into English in a fair, accurate, and complete manner.  This testimony will be premised upon Mr. Churchill's knowledge, skill, education, training, and experience as a linguist fluent in English and Chinese and upon his firsthand review of the Chinese-language evidence in this case, as well

as his review of material translated by other linguists working on behalf of the government. His curriculum vitae is attached as **Exhibit 1**.

2. **Linda Deng, FBI Language Analyst**

The government expects to elicit the testimony of Linda Deng, a Chinese Mandarin linguist with the FBI. Ms. Deng is expected to testify that numerous items of evidence originally written or spoken in the Sichuan dialect of Chinese, including but not limited to, recorded phone calls, have been translated into English in a fair, accurate, and complete manner. This testimony will be premised upon Ms. Deng's knowledge, skill, education, training, and experience as a linguist fluent in English and Chinese (including the Sichuan dialect) and upon her firsthand review of the Chinese-language evidence in this case. We will send you a copy of her curriculum vitae in a subsequent email.

3. **Brian Koechner, FBI Forensic Accountant**

The government expects to elicit the testimony of Brian Koechner, a forensic accountant with the FBI. In his capacity as an accountant with the FBI, Mr. Koechner analyzed financial records associated with Defendant and his wife. The government believes that Mr. Koechner's testimony may involve his technical and specialized knowledge regarding the examination and analysis of financial records under Federal Rule of Evidence 702, including, but not limited to, asset tracing, structured transactions, cash flow analysis, financial techniques used to obscure the origin of funds, and patterns of use. This testimony will be premised upon Mr. Koechner's knowledge, skill, education, training, and experience as a forensic accountant and upon his firsthand review of the evidence in this case. His curriculum vitae is attached as **Exhibit 2**.

4. **Morgan Becker, FBI Forensic Accountant**

The government expects to elicit the testimony of Morgan Becker, a forensic accountant with the FBI. In her capacity as an accountant with the FBI, Ms. Becker analyzed financial records associated with Defendant and his wife. The government believes that Ms. Becker's testimony may involve her technical and specialized knowledge regarding the examination and analysis of financial records under Federal Rule of Evidence 702, including, but not limited to, asset tracing, structured transactions, cash flow analysis, financial techniques used to obscure the origin of funds, and patterns of use. This testimony will be premised upon Ms. Becker's knowledge, skill, education, training, and experience as a forensic accountant and upon her firsthand review of the evidence in this case. We will send you a copy of her curriculum vitae in a subsequent email.

5. **Joshua Clevenger, FBI Digital Forensics Examiner**

The government expects to elicit the testimony of Joshua Clevenger, a digital forensics examiner and task force officer with the FBI. In his capacity as an examiner with the FBI, Mr. Clevenger examined numerous electronic devices and/or forensic images of electronic devices associated with Defendant, including, inter alia, the external media and hard drives that were located at KU. The government believes that Mr. Clevenger's testimony may involve his technical and specialized knowledge regarding the examination of computers and electronic

evidence under Federal Rule of Evidence 702, including, but not limited to, computer file metadata, hard drive partitioning, data retrieval, extraction, and preservation, and the use of computer forensic tools and procedures. This testimony will be premised upon Mr. Clevenger's knowledge, skill, education, training, and experience as a digital forensic examiner and upon his firsthand review of the evidence in this case. A copy of Mr. Clevenger's curriculum vitae is attached as **Exhibit 3**.

6. **Stephen Schmidt, FBI Digital Forensics Examiner**

The government expects to elicit the testimony of Stephen Schmidt, a digital forensics examiner with the FBI. In his capacity as an examiner with the FBI, Mr. Schmidt examined numerous electronic devices and/or forensic images of electronic devices associated with Defendant, including, inter alia, the external media and hard drives that were located at Defendant's home. The government believes that Mr. Schmidt's testimony may involve his technical and specialized knowledge regarding the examination of computers and electronic evidence under Federal Rule of Evidence 702, including, but not limited to, computer file metadata, hard drive partitioning, data retrieval, extraction, and preservation, and the use of computer forensic tools and procedures. This testimony will be premised upon Mr. Schmidt's knowledge, skill, education, training, and experience as a digital forensic examiner and upon his firsthand review of the evidence in this case. We will send you a copy of his curriculum vitae in a subsequent email.

