# EXHIBIT 1



U.S. Department of Justice

National Security Division

*Counterintelligence and Export Control Section*                    *Washington, D.C.  20530*

July 23, 2021

Peter Zeidenberg, Esq.
Michael Dearington, Esq.
Arent Fox, LLP
1717 K Street NW
Washington, DC 20006

Re:   *United States v. Feng Tao*
      Case No. 19-20052-JAR/JPO

Dear Messrs. Zeidenberg and Dearington,

We write regarding the government's earlier expert disclosures in the above-captioned case. On January 22, 2021, we informed you that the government had decided not to use our previously-disclosed expert General Robert Spalding and that we would update you as required once we retained a different expert. On June 16, 2021, we informed you, inter alia, that we planned to notice Dr. Glenn Tiffert on topics related to China. In compliance with our obligations under Federal Rule of Criminal Procedure 16(a)(1)(G) and the Federal Rules of Evidence 702, 703, and 705, the United States hereby provides formal notice and a written summary of the testimony of Dr. Glenn Tiffert. The United States may choose, however, not to elicit any portion of the testimony outlined in this notice. We also may notice other expert witnesses as we continue to prepare for trial.

The government expects to elicit the testimony of Dr. Glenn Tiffert, a research fellow and manager of the China's Global Sharp Power project at the Hoover Institution at Stanford University. Dr. Tiffert is a specialist on the political and legal history of the People's Republic of China (PRC), and he has worked extensively with government and civil society partners to document and build resilience against authoritarian interference with democratic institutions. He has spoken and written on numerous topics relating to the PRC government's efforts to project military, political, economic, and cultural power domestically and abroad. He also serves on the executive committee of the Academic Security and Counter-Exploitation Program, which is an association of U.S. universities established to help heighten security awareness in academia. His testimony will be based on his years of research studying the PRC government's efforts to acquire foreign technology and talent to further the PRC's economic development. A copy of Dr. Tiffert's curriculum vitae is attached as **Exhibit 1**. The government expects to compensate Dr. Tiffert approximately $450 per hour to consult on this case, prepare for his testimony, and testify at trial (plus expenses at the GSA-mandated rate).

The government expects that Dr. Tiffert's testimony will relate to the following topics:

- The PRC government's national development goals and industrial policies, including the following specific points:

    o For the past several decades, the PRC government has prioritized scientific and technological development and has implemented a pragmatic strategy to accelerate that development.

    o The PRC government is interested in obtaining a broad range of advanced scientific and technological information, and the PRC government directly and indirectly encourages the use of a variety of lawful and unlawful means to achieve that objective.

- The Changjiang Scholars Program (CJSP) and related talent recruitment programs (collectively, "PRC talent programs"), including the following specific points:

    o PRC talent programs play an important role in the PRC government's national development strategy by incentivizing persons with access to advanced scientific and technological information to transfer that information and skills to the PRC in exchange for reputational and financial benefits.

    o Other publicly disclosed PRC government programs (such as Five-Year Plans, "Made in China 2025," and the "One Belt One Road Initiative") also relate to the PRC talent programs and the PRC government's scientific and technological development strategy, as do PRC State Key Laboratories.

    o Foreign talent recruitment programs are not unique to the PRC government, but the PRC talent programs' scale, organizational and decision making structures, and lack of transparency and level of misconduct associated with the programs set them apart from other countries' foreign talent recruitment programs.

    o The CJSP Distinguished Professor is one of the most prestigious PRC talent programs offered and targets elite-level faculty in their respective fields of study to fill the PRC's technological gaps, train the next generation of faculty and researchers in the PRC, bring technology to the PRC, and establish the PRC as a world leader in the targeted field of study. CJSP Distinguished Professor recipients are expected to build "ecosystems" underneath them to satisfy these goals.

    o The PRC's Ministry of Education established the CJSP, but the Ministry of Education coordinates with provincial-level entities and academic institutions, such as Fuzhou University, in evaluating and funding CJSP recipients. The PRC's Ministry of Education also works with provincial-level entities to implement the CJSP and publishes regulations governing the program.

- Academic institutions, academic bureaucracy, and censorship in the PRC, including the following specific points:

    o Academic institutions in the PRC are governed by a dual academic affairs structure and a Chinese Communist Party structure. Both structures play a role in the PRC talent programs, such as the CJSP.

    o In the PRC, formal documents (such as applications to PRC government authorities for research funds or support) are typically finalized using an official seal or stamp.

    o Over the past few years, the PRC government has become less transparent about PRC talent programs than it had previously been, in part due to increased scrutiny of those programs by foreign governments (including the U.S. government). In some instances, once-publicly-available information about PRC talent programs, including information identifying their participants, has been removed from the internet. This form of internet censorship is consistent with other efforts by the PRC government to control information.

- Certain exhibits introduced at trial through other witnesses are consistent with the Defendant's participation in the CJSP and work with Fuzhou University.

In conjunction with this expert disclosure, please find attached the following additional discovery:

| Bates Start | Bates End | Description |
| --- | --- | --- |
| DOJ-01421662 | DOJ-01421721 | FBI Serials 148-149, 151, 154; FBI LA 302s |

Please note that these documents are subject to the March 31, 2020, Protective Order (ECF No. 61).

Sincerely,

 /s/ Adam P. Barry
Adam P. Barry
Benjamin J. Hawk
Trial Attorneys
National Security Division
U.S. Department of Justice

3

                                            D. Christopher Oakley
                                            Assistant United States Attorney
                                            United States Attorney's Office for the District of Kansas