# EXHIBIT 2

# GLENN D. TIFFERT

### EDUCATION

| | | |
|---|---|---|
| 2015 | Doctor of Philosophy – History | University of California, Berkeley |
| | Master of Arts – Regional Studies: East Asia | Harvard University |
| | Bachelor of Arts – Political Science, Highest Honors | University of California, Berkeley |

### ACADEMIC APPOINTMENTS

| | | |
|---|---|---|
| 2020- | Research Fellow | Hoover Institution |
| 2017-20 | Visiting Fellow | Hoover Institution |
| | Associate, Center for Chinese Studies | University of Michigan, Ann Arbor |
| 2019 | Faculty Lecturer – History Department | University of California, Santa Cruz |
| 2015-17 | Postdoctoral Fellow – Center for Chinese Studies | University of Michigan, Ann Arbor |
| | Faculty Lecturer – History Department | |
| | Faculty Lecturer – Asian Languages & Cultures Department | |

### HOOVER INSTITUTION ROLES

2020-　Co-leader, Project on *China's Global Sharp Power*.
　　　　Editor, *CGSP Occasional Papers Series*
　　　　Executive Director, Working Group on *China's Push into Digital Currency: Global Challenges & US Responses*, Smith Richardson Foundation grant.
　　　　Director, Program on *Strengthening the Capacity of African Civil Society to Counter PRC Sharp Power*, U.S. State Dept. grant.
2019-20　Manager, Project on *Taiwan in the Indo-Pacific Region*.

### PEER-REVIEWED ACADEMIC PUBLICATIONS

2019　*"*Peering Down the Memory Hole: Censorship, Digitization, and the Fragility of Our Knowledge Base," *The American Historical Review* 124(2): 550-568.

2018　"Socialist Rule of Law with Chinese Characteristics: A New Genealogy," in *Socialist Law in Socialist East Asia*, Hualing Fu, et al. eds. (New York: Cambridge University Press): 72-96.

2016　"无法抗拒的继承：民国时期司法的现代化与遗产," in 民国时期的法律、社会与军事，罗敏 ed. (北京: 社会科学文献出版社): 98-123.

　　　　"The Chinese Judge: From Literatus to Cadre (1906-1949)," in *Knowledge Acts in Modern China: Ideas, Institutions, and Identities*, Robert Culp, Eddy U, and Wen-Hsin Yeh eds. (Berkeley: Institute of East Asian Studies Publications): 114-147.

2013　"An Irresistible Inheritance: Republican Judicial Modernization and Its Legacies to the People's Republic of China," *Cross-Currents: East Asian History and Culture Review* (7): 84-112.

| | |
|---|---|
| 2009 | "Epistrophy: Chinese Constitutionalism and the 1950s," in *Building Constitutionalism in China*, Michael Dowdle and Stephanie Balme eds. (New York: Palgrave Macmillan): 59-76. |

**MANUSCRIPTS IN PREPARATION**

*Judging Revolution: Beijing and the Birth of the PRC Judicial System*, (academic book manuscript under revision).

**OTHER PUBLICATIONS**

| | |
|---|---|
| 2020 | Book review of Trevor Owens, "The Theory and Craft of Digital Preservation," *American Historical Review* 125(5): 1811-1812. |
| | "The Authoritarian Assault on Knowledge," *Journal of Democracy* 31(4): 28-43. |
| | *Global Engagement: Rethinking Risk in the Research Enterprise*, Glenn Tiffert ed. (Stanford: Hoover Institution Press). |
| | *Telling China's Story: The Chinese Communist Party's Campaign to Shape Global Narratives*, Joint Report of the Hoover Institution and Stanford Internet Observatory, July 2020. |
| | *Compromising the Knowledge Economy: Authoritarian Challenges to Independent Intellectual Inquiry*, Sharp Power and Democratic Resilience Series, National Endowment for Democracy, May 2020. |
| 2019 | Review of "Dead Souls: A Film by Wang Bing," *Education About Asia* 24(3): 70-72. |
| | Book review of Jennifer Altehenger, "Legal Lessons, Popularizing Laws in the People's Republic of China, 1949–1989," *Law and History Review* 37(4): 966-968. |
| | "Memory in the Era of Xi Jinping," *Journal of Democracy* 30(2): 38-49. |
| 2018 | Contributor, *China's Influence & American Interests: Promoting Constructive Vigilance*, Larry Diamond and Orville Schell eds. (Stanford: Hoover Institution Press). |
| | "Turning Scholars into Unpersons," *Hoover Digest* Summer 2018, 107-114. |
| | Editor, *The Stanley Lubman Hong Kong Interviews Collection (1963-65, 1969)*. |
| 2012 | "Hold the Champagne: The Bo Xilai Affair, the Party-State, and the Rule of Law," *China Law and Policy*, October 14, 2012. |
| | "Mixed-Up Confusion? The Different Ways Chinese Courts Obtain Jurisdiction," *China Law and Policy*, September 9, 2012. |
| | "Using the Past to Escape the Present: Chinese Legal Reform Looks Back to the Mao Era," *ChinaFile* (The Asia Society), February 22, 2012. |
| 2010 | "The Judicial Examination in the Nationalist Period," *Chinese Law Professor Blog*, July 15, 2010. |
| 2009 | "China Rises Again – Part II," *YaleGlobal Online*, March 27, 2009. |

