# UNITED STATES DISTRICT COURT
## District of Kansas

**UNITED STATES OF AMERICA,**

   Plaintiff,

  v.         Case No. **19-20052-01-JAR**

**FENG TAO,**

   **Defendant.**

## GOVERNMENT'S MOTION FOR LEAVE TO FILE REPLY IN RESPONSE TO NEWLY RAISED ARGUMENTS

  COMES NOW the United States, by and through undersigned counsel, and hereby respectfully requests leave from the Court to file the attached reply in response to newly raised "good cause" arguments in Defendant's Opposition to the Government's Motion to Strike (Doc. No. 149). In support of its motion, the United States alleges:

  1. On August 23, 2021, less than a week after the Court's August 17, 2021, status conference, Defendant filed a surprise untimely motion for a *Franks* hearing (Doc. 127).

  2. Defendant failed to properly file a motion for leave to file his late *Franks* motion. *See* Fed. R. Crim. P. 45(b)(1); *see also* Fed. R. Crim. P. 12(c). Such a motion would have been the appropriate vehicle to assert good cause. Instead, Defendant briefly argued in a footnote in his *Franks* motion that good cause exists.

  3. On September 7, 2021, the government filed its motion to strike (Doc. 141). The

government filed its motion on the belief that Defendant had asserted all possible bases for good cause.

4. The Court set September 20, 2021, as the deadline for Defendant's response to the government's motion to strike. The Court did not set a deadline for the government's reply (Doc. 143), and it is the government's understanding that the Court does not expect a reply.

5. On September 20, 2021, Defendant filed a 15-page opposition (Doc. 149) that was accompanied by a 16-page affidavit from Peter Zeidenberg (Doc. 151) and a five-page affidavit from a practice support manager (Doc. 150). Defendant's lengthy response raises new good cause arguments, including allegations of *Brady* and discovery violations. Thus, a reply would allow the government the opportunity to respond to these newly raised claims.

6. On September 21, 2021, the government conferred with Defendant's counsel. Defendant does not object to the government filing a reply, though he does not endorse the government's reasoning for why one is necessary.

7. Accordingly, the United States seeks leave from the Court to file the attached reply in response to Defendant's newly raised arguments.

        Respectfully submitted,

        */s/ Benjamin Hawk*
        Benjamin J. Hawk
        Adam P. Barry
        Trial Attorneys
        National Security Division
        U.S. Department of Justice

        */s/ Christopher Oakley*
        D. Christopher Oakley
        Assistant United States Attorney
        United States Attorney's Office for the
        District of Kansas

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th of September, 2021, I caused the foregoing motion to be filed with the Clerk of the Court, with a true and accurate copy provided to each counsel of record in the case.

/s/ *Christopher Oakley*
D. Christopher Oakley
Assistant United States Attorney
United States Attorney's Office for the
District of Kansas