# UNITED STATES DISTRICT COURT
## District of Kansas

**UNITED STATES OF AMERICA,**

      Plaintiff,

      v.                Case No.   <u>19-20052-01-JAR</u>

**FENG TAO,**

      Defendant.

## GOVERNMENT'S WITNESS LIST

The United States of America, by and through undersigned counsel, submits the following as its list of proposed witnesses who may be called at the trial of this matter. The government additionally may call any witnesses listed by the defendant, any witnesses subsequently discovered, and any witnesses called as records custodians who appear in place of records custodians listed below.

Dr. Glenn D. Tiffert

Chancellor Douglas A. Girod, University of Kansas
Subramaniam Bala, University of Kansas
Christopher Brown, University of Kansas
Christopher Lyon, University of Kansas
Alicia Reed, University of Kansas
Laurence Weatherly, University of Kansas
Arvin Agah, University of Kansas
Kimberly Wittman, University of Kansas
Kelly Mason, (formerly) University of Kansas
Matthew Battison, University of Kansas

Bradley Bernet, University of Kansas
Sarah Craig, (formerly) University of Kansas
Brian Laird, University of Kansas
Jim Hammen, University of Kansas
Russell Dean Ostermann, University of Kansas
Tim Spencer, University of Kansas
Jane Johns, University of Kansas
Evelyn Haaheim, (formerly) University of Kansas
Angie Loving, University of Kansas
Julie Fugett, University of Kansas

Custodian of Record, University of Kansas, related to emails

Dr. Rebecca Keiser, National Science Foundation

Raul Miranda, United States Department of Energy
Vivianne Schwartz, United States Department of Energy
Rich Barbour, United States Department of Energy

Mohan Mood
Luan Nguyen
Shiran Zhang
Weixin Huang
Mei Lin Liu

Special Agent Stephen Lampe
Special Agent Jeff Carlson
Claire Gibby (formerly) FBI Financial Analyst
Special Agent Jerad Hall
Derrek Burke, analyst FBI
Erica Guyer, FBI
Special Agent Michael Buono
SA Stephen Schmidt, HARCFL
Joshua Clevenger, HARCFL
Brian Koechner, FBI Financial Analyst
Morgan Becker, FBI Financial Analyst
James Churchill, FBI Translator
Linda Deng, FBI Translator

Greg Haehl (or designated Custodian of Record), Kansas Secured Title
Robert Amenta (or designated Custodian of Record), Federal Reserve Bank of New York
Jill Herr, records custodian, Old National Bank
Babette Grout, Custodian Homeland Security
Michael Armellino, T-Mobile Records Custodian

Libby Grady, Stephens Real Estate

Respectfully submitted,

*/s/ Adam P. Barry*
Adam P. Barry
Benjamin J. Hawk
Trial Attorneys
National Security Division
U.S. Department of Justice


*/s/ Christopher Oakley*
D. Christopher Oakley
Assistant United States Attorney
United States Attorney's Office for the
District of Kansas
500 State Avenue, Suite 360
Kansas City, KS 66101
Ph. 913-551-6730
Fax 913-551-6754
Chris.Oakley@usdoj.gov
KS Bar No. 19248

3

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2021, I caused the foregoing witness list to be filed with the Clerk of the Court, with a true and accurate copy provided to each counsel of record in the case.

<u>/s/ Christopher Oakley</u>
D. Christopher Oakley
Assistant United States Attorney
United States Attorney's Office for the
District of Kansas