UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 19-20052-JAR-JPO |
| ) | |
| FENG TAO ) | |
| a/k/a "Franklin Tao," ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT DR. FRANKLIN TAO'S PRELIMINARY WITNESS LIST**

In addition to the witnesses the government has identified, Dr. Tao may call the following witnesses in his case-in-chief, if he chooses to present one:

1. Alicia Reed
2. Simon Atkinson
3. Carl Edward Taylor Jr.
4. Cynthia Walker
5. Laurence Weatherley
6. Bala Subramanian
7. Douglas Girod
8. Arvin Agah
9. Ed Atchison
10. Jean Feldman
11. Hong Peng
12. Raul Miranda
13. Viviane Schwartz
14. Matthew B. Penn
15. Luan Nguyen
16. Yu Tang
17. Israel Wachs
18. Steven Bernasek
19. Joseph Ding

1

20. Wing Kin Li
21. Special Agent Stephen Lampe
22. Special Agent Jeffery H. Carlson
23. Special Agent Angie Ng
24. Document custodians from entities to be determined

This list is the result of the defense's good faith effort to identify witnesses Dr. Tao may call at trial. Dr. Tao reserves the right to supplement this list in light of the evidence presented at trial, future developments in the case, the provision of additional discovery, outreach to additional witnesses, and rulings by the Court.

Dated:  October 1, 2021

Respectfully submitted,

/s/ Thomas H. Johnson
Thomas H. Johnson #13688
Petefish, Immel, Hird, Johnson,
Leibold & Sloan, LLP
842 Louisiana
Lawrence, KS 66044
Tel: (785) 843-0450
Fax: (785) 843-0407
tjohnson@petefishlaw.com

Peter Zeidenberg
Michael F. Dearington
Laura Zell
ARENT FOX LLP
1717 K Street, NW
Washington, DC 20006
Tel: (202) 857-6000
Fax: (202) 857-6395
Peter.Zeidenberg@arentfox.com
Michael.Dearington@arentfox.com
Laura.Zell@arentfox.com

*Attorneys for Defendant Franklin Tao*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of October, 2021, I electronically filed the foregoing Preliminary Witness List with the Clerk of the Court using the CM/ECF system.

/s/ Thomas H. Johnson
Thomas H. Johnson