**CLERK'S COURTROOM MOTIONS/MISCELLANEOUS MINUTE SHEET**

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | | AUSA: | Adam Barry/Chris Oakley |
| Plaintiff | | | |
| v. | | CASE NO. | 19-20052-01-JAR |
| FENG TAO, | | Deft Attys: | Peter Zeidenberg/Michael Dearington |
| Defendant | | | |

| JUDGE: | Julie A. Robinson | DATE: | 10/14/2021/10/15/2021 |
|---|---|---|---|
| DEPUTY CLERK: | Bonnie Wiest | REPORTER: | Dani Murray |
| INTERPRETER: | | PRETRIAL/PROBATION: | |

## MOTIONS HEARING

**OCTOBER 14, 2021:**

This case comes before the Court for a motions hearing. The government appears by its counsel, Adam Barry and Chris Oakley. Defendant appears in person and with his counsel, Peter Zeidenberg and Michael Dearington.

The Court hears argument, testimony and evidence. Pursuant to the specific findings set forth in full on the record, the Court rules on the following motions as follows:

- Motion for Franks Hearing and to Suppress Evidence Resulting from Two Unlawful Search Warrants Obtained Using False and Misleading Affidavits filed by defendant (Doc. 127): **DENIED**
- Motion to Strike filed by USA (Doc. 141): **DENIED**
- Motion in Limine #1 to Exclude Evidence Accessed by Government Information (Doc. 153): **DENIED WITHOUT PREJUDICE**
- Motion in Limine filed by USA (Doc. 156): **TAKING UNDER ADVISEMENT**
- Motion in Limine #2 to Exclude Evidence Regarding China, the CCP, Talen Plans and Intellectual Property Theft (Doc. 157): **TAKING UNDER ADVISEMENT**
- Motion in Limine #3 to Exclude Inadmissible Hearsay Evidence (Doc. 158): **DENIED WITHOUT PREJUDICE**

**OCTOBER 15, 2021:**
The government appears by its counsel, Adam Barry and Chris Oakley. Defendant appears in person and with his counsel Peter Zeidenberg and Michael Dearington.

The Court hears argument, testimony and evidence. Pursuant to the specific findings set forth in full on the record, the Court rules on the following motions as follows:

- Motion in Limine #4 to Exclude Inadmissible Expert Testimony (Doc. 154): **TAKING UNDER ADVISEMENT.**

**Other Matters**

- Motion to Continue Jury Trial (Doc. 169):  **GRANTED,** with a written order to follow.
- Motion to Take Deposition filed by Defendant (Doc. 111):  The government provided the Court with an update on the status of the MLAA request.  The Court will issue order.

Defendant remains on release.