*(Revised 5/93)*     **CLERK'S COURTROOM MINUTE SHEET - WITNESS LIST**

**CASE NO. 15-20092-01-JAR**
**USA vs. Feng Tao**

| WITNESSES FOR Government | | | WITNESSES FOR Defendant | | |
|---|---|---|---|---|---|
| Date | Name | Sworn | Date | Name | Sworn |
| 10/14/2021 | Steven Lampe, Special Agent FBI | (x) | | | ( ) |
| 10/15/2021 | Dr. Glenn Tiffert (expert) | (x) | | | ( ) |
| | | ( ) | | | ( ) |
| | | ( ) | | | ( ) |
| | | ( ) | | | ( ) |
| | | ( ) | | | ( ) |
| | | ( ) | | | ( ) |
| | | ( ) | | | ( ) |
| | | ( ) | | | ( ) |
| | | ( ) | | | ( ) |
| | | ( ) | | | ( ) |
| | | ( ) | | | ( ) |
| | | ( ) | | | ( ) |
| | | ( ) | | | ( ) |
| | | ( ) | | | ( ) |
| | | ( ) | | | ( ) |
| | | ( ) | | | ( ) |
| | | ( ) | | | ( ) |