Government's Exhibit List
*United States v. Tao*
Limine Hearing
19-20052-JAR

| No | Item | Off | Ad |
|---|---|---|---|
| Limine 1 | Email dated 11-30-2018 with subject "Franklin Tao from Fuzhou and Kansas" (Trial Exhibit 311) | X | X |
| Limine 2 | Email dated 9-18-2018 with subject "Mahak from TIFR:…." (Trial Exhibit 207) | X | X |
| Limine 3 | Email dated 6/17/2018 with subject "Coming to Keio" (Trial exhibit 162) | X | X |
| Limine 4 | Email dated 6/20/2018 with subject "Postdoc position in Your Group" (Trial Exhibit 163) | X | X |
| Limine 5 | Email dated 6/20/2018 with subject "About Application" | X | X |
| Limine 6 | Email dated 6/25/2018 with subject "Postdoctoral Position" (Trial Exhibit 168) | X | X |
| Limine 7 | Email dated 7/3/2018 with subject "Recommendation Letter" (Trial Exhibit 174) | X | X |
| Limine 8 | Email dated 7/5/2018 with subject "Application for a Postdoctoral Position" (Trial Exhibit 179) | X | X |
| Limine 9 | Email dated 7/24/2018 with subject "Postdoctoral applicant experienced and interested in synthesis….." (Trial Exhibit 197) | X | X |
| Limine 10 | Email dated 12/13/2018 with subject "Application for Postdoc Position from …." (Trial Exhibit 217) | X | X |
| Limine 11 | Email dated 1/20/2019 with subject "Faculty position, Research Associate/assistant/ Post doctoral position" (Trial Exhibit 226) | X | X |
| Limine 12 | Email dated 1/27/2019 with subject "information on a postdoc fellow position in China" (Trial Exhibit 227) | X | X |
| Limine 13 | Email dated 3/15/2019 with subject "The Postdoctor Application Material in Fuzhou Uninversity (sic)" (Trial Exhibit 245) | X | X |
| Limine 14 | Email dated 2/25/2019 with subject "information on a postdoc fellow position in China" (Trial Exhibit 234) | X | X |
| Limine 15 | Printed Websites | X | X |
| Limine 16 | Email and attached unsigned addendum, a translation of that addendum, and another email attaching an addendum signed only by the defendant | X | X |