Government's Exhibit List
*United States v. Tao*
*Daubert* Hearing
19-20052-JAR

| No | Item | Off | Ad |
|---|---|---|---|
| Daubert 1 | Tao's Chanjiang Scholar application, Fuzhou University recommendation (Trial Ex. 485) (DOJ-01418427) (Translation - TAO-00012817) | x | x |
| Daubert 2 | Email dated 11/17/2017 from Suc Kingdom to Tao attaching Tao-Changjian-PPT-1-llh.ppt (Trial Ex. 287 and 288) | x | x |
| Daubert 3 | Email with attached contract dated 8/3/2019 | x | x |
| Daubert 4 | Email with attached signed addendum dated 3/9/2018 (Trial Ex. 321) | x | x |
| Daubert 5 | Changjiang Scholar Award Certificate | x | x |
| Daubert 6 | Website printout of fuzhou.xuexiadaquan.com/news/2018/2016970 . html (Trial Ex. 754) | x | x |
| Daubert 7 | Ministry of Education website printed | x | x |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |