# CLERK'S COURTROOM MOTIONS/MISCELLANEOUS MINUTE SHEET

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | | AUSA: | Adam Barry/Chris Oakley/ Benjamin Hawk |
| Plaintiff | | | |
| v. | | CASE NO. | 19-20052-01-JAR |
| FENG TAO, | | Deft Attys: | Peter Zeidenberg/Michael Dearington |
| Defendant | | | |

| JUDGE: | Julie A. Robinson | DATE: | 11/9/2021 |
|---|---|---|---|
| DEPUTY CLERK: | Bonnie Wiest | REPORTER: | Dani Murray |
| INTERPRETER: | | PRETRIAL/PROBATION: | |

## PRETRIAL CONFERENCE BY VIDEO CONFERENCE
*(pursuant to Administrative Order 2021-09)*

This case comes before the Court for a pretrial conference pursuant to Section 2 of the Classified Information Procedures Act ("CIPA").  The government appears by its counsel, Adam Barry, Chris Oakley, and Benjamin Hawk.  Defendant appears by video and by his counsel, Peter Zeidenberg and Michael Dearington.  The government provides the Court with an overview of the CIPA process.

The Court also takes up Defendant's Motion to Strike the Government's Untimely Motion for Rule 15 Depositions (Doc. 187).  As stated on the record, the Court **denies** Defendant's Motion to Strike.  Following discussion, the Court sets the following briefing schedule on the Government's Motion for Rule 15 Depositions (Doc. 186):

- Defendant's deadline to respond       **11/23/2021**
- Government's deadline to reply         **11/30/2021**

The Court also briefly addresses additional pretrial matters.

Defendant remains on release.