**RECEIVED**

**NOV 12 2021**

**CLERK, U.S. DISTRICT COURT**
**KANSAS CITY, KANSAS**



U.S. Department of Justice

Justice Management Division

*Security and Emergency Planning Staff*

*Washington, D.C. 20530*

October 19, 2021

**FILED**
U.S. District Court
District of Kansas

**NOV 12 2021**

Clerk, U.S. District Court
By_____ Deputy Clerk

The Honorable Julie A. Robinson
United States District Court
  for the District of Kansas
Robert J. Dole United States Courthouse
500 State Avenue
Kansas City, Kansas  66101

RE:  *United States v. Feng Tao* (2:19-cr-20052)

Dear Chief Judge Robinson:

Pursuant to paragraph two of the "REVISED SECURITY PROCEDURES ESTABLISHED PURSUANT TO PUB. L. 96-456, 94 STAT. 2025, BY THE CHIEF JUSTICE OF THE UNITED STATES FOR THE PROTECTION OF CLASSIFIED INFORMATION," I recommend Mr. Matthew W. Mullery, Security Specialist, for the position of Classified Information Security Officer in the above-captioned case.  I also recommend Security Specialists Daniel O. Hartenstine, Maura L. Peterson, Carli V. Rodriguez-Feo, Harry J. Rucker, and Winfield S. Slade as alternate Classified Information Security Officers. I certify that the above-named individuals, all of whom are employees of the Litigation Security Group, retain the required security clearance for the category of classified information involved in this litigation.  I also affirm that they maintain the requisite competence and qualifications to perform security-related functions.  Their duties will include responsibilities to the Court for information, physical, personnel, and communications security, as well as any other pertinent duties outlined in the above-cited procedures.

If you have any questions please call me or Deputy Department Security Officer Christine E. Gunning, on (202) 514-2094.

Respectfully submitted,

*James L. Dunlap* (signature)

James L. Dunlap
Department Security Officer