IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**FENG TAO,**<br><br>    **Defendant.** | Case No. 19-20052-JAR |

# ORDER

In accordance with paragraph 2 of the Security Procedures Established Pursuant to Pub. L. 96-456, 94 Stat. 2025, by the Chief Justice of the United States for the Protection of Classified Information, the Department of Justice Security Officer has recommended a Classified Information Security Officer and alternates to this Court.[1] Pursuant to that recommendation, and in accordance with the Classified Information Procedures Act, 18 U.S.C. app. 3, and the Security Procedures, the Court designates Security Specialist Matthew W. Mullery as Classified Information Security Officer for this case. The Court also designates Security Specialists Daniel O. Hartenstine, Maura L. Peterson, Carli V. Rodriguez-Feo, Harry J. Rucker, and Winfield S. Slade as alternate Classified Information Security Officers.

    IT IS SO ORDERED.

    Dated: November 15, 2021

                S/ Julie A. Robinson
                JULIE A. ROBINSON
                CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Doc. 190.