# UNITED STATES DISTRICT COURT
## District of Kansas

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.                        Case No.   **19-20052-01-JAR**

**FENG TAO,**

      **Defendant.**

## MOTION FOR EXTENSION OF TIME TO FILE REPLY/RESPONSE

The United States of America, by and through undersigned counsel, hereby respectfully moves the Court for a one week extension of time to file the government's reply and response to Defendant Tao's Opposition to the Government's Motion for Rule 15 Depositions and Objection to Continued Trial Date (Doc. 199, filed 11/23/2021), making the Government's pleading due December 7, 2021.  In support of its motion for extension, the Government states:

    1. On October 1, 2021, the Government filed its *Motion to Continue Trial* (Doc. 169). On October 6, 14, and 15 2021, the Court heard argument on the motion to continue, and numerous other motions, and orally granted the Government's motion to continue.  (Docs. 176, 178, and 179)

    2.  On November 4, 2021, the United States filed a motion seeking to depose witnesses under Fed. R. Crim P. Rule 15. On November 8, 2021, Defendant Tao filed a motion to strike the

Government's Rule 15 motion. On November 9, 2021, during a previously scheduled status conference, the Court denied Defendant Tao's motion to strike and ordered Defendant Tao to file any response to the Government's Rule 15 motion by November 23, 2021, and ordered the Government to file its reply by November 30, 2021. (Doc. 189)

2. On November 19, 2021, the Court entered a written Order granting the Government's Motion to Continue Jury trial, and scheduled trial for April 18, 2022. (See *Mem. and Order*, Doc. 195)

3. On November 23, 2021, Defendant Tao filed his Opposition to the Government's Motion for Rule 15 Depositions and Objection to Continued Trial Date. Rather than following the Court's order and using the pleading to respond to the Government's motion for depositions, Defendant Tao also used the pleading to object to the jury trial continuance.[1]

4. The government needs additional time to reply to Defendant Tao's response to the Government's motion for depositions and to respond to the defendant's objection to the previously granted continuance. Since Defendant Tao improperly raised a separate issue in his response, the government's initial estimate of seven days to file its response is no longer feasible, particularly in light of the Thanksgiving holiday.

5. Defendant Tao, through counsel, indicates that he objects to the government's request for extension of time.

\*   \*   \*

---

[1] Although captioned as an "objection," since the Court granted the continuance prior to the filing of the document, Defendant Tao's document is properly considered a motion for reconsideration.

The United States respectfully requests that the Court set December 7, 2021 as the date for the government to reply to Defendant Tao's response to the motion for depositions and for the government's response to Tao's objection to continuance.

Respectfully submitted,

*/s/ Christopher Oakley*
D. Christopher Oakley
Assistant United States Attorney
United States Attorney's Office for the
District of Kansas

*/s/ Adam P. Barry*
Adam P. Barry
Benjamin J. Hawk
Trial Attorneys
National Security Division
U.S. Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of November, 2021, I caused the foregoing motion to be filed with the Clerk of the Court, with a true and accurate copy provided to each counsel of record in the case.

*/s/ Christopher Oakley*
D. Christopher Oakley
Assistant United States Attorney
United States Attorney's Office for the
District of Kansas
