UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 19-20052-JAR-JPO |
| ) | |
| FENG TAO ) | |
| a/k/a "Franklin Tao," ) | |
| ) | |
| Defendant. ) | |

### DR. FRANKLIN TAO'S OPPOSITION TO THE GOVERNMENT'S MOTION FOR EXTENSION TO FILE REPLY BRIEF IN SUPPORT OF RULE 15 DEPOSITIONS

### BACKGROUND

1.  On November 4, 2021, the government filed a Motion for Rule 15 Depositions, seeking to depose three KU and DOE witnesses who had expressed health concerns months earlier, as well as witnesses in Germany and Taiwan about whom the government was aware 10 and 15 months earlier, respectively. ECF No. 186. On November 8, 2021, Dr. Tao filed a Motion to Strike, arguing that the Motion for Rule 15 Depositions was untimely and that the government had failed to establish good cause for its untimeliness. ECF No. 187.

2.  During a November 9, 2021 status conference to discuss the government's late-filed CIPA notice, the Court orally denied Dr. Tao's Motion to Strike and set a deadline of November 23, 2021 for Dr. Tao to file his Opposition to the Rule 15 Motion. *See* 11/9/21 Hear'g Tr., ECF No. 197, at 12:18–24, 13:10–13; Minute Order, ECF No. 189. The government orally requested leave to file a Reply brief in support of its Motion for Rule 15 Depositions and requested seven days from receiving the Opposition brief to file its Reply. *See* 11/9/21 Hear'g Tr., ECF No. 197, at 13:23–25. The Court granted the government's oral request, and directed the government

1

to file its Reply brief by November 30, 2021. *See* 11/9/21 Hear'g Tr., ECF No. 197, at 13:24–14:3; Minute Order, ECF No. 189.

3. On November 23, 2021, Dr. Tao timely filed his Opposition to the government's Motion for Rule 15 Depositions. ECF No. 199 (redacted version); ECF No. 201 (sealed version). Dr. Tao's Opposition brief reprised many of the same arguments in his Motion to Strike filed two weeks earlier. *Id.* at 3–23. Dr. Tao's Opposition also reiterated Dr. Tao's assertion of his Speedy Trial rights and objected to the Court's continuances of the October 25 and December 6 trial dates. *Id.* at 24–29.

4. On November 26, 2021, over Dr. Tao's objection, the government filed a Motion for Extension of Time to File Reply (the "Extension Motion"), requesting an additional week, until December 7, to file its Reply brief. ECF No. 202. The Extension Motion asserts as its basis for the extension:

> The government needs additional time to reply to Defendant Tao's response to the Government's motion for depositions and to respond to the defendant's objection to the previously granted continuance. Since Defendant Tao improperly raised a separate issue in his response, the government's initial estimate of seven days to file its response is no longer feasible, particularly in light of the Thanksgiving holiday.

*Id.* ¶ 4. The government provided no further explanation why it required additional time to respond to Dr. Tao's Opposition brief.

5. On November 29, 2021, the Court entered an order expediting the briefing deadlines as to the Extension Motion. ECF No. 203. The Court provided that Dr. Tao has until November 30, 2021 to file his Opposition to the Extension Motion. Dr. Tao timely files this Opposition, requesting that the Court deny the government's Extension Motion.

## ARGUMENT

6. The Court should deny the government's Extension Motion for three reasons.

7. First, the Extension Motion fails to adequately set forth "the cause for the requested extension," as required by Local Rule 6.1(a)(4). The government's observation that Dr. Tao's Opposition brief objects to the continuances of the trial date, ECF No. 202, ¶ 4, does not explain *why* the government needs seven more days, in addition to the seven days the Court already provided, to file its Reply brief. The government's failure to explain why it needs more time to respond to Dr. Tao's objections is fatal to the Extension Motion.

8. Second, apart from failing to provide a valid reason for the extension, the government does not have a valid reason. The government should not need additional time to address Dr. Tao's arguments in response to the Motion for Rule 15 Depositions, because these arguments track the arguments in Dr. Tao's Motion to Strike, which Dr. Tao filed on November 8, 2021, giving the government more than *three weeks* to review and address them in its Reply brief.

9. The government also should not require an additional week to address Dr. Tao's objections to the Court's continuances of the trial date—objections that were purely factual and based entirely on what had transpired at previous status hearings where the government was present, and which cited no case law. If the government believes that Dr. Tao is wrong about any of the cited facts, it can prepare an affidavit and attach it to its Reply brief. This would require a few hours of work, not an additional seven days.

10. Third, the Court should deny the Extension Motion so that the parties can expeditiously proceed to trial, either on December 6, 2021 (as previously scheduled) or as soon as possible thereafter. The government has repeatedly delayed these proceedings by (i) not timely producing discovery, (ii) filing its CIPA notice late, (iii) filing its eleventh-hour Motion to Continue and Motion for Rule 15 Depositions, and (iv) by now seeking an extension to file a Reply

brief that the Court did not even request—all contributing to the denial of Dr. Tao's Speedy Trial rights. Every week the government delays is a week Dr. Tao is denied his right to a speedy trial.

11. For these reasons, the Court should deny the government's Motion for Extension.

Dated:  November 30, 2021	Respectfully submitted,

/s/ Thomas H. Johnson
Thomas H. Johnson #13688
Petefish, Immel, Hird, Johnson,
Leibold & Sloan, LLP
842 Louisiana
Lawrence, KS 66044
Tel: (785) 843-0450
Fax: (785) 843-0407
tjohnson@petefishlaw.com

Peter Zeidenberg
Michael F. Dearington
Laura Zell
ARENT FOX LLP
1717 K Street, NW
Washington, DC 20006
Tel: (202) 857-6000
Fax: (202) 857-6395
Peter.Zeidenberg@arentfox.com
Michael.Dearington@arentfox.com
Laura.Zell@arentfox.com

*Attorneys for Defendant Franklin Tao*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November, 2021, I electronically filed the foregoing brief to be filed with the Clerk of the Court using the CM/ECF system.

/s/ Thomas H. Johnson
Thomas H. Johnson