IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | |
|     v. | Case No. 19-20052-JAR |
| FENG TAO, | |
|     Defendant. | |

# ORDER

On October 28, 2021, the Government informed the Court that it anticipates filing an *ex parte* motion under § 4 of the Classified Information Procedures Act ("CIPA"), 18 U.S.C. app. 3, seeking to withhold classified information from discovery. The Court expects to receive the Government's *ex parte* CIPA § 4 submission this week. To assist the Court in evaluating the information the Government seeks to withhold, Defendant Feng Tao may submit, *ex parte* and under seal, a brief summarizing his potential defenses to the charges in the Second Superseding Indictment and his theory of the case. Defendant shall submit any such brief by email to the clerk's office for filing by **December 20, 2021**.

    IT IS SO ORDERED.

    Dated: December 6, 2021

                                                              S/ Julie A. Robinson
                                                               JULIE A. ROBINSON
                                                               UNITED STATES DISTRICT JUDGE