# UNITED STATES DISTRICT COURT
## District of Kansas

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        v.                Case No.  **19-20052-01-JAR**

**FENG TAO,**

        **Defendant.**

## NOTICE OF FILING

The United States hereby gives notice that on December 8, 2021, it filed, for *in camera* and *ex parte* review by the Court, a classified submission pursuant to Section 4 of the Classified Information Procedures Act (CIPA), 18 U.S.C. App. III, and Federal Rule of Criminal Procedure 16(d)(1). The United States will submit an unclassified Proposed Order for the Court's consideration.

                                                Respectfully submitted,

                                                */s/ Benjamin J. Hawk*
                                                Benjamin J. Hawk & Adam P. Barry
                                                Trial Attorneys
                                                National Security Division
                                                U.S. Department of Justice

                                                */s/ Christopher Oakley*
                                                D. Christopher Oakley
                                                Assistant United States Attorney
                                                United States Attorney's Office for the
                                                District of Kansas

**CERTIFICATE OF SERVICE**

      I hereby certify that on the December 9, 2021, I caused the foregoing notice to be filed with the Clerk of the Court, with a true and accurate copy provided to each counsel of record in the case.

<u>*/s/ Christopher Oakley*</u>
D. Christopher Oakley
Assistant United States Attorney
United States Attorney's Office for the
District of Kansas