**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 19-20052-JAR-JPO |
| | ) | |
| FENG TAO | ) | |
| a/k/a "Franklin Tao," | ) | |
| | ) | |
| Defendant. | ) | |

**DR. FRANKLIN TAO'S NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING
MOTION IN LIMINE TO EXCLUDE TESTIMONY OF DR. GLENN TIFFERT**

1.      Dr. Franklin Tao submits this Notice of Supplemental Authority to notify the Court

of a recent ruling in *United States v. Lieber*, No. 1:20-CR-10111 (D. Mass), where a court in the

District of Massachusetts excluded proposed expert testimony regarding a talent program. The

ruling is relevant to Dr. Tao's pending "Motion in Limine #2: To Exclude Evidence Regarding

China, the CCP, Talent Plans, and Intellectual Property Theft, and to Exclude or Hold a *Daubert*

Hearing as to Proposed Expert Testimony of Glenn Tiffert." ECF No. 157 ("MIL #2").

2.      On September 24, 2021, Dr. Tao filed MIL #2, which argued in part that the Court

should exclude the expert testimony of Dr. Glenn Tiffert regarding Chinese talent plans, including

the Changjiang Scholar program that Dr. Tao allegedly participated in, and related topics, because

it would be irrelevant, highly prejudicial, and unhelpful. *Id.* at 7–14. The government filed its

response on October 1, 2021, ECF No. 164, and the Court heard argument on October 14 and 15,

2021. ECF Nos. 181, 182. The motion is fully briefed, and the Court has not yet issued a decision.

3.      In *Lieber*, the government alleged, *inter alia,* that defendant Dr. Charles Lieber, a

renowned chemist and nanoscientist at Harvard University, falsely denied to federal agents that he

was a participant in a Chinese Talent Program. ECF No. 208 (government trial brief). The

1

government sought to call Dr. Barry Naughton to provide expert testimony regarding the Thousand Talents Program. *Id.* at 16–17.

4.      On December 13, 2021, the U.S. District Court for the District of Massachusetts entered an order in *Lieber* granting the defendant's motion in limine to exclude Dr. Naughton's expert testimony. The order is attached hereto as Exhibit A.

5.      In the Court's order in *Lieber*, Judge Zobel explained: "The government asserts that Dr. Naughton's proffered testimony—regarding 'the origin, purpose, scope, and implementation of the Thousand Talents Program'—is critical context to the jury's basic understanding of what the Thousand Talents Program is' and 'why' Defendant's statements at issue in this case 'were capable of influencing' the government agencies to whom they were made.' However, the proffered context of the Thousand Talents Program is not required for the jury to understand the evidence or decide the issue of materiality. Fed. R. Evid. 702(a) (permitting expert testimony if 'the expert's scientific, technical or other specialized knowledge will help the trier of fact to understand the evidence or to determine a fact in issue'); 1972 Advisory Comm. Notes to Fed. R. Evid. 702 (noting that expert testimony is inappropriate when an 'untrained laymen would be qualified to determine intelligently and to the best possible degree the particular issue without enlightenment from those having a specialized understanding of the subject involved in the dispute,' and when such expert opinion would be 'unhelpful' and 'a waste of time')." Order, Ex. A, at 1–2.

Dated:  December 14, 2021                                  Respectfully submitted,

                                                                                        /s/ Thomas H. Johnson
                                                                                        Thomas H. Johnson #13688

Petefish, Immel, Hird, Johnson,
Leibold & Sloan, LLP
842 Louisiana
Lawrence, KS 66044
Tel: (785) 843-0450
Fax: (785) 843-0407
tjohnson@petefishlaw.com

Peter Zeidenberg
Michael F. Dearington
Laura Zell
ARENT FOX LLP
1717 K Street, NW
Washington, DC 20006
Tel: (202) 857-6000
Fax: (202) 857-6395
Peter.Zeidenberg@arentfox.com
Michael.Dearington@arentfox.com
Laura.Zell@arentfox.com

*Attorneys for Defendant Franklin Tao*


## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of December, 2021, I electronically filed the foregoing

Notice and Exhibit A to be filed with the Clerk of the Court using the CM/ECF system.

/s/ Thomas H. Johnson
Thomas H. Johnson