# UNITED STATES DISTRICT COURT
## District of Kansas

**UNITED STATES OF AMERICA,**

      Plaintiff,

      v.                      Case No.   **19-20052-01-JAR**

**FENG TAO,**

      Defendant.

## GOVERNMENT'S MOTION TO DISMISS COUNTS THREE AND EIGHT OF THE SECOND SUPERSEDING INDICTMENT (Doc. 75)

The United States of America, by and through Duston J. Slinkard, United States Attorney for the District of Kansas, moves the Court, pursuant to Federal Rule of Criminal Procedure 48(a), for an Order dismissing without prejudice Counts Three and Eight of the Second Superseding Indictment (Doc. 75). The Defendant does not object.

                                            Respectfully submitted,

                                            DUSTON J. SLINKARD
                                            UNITED STATES ATTORNEY

                                            */s/ Christopher Oakley*
                                            D. Christopher Oakley
                                            Assistant United States Attorney
                                            United States Attorney's Office for the
                                            District of Kansas

2

*/s/ Adam P. Barry*
Adam P. Barry
Benjamin J. Hawk
Trial Attorneys
National Security Division
U.S. Department of Justice

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2022, I caused the foregoing pleading to be filed with the Clerk of the Court, with a true and accurate copy provided to each counsel of record in the case.

*/s/ Christopher Oakley*
D. Christopher Oakley
Assistant United States Attorney
United States Attorney's Office for the
District of Kansas
