Defendant's Exhibit List

*United States v. Tao*
Case No. 19-20052-JAR-JPO

### DEFENDANT DR. FRANKLIN TAO'S PRELIMINARY EXHIBIT LIST

| Exhibit No. | Date | Document Description | Bates No. |
|---|---|---|---|
| 1001 | 8/21/2019 | August 21, 2019, Transcript of Grand Jury Testimony of S. Lampe | DOJ-01420786 |
| 1002 | 1/15/2020 | January 15, 2020, Transcript of Grand Jury Testimony of S. Lampe | DOJ-01420829 |
| 1003 | 6/24/2020 | June 24, 2020, Transcript of Grand Jury Testimony of S. Lampe | DOJ-01420893 |
| 1004 | 5/21/2015 | Email chain from B. Bernet to F. Tao re: URGENT – Withdraw and Resubmit the DOE Proposal | DOJ-00269942-45 |
| 1005 | 12/2/2014 | KAUST Competitive Research Grants Program (CRG) Round 3 Award to University of Kansas | DOJ-00261763 |
| 1006 | 12/2/2014 | Email from ORS Contracts to B. Bernet, et al., re: 2224 CRG3 Subaward Agreement UKansas (Dr. Franklin Feng Tao) KAUST (Dr. Kazuhiro Takanabe) | DOJ-00260986-87 |
| 1007 | 1/2/2015 – 1/5/2015 | Email chain from J. Small to F. Tao re: Proposal Submission | DOJ-00255793-94 |
| 1008 | 5/10/2018 – 5/15/2018 | Email chain from F. Tao to S. Bowling, et al., re: meeting slot | DOJ-00474617 |
| 1009 | 5/17/2018 | Email from F. Tao to L. Weatherley re: letter to apply a four-month no-payment leave in spring 2019 | DOJ-00001748 |
| 1010 | 5/17/2018 – 12/10/2018 | Email chain from C. Brown to L. Weatherley re: letter to apply a four-month no-payment leave in spring 2019 | DOJ-00474693 |
| 1011 | 5/17/2018 – 12/9/2018 | Email chain from C. Brown to M. Hegedusich, et al., re: letter to apply a four-month no-payment leave in spring 2019 | DOJ-00474696 |
| 1012 | 5/21/2018 | Email from F. Tao to C. Brown, et al., re: quick question on no-payment leave | DOJ-00474613 |
| 1013 | 6/22/2018 | Buy-Out Course Letter from F. Tao to L. Weatherley | DOJ-00001597 |

**Defendant's Exhibit List**

*United States v. Tao*
**Case No. 19-20052-JAR-JPO**

| Exhibit No. | Date | Document Description | Bates No. |
|---|---|---|---|
| 1014 | 3/2/2018 | Invitation Spring/Summer 2019 Letter from R. Schlögl (Fritz-Haber-Institut der Maz-Planck-Gessellschaft) to F. Tao | DOJ-00001709 |
| 1015 | | KU Commitment of Time, Conflict of Interest, Consulting, and Other Employment Policy | |
| 1016 | 4/30/2018 | No-Payment Leave Request Letter from F. Tao to L. Weatherley | DOJ-00474615; DOJ-01417539 |
| 1017 | 5/17/2018 – 5/21/2018 | Email chain from L. Weatherley to B. Subramaniam re: Franklin – application for unpaid leave | DOJ-00001731-32 |
| 1018 | 5/17/2018 – 5/21/2018 | Email chain from F. Tao to L. Weatherley re FW: letter to apply a four-month no-payment leave in spring 2019 | DOJ-00001733 |
| 1019 | 5/29/2018 – 6/22/2018 | Email from F. Tao to L. Weatherley, et al., re: buying out course | DOJ-00001594 |
| 1020 | 5/17/2018 | Email chain from K. Mason to R. Saalweachter, et al., re FW: subaward from Fuzhou University | |
| 1021 | 6/25/2018 | Email from L. Weatherley to F. Tao, et al., re: buying out course | DOJ-00001465 |
| 1022 | 5/22/2018 – 6/25/2018 | Email chain from T. Spencer to F. Tao, et al., re FW: buying out course | DOJ-00121582-84 |
| 1023 | 7/10/2018 – 7/11/2018 | Email chain from F. Tao to B. Bernet, et al., re: DOE Request to Complete a Revised Budget for Proposal 0000235086 | DOJ-00139104-06 |
| 1024 | 4/2/2019 | Email chain from L. Weatherley to F. Tao re: Buy outs for FY 2020 | DOJ-00001729-30 |
| 1025 | 2/8/2019 | Email from L. Weatherley to A. Allgeier, et al., re: Teaching duties 2019 / 2020 | DOJ-00153821 |
| 1026 | 2/7/2019 | KU Chemical Engineering Core and Elective Courses – For Discussion (attachment to email re: Teaching duties 2019 / 2020) | DOJ-00153822-25 |
| 1027 | 9/11/2020 | Financial Investigative Report by C. Gibby | |

**Defendant's Exhibit List**

*United States v. Tao*
**Case No. 19-20052-JAR-JPO**

| Exhibit No. | Date | Document Description | Bates No. |
|---|---|---|---|
| 1028 | | Received Ally Bank Documents for Zexi Song | DOJ-00008234 |
| 1029 | | U.S. Grand Jury Subpoena and Received Documents for Zexi Song Bank Records from Ally Bank | DOJ-00008328-476 |
| 1030 | | Received Ally Bank Documents for Zexi Song and Zheng Zhao | DOJ-00008477-619 |
| 1031 | | Received Bank of America Documents for Dingding Ye and Qiang Ye | DOJ-00008643-706 |
| 1032 | | Received Bank of America Documents for Chenglan Ding and Qiang Ye | DOJ-00008710-917 |
| 1033 | | 2018 and 2019 1099 Forms for Chenglan Ding and Qiang Ye | DOJ-00008918-921 |
| 1034 | | Received Bank of America Documents for Chenglan Ding and Qiang Ye | DOJ-00008930-9045 |
| 1035 | | Received Bank of America Documents for Chenglan Ding and Qiang Ye | DOJ-00009196-327 |
| 1036 | | Received Bank of America Documents for Qiang Ye | DOJ-00009328-479 |
| 1037 | | Received Bank of America Documents for Chenglan Ding and Qiang Ye | DOJ-00009488 |
| 1038 | | Received Bank of America Documents for Chenglan Ding and Qiang Ye | DOJ-01414606-611 |
| 1039 | | Received Bank of America Documents for Dingding Ye and Qiang Ye | DOJ-01414058 |
| 1040 | | Received Bank of America Documents for Chenglan Ding and Qiang Ye | DOJ-01414125 |
| 1041 | 6/9/2019 – 8/29/2019 | Surveillance 302 | DOJ-01414000-40 |
| 1042 | 6/1/2019 | Handwritten Notes from Surveillance | KC-3111379-FISUR_0000040_1A0000041_0000001-3 |

