# UNITED STATES DISTRICT COURT
## District of Kansas

**UNITED STATES OF AMERICA,**

      Plaintiff,

      v.                      Case No.   **19-20052-01-JAR**

**FENG TAO,**

      Defendant.

## ORDER

On the Government's unopposed Motion to Dismiss Counts Three and Eight of the Second Superseding Indictment (Doc. 75), IT IS ORDERED, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, that Counts Three and Eight of the Second Superseding Indictment are dismissed without prejudice.

Dated: February 14, 2022

                                              S/ Julie A. Robinson
                                              JULIE A. ROBINSON
                                              UNITED STATES DISTRICT JUDGE