IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                            CRIMINAL ACTION
                                                             No. 19-20052-01-JAR

FENG TAO,

        Defendant.

## **TRIAL ORDER**

This case is scheduled for jury trial beginning **March 21, 2022 at 9:00 a.m.** in Kansas City, Kansas in Courtroom #643.  The Court therefore sets the following trial deadlines in this case:

**IT IS ORDERED BY THE COURT** that the parties shall file any supplemental witness and exhibit lists no later than **February 28, 2022.**

**EXHIBITS**: Parties are expected to use presentation technology available in the courtroom to display evidence to the jury. Training on the equipment should be arranged well in advance of trial with the courtroom deputy. See "D.Kan.Guidelines & Orders" link on the district website at www.ksd.uscourts.gov  (under *General Practice Guidelines – Jury Evidence Recording System)*.  Counsel shall provide in electronic format any exhibits of documents, photographs, videos, and any other evidence that may be reduced to an electronic file no later than **March 14, 2022**, for the use of Court personnel and the Court's Jury Evidence Recording System (JERS) during trial.

Documents and photographs shall be in **.pdf, .jpg, .bmp, .tif,** or **.gif** format; video and audio recordings shall be in **.avi, .wmv, .mpg, .mp3, .wma,** or **.wav** format.

Each electronic exhibit shall be saved as a separate, independent file, and provided to the Court on a storage device, such as cd, dvd, or flash drive. **Exhibit files shall be named consistent with their order and name on the exhibit list.**

**IT IS FURTHER ORDERED** that the parties shall submit proposed voir dire questions and jury instructions no later **March 7, 2022.**

**IT IS FURTHER ORDERED** that this case is set for jury trial beginning on **March 21, 2022 at 9:00 a.m.** in Kansas City, Kansas, in **Courtroom #643.**

**IT IS SO ORDERED.**

Dated: February 16, 2022

 S/ Julie A. Robinson
JULIE A. ROBINSON
UNITED STATES DISTRICT JUDGE