# EXHIBIT B

ADVERTISEMENT

HOME  >  NEWS  >  SCIENCEINSIDER  >  U.S. PROSECUTORS SAID AN MIT SCIENTIST HID HIS CHINA TIES. HERE'S WHY THEIR CASE COLLAPSED

SCIENCEINSIDER   PEOPLE & EVENTS

# U.S. prosecutors said an MIT scientist hid his China ties. Here's why their case collapsed

Government misinterpreted disclosure rules and alleged nonexistent links

25 JAN 2022 • 2:05 PM • BY JEFFREY MERVIS



Gang Cheng has been on the Massachusetts Institute of Technology's engineering faculty since 2001. MASSACHUSETTS INSTITUTE OF TECHNOLOGY

SHARE:      

 A version of this story appeared in Science, Vol 375, Issue 6579.

For the past year, the U.S. government had argued that Massachusetts Institute of Technology (MIT) engineering professor Gang Chen broke the law by failing to disclose his ties to China when applying for a grant from the Department of Energy (DOE). But last week, prosecutors abruptly reversed course and dropped all charges against him, telling a federal court on 20 January that the government "can no longer meet its burden of proof at trial." How did prosecutors get it so wrong?

Chen's case was one of the highest profile prosecutions of an academic scientist brought under the China Initiative, a controversial government effort to prevent China from stealing federally funded research that has ensnared some two dozen university researchers. Last month, in another prominent case, a jury convicted Harvard University chemist Charles Lieber of failing to disclose his financial ties to China to federal agencies. But Chen's case never made it to a jury.

In a motion to dismiss, U.S. Attorney Rachael Rollins informed U.S. District Court Judge Patti Saris that prosecutors had received "additional information bearing on the materiality of the defendant's alleged omissions." But observers say the case crumpled because two of its pillars had fatal flaws. In one instance, prosecutors misinterpreted DOE's disclosure requirements in 2017, when Chen applied for a $2.7 million grant that loomed large in the case. They also distorted the nature of Chen's interactions with Chinese institutions and alleged ties that didn't exist.

"The government's case often gets stronger after an indictment because it has time to collect additional evidence," says Chen's lawyer, Robert Fisher of Nixon Peabody LLP. "But this time their case got progressively worse, until it finally collapsed."

Chen's 2-year legal nightmare began in January 2020, 1 year before his arrest, when federal agents questioned him at Boston Logan International Airport after he returned from a family vacation in China. The government alleged that when Chen applied for his DOE grant in March 2017, he didn't comply with department rules requiring applicants to list "activities outside the United States or partnerships with international collaborators" related to his proposed research, which involved studying how polymers conduct heat. But the application form DOE was using at the time—a broad call for proposals that typically results in hundreds of awards across many fields—did not request that information.

Such collaborations, and the potential security concerns, weren't yet on DOE's radar, says Chris Fall, who headed DOE's science office during former President Donald Trump's administration and worked on research security issues at the White House under former President Barack Obama. Instead, DOE's disclosure rules were focused on preventing "duplicative grants, where [DOE was] being asked to fund something that another federal agency was already supporting," says Fall, now vice president of applied sciences at the MITRE Corporation, a nonprofit that manages several federal research labs.


ADVERTISEMENT

It was only in October 2020, more than 3 years after Chen applied for his grant, that DOE began to require applicants to disclose one type of foreign collaboration: "participation in foreign government-sponsored talent recruitment programs." (The new form has a bold box that says: "WARNING: These instructions have been significantly revised.") Those talent programs, notably China's Thousand Talents programs, can provide U.S.-based scientists with generous funding to work in the sponsor nation. Although such programs are 10 years old, federal officials recently began to worry U.S. participants could face time and financial conflicts that might jeopardize research integrity.

DOE made the revision after considerable internal discussions, recalls Fall, who notes that the new policy wasn't prescriptive. "We didn't spell out what type of partnerships were allowed and which weren't," he says. "The office doesn't have the investigative resources to determine that. We just wanted to make sure they told us what they were doing."

A related flaw in the government's case, Fisher says, was its assertion that Chen had made seven "material omissions" on his DOE application about relationships with Chinese institutions. But none had anything to do with Chen's proposed research, Fisher says. And he says five of the seven alleged collaborations didn't exist; prosecutors might have derived them from erroneous information posted on the internet.

For example, Fisher says Chen's alleged participation in a foreign talent program run by the city of Wuhan, China, and a nearby industrial park, dubbed Optics Valley, was based on an offer from those entities that Chen rejected. "He was sent a contract describing his potential involvement and he deleted that provision," Fisher says. "Nothing ever came of the project."

One relationship that did exist, Fisher says—advising China's Southern University of Science and Technology (SUSTech)—was part of Chen's official duties at MIT. In 2018, MIT signed a 5-year agreement with SUSTech in which the Chinese university put up $19 million to fund a joint engineering center. And Chen had disclosed his work on that deal on the CV he sent to DOE, Fisher notes.

