In the United States District Court
for the District of Kansas

**United States of America,**
    Plaintiff,

v.

Feng Tao

    Defendant.

Case No. 19-20052-JAR-JPO

**Consent to Appear by Video Teleconference or Telephone Conference**

I, Feng Tao _____, understand that under Federal Rule of Criminal Procedure 43 and the United States Constitution I have a right to be present in open court for the below-listed proceedings in my criminal case. After consulting with counsel, I hereby consent to appear by video teleconference or by telephone conference for the below-listed, marked proceedings:

- \_\_\_\_\_ initial appearance
- \_\_\_\_\_ arraignment
- \_\_\_\_\_ detention hearing
- **X** pretrial hearing
  3/3/22 at 9:00am
- \_\_\_\_\_ waiver of indictment

- \_\_\_\_\_ Rule 40 appearance
- \_\_\_\_\_ misdemeanor plea & sentencing
- \_\_\_\_\_ felony plea
- \_\_\_\_\_ felony sentencing
- \_\_\_\_\_ probation/supervised release revocation proceedings (including pretrial release)

_____
Defendant

2/28/2022
Date

_____
Defense Counsel

Federal Public Defender 3.26.20