Sincerely,

/s/ Adam P. Barry
Adam P. Barry
Benjamin J. Hawk
Trial Attorneys
National Security Division
U.S. Department of Justice

D. Christopher Oakley
Assistant United States Attorney
United States Attorney's Office for the District of Kansas

# CURRICULUM VITAE



## Brian J. Koechner, CPA/CFE

Federal Bureau of Investigation
Kansas City Division
1300 Summit
Kansas City, MO 64105

**PROFESSIONAL EXPERIENCE**

2017 - Present     **Supervisory Forensic Accountant**
FBI Kansas City Division
Federal Bureau of Investigation
Kansas City, MO (3 years)

Examine financial aspects of the investigation in cooperation with case agents and prosecuting attorneys. Collaborate with investigators in gathering evidence, preparing affidavits, and executing search warrants and/or court orders associated with financial analyses.

Provide expertise with regard to accounting and financial practices, securities, banking laws and systems, financial institutions, crypto currency, digital assets and profit and non-profit businesses.

Reconstruct business records to identify funding sources and interrelated transactions. Identify sophisticated techniques for moving funds, shielding illegal activity, and disguising identities of individuals or groups involved.

Utilize a variety of analytical tools such as statistical/analytical computer software and database management systems for a more in-depth examination of entities involved with identified financial transactions.  Compile complex financial findings and conclusions to prepare in-depth forensic accounting reports and communications.

Develop and provide detailed technical forensic accounting presentations and briefings for varied audiences.

Provide guidance to Financial Analysts and Forensic Accountants regarding the application of criminal statutes to financial transactions.  Review financial investigative work products to ensure completeness, accuracy. Provide training sessions to the business and law enforcement communities, and routinely provide presentations to external audiences.

Provide leadership in the office and address work performance issues and provide guidance on improvement measures.

Consult with supervisors and case agents to determine specific objectives and requirements involving financial investigations.  Identify recommend, and implement ways to resolve issues and identify criminal activity.

Participate on the Corporate Fraud Response Team responding to large scale corporate fraud investigations.

1

| | |
|---|---|
| | Participate on the Virtual Currency Response Team tracing digital currency related frauds associated with Malware, Ransomware and money laundering. |
| 2012 - 2017 | **Forensic Accountant**<br>FBI Kansas City Division<br>Federal Bureau of Investigation<br>Kansas City, MO (5 years) |
| | Serve as the Program Coordinator for the Forensic Accountant Unit in the Kansas City Division. |
| | Assist in the identification, examination, and analysis of financial data associated with complex financial crimes, intellectual property rights, cyber-crimes, transnational organized crimes, and health care fraud. |
| | Examine financial aspects of the investigation in cooperation with case agents and prosecuting attorneys. Collaborate with investigators in gathering evidence, preparing affidavits, and executing search warrants and/or court orders associated with financial analyses. |
| | Provide expertise with regard to accounting and financial practices, securities, banking laws and systems, financial institutions, and profit and non-profit businesses. |
| | Reconstruct business records to identify funding sources and interrelated transactions. Identify sophisticated techniques for moving funds, shielding illegal activity, and disguising identities of individuals or groups involved. |
| | Utilize a variety of analytical tools such as statistical/analytical computer software and database management systems for a more in-depth examination of entities involved with identified financial transactions. Compile complex financial findings and conclusions to prepare in-depth forensic accounting reports and communications. |
| | Develop and provide detailed technical forensic accounting presentations and briefings for varied audiences. |
| | Participate on the Corporate Fraud Response Team responding to large scale corporate fraud investigations. Serve as a member of the Kansas City Division Evidence Response Team responding to crime scenes. |
| | Testify in court as a summary and expert witness |
| | Crime Scene Photographer and Drone Pilot on Evidence Response Team |
| 2018 – Present | **Adjunct Forensic Accounting Professor**<br>University of Missouri & William Jewell College<br>Columbia, MO |
| | Lead and instruct graduate and upper level courses related to forensic accounting and fraud examination. |
| 2013 – Present | **Partner**<br>Sky Consulting, LLC<br>Kansas City, MO |