**SELECTED PRESENTATIONS**

| | |
|---|---|
| 2021 | Lead Presenter, "Mastering Foreign Engagement Risk in the Research Enterprise," Emerging Technology Technical Advisory Committee (ETTAC), Bureau of Industry and Security, US Dept. of Commerce, May 21. |

"Powerful Narratives: China's Employment of Information in its Rise to Global Hegemony," Threatcasting Lab, U.S. Army Cyber Institute, April 12, 14, 16.

Lead Presenter, "Rethinking Risk in the Research Enterprise," FBI Salt Lake Academia Symposium, April 6.

Lead Presenter, "Canada Research Security," U.S. Embassy, Ottawa, Canada, March 23.

Lead Presenter, "Rethinking Risk in the Research Enterprise," *U.S.-Taiwan Intangible Technology Transfer and Taiwan Academic Security*, American Institute in Taiwan, March 9.

Lead Presenter, UK Universities "Research Integrity Roundtable," U.S. Embassy, London, UK, January 20.

2020    Lead Presenter, "Rethinking Risk in the Research Enterprise," Department of the Prime Minister and Cabinet, New Zealand, October 27.

"Global Engagement: Rethinking Risk in the Research Enterprise," Defense Counterintelligence and Security Agency, August 20.

"Re-Assessing Risks to U.S. – China Research Collaboration," *Academic Security and Counter-Exploitation Program Annual Conference*, Texas A&M University, College Station, TX, March 4.

2019    Briefing, National Intelligence University, Bethesda, MD., October 22.

"Challenges to Independent Intellectual Inquiry," National Endowment for Democracy, Washington D.C., October 21.

Lead Presenter, USG and University Presidents Dialogue on "Preserving American Values and Preventing Foreign Interference on University Campuses," St. Michaels MD, August 12-14.

"Developing a Full-Spectrum Response to Authoritarian Sharp Power," National Endowment for Democracy, Washington D.C., May 30.

"Constructive Vigilance in U.S.-China Relations," *Tech Trade and China: A Progress Report Roundtable*, School of Law, University of California, Berkeley, April 10.

2018    "Orwell Redux: A Conversation with Glenn Tiffert about the Vulnerability of our Digital Source Base," and "Controlling Readers, Policing Reception," *Dialogue on Censorship and Information Control During Information Revolutions*, University of Chicago, November 30-December 1.

Briefing, Global Engagement Center, U.S. State Department, Washington D.C., November 28.

"The Authoritarian Memory Hole: Academic Censorship in the Digital Era," *Power 3.0 Discussion Series*, National Endowment for Democracy, Washington D.C., September 27.

Briefing, National Intelligence Council, Washington D.C., July 24.

Briefing, House Committee on Homeland Security, Washington D.C., March 19.

"Exporting Censorship In The Digital Age: Lessons In Chinese Sharp Power," Sigur Center, George Washington University, Washington D.C., February 28.

"Information Freedom in the Digital Age," Winter Board of Overseers Meeting, Hoover Institution Library & Archives Committee, Washington D.C., February 26.