Defendant's Exhibit List

| Exhibit No. | Date | Document Description | Bates No. |
|---|---|---|---|
| 1043 | | F. Tao Surveillance Photo from Conference | KC-3111379-FISUR_0000040_1A0000041_0000004 |
| 1044 | | F. Tao Surveillance Photo from Conference | KC-3111379-FISUR_0000040_1A0000041_0000005 |
| 1045 | | F. Tao Surveillance Photo from Conference | KC-3111379-FISUR_0000040_1A0000041_0000006 |
| 1046 | | Surveillance Photo from Conference | KC-3111379-FISUR_0000040_1A0000041_0000007-8 |
| 1047 | | Handwritten Notes from Surveillance | KC-3111379-FISUR_0000040_1A0000041_0000010-11 |
| 1048 | 7/1/2019 | Physical Surveillance of F. Tao | DOJ-01413915-16 |
| 1049 | 7/30/2019 | Physical Surveillance of F. Tao | DOJ-01413949-50 |
| 1050 | 7/30/2019 | Physical Surveillance of F. Tao | DOJ-01413954-55 |
| 1051 | 7/31/2019 | Physical Surveillance of F. Tao | DOJ-01413958-59 |
| 1052 | 7/31/2019 | Physical Surveillance of F. Tao | DOJ-01413961-62 |
| 1053 | 8/1/2019 | Physical Surveillance of F. Tao | DOJ-01413968 |
| 1054 | 8/1/2019 | Physical Surveillance of F. Tao | DOJ-01413964 |
| 1055 | 7/29/2019 | Physical Surveillance of F. Tao | DOJ-01413945 |
| 1056 | 7/1/2019 | Handwritten Notes from Surveillance | KC-3111379-FISUR_0000040_1A0000041_0000013 |
| 1057 | 7/23/2019 | Handwritten Notes from Surveillance | KC-3111379-FISUR_0000040_1A0000041_0000032 |
| 1058 | | Email from B. Newbury re: 20 July 2019 Saturday 7a-3p | DOJ-01413936 |
| 1059 | | Email from B. Newbury re: 20 July 2019 Saturday 7a-3p | DOJ-01413938 |
| 1060 | | Email from B. Newbury re: 24 July 2019 Wednesday 2p-10p | DOJ-01413944 |
| 1061 | | Email re: 8/2/19 7a-3p | DOJ-01413973 |
| 1062 | | Email from B. Newbury re: 6 August 2019 2pm-10pm | DOJ-01413980 |

Defendant's Exhibit List

*United States v. Tao*
Case No. 19-20052-JAR-JPO

| Exhibit No. | Date | Document Description | Bates No. |
|---|---|---|---|
| 1063 | | Email re: 6 August 2019 Tuesday 7a-3p | DOJ-01413983 |
| 1064 | | Email re: 7/1/19 8a-4p | DOJ-01413918 |
| 1065 | | Email from B. Newbury re: July 17, 2019 Tuesday 12p-8p | DOJ-01413920 |
| 1066 | | Email re: 7/19/19 Friday 7am-3pm | DOJ-01413934 |
| 1067 | | Email from B. Newbury re: 22 July 2019 Monday 7a-3p | DOJ-01413940 |
| 1068 | | Email re: 7/29/19 7a-3p | DOJ-01413947 |
| 1069 | | Email from B. Newbury re: July 30, 2019 Tuesday 7a-3p | DOJ-01413951 |
| 1070 | | Email from B. Newbury re: July 30, 2019 Tuesday 2p-10p | DOJ-01413952 |
| 1071 | | Email re: SITREP Wednesday, July 31, 2019, 7a-3p | DOJ-01413956 |
| 1072 | | Email with Undated Notes from Surveillance | DOJ-01413966 |
| 1073 | | Email from B. Newbury re: 2 August 2019 7a-p Friday | DOJ-01413971 |
| 1074 | | Email from B. Newbury re: Saturday 8/3/19 7a-3p | DOJ-01413975 |
| 1075 | | Email from B. Newbury re: 4 August 2019 Sunday 7a-3p | DOJ-01413977 |
| 1076 | | Email from B. Newbury re Fwd: 5 August 2019 Monday 7a-3p | DOJ-01413979 |
| 1077 | | Email re: SITREP, Wednesday, August 7, 2019, 2p-10p | DOJ-01413984 |
| 1078 | | Email re Fwd: 7 Aug 2019 Wednesday 7a-3p | DOJ-01413987 |
| 1079 | | Email from B. Newbury re: 8 August 2019 Thursday 7a-3p | DOJ-01413989 |
| 1080 | | Email re: 8/11/19 7a-3p | DOJ-01413993 |
| 1081 | 8/21/2019 | F. Tao and H. Peng Surveillance Notes | DOJ-01413998-99 |
| 1082 | | Email re: SITREP, July 23, 2019, 2p-10p | DOJ-01413941 |
| 1083 | | Email from B. Newbury re: 31 July 2019 Wednesday 2p-10p | DOJ-01413963 |
| 1084 | | Email re Undated Surveillance Notes on H. Peng | DOJ-01413969 |
| 1085 | 8/10/2019 | Email re: August 9, 2019 Friday 7a-3p | DOJ-01413991 |
| 1086 | | Email re: 12 August 2019 7am-3pm | DOJ-01413995 |
| 1087 | 8/20/2019 | F. Tao and H. Peng Surveillance Notes | DOJ-01413996 |
| 1088 | 7/17/2019 | Drivers License Detail of D. Nguyen | DOJ-01413928-29 |
| 1089 | 7/17/2019 | Drivers License Detail of L. Nguyen | DOJ-01413921 |