Chen's colleagues never doubted his innocence. "It was clear that some of what the government was saying was a blatant lie and that there was no criminal intent," says Yoel Fink, an MIT materials scientist who helped organize a petition signed by hundreds of academics titled "We are all Gang Chen." MIT, which placed Chen on leave with pay after his arrest and has paid his legal bills, has welcomed him back. "All of us who know Gang are deeply relieved … and eager for his full return to our community," MIT President L. Rafael Reif wrote in a statement. "It is difficult to reconcile and accept the pain and anguish that such good people, people we are proud and fortunate to know, have endured over the last 2 years," Reif added.

Chen was back in his lab the day after the case was dropped, and last week he posted a research paper that thanked MIT "for its support during a difficult time." His DOE grant was renewed in 2020 and is now being led by a colleague in the mechanical engineering department that Chen once chaired. But Chen "wants nothing more to do with [federal funding]," Fisher says. "Gang has been pretty scarred by the whole experience. He doesn't plan to work on any more government grants."

doi: 10.1126/science.ada0516

**RELEVANT TAGS:**

PEOPLE & EVENTS    SCIENTIFIC COMMUNITY

# ABOUT THE AUTHOR



**Jeffrey Mervis** ✉
Author

Jeff tries to explain how government works to readers of *Science*.

# MORE FROM NEWS



**17 FEB. 2022**
**In new setback for eradication campaign, poliovirus from Pakistan shows up in Africa**
BY LESLIE ROBERTS



**17 FEB 2022**
**Wild animals prized as delicacies in China contain a bevy of threatening viruses**
BY JON COHEN



**17 FEB. 2022**
**Resignation leads to controversial division of White House science adviser's job**
BY JEFFREY MERVIS

VIEW MORE ›

Got a tip for Science's news department?   CONNECT ›

## Subscribe to News from Science

Don't yet have access? Subscribe to News from *Science* for full access to breaking news and analysis on research and science policy.

SUBSCRIBE

ADVERTISEMENT

### SCIENCEINSIDER



**17 FEB. 2022** | BY LESLIE ROBERTS
**In new setback for eradication campaign, poliovirus from Pakistan shows up in Africa**



**17 FEB 2022** | BY JON COHEN
**Wild animals prized as delicacies in China contain a bevy of threatening viruses**



**17 FEB 2022** | BY JEFFREY MERVIS
**Resignation leads to controversial division of White House science adviser's job**



**16 FEB 2022** | BY MEREDITH WADMAN
**COVID-19 patients face higher risk of brain fog and depression, even 1 year after infection**

VIEW MORE

ADVERTISEMENT

### SIFTER



11 FEB 2022 | BY TESS JOOSSE
Sick dinosaur may have had the earliest known cough



8 FEB 2022 | BY TESS JOOSSE
Chimps 'treat' each other's wounds with insects



6 DEC 2021 | BY RACHEL FRITTS
Baby bats learn to navigate by hitching a ride on mom



12 NOV 2021 | BY PAUL VOOSEN
This diamond contains a mineral never before seen in nature

VIEW MORE

# RECOMMENDED



20 JAN 2022 | BY JEFFREY MERVIS
Prosecutors drop China Initiative case against MIT's Gang Chen

IN DEPTH | JANUARY 2022
Why a high-profile China Initiative case collapsed

IN DEPTH | SEPTEMBER 2021
U.S. judge acquits researcher charged with hiding China ties

NEWS & COMMENT | JULY 1992
U.S. Attorney Decides Not to Prosecute Imanishi-Kari

ADVERTISEMENT

Science   Science Advances   Science Immunology   Science Robotics   Science Signaling

FOLLOW US

| NEWS | CAREERS | COMMENTARY | JOURNALS | AUTHORS & REVIEWERS |
|---|---|---|---|---|
| All News | Careers Articles | Opinion | Science | Information for Authors |
| ScienceInsider | Find Jobs | Analysis | Science Advances | Information for Reviewers |
| News Features | Employer Profiles | Blogs | Science Immunology | |
| Subscribe to News from Science | | | Science Robotics | |
| News from Science FAQ | | | Science Signaling | |
| About News from Science | | | Science Translational Medicine | |
| | | | Science Partner Journals | |

| LIBRARIANS | ADVERTISERS | RELATED SITES | ABOUT US | HELP |
|---|---|---|---|---|
| Manage Your Institutional Subscription | Advertising Kits | AAAS.org | Leadership | FAQs |
| Library Admin Portal | Custom Publishing Info | AAAS Communities | Work at AAAS | Access and Subscriptions |
| Request a Quote | Post a Job | EurekAlert! | Prizes and Awards | Order a Single Issue |
| Librarian FAQs | | Science in the Classroom | | Reprints and Permissions |
| | | | | Contact Us |

© 2022 American Association for the Advancement of Science. All rights reserved. AAAS is a partner of HINARI, AGORA, OARE, CHORUS, CLOCKSS, CrossRef and COUNTER.

Terms of Service  |  Privacy Policy  |  Accessibility