1

|  |  |
|---|---|
|  | Own and operate a Certified Public Accounting firm specializing in tax consulting, tax preparation, and forensic accounting for individuals and small businesses. |
| 2010 - 2012 | **Senior Associate** <br> Deloitte Tax, LLP <br> Kansas City, MO <br><br> Reviewed federal, state, and city income tax returns for Fortune 500 corporations, S-corporations, Partnerships, Regulated Investment Companies, Real Estate Investment Trusts, high net worth individuals, and various trusts. <br><br> Prepare, present, and discuss tax consulting ideas related to changes in laws regulations, and court rulings with clients while explaining potential tax implications encountered based upon different courses of action pursued. <br><br> Manage engagements by effectively staffing, scheduling, budgeting, and monitoring project efficiency related to tax compliance engagements. |
| 2007 - 2010 | **Associate** <br> PricewaterhouseCoopers <br> Kansas City, MO <br><br> Prepare and review Federal, State, and Local Income Tax Returns for Fortune 500 companies, Hedge Funds, Venture Capital Funds, and Private Equity Funds. <br><br> Prepare tax memorandum for high net worth individuals and hedge funds related to tax and estate planning. <br><br> Interpret and research tax laws for tax planning opportunities. Apply tax strategies to a particular set of facts, determine the tax implications of specific transactions, and suggest alternatives to negative tax implications. |
| 2003 - 2007 | **Teaching Assistant** <br> School of Economics and School of Accountancy <br> University of Missouri <br> Columbia, MO <br><br> Instructed, administered, and organized a 30 student class each semester addressing the topics of Intermediate Accounting, money, banking, financial markets, and macroeconomics. |
| 2003 | **United States Marine Corps** <br> Officer Candidate School <br> Quantico, VA <br><br> Successfully graduated in the top 5% of Officer Candidate School for the United States Marine Corps. |

EDUCATION
___

|  |  |
|---|---|
| 2002-2007 | **University of Missouri** <br> Columbia, MO <br> Masters of Accountancy, Summa Cum Laude <br> Tax certificate, University of Missouri School of Law <br> Bachelors of Science in Economics |

Bachelors of Science in Accounting

CERTIFICATIONS

| | |
|---|---|
| September 2007 | Certified Public Accountant |
| August 2015 | Certified Fraud Examiner |
| August 2016 | Evidence Response Team |
| July 2016 | Corporate Fraud Response Team |
| August 2016 | Virtual Currency Response Team |

1

# CURRICULUM VITAE



## *Morgan M. Becker*

Federal Bureau of Investigation
Kansas City Division
1300 Summit
Kansas City, MO 64105

**PROFESSIONAL EXPERIENCE**

| | |
|---|---|
| 2020 - Present | **Forensic Accountant**<br>FBI Kansas City Division<br>Federal Bureau of Investigation<br>Kansas City, MO (1.5 years) |

Assist in the identification, examination, and analysis of financial data associated with complex financial crimes, intellectual property rights, cyber-crimes, transnational organized crimes, and health care fraud.

Examine financial aspects of the investigation in cooperation with case agents and prosecuting attorneys. Collaborate with investigators in gathering evidence, preparing affidavits, and executing search warrants and/or court orders associated with financial analyses.