2017    Expert witness, Hearing on "The Long-Arm of China: Exporting Authoritarianism with Chinese Characteristics," Congressional Executive Commission on China, Washington, D.C., December 13.

|      |   |
|------|---|
|      | "Forging A Usable Past: Censorship, the Anti-Rightist Campaign and the Rule of Law in China," *Workshop on Modern China*, Hoover Institution, Stanford University, August 4. |
| 2016 | "Abrogation and Its Discontents: Towards New Paradigms of PRC Law and the 1949 Revolution," Center for Chinese Studies, UCLA, October 13. |
|      | "Going Native: Finding the Rule of Law in China," Australian Centre on China in the World, Australian National University, Canberra, April 20. |
| 2013 | "Legal Education in Republican and Maoist China." School of Law, University of California, Irvine, November 18. |
|      | "Rethinking 1949: Bridging the Republican and PRC Legal Systems." Netherlands China Law Center, University of Amsterdam, May 8. |
| 2012 | "Law and (Dis)order in Revolutionary Wuhan: The Ji Kaifu Case (1949-52)." East Asian Languages & Cultures Dept., Washington University in St. Louis, November 10. |
| 2010 | "Chinese Constitutionalism and the 1950s." University of Illinois, Urbana-Champaign, March 5. |

## SELECTED MEDIA PARTICIPATION

|      |   |
|------|---|
|      | Interviewed by or quoted in *Foreign Affairs*, Fox News, *The Guardian* (UK), *The Financial Times* (UK), *The Los Angeles Times*, The *New Yorker*, NBC News, *The Wall Street Journal*, *The Washington Post*, and 世界日報 (World Journal). |
| 2018 | Featured guest on *Power 3.0* podcast, National Endowment for Democracy. |
|      | Profiled in *Foreign Affairs* (Orville Schell, "China's Cover-Up," January/February issue, pp. 22-27). |
| 2017 | Featured guest on *The Little Red Podcast* (This episode won the Australian News and Current Affairs Podcast of the Year award). |

## ACADEMIC CONFERENCE PANELS

Panels Organized & Chaired:

| 2021 | "Secrecy and Surveillance in Modern China," *Annual Conference of the Association for Asian Studies*, March 24. |
|------|---|
| 2016 | "The Cartographer's Toolbox: Ideology, State Formation, and Legitimacy in Chinese Law," *Annual Conference of the Association for Asian Studies*, Seattle, April 1. |

Papers Presented:

| 2020 | "What's Communist About the Chinese Communist Party?," *Annual Meeting of the American Political Science Association*, San Francisco, September 12. |
|------|---|
| 2018 | "Building Your Corpus Analytics Toolbox: A How-To Guide for Historians," *Statistics, Categories, Politics: Analyzing, Interpreting, and Visualizing Data in Recent Chinese History*, University of Freiburg, Germany, October 4. |
|      | "Censorship in the Digital Age: Lessons from Chinese Sharp Power," *DHAsia Summit*, Stanford University, April 28. |

| | |
|---|---|
| 2017 | *"*Peering Down the Memory Hole: History, Censorship and the Digital Turn,*"* *Workshop on Rethinking 1950s China: New Approaches and New Materials*, Free University of Berlin, Germany, October 13. |
| | "Constituting the PRC: Law, Revolution, and Power," *Annual Conference of the Association for Asian Studies*, Toronto, March 18. |
| 2016 | "Abrogation and Its Discontents: Towards New Paradigms of PRC Law and the 1949 Revolution," *Annual Conference of the Association for Asian Studies*, Seattle, April 1. |
| | "Dancing a Pasodoble: Reflections on the Zheng-Fa Dyad Across Twentieth-Century China." *Workshop on the Concept of Zhengfa in Chinese Law*, Australian National University, March 18. |
| 2015 | "Abrogation and Its Discontents: Constructing A New Paradigm for PRC Legal History," *Annual Meeting of the American Society for Legal History*, Washington, D.C., October 31. |
| | "Socialist Rule of Law with Chinese Characteristics: A Genealogy," *Conference on What is Socialist About Socialist Law? Exploring Epistemic and Institutional Change in Socialist Asia*, University of Hong Kong, October 28. |
| | "Revolution, Socialism, and the Cold War: Reconsidering Soviet Law in China," *Workshop on Law, (Inter-)Nationalism, and the Global Cold War, 1945-1989*, University of Oxford, June 12. |
| | "The Pilgrim's Progress: Legal Education in the Early PRC (1949-1958)," *Conference on Law and the Legal Profession in China*, University of Pittsburgh, February 27, & *Annual Conference of the Association for Asian Studies*, Chicago, March 27, & *Annual Meeting of the Law and Society Association*, Seattle, May 29. |
| 2014 | "The Chinese Judge: From Literatus to Cadre (1906-1949)," *Annual Meeting of the Law and Society Association*, Minneapolis, May 31. |
| 2013 | "Legal Education in the Early PRC: The Pilgrim's Progress," *Workshop on Organized Knowledge under State Socialism*, University of California, Berkeley, May 4. |
| 2012 | "Law and (Dis)order in Revolutionary Wuhan: The Ji Kaifu Case (1949-52)," *International Workshop on Chinese Legal History, Culture & Modernity*, Columbia University, May 6, & Annual Meeting of the American Society for Legal History, St. Louis, November 9. |
| | "An Irresistible Inheritance: Republican Judicial Modernization and Its Legacies to the People's Republic of China," *Conference on Law, Politics and Society in Republican China*, University of California, Berkeley, September 22. |
| 2009 | "*De prudentibus*: the Arc of a Chinese Jurist, Yang Zhaolong (1904-1979)," *Conference on Organized Knowledge in Action: Intellectuals, Professions, and Knowledge Production in Twentieth Century China*, University of California, Berkeley, October 16. |
| | "南橙北枳: Lessons from Sino-Soviet Legal Cooperation in the 1950s," *Conference on the Cold War and Sino-Soviet Relations: Diplomatic, Economic and Cultural Interactions*, East China Normal University, Shanghai, January 7. |