Defendant's Exhibit List

| Exhibit No. | Date | Document Description | Bates No. |
|---|---|---|---|
| 1090 | 7/17/2019 | Drivers License Information on D. Nguyen | DOJ-01413924 |
| 1091 | 7/17/2019 | Drivers License Detail of L. Nguyen | DOJ-01413925 |
| 1092 | 7/17/2019 | Drivers License Information on L. Nguyen | DOJ-01413926 |
| 1093 | 8/21/2019 | Physical Surveillance Log of L. Nguyen | DOJ-00000881-85 |
| 1094 | | Surveillance Video 1 | |
| 1095 | | Surveillance Video 2 | |
| 1096 | | Surveillance Video 3 | |
| 1097 | | Surveillance Video 4 | |
| 1098 | | Surveillance Video 5 | |
| 1099 | | Surveillance Video 6 | |
| 1100 | | Surveillance Video 7 | |
| 1101 | | Surveillance Video 8 | |
| 1102 | | Surveillance Video 9 | |
| 1103 | | Surveillance Video 10 | |
| 1104 | | Surveillance Video 11 | |
| 1105 | | Surveillance Video 12 | |
| 1106 | | Surveillance Video 13 | |
| 1107 | | Surveillance Video 14 | |
| 1108 | 1/9/2018 | Conflict of Interest Form for F. Tao | DOJ-00017090-97 |
| 1109 | 9/25/2018 | Conflict of Interest Form for F. Tao | DOJ-00017098- 105 |
| 1110 | 12/18/2019 | Email from C. Taylor to S. Lampe, et al., re FWD: Tao's Teaching Schedule | DOJ-00015832-34 |
| 1111 | 1/22/2020 | 302 Interview with L. Weatherley | DOJ-00001758 |
| 1112 | | Handwritten Notes from 302 Interview of L. Weatherley | |
| 1113 | | Screenshot of KU Website on University Scholarly Achievement Award | |
| 1114 | | Scholarly Achievement Award Video | |
| 1115 | 5/17/2019 | F. Tao KU Paystub | |
| 1116 | April – May 2019 | F. Tao and H. Peng Check Images | |

Defendant's Exhibit List

*United States v. Tao*
Case No. 19-20052-JAR-JPO

| Exhibit No. | Date | Document Description | Bates No. |
|---|---|---|---|
| 1117 | 8/23/2019 | Email From M. Robertson to F. Tao re Lehigh University – Chemistry Seminar Series – September 24, 2019 | |
| 1118 | 7/15/2019 | Email chain from X. Xu to F. Tao, et al., re: Seminar invitation at Chemistry Department of Lehigh University | |
| 1119 | 5/3/2018 – 5/22/2018 | Email chain from I. Wachs to F. Tao, et al., re: Fw: my updated CV with full information – Anderson Chair applicant | DOJ-00192423-24 |
| 1120 | 10/15/2018 | Email chain from S. Bernasek to F. Tao re: Could you please provide recommendation letters? | DOJ-00169380 |
| 1121 | 11/28/2018 – 12/1/2018 | Email chain from C&EN Jobs to F. Tao re: Application submitted confirmation (C&ENJobs) | DOJ-00163083-84 |
| 1122 | 11/29/2018 | Email chain from F. Tao to U. Ozkan re: quick question | DOJ-00131771-72 |
| 1123 | 11/29/2018 | Email from Faculty Search Stanford to F. Tao re: Stanford Faculty Search Process | DOJ-00163357 |
| 1124 | 11/29/2018 | Email from Faculty Search Admin Group to F. Tao re: Faculty Search Application Confirmation | DOJ-00163358-59 |
| 1125 | 12/4/2018 | Email from Illinois Chemistry to F. Tao re: Application after Close of Job | DOJ-00162772 |
| 1126 | 1/2/2019 | Email chain from J. Weaver to F. Tao re: application to open faculty positions of your department | |
| 1127 | 1/14/2019 | Email from M. Yager to F. Tao re: Faculty Search Completion | |
| 1128 | 2/7/2019 | Email from ChemE Faculty Search Admin to F. Tao re: University of Michigan Department of Chemical Engineering Faculty Search | |
| 1129 | 2/26/2019 | Email from C. Horsfall to F. Tao re: UW-Madison Search | DOJ-00151515 |
| 1130 | 7/12/2019 – 7/15/2019 | Email chain from I. Wachs to G. Ferguson, et al., re: CV of Franklin Tao | |
| 1131 | 4/17/2018 – 4/30/2018 | Email chain from J. Kelber to F. Tao, et al., re: Welch Chair in Chemistry at University of North Texas | DOJ-00217066-67 |

Defendant's Exhibit List

*United States v. Tao*
*Case No. 19-20052-JAR-JPO*

| Exhibit No. | Date | Document Description | Bates No. |
|---|---|---|---|
| 1132 | 10/22/2018 | Email from G. Somorjai to F. Tao re: Recommendation letter | DOJ-00168412 |
| 1133 | 10/22/2018 | Email chain from D. Damn to F. Tao re: recommendation letter | |
| 1134 | 8/17/2018 | Email chain from L. Weatherley to F. Tao, et al., re: inquire | DOJ-00178606 |
| 1135 | 11/30/2018 | Email chain from P. Willhite to F. Tao re: Is there a chance I could meet with you on Monday next week? | DOJ-00163242 |
| 1136 | 10/12/2018 | Email chain from P. Willhite to F. Tao re: Proxy Vote=Kevin Leonard's Initial Review | DOJ-00169589-90 |
| 1137 | 8/17/2017 – 8/19/2017 | Email chain from P. Willhite to F. Tao, et al., re: Annual Review-Promotion to Full Professor | DOJ-00461992-93 |
| 1138 | 10/7/2015 – 10/8/2015 | Email chain from P. Willhite to F. Tao, et al., re: my updated CV | DOJ-00283369 |
| 1139 | 10/2/2015 – 10/3/2015 | Email chain from P. Willhite to F. Tao, et al., re: Pranja Dhar Promotion Votes | DOJ-00284722-25 |
| 1140 | 10/23/2014 | Adjunct Appointment Letter from Notre Dame to F. Tao | DOJ-01413318 at DOJ-01413337-38 |
| 1141 | 7/13/2015 | Adjunct Appointment Letter from Notre Dame to F. Tao | DOJ-01413318 at DOJ-01413318-19 |
| 1142 | 11/7/2014 | Email from the Office of the President of Notre Dame to Notre Dame Employees re: A message from Rev. John I. Jenkins, C.S.C. RE: Ebola Epidemic | DOJ-01198083-84 |
| 1143 | 11/8/2014 | Email from Notre Dame Security Policy to ND Employees re: Crime Alert: Robert | DOJ-01198060 |
| 1144 | 12/22/2015 | Email from S. Basu to J. Peng re: Merry Christmas & Happy New Year | DOJ-01187091-92 |
| 1145 | 12/17/2014 | Email from Center for Undergraduate Scholarly Engagement to cue-faculty list re: 2015 Undergraduate Scholars Conference | DOJ-01193088 |