Provide expertise with regard to accounting and financial practices, securities, banking laws and systems, financial institutions, and profit and non-profit businesses.

Reconstruct business records to identify funding sources and interrelated transactions. Identify sophisticated techniques for moving funds, shielding illegal activity, and disguising identities of individuals or groups involved.

Utilize a variety of analytical tools such as statistical/analytical computer software and database management systems for a more in-depth examination of entities involved with identified financial transactions.   Compile complex financial findings and conclusions to prepare in-depth forensic accounting reports and communications.

Testify in court as a summary and expert witness

| | |
|---|---|
| 2014 – 2020 | **Senior Cost Accountant**<br>SPX Cooling Technologies, Inc.<br>Overland Park, Kansas (5.5 years) |

Work under the supervision of the Manufacturing Controller

Audit of daily production variances using knowledge of professional auditing standards

Conduct background research of internal documents and prepare reports for Manufacturing Controller, Chief Financial Officer and President of Operations and present findings at weekly meeting.

> Perform audit fieldwork which includes visual examination of records and inventory items and prepare and organize the paperwork showing the results of inventory audit to management.
>
> Make recommendations and provide technical assistance on budgeting levels for plant managers, considering business priorities, availability of resources and impact on plants.

EDUCATION

2017-2018  **University of Kansas**
Lawrence, Kansas
Master of Accountancy

2012-2014  **Illinois State University**
Normal, Illinois
Bachelor of Science Degree in Accounting

2010-2012  **Lincoln Land Community College**
Springfield, Illinois
Associates of Science Degree

# Kansas City, Missouri Police Department

# Joshua E. Clevenger
Detective/FE

**IT Specialist and Computer Forensic Examiner**

**Experience**

Mr. Clevenger has been in the information technology industry for the last 10 years during his assignment as a project officer at the Research and Development Division and the Heart of America Regional Computer Forensics Lab.

**Industry experience**

- 2010-Present – Kansas City, Missouri Police Department-Detective. Assigned as forensic examiner at the Heart of America Regional Computer Forensics Laboratory. Additional duties include Configuration Control Board Member, Case Agent Investigative Review Coordinator, Network Administrator and Technical Manager.

- 2006-2010 – Kansas City, Missouri Police Department – Officer/Project Officer. Responsible for completing Procedural Instruction and Personnel Policies and assisted with training and implementation of the records management system at the Kansas City, Missouri Police Department.

- 2002-2006 – Kansas City, Missouri Police – Officer. Assignments included East Patrol Division and Metro Patrol Division.

**Forensic training**

- 2010 - Digital Evidence, What Every Peace Officer Should Know
- 2010-A+ Certification Course, New Horizons
- 2010 - FTK Boot Camp
- 2010 - CART 101
- 2011 - AccessData FTK Internet Forensics
- 2011 - AccessData FTK Windows Forensics
- 2011 - AccessData ACE Certified Examiner
- 2011 - CART Practical's
- 2011 - Moot Court
- 2012 - Linux Command Line
- 2012 - EnCase Computer Forensics
- 2012 –EnCase Computer Forensics II
- 2013- EnCase Network Intrusion Training
- 2013- EnCase Mac/Linux/Unix
- 2014- FBI Cell Phone Certification
- 2014- JTAG/Mobile Device Repair
- 2014- SANS 408 Windows Forensic Analysis
- 2015- SANS 585 Mobile Device Forensics
- 2016 – SANS 508 Incident Response
- 2017 – Chip-Off Training (FBI)
- 2017- Cellebrite CCPA/CCLO
- 2017 –Cellebrite CASA
- 2018 – IACIS
- 2019 SANS 508 Incident Response
- 2020 – X-Ways Training
- 2020 – SANS 518 MacOS Forensics
- 2021 – Cellebrite Apple Forensics
- 2021 – Senior Practical Exam
- 2021 – SANS MGT 414 Training Program for CISSP