**PROFESSIONAL SERVICE**

| | |
|---|---|
| 2021 | Expert Witness, U.S. Department of Justice. |
| 2020 | Consultant, Gatehouse Advisory Partners. |

2019	Consultant, Centra Technology, Inc.

## ACADEMIC SERVICE

| | |
|---|---|
| 2020- | Member, Executive Committee, Academic Security and Counter-Exploitation Program. |
| | Member, Committee on Documentary Preservation, American Society for Legal History. |
| 2020 | Article referee *Journal of Asian Studies; Annales: Histoire, Sciences Sociales*; *Journal of Historical Network Research*. |
| | Book manuscript referee, *The Hoover Press*. |
| 2017-19 | Member, Program Committee, *International Conference of Digital Archives and Digital Humanities*, National Chengchi University, Taiwan. |
| 2016-19 | Member, Projects & Proposals Committee, American Society for Legal History. |
| 2018 | Article referee *Positions: Asia Critique*. |
| 2017 | Faculty Mentor, *Undergraduate Research Opportunity Program*, University of Michigan, Ann Arbor. |
| | Article referee, *Journal of Modern Chinese History.* |
| | Editorial Board Member, *Historical Studies of Contemporary China* book series (Brill). |
| 2016 | Member, Annual Meeting Program Committee, American Society for Legal History. |
| 2016 | Article referee *Modern China.* |
| 2010 | Article referee *The China Journal*. |

## FELLOWSHIPS & AWARDS

| | |
|---|---|
| Distinguished Postdoctoral Fellow in the Study of China, Lieberthal-Rogel Center for Chinese Studies | University of Michigan, Ann Arbor |
| Liu Graduate Research Fellow | University of California, Berkeley |
| Chancellor's Opportunity Pre-Doctoral Fellow | University of California, Berkeley |
| National Security Education Program Fellow | Harvard University |
| Highest Honors in Political Science | University of California, Berkeley |

## TEACHING AREAS

Survey Courses: Twentieth-Century China; PRC History; Modern East Asia; Socialist Revolutions.

Topical Courses: The Mao-Era PRC (1949-1976); The Post-Mao PRC (1976-2012); The Great Leap Forward; The Cultural Revolution; Controversies in Contemporary China; Modern Chinese Legal History; PRC Economic History; Sources of CCP Tradition; City and Village in Twentieth-Century China; Digital and Computational Methods in Historical Scholarship; Sources and Methods in Post-1949 Chinese History.

## TEACHING (INSTRUCTOR OF RECORD)

2019    University of California, Santa Cruz.
            Early Modern East Asia (History Dept.).

2016-17     University of Michigan, Ann Arbor.
20th Century China: The Quest for Wealth and Power (History Dept.).
Controversies in Contemporary China (Asian Languages & Cultures Dept.).
Making History: Famine and China's Great Leap Forward (History Dept.).

## LANGUAGES

Reading, speaking and writing proficiency in English and Chinese.
Reading and speaking knowledge of French and Spanish.
Reading knowledge of Japanese and Russian.