Defendant's Exhibit List

*United States v. Tao*
*Case No. 19-20052-JAR-JPO*

| Exhibit No. | Date | Document Description | Bates No. |
|---|---|---|---|
| 1146 | 6/4/2019 | Email chain from Government Informant to J. Curran, et al., re: Chemical Society Reviews – CS-SYN-06-2018-000488.R1 (ECF 30 – Ex. F) | |
| 1147 | 4/30/2019 | Email from Government Informant to F. Tao (ECF 30 – Ex. I) | |
| 1148 | 5/3/2019 | Email from Government Informant to F. Tao re: I am sorry. (ECF 30 – Ex. J) | |
| 1149 | 5/3/2019 | Email from Government Informant's Mother to F. Tao re: I am very sorry, Teacher Tao! with translation (ECF 30 – Ex. K) | |
| 1150 | 1/9/2018 | Conflict of Interest Form for F. Tao (ECF 82 – Ex. A) | |
| 1151 | 9/25/2018 | Conflict of Interest Form for F. Tao (ECF 82 – Ex. B) | |
| 1152 | | Old National Bank Statements for F. Tao and H. Peng | DOJ-01413466 |
| 1153 | 4/3/2019 | Email from H. Peng to L. Grady re: Please check; with attachments | DOJ-01421332-37 |
| 1154 | 5/28/2019 | Receipt of Loan | |
| 1155 | 6/21/2019 | Receipt of Loan ($29,000) | |
| 1156 | 5/30/2019 | Receipt of Loan | |
| 1157 | 3/5/2019 | Email from KU Emergency Email Notification System to Government Informant re: TEST: Statewide Tornado Drill | DOJ-00473347 |
| 1158 | 4/17/2015 | Email from T. Ning to F. Tao re: Postdoctoral Position Application | DOJ-01203122 |
| 1159 | 10/1/2018 | Email from V. Schwartz to C. Bradley, et al., re: Welcome to FY 19 DOE/BES/Catalysis Science Program; and Information to PIs PowerPoint | DOJ-00011821-22; DOJ-00011823-36 |
| 1160 | 7/25/2017 – 7/27/2015 | Email chain from V. Schwartz to F. Tao, et al., re: Receipt of Progress Report for BES Award DE-SC0014562 by DOE | DOJ-00011730-32 |
| 1161 | | KU Office of Research policy, Facilities and Administrative Costs Return Policy | |

**Defendant's Exhibit List**

*United States v. Tao*
Case No. 19-20052-JAR-JPO

| Exhibit No. | Date | Document Description | Bates No. |
|---|---|---|---|
| 1162 | 4/11/2019 | Email from L. Weatherley to A. Scurto, et al., re: F and A return policy | |
| 1163 | 5/27/2019 – 5/29/2019 | Email from S. Wettlaufer to C. Bankart, et al., re: Attorney Client Communication – Subpoena – International Affairs (ECF 127 Ex. 1) | |
| 1164 | 2/10/2019 | Email from Government Informant to F. Tao re: Thank you very much (ECF 127 Ex. 2) | DOJ-00153795 - 96 |
| 1165 | 2/10/2019 – 2/15/2019 | Email chain from F. Tao to Government Informant re: Thank you very much (ECF 127 Ex. 3) | DOJ-00127677-79 |
| 1166 | 2/10/2019 – 2/15/2019 | Email chain from F. Tao to Government Informant re: Thank you very much (ECF 127 Ex. 4) | DOJ-00153120 –30 |
| 1167 | 4/12/2019 – 4/22/2019 | Email chain from Government Informant to F. Tao re: [Chinese Characters] (ECF 127 Ex. 5) | DOJ-00146682 - 83 |
| 1168 | 4/22/2019 | Email from Government Informant to F. Tao re: review article and translation (ECF 127 Ex. 6) | |
| 1169 | 4/12/2019 – 4/22/2019 | Email chain from Government Informant to F. Tao re: time spent in helping (ECF 127 Ex. 7) | DOJ-00146655 |
| 1170 | 4/24/2019 | Email from Government Informant to F. Tao re: Your decisions (ECF 127 Ex. 8) | DOJ-00146108 |
| 1171 | 5/2/2019 | Email chain from F. Tao to Government Informant re: [Chinese Characters] (ECF 127 Ex. 9) | DOJ-00125549 –51 |
| 1172 | 5/3/2019 | Email from Government Informant to F. Tao re: [Chinese Characters] with translation (ECF 127 Ex. 10) | |
| 1173 | 5/6/2019 | Email chain from F. Tao to Government Informant re: [Chinese Characters] (ECF 127 Ex. 11) | DOJ-00125324 - 25 |
| 1174 | 5/5/2019 – 6/4/2019 | Email from J. Chasen to Government Informant, F. Tao, et. al., re: Chemical Reviews – cr-2018-00114s.R2 (ECF 127 Ex. 12) | DOJ-00120038 –39 |