**Teaching assignments**

- 2013- Present- CAIR Coordinator/Virtual Kiosk Instructor

- 2007-2008 - Taught KCPD Members the Records Management System.
- 2017 – FBI EnCase Training Proctor

### Certifications
- EnCE –EnCase Certified Examiner
- CFCE – Certified Computer Forensic Examiner
- GASF – GIAC Advanced Smartphone Forensics
- ACE – AccessData Certified Examiner
- GCFE – GIAC Certified Forensic Examiner
- GCFA – GIAC Certified Forensic Analyst
- FE – FBI Forensic Examiner
- A+
- Network +
- CCPA- Certified Cellebrite Physical Analyst
- CCLO- Certified Cellebrite Logical Operator
- FBI Senior Examiner - 2021
- Cellebrite Apple Forensics Examiner
- GISP – GIAC Information Security Professional

### Education
- Grantham University – Bachelor's Degree in Criminal Justice with emphasis in Computer Science.
- 2011-2012 – Labor Management Council of Greater Kansas City, Mid-Level Leadership Program Graduate
- Kansas City, Missouri Police Department Training Academy – 2003

### Contact details
Heart of America RCFL
4150 N Mulberry Suite 250
Kansas City, MO 64106

**Stephen K. Schmidt**
Page 1 of 5

CURRICULUM VITAE (September 2021)
FBI Expert Witness



### Stephen K. Schmidt

Federal Bureau of Investigation
Kansas City Division
Heart of America Regional Computer Forensics Laboratory
4150 N. Mulberry Dr., Suite 250
Kansas City, MO 64116
Phone: ███

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| January 2013 - Present | **Special Agent (Forensic Examiner)**<br>FBI Kansas City Division, Squad 15<br>Heart of America Regional Computer Forensics Laboratory<br>Federal Bureau of Investigation, Kansas City, MO |
| | As a computer Forensic Examiner (FE) at the Heart of America Regional Computer Forensics Laboratory, examine physical evidence under a documented quality assurance program that includes annual proficiency testing, technical/peer and administrative reviews and adherence to standard operating procedures. Conduct forensic examinations on digital evidence; perform search and seizure operations; perform routine laboratory functions. |
| December 2007 - January 2013 | **Special Agent (Foreign Counter-Intelligence)**<br>FBI Kansas City Division, Squad 4<br>Federal Bureau of Investigation, Kansas City, MO |
| | Investigated cases involving Iranian matters, state-sponsored computer intrusions, and counter-proliferation issues. Served as Counter-proliferation Coordinator April 2009 to January 2013. As coordinator, was responsible for heading all Arms Control treaty inspection efforts for KC Division FBI, including those related to New START Treaty, OPEN SKIES Treaty, and the Chemical Weapons Convention (CWC). |
| January 2003 - December 2007 | **Special Agent (Cyber)**<br>FBI Washington Field Office, Squad CR-18<br>Federal Bureau of Investigation, Washington, DC |
| | Investigated cases involving Cyber Crime matters, in particular those regarding Intellectual Property Rights violations and Theft of Trade Secrets. |
| November 1998 - January 2003 | **Special Agent (Public Corruption)**<br>FBI Washington Field Office, Squad CR-10<br>Federal Bureau of Investigation, Washington, DC |
| | Investigated cases involving Public Corruption in DC, in particular those involving Washington DC public officials, Metropolitan Police Department employees, Department of Motor Vehicles employees, and labor union officials. |
| July 1998 - November 1998 | **New Agent Trainee (NAT)**<br>FBI Quantico, NAT Class 98-12<br>Federal Bureau of Investigation, Quantico, VA |
| | Four months training program for entry into the FBI as a Special Agent. |