**Defendant's Exhibit List**

| Exhibit No. | Date | Document Description | Bates No. |
|---|---|---|---|
| 1175 | 12/5/2016 – 6/4/2019 | Email from F. Tao to Government Informant, et al., re Re: Chemical Reviews – CS-SYN-06-2018-000488.R1 (ECF 127 Ex. 13) | DOJ-00140977 –80 |
| 1176 | 6/5/2019 | Email chain from Government Informant to S. MacNally, et al., re: Authorship allegations –CONFIDENTIAL (ECF 127 Ex. 14) | DOJ-00013943 –44 |
| 1177 | 5/6/2019 – 6/4/2019 | Email chain from Government Informant to F. Tao re: Chemical Reviews – cr-2018-00114s.R2 with translation (ECF 127 Ex. 15) | |
| 1178 | 5/12/2019 – 5/20/2019 | Email chain from S. Lampe to Government Informant, et al., re: KU (ECF 127 Ex. 16) | |
| 1179 | 4/30/2019 – 5/13/2019 | Email chain from J. Carlson to S. Lampe, et al., re FW: Form submission form: Anonymous Reporting Form (ECF 127 Ex. 17) | DOJ-00000019 –21 |
| 1180 | 5/1/2019 | Email chain from C. Taylor to J. Carlson, et. al., re: Info on IP Address – Tao Report (ECF 127 Ex. 18) | DOJ-00015573 |
| 1181 | 5/10/2019 – 5/13/2019 | Email chain from B. White to C. Taylor, et al., re Fwd: Franklin (Feng) Tao in the department of chemical and petroleum engineering is taking another full time and full salary Professor position in China (ECF 127 Ex. 19) | DOJ-00013872 –73 |
| 1182 | 5/13/2019 – 5/14/2019 | Email chain from A. Agah to C. Brown, et al., re: Franklin (Feng) Tao in the department of chemical and petroleum engineering is taking another full time and full salary Professor position in China (ECF 127 Ex. 20) | |
| 1183 | 5/13/2019 – 6/29/2019 | Email chain from C. Taylor to S. Lampe, et al., re Fwd: Franklin (Feng) Tao in the department of chemical and petroleum engineering is taking another full time and full salary Professor position in China (ECF 127 Ex. 21) | DOJ-00016748 –56 |
| 1184 | 5/14/2019 – 5/16/2019 | Email chain from J. Carlson to S. Lampe, et al., re Fwd: Feng Tao (ECF 127 Ex. 22) | DOJ-00000022 –23 |

Defendant's Exhibit List

*United States v. Tao*
*Case No. 19-20052-JAR-JPO*

| Exhibit No. | Date | Document Description | Bates No. |
|---|---|---|---|
| 1185 | 5/14/2019 – 5/16/2019 | Email chain from C. Taylor to J. Carlson, et al., re Fwd: Feng Tao – 5/16/2019 (ECF 127 Ex. 23) | DOJ-00015524 –26 |
| 1186 | 5/19/2019 – 5/20/2019 | Email chain from J. Fugett to J. Carlson, et al., re: Concerning Feng Tao (ECF 127 Ex. 24) | DOJ-00015395 –96 |
| 1187 | 5/21/2019 | Email chain from S. Wettlaufer to C. Taylor, et al., re: Attorney Client Communication – Government Informant (ECF 127 Ex. 26) | DOJ-00012682 –83 |
| 1188 | 5/26/2019 | Email chain from C. Taylor to J. Carlson, et al., re: Concerning Feng Tao (ECF 127 Ex. 27) | DOJ-00015505 |
| 1189 | 5/30/2019 | Email chain from C. Taylor to J. Carlson, et al., re: Concerning Feng Tao (ECF 127 Ex. 28) | |
| 1190 | 5/30/2019 | Email chain from C. Taylor to K. Grunewald, et al., re: Concerning Feng Tao (ECF 127 Ex. 29) | |
| 1191 | 5/30/2019 – 5/31/2019 | Email chain from C. Taylor to J. Carlson re: Concerning Feng Tao (ECF 127 Ex. 30) | |
| 1192 | 5/26/2019 – 5/28/2019 | Email chain from F. Tao to Government Informant re Fwd: Consultation on your paper DOI: 10.1021/jacs.8b10910 (ECF 127 Ex. 31) | DOJ-00124747 –51 |
| 1193 | 6/3/2019 | Email chain from J. Carlson to S. Lampe, et al., re: Fwd: Concerning Feng Tao (ECF 127 Ex. 32) | DOJ-00000589 –90 |
| 1194 | 6/13/2019 | FBI Incident Report (ECF 127 Ex. 33) | |
| 1195 | 6/23/2019 | Email chain from C. Taylor to J. Carlson, et al., re Fwd: Authorship allegations – CONFIDENTIAL (ECF 127 Ex. 34) | |
| 1196 | 9/23/2019 | 302 Interview of Government Informant (ECF 127 Ex. 35) | |
| 1197 | 7/9/2019 – 7/10/2019 | Email chain from J. Carlson to S. Lampe re: Response (ECF 127 Ex. 36) | |

Defendant's Exhibit List

| Exhibit No. | Date | Document Description | Bates No. |
|---|---|---|---|
| 1198 | 7/11/2019 | Application and Affidavit in Support of a Search Warrant re: email address (ECF 127 Ex. 37) | DOJ-00000627 -46 |
| 1199 | 8/19/2019 | Application and Affidavit in Support of a Search Warrant re: devices found at residences (ECF 127 Ex. 38) | DOJ-00000709 - 43 |
| 1200 | 7/26/2019 | Letter from Google to S. Lampe re: Search Warrant dated July 11, 2019 (Google Ref. No. 2631316) 19-mj-8160-JPO (ECF 127 Ex. 39) | |
| 1201 | 7/11/2019 | Search Warrant re: email address (ECF 127 Ex. 40) | DOJ-00000653 -57 |
| 1202 | 8/11/2019 | Search Warrant re: devices found at residences (ECF 127 Ex. 41) | DOJ-00008103 -11 |
| 1203 | 7/19/2019 | Email from S. Lampe to A. Mattivi, et al., re: Questions; and Handwritten Notes (ECF 153 Ex. 1) | |
| 1204 | 7/23/2019 – 7/24/2019 | Email chain from J. Carlson to S. Lampe re: proposals (ECF 153 Ex. 3) | |
| 1205 | 8/9/2019 | 302 Interview of Government Informant (ECF 153 Ex. 5) | |
| 1206 | 3/3/2020 | Email from Government Informant to P. Zeidenberg re: I plan to set up a new case. (ECF 153 Ex. 6) | |
| 1207 | 5/6/2019 – 5/29/2019 | Summer Pay Notification | |
| 1208 | 5/23/2019 | Email from T. Spencer to F. Tao, et al., re: IMPORTANT: Funding to Pay CPE for Course Buyout | |
| 1209 | 5/23/2019 – 5/24/2019 | Email chain from T. Spencer to J. Johns re: Reducing Franklin Tao's Summer Pay – Request Feedback | |
| 1210 | 7/8/2019 | Email from S. Lampe to J. Carlson, et al., re: For tomorrow | |
| 1211 | 7/8/2019 | Email chain from S. Lampe to J. Carlson re: On your own | |
| 1212 | 7/9/2019 | Email chain from J. Carlson to S. Lampe, et al., re Fwd: Response | |
| 1213 | 9/10/2020 | A Safeguard for Jayhawk Integrity, Conflict of Interest + Commitment Report Video Presentation | |