**Stephen K. Schmidt**
Page 2 of 5

| | |
|---|---|
| July 1989 -<br>July 1998 | **Software Engineer/SWAT Team Lead**<br>Raytheon E-Systems/Electrospace Systems Inc.<br>Intelligence and Communications Division<br>Richardson, TX<br><br>Designed and implemented secure telecommunications voice/data switching systems for U.S. and foreign military application. These digital/analog, microprocessor controlled, PCM/TDM multi-conferencing switching systems support telecommunications among phones, radios, and satellite communication links. Major accomplishments included firmware development on secure digital interface circuit boards.<br><br>Created and led the Software Assistance Team (SWAT). Specialized in bringing online secure voice/data switching systems at various launch facilities, tracking stations, and military bases as well as provided onsite support and troubleshooting capabilities during critical missions and military operations. Traveled extensively to various sites to install new switches, troubleshoot problems, and train military and maintenance personnel. |
| January 1988 -<br>July 1989 | **Technical Consultant**<br>Technical Support Group, Advanced Systems Division<br>Amstrad, Inc.<br>Irving, TX<br><br>Provided technical assistance and troubleshooting to Corporate Dealers and Service Centers for a line of IBM PC compatible systems. Was responsible for technical training of Customer Service and Sales Representatives. Served as a technical consultant at national trade shows such as COMDEX and CES. Designed and maintained a nationwide Corporate Bulletin Board System (BBS) and a shipping manifest system for the shipping and receiving warehouse. |
| April 1983 -<br>August 1987 | **Climate Control and Electrical Maintenance**<br>LeTourneau University<br>Longview, TX<br><br>Installation and maintenance of HVAC systems, Centrex telephone systems, IBM mainframe network data links, Johnson Controls environmental sensors, and satellite receiver systems. |
| August 1984 -<br>August 1987 | **Lab instructor and Teaching Assistant**<br>LeTourneau University<br>Longview, TX<br><br>Safekeeping of computer equipment and advice in project programming for undergraduate college students. Corrected and graded student assignments, tests, and computer programs. |

## EDUCATION

| | |
|---|---|
| Fall 1982 -<br>Spring 1988 | **LeTourneau University**<br>Longview, TX<br>Bachelor of Science in Computer Science and Engineering Technology |
| Summer 1983 | **Maple Woods Community College**<br>Kansas City, MO<br>College credits in English and Composition |
| Fall 1981 -<br>Spring 1982 | **University of Missouri Kansas City (UMKC)**<br>Kansas City, MO<br>College credits in Chemistry (while attending high school) |

Stephen K. Schmidt
Page 3 of 5

## FORENSIC EXAMINATION / TESTIMONY EXPERIENCE

Completed over 197 forensic examinations and searches since January 2013 as a Forensic Examiner (or Forensic Examiner Trainee prior to certification). As an FBI Special Agent, have participated in the execution of over 329 search warrants, 69 of them as Team Leader, many of them as an Evidence Response Team Leader. As an FBI Special Agent, have testified in Federal Grand Jury on multiple occasions regarding investigations involving Intellectual Property Rights violations in which I was the Case Agent. In December 2014, testified in U.S. District Court, Western District of Missouri, in support of a White Slave Trafficking Act trial, regarding a search warrant in which I was the Seizing Agent and Team Leader of the FBI Evidence Response Team (ERT). In August 2017, testified in U.S. District Court, District of Kansas, in support of an attempted murder trial, regarding a forensic examination I conducted on a cell telephone. In March 2018, testified in U.S. District Court, District of Kansas (Wichita), in support of a major domestic terrorism trial, regarding search warrants conducted as an ERT Team leader and Seizing Agent. In August 2019, testified in Leavenworth County District Court, Kansas, in a Preliminary Hearing regarding a forensic examination I conducted on a desktop computer in support of a child pornography case. In October 2020, testified in 16th Judicial Court - Jackson County, Missouri, in a Sentencing Hearing regarding a forensic examination I conducted on a cell telephone in support of an attempted molestation case.