| Exhibit No. | Date | Document Description | Bates No. |
|---|---|---|---|
| 1214 | December 2020 | GAO Report "Agencies Need to Enhance Policies to Address Foreign Influence" | DOJ-01423162-217 |
| 1215 | 9/30/2016 | Financial Assistance Funding Opportunity | DOJ-00003446-532 |
| 1216 | 1/30/2017 | Proposal and Award Policies and Procedures Guide | DOJ-01423701-880 |
| 1217 | | NIH: Disclosing Other Support and Foreign Components | |
| 1218 | 11/28/2017 – 12/4/2017 | Email chain from C. Walker to F. Tao re: Renewal proposal to DOE-BES | DOJ-00240126-28 |
| 1219 | 12/11/2017 – 1/5/2018 | Email chain from C. Walker to F. Tao re: files to be submitted to DOE-BES for renewal | DOJ-00236571-73 |
| 1220 | 4/9/2020 | NSF-Approved Formats for the Biographical Sketch & Current and Pending Support Sections of NSF Proposals Video | |
| 1221 | 6/1/2020 | Proposal and Award Policies and Procedures Guide | |
| 1222 | 5/20/2015 | Email from R. Miranda to F. Tao re: Your DOE Proposal – request for 3 documents | DOJ-00011229 |
| 1223 | 6/10/2015 – 5/20/2015 | Email from F. Tao to R. Miranda re: Your DOE Proposal – request for 3 documents | DOJ-00010745-46 |
| 1224 | 7/10/2018 | Email from V. Schwartz to F. Tao re: Regarding your current renewal proposal for DOE/BES/Catalysis Science Program | DOJ-00011844 |
| 1225 | 6/4/2018 | ChemComm, *Studies of surface of metal nanoparticles in a flowing liquid with XPS* | |
| 1226 | 6/4/2019 | Chemical Reviews, *Understanding Catalyst Surfaces during Catalysis through Near Ambient Pressure X-ray Photoelectron Spectroscopy* | |
| 1227 | 4/25/2019 | Journal of American Chemical Society, *Synergy of Single-Atom Ni1 and Ru1 Sites on CeO2 for Dry Reforming of CH4* | |
| 1228 | 4/15/2019 | Abstract from OSTI.gov, *Synergy of Single-Atom Ni1 and Ru1 Sites on CeO2 for Dry Reforming of CH4* | |

**Defendant's Exhibit List**

*United States v. Tao*
Case No. 19-20052-JAR-JPO

| Exhibit No. | Date | Document Description | Bates No. |
|---|---|---|---|
| 1229 | 10/1/2020 | Funding Opportunity Announcement (FOA) Number: DE-FOA-0002414 | |
| 1230 | 10/28/2020 | NSF Memorandum of Investigation | DOJ-00020618-19 |
| 1231 | | Comparison of Documents | DOJ-00020408-10 |
| 1232 | 1/13/2021 | 302 Interview of R. Keiser | DOJ-01413452-54 |
| 1233 | March 2017 | Research Performance Progress Report | DOJ-00003434-45 |
| 1234 | 5/22/2020 | V. Schwartz Memorandum of Investigative Activity | DOJ-00003590-93 |
| 1235 | 1/7/2021 | V. Schwartz Memorandum of Investigative Activity | DOJ-01413778-80 |
| 1236 | 6/15/2019 | Progress Report | DOJ-00003533-71 |
| 1237 | 6/17/2019 | DOE PAMS Internal Comment | DOJ-00003572-73 |
| 1238 | 2018 | 2018 Annual Report for the Center of Environmentally Beneficial Catalysis | |
| 1239 | 2019 | 2019 Annual Report for the Center of Environmentally Beneficial Catalysis | |
| 1240 | 8/9/2019 | 302 re Returned Subpoena to Government Informant | Redacted 3111379-GJ 0000013 |
| 1241 | 6/18/2019 | 302 re Government Informant Provided Websites | Redacted -3111379-UNCLASSIFIED 0000004 |
| 1242 | | Responses to S. Lampe Requests | DOJ-00001760-62 |
| 1243 | 1/22/2020 | 302 Interview of A. Agah | DOJ-00001763 |
| 1244 | 7/24/2013 | NSF Proposal No. 1352516 | DOJ-00002888-941 |
| 1245 | 12/1/2014 | NSF Grant Letter | DOJ-00002975-77 |
| 1246 | 6/28/2018 | NSF Grant Letter | DOJ-00003088-90 |
| 1247 | 2/20/2015 | NSF Proposal No. 1539105 | DOJ-00003191-283 |
| 1248 | | NSF Program Solicitation 11-690 | DOJ-00003285-305 |
| 1249 | | Proposal Notes | DOJ-00003306-07 |
| 1250 | 12/11/2017 | DOE Proposal #235086 | DOJ-00003310-3433 |
| 1251 | 5/21/2015 | DOE Proposal #219641 | DOJ-00005944-6036 |
| 1252 | January 2015 | DOE Federal Assistance Reporting Checklist and Instructions | DOJ-00003997-4013 |