## PROFESSIONAL TRAINING (Cyber/Laboratory/Forensics)

| Date | Course |
|---|---|
| November 2003 | Cyber 101 |
| January 2004 | Cyber 105 |
| February 2004 | Evidence Response Team - Basic training - 80 hours |
| April 2005 | Investigating Computer Intrusions on Wireless |
| February 2006 | Computer Search and Seizure |
| September 2007 | Post-Blast Investigator School (LAB2303) |
| July 2008 | Field Processing for Latent Prints |
| March 2009 | Information Age Technology (CYD1030) |
| March 2009 | Introduction to Internet Investigations (CYD1050) |
| March 2009 | Arson Evidence Collection |
| March 2009 | Large Vehicle Bomb (ERT2116) |
| August 2009 | Chemical Weapons Convention Orientation and Certification Course |
| August 2009 | Introduction to FBI Undercover |
| September 2009 | Online Covert Employee Certification Course (CYD5100) |
| March 2010 | A+ Certification (CYD1200) |
| April 2010 | Indoor Post Blast Investigator (ERT2123) |
| June 2010 | Introduction to Cyber Counterterrorism/Counterintelligence Investigations (CYD1140) |
| July 2010 | National Cyber Investigative Joint Task Force (NCIJTF) Conference |
| February 2011 | Bloodstain Pattern Analysis |
| February 2011 | Case Agent Investigative Review (CAIR1C) |
| March 2011 | Weapons of Mass Destruction Improvised Dispersal Devices Course (WMD2210) |
| March 2011 | Linux for LEOs (CYD1500) |
| June 2011 | Network Investigation Techniques for Agents (CYD2100) |
| September 2011 | Counterintelligence Cyber Course (CI3303) |
| September 2011 | Advanced Crime Scene Sketching (ERT3120) |
| February 2012 | Advanced Impressions (ERT3121) |
| March 2012 | Network+ Certification (CYD2200) |
| May 2012 | Scent Transfer Unit Human Scent Evidence Course (ERT2115) |
| June 2012 | Wireless Technology (CYB2300) |
| July 2012 | 97th International Association for Identification (IAI) Education Conference |
| January 2013 | CART Technician/Digital Extraction Technician (DExT) Practicals |