**Defendant's Exhibit List**

| Exhibit No. | Date | Document Description | Bates No. |
|---|---|---|---|
| 1253 | March 2017 | DOE Federal Assistance Reporting Checklist and Instructions | DOJ-00004334-54 |
| 1254 | 6/26/2019 | DOE PAMS Awardee Report List | DOJ-00005684-85 |
| 1255 | 6/26/2019 | DOE PAMS Award Folder | DOJ-00005693-713 |
| 1256 | 6/26/2019 | DOE PAMS Action History | DOJ-00005718-20 |
| 1257 | | Progress Report and Renewal Proposal | DOJ-00006175-268 |
| 1258 | 2/3/2018 | KU Letter to F. Tao re Associate Professor | DOJ-00010224 |
| 1259 | 8/4/2018 | KU Letter to F. Tao re Associate Professor | DOJ-00010225 |
| 1260 | | Progress Report and Renewal Proposal | DOJ-00010237-305 |
| 1261 | 6/17/2019 – 6/18/2019 | Email chain from F. Tao to V. Schwartz, et al., re: Regarding your progress report and publications | DOJ-00010794-95 |
| 1262 | 9/4/2015 | Assistance Agreement | DOJ-00014163-248 |
| 1263 | 9/13/2019 – 9/16/2019 | Email chain from K. Grunewald to S. Lampe, et al., re FWD: restitution amount | DOJ-00014833-35 |
| 1264 | 8/20/2019 | FBI Photograph Log | DOJ-00000766-84 |
| 1265 | 8/22/2019 | 302 re Cedar Ridge Search Warrant | DOJ-00000789-90 |
| 1266 | 8/20/2019 | Search Warrant Log and Property Seized | DOJ-00000791 |
| 1267 | 7/7/2019 | Email chain from C. Taylor to S. Lampe, et al., re: Please Respond | DOJ-00014988 |
| 1268 | | Fall 2018 CPE 512: Chemical Engineering Thermodynamics II Syllabus | |
| 1269 | 9/5/2018 | Email from F. Tao to F. Tao attaching CPE512 Syllabus | |
| 1270 | 8/15/2019 – 8/16/2019 | Email chain from K. Grunewald to J. Carlson, et al., re: change meeting date due to an emergency of my mother | DOJ-00016401 |
| 1271 | 3/16/2020 | Email from guerrillamail account to C. Taylor re: Feng Tao signed the contract | DOJ-00016418 |
| 1272 | 1/7/2020 – 1/9/2020 | Email chain from K. Grunewald to C. Taylor, et al., re: About extortion | DOJ-00016486-87 |
| 1273 | 9/23/2019 – 11/5/2019 | Email chain from A. Reed to S. Lampe re: NSF and DOE | DOJ-00016881-83 |

Defendant's Exhibit List

| Exhibit No. | Date | Document Description | Bates No. |
|---|---|---|---|
| 1274 | 9/23/2019 – 11/5/2019 | Email chain from S. Lampe to A. Reed re: NSF and DOE | DOJ-00016884-85 |
| 1275 | 5/14/2019 | Email from K. Grunewald to C. Taylor re FW: CONFIDENTIAL Attorney-Client Communication | DOJ-00019872-73 |
| 1276 | 5/20/2018 | Email from F. Tao to C. Brown, et al., re: quick question on no-payment leave | DOJ-00019877 |
| 1277 | 5/10/2018 | Email from F. Tao to C. Brown, et al., re: meeting slot | DOJ-00019878 |
| 1278 | 6/28/2018 | Email from A. Roberson to Post Award Grants, et al., re: Award Id : 1800577, PI: Tao | DOJ-00020069-71 |
| 1279 | 12/1/2014 | NSF Award Documents | DOJ-00020249-52 |
| 1280 | January 2015 | DOE Federal Assistance Reporting Checklist and Instructions : | DOJ-00020231-47 |
| 1281 | 2/25/2019 | Email from F. Tao to L. Weatherley re: updated CV | DOJ-00127376-97 |
| 1282 | 11/28/2018 | Letter from F. Tao to University of Florida Faculty Search Committee re: open positions in chemical engineering | DOJ-00130778 |
| 1283 | 10/15/2018 | Letter from F. Tao to University of Illinois Faculty Search Committee re: open rank full-time tenure-track positions [College of Liberal Arts and Sciences: Open Rank Tenure Track Faculty – Department of Chemistry (101790)] | DOJ-00133211 |
| 1284 | 12/1/2018 – 12/3/2018 | Email from S. Quigley to F. Tao re Fwd: Application submitted from C&ENJobs by Franklin (Feng) Tao for Associate or Full Professor Chemistry – Status: Emailed | DOJ-00162918-19 |
| 1285 | 11/28/2018 | Letter from F. Tao to Brown University Faculty Search Committee re: open positions of Associate or Fully Professor of Chemistry | DOJ-00162920-48 |
| 1286 | 11/18/2018 | Letter from F. Tao to Stanford University Faculty Search Committee re: open positions in chemical engineering | DOJ-00163755 |
| 1287 | 10/1/2018 | Sponsored Project Budget Summary | DOJ-00169739-91 |

Defendant's Exhibit List

| Exhibit No. | Date | Document Description | Bates No. |
|---|---|---|---|
| 1288 | 6/30/2018 – 7/12/2018 | Email from Government Informant to F. Tao, et al., re: Mahak from TIFR: Application for the Postdoctoral Position in your Lab | DOJ-00185026-28 |
| 1289 | 6/1/2018 – 6/6/2018 | Email chain from Government Informant to M. Mood, et al., re: Postdoctoral Position | DOJ-00186263-65 |
| 1290 | | NSF Program Solicitation 15-517 | DOJ-000256149-61 |
| 1291 | | FDP Cost Reimbursement Research Subaward Agreement | DOJ-00273397-406 |
| 1292 | 7/9/2015 | Letter from Notre Dame to F. Tao re: adjunct professor | DOJ-00282571 |
| 1293 | 6/25/2017 – 6/27/2017 | Email chain from V. Schwartz to F. Tao, et al., re: Receipt of Progress Report for BES Award DE-SC0014561 by DOE | DOJ-00451404-05 |
| 1294 | | KU Associate Professor Documents | DOJ-00474583-92 |
| 1295 | 7/8/2014 | NSF Award Document | DOJ-01193990-92 |
| 1296 | 7/10/2014 – 8/8/2014 | Email chain from F. Tao to F. Fleming, et al., re: NSF Career Award | DOJ-01204407-11 |
| 1297 | 7/23/2018 – 7/24/2018 | Email chain from F. Tao to Government Informant, et al., re Fw: Postdoctoral applicant experiences and interested in synthesis and characterization of novel catalysts for fuel cell applications | DOJ-01418239-40 |
| 1298 | March 2010 | KU Handbook for Faulty and Other Unclassified Staff | DOJ-01423112-61 |
| 1299 | 9/8/2015 | Principal Investigator Acknowledgment of Responsibilities | DOJ-01423218 |
| 1300 | 6/11/2019 – 6/12/2019 | Email chain from C. Brown to C. Taylor, et al., re Fwd: follow up meeting with Chris Brown | |
| 1301 | 7/23/2019 | Government Informant Interview Audio File | |
| 1302 | 6/25/2019 – 6/26/2019 | Email chain from S. Lampe to A. Mattivi, et al., re: Progress | JENCKS-00000291 |
| 1303 | 6/30/2014 | KU Employment Offer to F. Tao | JENCKS-00000893-94 |
| 1304 | | Compilation of F. Tao Publications from 2014 to present | |