**Stephen K. Schmidt**
Page 4 of 5

| | |
|---|---|
| February 2013 | Homicide Investigation: Crime Scene to Courtroom |
| February 2013 | CART Basic Tools (FTK Boot Camp) (CART1201) |
| March 2013 | Bullet Trajectory (ERT2114) |
| May 2013 | CART Intermediate - Operating System Artifacts (CART1230) |
| June 2013 | CART Intermediate - Web Artifacts (CART1220) |
| June 2013 | Operating Systems and Log Files (CYD1180) |
| September 2013 | SANS 408 - Computer Forensic Investigations - Windows In-Depth (CART1510) |
| September 2013 | Tracing Email Addresses |
| December 2013 | Exploiting Mobile Communications: Criminal Tactics and Investigative Techniques |
| December 2013 | Basic Networking for Investigators |
| March 2014 | ICAC-Cyber Investigation 201 - GPS Interrogation |
| June 2014 | CART Practicals (CART1500) |
| July 2014 | 99th International Association for Identification (IAI) Education Conference |
| September 2014 | CART Exam Competency Test |
| February 2015 | AccessData Certified Examiner (ACE) |
| March 2015 | CART File System Research Paper |
| August 2015 | International Society of Forensic Computer Examiners (ISFCE) |
| | Digital Evidence Handling Proficiency Test 15-0201 (HARCFL External Proficiency Test) |
| August 2015 | 2014 X-Ways Self-Paced |
| September 2015 | CART Moot Court |
| October 2015 | Encase Version 7 |
| November 2015 | Digital Evidence Handling |
| August 2016 | Digital Evidence Policy Guide Self-Paced Training for Forensic Examiners |
| October 2016 | CART 2016 Proficiency Test – Wintel (PT016.C1, Test Set Identifier WIN-119) |
| April 2017 | CART Introduction to Mobile Devices 2017 |
| April 2017 | CART Basic Cell Phone Training |
| July 2017 | Introduction to Macintosh Systems |
| July 2017 | BlackBag Essential Forensic Techniques I |
| August 2017 | MAC Target Disk Mode |
| August 2017 | Basic Mobile Devices |
| August 2017 | CART Basic Mobile Certification 2017 |
| September 2017 | CART 2017 Proficiency Test – Wintel (PT017.C1, Test Set Identifier WIN-218) |
| October 2017 | Digital Computer Forensics Conference |
| November 2017 | Digital Evidence Handling |
| July 2018 | Berla iVe Vehicle System Forensics Certification |
| August 2018 | CART 2018 Proficiency Test – Wintel (PT018.C1, Test Set Identifier WIN242) |
| October 2018 | Digital Computer Forensics Conference |
| July 2019 | FY18/19 Windows Authorization Re-certification |
| August 2019 | FY18/19 MacOS Technical Re-certification |
| August 2019 | FY18/19 Mobile Device Technical Re-certification |
| October 2019 | Digital Computer Forensics Conference (attendee as well as instructor) |
| November 2019 | CART 2019 Proficiency Test – Wintel (PT019.C1, Test Set Identifier WIN284) |
| May 2020 | BERLA Vehicle Forensics Essentials Series |
| November 2020 | Mobile Device Repair |
| November 2020 | CART 2020 Proficiency Test – Wintel (PT020.C1, Test Set Identifier WIN164) |
| August 2021 | FY20/21 MacOS Technical Re-certification |
| September 2021 | CART 2021 Proficiency Test – Wintel (PT021.C1) |

Stephen K. Schmidt
Page 5 of 5

## PROFESSIONAL AFFILIATIONS / COMMITTEES

| | |
|---|---|
| 2013 - Present | Active Member International Association for Identification (IAI) (member #28100) |
| 2013 - Present | Active Member Kansas Division of the IAI (member #769) |
| 2013 - Present | Active Member Missouri Division of the IAI (member #862) |

## CERTIFICATIONS

| | |
|---|---|
| February 2004 | FBI Evidence Response Team Certification |
| August 2009 | Chemical Weapons Convention Treaty Inspector Certification (CWC) |
| September 2009 | Online Covert Employee Certification (OCE) |
| March 2010 | A+ Certification - CompTIA |
| March 2012 | Network+ Certification - CompTIA |
| January 2013 | FBI CART Technician/Digital Extraction Technician Certification (DExT) |
| January 2014 | Global Information Assurance Certification/Certified Forensic Examiner (GCFE) |
| February 2015 | AccessData Certified Examiner (ACE) |
| April 2015 | FBI CART Basic Wintel Certification - Forensic Examiner (FE) |
| July 2017 | FBI CART Macintosh Certification |
| August 2017 | FBI CART Cell Phone Certification |
| July 2018 | Berla iVe Vehicle System Forensics Certification |

## AWARDS

| | |
|---|---|
| August 2003 | Exceptional Achievement (Ironworkers Case) - U.S. Department of Labor |
| May 2004 | Meritorious Service (Ironworkers Case) - District of Columbia USAO |
| May 2006 | Excellence in Law Enforcement (Ponce De Leon Case) - District of Columbia USAO |
| April 2007 | Excellence in Public Service (BuysUSA Case) - Eastern District of Virginia USAO |
| April 2007 | Excellence in Public Service (iBackups Case) - Eastern District of Virginia USAO |
| May 2009 | Excellence in Public Service (Operation FASTLINK) - Eastern District of Virginia USAO |
| November 2011 | Exceptional Achievement Gold Record Award (Operation FASTLINK) - RIAA |