**Defendant's Exhibit List**

*United States v. Tao*
**Case No. 19-20052-JAR-JPO**

| Exhibit No. | Date | Document Description | Bates No. |
|---|---|---|---|
| 1305 | 12/18/2014 | Email chain from L. Marino to F. Tao, et al., re FW: Subgrant RF183-G1 | DOJ-00254388 |
| 1306 | 5/18/2018 | Email chain from J. Johns to T. Watkins, et al., re: no need summer payment | |
| 1307 | 5/23/2019 | Email chain from F. Tao to J. Johns, et al., re: IMPORTANT: Funding to Pay CPE for Course Buyout | |
| 1308 | 5/7/2018 – 6/18/2018 | Email chain from L. Weatherley to K. Wittman re: subaward from Fuzhou University | DOJ-00001492-514 |
| 1309 | 5/7/2018 – 6/13/2018 | Email chain from K. Mason to K. Wittman re: subaward from Fuzhou University | DOJ-00001515-37 |
| 1310 | 5/29/2019 – 6/22/2018 | Email chain from F. Tao to L. Weatherley, et al., re: subaward from Fuzhou University | DOJ-00001572-73 |
| 1311 | 6/25/2018 – 6/26/2018 | Email chain from K. Wittman to F. Tao, et al., re: [Chinese Characters]; and Tao Internal Budget attachment | DOJ-00188442-43; DOJ-00188442a |
| 1312 | 5/29/2018 - 6/22/2018 | Email chain from L. Weatherley to F. Tao, et al., re: subaward from Fuzhou University | DOJ-00188752-53 |
| 1313 | 5/29/2018 - 6/22/2018 | Email chain from K. Wittman to F. Tao, et al., re: subaward from Fuzhou University | DOJ-00188768-69 |
| 1314 | 7/11/2019 | Letter from NSF to Colleagues re Research Protection | |
| 1315 | | NSF Program Solicitation 11-690 | |
| 1316 | | NSF Program Solicitation 15-517 | |
| 1317 | 3/23/2020 | Promoting and Protecting the U.S. Science and Engineering Enterprise PowerPoint | DOJ-01424375-98 |
| 1318 | 10/19/2020 | Promoting and Protecting the U.S. Science and Engineering Enterprise PowerPoint | DOJ-01424399-424 |
| 1319 | 10/19/2020 | Promoting and Protecting the U.S. Science and Engineering Enterprise PowerPoint | DOJ-01424425-40 |
| 1320 | 4/12/2021 | Promoting and Protecting the U.S. Science and Engineering Enterprise PowerPoint | DOJ-01424441-63 |

Defendant's Exhibit List

*United States v. Tao*
**Case No. 19-20052-JAR-JPO**

| Exhibit No. | Date | Document Description | Bates No. |
|---|---|---|---|
| 1321 | 10/6/2020 | Promoting and Protecting the U.S. Science and Engineering Enterprise PowerPoint | DOJ-01424464-98 |
| 1322 | 8/13/2020 | Promoting and Protecting the U.S. Science and Engineering Enterprise PowerPoint | DOJ-01424499-508 |
| 1323 | 1/10/2019 | Email chain from B. Subramaniam to A. Allgeier, et al., re: Congratulations | DOJ-00157780 |
| 1324 | 12/1/2014 – 12/16/2014 | Email chain from R. Miranda to F. Tao re: more choices of reactions | DOJ-00011559-61 |
| 1325 | 2/27/2019 – 4/3/2019 | Compilation of 2019 Spring ACS Meeting at FL Orlando Documents | |
| 1326 | 12/29/2018 – 4/23/2019 | Compilation of 2019 Spring Korea Physics Meeting Email Chain and Documents | |
| 1327 | 1/18/2019 – 5/6/2019 | Compilation of 2019 Spring Oak Ridge National Lab Meeting Email Chain and Documents | |
| 1328 | 5/15/2019 – 7/19/2019 | Compilation of 2019 Summer DOE Principal Investigator Catalysis Meeting in D.C. Email Chain and Documents | |
| 1329 | 5/5/2019 – 5/28/2019 | Compilation of 2019 Summer Natural Gas Conversion Meeting in Texas Email Chain and Documents | |
| 1330 | 3/30/2019 – 7/19/2019 | Compilation of 2019 Summer North American Catalysis Meeting in Chicago Email Chain and Documents | |
| 1331 | 1/10/2019 | Email chain from A. Allgeier to F. Tao, et al., re: Congratulations | |
| 1332 | 4/16/2019 – 4/17/2019 | Email chain from P. Dhar to F. Tao, et al., re: GTA Support for Fall 2019 | DOJ-00147032-34 |
| 1333 | 5/18/2019 – 5/20/2019 | Email chain from L. Weatherley to F. Tao re: teaching course | DOJ-00121870-71 |
| 1334 | 3/27/2019 – 3/29/2019 | Email chain from F. Tao to A. Nolan re: Advising Meeting | DOJ-00127083 |
| 1335 | 1/30/2019 – 2/5/2019 | Email chain from H. Shi to F. Tao re: Comprehensive Exam for Crystal | DOJ-00154102-05 |

**Defendant's Exhibit List**

*United States v. Tao*
**Case No. 19-20052-JAR-JPO**

| Exhibit No. | Date | Document Description | Bates No. |
|---|---|---|---|
| 1336 | Fall 2018 | Student Survey of Teaching | |
| 1337 | | F. Tao KU University Scholarly Achievement Award Plaque | |
| 1338 | 10/17/2018 | Year in Chemistry, *Catalysts revealed their molecular-scale secrets* | |
| 1339 | 1/25/2018 | KU Faculty Evaluation for 2017 | |
| 1340 | | Compilation of KU Publications Showing Views and Citations | |