# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 19-20052-JAR-JPO |
| | ) | |
| FENG TAO | ) | |
| a/k/a "Franklin Tao," | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT DR. FRANKLIN TAO'S SUPPLEMENTARY EXHIBIT LIST

Pursuant to the Trial Order (ECF 224), Defendant Dr. Franklin Tao submits the enclosed supplemental list of trial exhibits for use in direct examination. Dr. Tao reserves his right to offer additional exhibits not set forth below for purposes of impeachment or cross-examination. Dr. Tao further reserves his right to offer exhibits listed in the Government's Exhibit List for any purpose. Dr. Tao further reserves his right to use demonstrative exhibits at trial.

Dr. Tao notes that the listing of a document below is not an admission that such document is relevant or admissible when offered by the government for the purpose that the government wishes to admit the document. Any description of a document below is provided for convenience only and shall not be used as an admission or otherwise as evidence regarding the listed document or any other listed document. Dr. Tao reserves his right to object to the relevance or admissibility of any evidence offered by the government, at the time such evidence is offered, in view of the specific context in which such evidence is offered.

Dated:  February 28, 2022                    Respectfully submitted,

/s/ Thomas H. Johnson
Thomas H. Johnson #13688
Petefish, Immel, Hird, Johnson,
Leibold & Sloan, LLP
842 Louisiana
Lawrence, KS 66044
Tel: (785) 843-0450
Fax: (785) 843-0407
tjohnson@petefishlaw.com

Peter Zeidenberg
Michael F. Dearington
Laura Zell
ARENT FOX LLP
1717 K Street, NW
Washington, DC 20006
Tel: (202) 857-6000
Fax: (202) 857-6395
Peter.Zeidenberg@arentfox.com
Michael.Dearington@arentfox.com
Laura.Zell@arentfox.com

*Attorneys for Defendant Franklin Tao*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 28th day of February, 2022, I electronically filed the

foregoing Preliminary Exhibit List with the Clerk of the Court using the CM/ECF system.

<u>/s/ Thomas H. Johnson</u>
Thomas H. Johnson

Defendant's First Supplemental Exhibit List | *United States v. Tao*
Case No. 19-20052-JAR-JPO

### DEFENDANT DR. FRANKLIN TAO'S FIRST SUPPLEMENTAL EXHIBIT LIST

| Exhibit No. | Date | Document Description | Bates No. |
|---|---|---|---|
| 1001 | 8/21/2019 | August 21, 2019, Transcript of Grand Jury Testimony of S. Lampe | DOJ-01420786 |
| 1002 | 1/15/2020 | January 15, 2020, Transcript of Grand Jury Testimony of S. Lampe | DOJ-01420829 |
| 1003 | 6/24/2020 | June 24, 2020, Transcript of Grand Jury Testimony of S. Lampe | DOJ-01420893 |
| 1004 | 5/21/2015 | Email chain from B. Bernet to F. Tao re: URGENT – Withdraw and Resubmit the DOE Proposal | DOJ-00269942-45 |
| 1005 | 12/2/2014 | KAUST Competitive Research Grants Program (CRG) Round 3 Award to University of Kansas | DOJ-00261763 |
| 1006 | 12/2/2014 | Email from ORS Contracts to B. Bernet, et al., re: 2224 CRG3 Subaward Agreement UKansas (Dr. Franklin Feng Tao) KAUST (Dr. Kazuhiro Takanabe) | DOJ-00260986-87 |
| 1007 | 1/2/2015 – 1/5/2015 | Email chain from J. Small to F. Tao re: Proposal Submission | DOJ-00255793-94 |
| 1008 | 5/10/2018 – 5/15/2018 | Email chain from F. Tao to S. Bowling, et al., re: meeting slot | DOJ-00474617 |
| 1009 | 5/17/2018 | Email from F. Tao to L. Weatherley re: letter to apply a four-month no-payment leave in spring 2019 | DOJ-00001748 |
| 1010 | 5/17/2018 – 12/10/2018 | Email chain from C. Brown to L. Weatherley re: letter to apply a four-month no-payment leave in spring 2019 | DOJ-00474693 |
| 1011 | 5/17/2018 – 12/9/2018 | Email chain from C. Brown to M. Hegedusich, et al., re: letter to apply a four-month no-payment leave in spring 2019 | DOJ-00474696 |
| 1012 | 5/21/2018 | Email from F. Tao to C. Brown, et al., re: quick question on no-payment leave | DOJ-00474613 |
| 1013 | 6/22/2018 | Buy-Out Course Letter from F. Tao to L. Weatherley | DOJ-00001597 |

Defendant's First Supplemental Exhibit List

*United States v. Tao*
Case No. 19-20052-JAR-JPO

| Exhibit No. | Date | Document Description | Bates No. |
|---|---|---|---|
| 1014 | 3/2/2018 | Invitation Spring/Summer 2019 Letter from R. Schlögl (Fritz-Haber-Institut der Maz-Planck-Gessellschaft) to F. Tao | DOJ-00001709 |
| 1015 | | KU Commitment of Time, Conflict of Interest, Consulting, and Other Employment Policy | DOJ-01423963-72 |
| 1016 | 4/30/2018 | No-Payment Leave Request Letter from F. Tao to L. Weatherley | DOJ-00474615; DOJ-01417539 |
| 1017 | 5/17/2018 – 5/21/2018 | Email chain from L. Weatherley to B. Subramaniam re: Franklin – application for unpaid leave | DOJ-00001731-32 |
| 1018 | 5/17/2018 – 5/21/2018 | Email chain from F. Tao to L. Weatherley re FW: letter to apply a four-month no-payment leave in spring 2019 | DOJ-00001733 |
| 1019 | 5/29/2018 – 6/22/2018 | Email from F. Tao to L. Weatherley, et al., re: buying out course | DOJ-00001594 |
| 1020 | 5/17/2018 | Email chain from K. Mason to R. Saalweachter, et al., re FW: subaward from Fuzhou University | FT-DEF-000001-16 |
| 1021 | 6/25/2018 | Email from L. Weatherley to F. Tao, et al., re: buying out course | DOJ-00001465 |
| 1022 | 5/22/2018 – 6/25/2018 | Email chain from T. Spencer to F. Tao, et al., re FW: buying out course | DOJ-00121582-84 |
| 1023 | 7/10/2018 – 7/11/2018 | Email chain from F. Tao to B. Bernet, et al., re: DOE Request to Complete a Revised Budget for Proposal 0000235086 | DOJ-00139104-06 |
| 1024 | 4/2/2019 | Email chain from L. Weatherley to F. Tao re: Buy outs for FY 2020 | DOJ-00001729-30 |
| 1025 | 2/8/2019 | Email from L. Weatherley to A. Allgeier, et al., re: Teaching duties 2019 / 2020 | DOJ-00153821 |
| 1026 | 2/7/2019 | KU Chemical Engineering Core and Elective Courses – For Discussion (attachment to email re: Teaching duties 2019 / 2020) | DOJ-00153822-25 |
| 1027 | 9/11/2020 | Financial Investigative Report by C. Gibby | DOJ-01424791-806 |

Defendant's First Supplemental Exhibit List

*United States v. Tao*
Case No. 19-20052-JAR-JPO

| Exhibit No. | Date | Document Description | Bates No. |
|---|---|---|---|
| 1028 | | Received Ally Bank Documents for Zexi Song | DOJ-00008234 |
| 1029 | | U.S. Grand Jury Subpoena and Received Documents for Zexi Song Bank Records from Ally Bank | DOJ-00008328-476 |
| 1030 | | Received Ally Bank Documents for Zexi Song and Zheng Zhao | DOJ-00008477-619 |
| 1031 | | Received Bank of America Documents for Dingding Ye and Qiang Ye | DOJ-00008643-706 |
| 1032 | | Received Bank of America Documents for Chenglan Ding and Qiang Ye | DOJ-00008710-917 |
| 1033 | | 2018 and 2019 1099 Forms for Chenglan Ding and Qiang Ye | DOJ-00008918-921 |
| 1034 | | Received Bank of America Documents for Chenglan Ding and Qiang Ye | DOJ-00008930-9045 |
| 1035 | | Received Bank of America Documents for Chenglan Ding and Qiang Ye | DOJ-00009196-327 |
| 1036 | | Received Bank of America Documents for Qiang Ye | DOJ-00009328-479 |
| 1037 | | Received Bank of America Documents for Chenglan Ding and Qiang Ye | DOJ-00009488 |
| 1038 | | Received Bank of America Documents for Chenglan Ding and Qiang Ye | DOJ-01414606-611 |
| 1039 | | Received Bank of America Documents for Dingding Ye and Qiang Ye | DOJ-01414058 |
| 1040 | | Received Bank of America Documents for Chenglan Ding and Qiang Ye | DOJ-01414125 |
| 1041 | 6/9/2019 – 8/29/2019 | Surveillance 302 | DOJ-01414000-40 |
| 1042 | 6/1/2019 | Handwritten Notes from Surveillance | KC-3111379-FISUR_0000040_1A0000041_0000001-3 |

**Defendant's First Supplemental Exhibit List**                    *United States v. Tao*
                                                                   **Case No. 19-20052-JAR-JPO**

| Exhibit No. | Date | Document Description | Bates No. |
|---|---|---|---|
| 1043 | | F. Tao Surveillance Photo from Conference | KC-3111379-FISUR_0000040_1A0000041_0000004 |
| 1044 | | F. Tao Surveillance Photo from Conference | KC-3111379-FISUR_0000040_1A0000041_0000005 |
| 1045 | | F. Tao Surveillance Photo from Conference | KC-3111379-FISUR_0000040_1A0000041_0000006 |
| 1046 | | Surveillance Photo from Conference | KC-3111379-FISUR_0000040_1A0000041_0000007-8 |
| 1047 | | Handwritten Notes from Surveillance | KC-3111379-FISUR_0000040_1A0000041_0000010-11 |
| 1048 | 7/1/2019 | Physical Surveillance of F. Tao | DOJ-01413915-16 |
| 1049 | 7/30/2019 | Physical Surveillance of F. Tao | DOJ-01413949-50 |
| 1050 | 7/30/2019 | Physical Surveillance of F. Tao | DOJ-01413954-55 |
| 1051 | 7/31/2019 | Physical Surveillance of F. Tao | DOJ-01413958-59 |
| 1052 | 7/31/2019 | Physical Surveillance of F. Tao | DOJ-01413961-62 |
| 1053 | 8/1/2019 | Physical Surveillance of F. Tao | DOJ-01413968 |
| 1054 | 8/1/2019 | Physical Surveillance of F. Tao | DOJ-01413964 |
| 1055 | 7/29/2019 | Physical Surveillance of F. Tao | DOJ-01413945 |
| 1056 | 7/1/2019 | Handwritten Notes from Surveillance | KC-3111379-FISUR_0000040_1A0000041_0000013 |
| 1057 | 7/23/2019 | Handwritten Notes from Surveillance | KC-3111379-FISUR_0000040_1A0000041_0000032 |
| 1058 | | Email from B. Newbury re: 20 July 2019 Saturday 7a-3p | DOJ-01413936 |
| 1059 | | Email from B. Newbury re: 20 July 2019 Saturday 7a-3p | DOJ-01413938 |
| 1060 | | Email from B. Newbury re: 24 July 2019 Wednesday 2p-10p | DOJ-01413944 |
| 1061 | | Email re: 8/2/19 7a-3p | DOJ-01413973 |
| 1062 | | Email from B. Newbury re: 6 August 2019 2pm-10pm | DOJ-01413980 |

4

Defendant's First Supplemental Exhibit List

*United States v. Tao*
Case No. 19-20052-JAR-JPO

| Exhibit No. | Date | Document Description | Bates No. |
|---|---|---|---|
| 1063 | | Email re: 6 August 2019 Tuesday 7a-3p | DOJ-01413983 |
| 1064 | | Email re: 7/1/19 8a-4p | DOJ-01413918 |
| 1065 | | Email from B. Newbury re: July 17, 2019 Tuesday 12p-8p | DOJ-01413920 |
| 1066 | | Email re: 7/19/19 Friday 7am-3pm | DOJ-01413934 |
| 1067 | | Email from B. Newbury re: 22 July 2019 Monday 7a-3p | DOJ-01413940 |
| 1068 | | Email re: 7/29/19 7a-3p | DOJ-01413947 |
| 1069 | | Email from B. Newbury re: July 30, 2019 Tuesday 7a-3p | DOJ-01413951 |
| 1070 | | Email from B. Newbury re: July 30, 2019 Tuesday 2p-10p | DOJ-01413952 |
| 1071 | | Email re: SITREP Wednesday, July 31, 2019, 7a-3p | DOJ-01413956 |
| 1072 | | Email with Undated Notes from Surveillance | DOJ-01413966 |
| 1073 | | Email from B. Newbury re: 2 August 2019 7a-p Friday | DOJ-01413971 |
| 1074 | | Email from B. Newbury re: Saturday 8/3/19 7a-3p | DOJ-01413975 |
| 1075 | | Email from B. Newbury re: 4 August 2019 Sunday 7a-3p | DOJ-01413977 |
| 1076 | | Email from B. Newbury re Fwd: 5 August 2019 Monday 7a-3p | DOJ-01413979 |
| 1077 | | Email re: SITREP, Wednesday, August 7, 2019, 2p-10p | DOJ-01413984 |
| 1078 | | Email re Fwd: 7 Aug 2019 Wednesday 7a-3p | DOJ-01413987 |
| 1079 | | Email from B. Newbury re: 8 August 2019 Thursday 7a-3p | DOJ-01413989 |
| 1080 | | Email re: 8/11/19 7a-3p | DOJ-01413993 |
| 1081 | 8/21/2019 | F. Tao and H. Peng Surveillance Notes | DOJ-01413998-99 |
| 1082 | | Email re: SITREP, July 23, 2019, 2p-10p | DOJ-01413941 |
| 1083 | | Email from B. Newbury re: 31 July 2019 Wednesday 2p-10p | DOJ-01413963 |
| 1084 | | Email re Undated Surveillance Notes on H. Peng | DOJ-01413969 |
| 1085 | 8/10/2019 | Email re: August 9, 2019 Friday 7a-3p | DOJ-01413991 |
| 1086 | | Email re: 12 August 2019 7am-3pm | DOJ-01413995 |
| 1087 | 8/20/2019 | F. Tao and H. Peng Surveillance Notes | DOJ-01413996 |

**Defendant's First Supplemental Exhibit List**                    *United States v. Tao*
                                                                   *Case No. 19-20052-JAR-JPO*

| Exhibit No. | Date | Document Description | Bates No. |
|---|---|---|---|
| 1088 | 7/17/2019 | Drivers License Detail of D. Nguyen | DOJ-01413928-29 |
| 1089 | 7/17/2019 | Drivers License Detail of L. Nguyen | DOJ-01413921 |
| 1090 | 7/17/2019 | Drivers License Information on D. Nguyen | DOJ-01413924 |
| 1091 | 7/17/2019 | Drivers License Detail of L. Nguyen | DOJ-01413925 |
| 1092 | 7/17/2019 | Drivers License Information on L. Nguyen | DOJ-01413926 |
| 1093 | 8/21/2019 | Physical Surveillance Log of L. Nguyen | DOJ-00000881-85 |
| 1094 | | Surveillance Video 1 | |
| 1095 | | Surveillance Video 2 | |
| 1096 | | Surveillance Video 3 | |
| 1097 | | Surveillance Video 4 | |
| 1098 | | Surveillance Video 5 | |
| 1099 | | Surveillance Video 6 | |
| 1100 | | Surveillance Video 7 | |
| 1101 | | Surveillance Video 8 | |
| 1102 | | Surveillance Video 9 | |
| 1103 | | Surveillance Video 10 | |
| 1104 | | Surveillance Video 11 | |
| 1105 | | Surveillance Video 12 | |
| 1106 | | Surveillance Video 13 | |
| 1107 | | Surveillance Video 14 | |
| 1108 | 1/9/2018 | Conflict of Interest Form for F. Tao | DOJ-00017090-97 |
| 1109 | 9/25/2018 | Conflict of Interest Form for F. Tao | DOJ-00017098- 105 |
| 1110 | 12/18/2019 | Email from C. Taylor to S. Lampe, et al., re FWD: Tao's Teaching Schedule | DOJ-00015832-34 |
| 1111 | 1/22/2020 | 302 Interview with L. Weatherley | DOJ-00001758 |
| 1112 | | Handwritten Notes from 302 Interview of L. Weatherley | |
| 1113 | | Screenshot of KU Website on University Scholarly Achievement Award | FT-DEF-000017-23 |
| 1114 | | Scholarly Achievement Award Video | FT-DEF-000024 |

Defendant's First Supplemental Exhibit List                    *United States v. Tao*
                                              *Case No. 19-20052-JAR-JPO*

| Exhibit No. | Date | Document Description | Bates No. |
|---|---|---|---|
| 1115 | August 2017 – October 2019 | F. Tao KU Paystubs | FT-DEF-000025-76 |
| 1116 | April – May 2019 | F. Tao and H. Peng Check Images | FT-DEF-000077-78 |
| 1117 | 8/23/2019 | Email From M. Robertson to F. Tao re Lehigh University – Chemistry Seminar Series – September 24, 2019 | FT-DEF-000079 |
| 1118 | 7/15/2019 | Email chain from X. Xu to F. Tao, et al., re: Seminar invitation at Chemistry Department of Lehigh University | FT-DEF-000080-86 |
| 1119 | 5/3/2018 – 5/22/2018 | Email chain from I. Wachs to F. Tao, et al., re: Fw: my updated CV with full information – Anderson Chair applicant | DOJ-00192423-24 |
| 1120 | 10/15/2018 | Email chain from S. Bernasek to F. Tao re: Could you please provide recommendation letters? | DOJ-00169380 |
| 1121 | 11/28/2018 – 12/1/2018 | Email chain from C&EN Jobs to F. Tao re: Application submitted confirmation (C&ENJobs) | DOJ-00163083-84 |
| 1122 | 11/29/2018 | Email chain from F. Tao to U. Ozkan re: quick question | DOJ-00131771-72 |
| 1123 | 11/29/2018 | Email from Faculty Search Stanford to F. Tao re: Stanford Faculty Search Process | DOJ-00163357 |
| 1124 | 11/29/2018 | Email from Faculty Search Admin Group to F. Tao re: Faculty Search Application Confirmation | DOJ-00163358-59 |
| 1125 | 12/4/2018 | Email from Illinois Chemistry to F. Tao re: Application after Close of Job | DOJ-00162772 |
| 1126 | 1/2/2019 | Email chain from J. Weaver to F. Tao re: application to open faculty positions of your department | FT-DEF-000087-88 |
| 1127 | 1/14/2019 | Email from M. Yager to F. Tao re: Faculty Search Completion | FT-DEF-000089 |
| 1128 | 2/7/2019 | Email from ChemE Faculty Search Admin to F. Tao re: University of Michigan Department of Chemical Engineering Faculty Search | FT-DEF-000090 |

Defendant's First Supplemental Exhibit List

*United States v. Tao*
*Case No. 19-20052-JAR-JPO*

| Exhibit No. | Date | Document Description | Bates No. |
|---|---|---|---|
| 1129 | 2/26/2019 | Email from C. Horsfall to F. Tao re: UW-Madison Search | DOJ-00151515 |
| 1130 | 7/12/2019 – 7/15/2019 | Email chain from I. Wachs to G. Ferguson, et al., re: CV of Franklin Tao | FT-DEF-000091 |
| 1131 | 4/17/2018 – 4/30/2018 | Email chain from J. Kelber to F. Tao, et al., re: Welch Chair in Chemistry at University of North Texas | DOJ-00217066-67 |
| 1132 | 10/22/2018 | Email from G. Somorjai to F. Tao re: Recommendation letter | DOJ-00168412 |
| 1133 | 8/24/2018 - 10/22/2018 | Email chain compilation between the Fritz Haber Institute and F. Tao | FT-DEF-000092-103 |
| 1134 | 8/17/2018 | Email chain from F. Tao to L. Weatherley , et al., re: inquire | DOJ-00137312 |
| 1135 | 11/30/2018 | Email chain from P. Willhite to F. Tao re: Is there a chance I could meet with you on Monday next week? | DOJ-00163242 |
| 1136 | 10/12/2018 | Email chain from P. Willhite to F. Tao re: Proxy Vote=Kevin Leonard's Initial Review | DOJ-00169589-90 |
| 1137 | 8/17/2017 – 8/19/2017 | Email chain from P. Willhite to F. Tao, et al., re: Annual Review-Promotion to Full Professor | DOJ-00461992-93 |
| 1138 | 10/7/2015 – 10/8/2015 | Email chain from P. Willhite to F. Tao, et al., re: my updated CV | DOJ-00283369 |
| 1139 | 10/2/2015 – 10/3/2015 | Email chain from P. Willhite to F. Tao, et al., re: Pranja Dhar Promotion Votes | DOJ-00284722-25 |
| 1140 | 10/23/2014 | Adjunct Appointment Letter from Notre Dame to F. Tao | DOJ-01413318 at DOJ-01413337-38 |
| 1141 | 7/13/2015 | Adjunct Appointment Letter from Notre Dame to F. Tao | DOJ-01413318 at DOJ-01413318-19 |
| 1142 | 11/7/2014 | Email from the Office of the President of Notre Dame to Notre Dame Employees re: A from Rev. John I. Jenkins, C.S.C. RE: Ebola Epidemic | DOJ-01198083-84 |
| 1143 | 11/8/2014 | Email from Notre Dame Security Policy to ND Employees re: Crime Alert: Robert | DOJ-01198060 |

Defendant's First Supplemental Exhibit List

*United States v. Tao*
Case No. 19-20052-JAR-JPO

| Exhibit No. | Date | Document Description | Bates No. |
|---|---|---|---|
| 1144 | 12/22/2015 | Email from S. Basu to J. Peng re: Merry Christmas & Happy New Year | DOJ-01187091-92 |
| 1145 | 12/17/2014 | Email from Center for Undergraduate Scholarly Engagement to cue-faculty list re: 2015 Undergraduate Scholars Conference | DOJ-01193088 |
| 1146 | 6/4/2019 | Email chain from Government Informant to J. Curran, et al., re: Chemical Society Reviews – CS-SYN-06-2018-000488.R1 | DOJ-00014783-84 |
| 1147 | 4/30/2019 | Email from Government Informant to F. Tao | DOJ-00014796 |
| 1148 | 5/3/2019 | Email from Government Informant to F. Tao re: I am sorry. | DOJ-00014798 |
| 1149 | 5/3/2019 | Email from Government Informant's Mother to F. Tao re: I am very sorry, Teacher Tao! with translation | DOJ-00014800-02 |
| 1150 | 1/9/2018 | Conflict of Interest Form for F. Tao | DOJ-00017090-97 |
| 1151 | 9/25/2018 | Conflict of Interest Form for F. Tao | DOJ-00017098- 105 |
| 1152 | | Old National Bank Statements for F. Tao and H. Peng | DOJ-01413466 |
| 1153 | 4/3/2019 | Email from H. Peng to L. Grady re: Please check; with attachments | DOJ-01421332-37 |
| 1154 | 5/28/2019 | Receipt of Loan and translation | FT-DEF-000104 |
| 1155 | 6/21/2019 | Receipt of Loan ($29,000) and translation | FT-DEF-000105 |
| 1156 | 5/30/2019 | Receipt of Loan and translation | FT-DEF-000106 |
| 1157 | 3/5/2019 | Email from KU Emergency Email Notification System to Government Informant re: TEST: Statewide Tornado Drill | DOJ-00473347 |
| 1158 | 4/17/2015 | Email from T. Ning to F. Tao re: Postdoctoral Position Application | DOJ-01203122 |
| 1159 | 10/1/2018 | Email from V. Schwartz to C. Bradley, et al., re: Welcome to FY 19 DOE/BES/Catalysis Science Program; and Information to PIs PowerPoint | DOJ-00011821-22; DOJ-00011823-36 |

9

Defendant's First Supplemental Exhibit List

*United States v. Tao*
Case No. 19-20052-JAR-JPO

| Exhibit No. | Date | Document Description | Bates No. |
|---|---|---|---|
| 1160 | 6/25/2017 – 6/27/2015 | Email chain from V. Schwartz to F. Tao, et al., re: Receipt of Progress Report for BES Award DE-SC0014562 by DOE | DOJ-00011730-32 |
| 1161 | | KU Office of Research policy, Facilities and Administrative Costs Return Policy | DOJ-00147444-47 |
| 1162 | 4/11/2019 | Email from L. Weatherley to A. Scurto, et al., re: F and A return policy | DOJ-00147433 |
| 1163 | 5/27/2019 – 5/29/2019 | Email from S. Wettlaufer to C. Bankart, et al., re: Attorney Client Communication – Subpoena – International Affairs | DOJ-00502063; DOJ-00190363 |
| 1164 | 2/10/2019 | Email from Government Informant to F. Tao re: Thank you very much | DOJ-00153795 - 96 |
| 1165 | 2/10/2019 – 2/15/2019 | Email chain from F. Tao to Government Informant re: Thank you very much | DOJ-00127677-79 |
| 1166 | 2/10/2019 – 2/15/2019 | Email chain from F. Tao to Government Informant re: Thank you very much | DOJ-00153120 –30 |
| 1167 | 4/12/2019 – 4/22/2019 | Email chain from Government Informant to F. Tao re: [Chinese Characters] | DOJ-00146682 - 83 |
| 1168 | 4/22/2019 | Email from Government Informant to F. Tao re: review article and translation | DOJ-00014769-71 |
| 1169 | 4/12/2019 – 4/22/2019 | Email chain from Government Informant to F. Tao re: time spent in helping | DOJ-00146655 |
| 1170 | 4/24/2019 | Email from Government Informant to F. Tao re: Your decisions | DOJ-00146108 |
| 1171 | 5/2/2019 | Email chain from F. Tao to Government Informant re: [Chinese Characters] | DOJ-00125549 –51 |
| 1172 | 5/3/2019 | Email from Government Informant to F. Tao re: [Chinese Characters] with translation | DOJ-00014800-02 |

Defendant's First Supplemental Exhibit List

*United States v. Tao*
Case No. 19-20052-JAR-JPO

| Exhibit No. | Date | Document Description | Bates No. |
|---|---|---|---|
| 1173 | 5/6/2019 | Email chain from F. Tao to Government Informant re: [Chinese Characters] | DOJ-00125324 - 25 |
| 1174 | 5/5/2019 – 6/4/2019 | Email from J. Chasen to Government Informant, F. Tao, et. al., re: Chemical Reviews – cr-2018-00114s.R2 | DOJ-00120038 –39 |
| 1175 | 12/5/2016 – 6/4/2019 | Email from F. Tao to Government Informant, et al., re Re: Chemical Reviews – CS-SYN-06-2018-000488.R1 | DOJ-00140977 –80 |
| 1176 | 6/5/2019 | Email chain from Government Informant to S. MacNally, et al., re: Authorship allegations –CONFIDENTIAL | DOJ-00013943 –44 |
| 1177 | 5/6/2019 – 6/4/2019 | Email chain from Government Informant to F. Tao re: Chemical Reviews – cr-2018-00114s.R2 with translation | |
| 1178 | 5/12/2019 – 5/20/2019 | Email chain from S. Lampe to Government Informant, et al., re: KU | |
| 1179 | 4/30/2019 – 5/13/2019 | Email chain from J. Carlson to S. Lampe, et al., re FW: Form submission form: Anonymous Reporting Form | DOJ-00000019 –21 |
| 1180 | 5/1/2019 | Email chain from C. Taylor to J. Carlson, et. al., re: Info on IP Address – Tao Report | DOJ-00015573 |
| 1181 | 5/10/2019 – 5/13/2019 | Email chain from B. White to C. Taylor, et al., re Fwd: Franklin (Feng) Tao in the department of chemical and petroleum engineering is taking another full time and full salary Professor position in China | DOJ-00013872 –73 |
| 1182 | 5/13/2019 – 5/14/2019 | Email chain from A. Agah to C. Brown, et al., re: Franklin (Feng) Tao in the department of chemical and petroleum engineering is taking another full time and full salary Professor position in China | DOJ-00017865-67 |
| 1183 | 5/13/2019 – 6/29/2019 | Email chain from C. Taylor to S. Lampe, et al., re Fwd: Franklin (Feng) Tao in the department of chemical and petroleum engineering is taking another full time and full salary Professor position in China | DOJ-00016748 –56 |
| 1184 | 5/14/2019 – 5/16/2019 | Email chain from J. Carlson to S. Lampe, et al., re Fwd: Feng Tao | DOJ-00000022 –23 |

11

Defendant's First Supplemental Exhibit List

*United States v. Tao*
Case No. 19-20052-JAR-JPO

| Exhibit No. | Date | Document Description | Bates No. |
|---|---|---|---|
| 1185 | 5/14/2019 – 5/16/2019 | Email chain from C. Taylor to J. Carlson, et al., re Fwd: Feng Tao – 5/16/2019 | DOJ-00015524 –26 |
| 1186 | 5/19/2019 – 5/20/2019 | Email chain from J. Fugett to J. Carlson, et al., re: Concerning Feng Tao | DOJ-00015395 –96 |
| 1187 | 5/21/2019 | Email chain from S. Wettlaufer to C. Taylor, et al., re: Attorney Client Communication – Government Informant | DOJ-00012682 –83 |
| 1188 | 5/26/2019 | Email chain from C. Taylor to J. Carlson, et al., re: Concerning Feng Tao | DOJ-00015505 |
| 1189 | 5/30/2019 | Email chain from C. Taylor to J. Carlson, et al., re: Concerning Feng Tao | DOJ-00015502-04 |
| 1190 | 5/30/2019 | Email chain from C. Taylor to K. Grunewald, et al., re: Concerning Feng Tao | DOJ-00015500-01 |
| 1191 | 5/30/2019 – 5/31/2019 | Email chain from C. Taylor to J. Carlson re: Concerning Feng Tao | DOJ-00015499 |
| 1192 | 5/26/2019 – 5/28/2019 | Email chain from F. Tao to Government Informant re Fwd: Consultation on your paper DOI: 10.1021/jacs.8b10910 | DOJ-00124747 –51 |
| 1193 | 6/3/2019 | Email chain from J. Carlson to S. Lampe, et al., re: Fwd: Concerning Feng Tao | DOJ-00000589 –90 |
| 1194 | 6/13/2019 | FBI Incident Report | DOJ-00014790-94 |
| 1195 | 6/23/2019 | Email chain from C. Taylor to J. Carlson, et al., re Fwd: Authorship allegations – CONFIDENTIAL | DOJ-00015480-81 |
| 1196 | 9/23/2019 | 302 Interview of Government Informant | DOJ-00000974-75 |
| 1197 | 7/9/2019 – 7/10/2019 | Email chain from J. Carlson to S. Lampe re: Response | DOJ-01420753-54 |
| 1198 | 7/11/2019 | Application and Affidavit in Support of a Search Warrant re: email address | DOJ-00000627 -46 |
| 1199 | 8/19/2019 | Application and Affidavit in Support of a Search Warrant re: devices found at residences | DOJ-00000709 - 43 |

Defendant's First Supplemental Exhibit List

*United States v. Tao*
Case No. 19-20052-JAR-JPO

| Exhibit No. | Date | Document Description | Bates No. |
|---|---|---|---|
| 1200 | 7/26/2019 | Letter from Google to S. Lampe re: Search Warrant dated July 11, 2019 (Google Ref. No. 2631316) 19-mj-8160-JPO | DOJ-00000648-51 |
| 1201 | 7/11/2019 | Search Warrant re: email address | DOJ-00000653 –57 |
| 1202 | 8/11/2019 | Search Warrant re: devices found at residences | DOJ-00008103 –11 |
| 1203 | 7/19/2019 | Email from S. Lampe to A. Mattivi, et al., re: Questions; and Handwritten Notes | DOJ-00018017-19 |
| 1204 | 7/23/2019 – 7/24/2019 | Email chain from J. Carlson to S. Lampe re: proposals | DOJ-01420755 |
| 1205 | 8/9/2019 | 302 Interview of Government Informant | DOJ-00000669 |
| 1206 | 3/3/2020 | Email from Government Informant to P. Zeidenberg re: I plan to set up a new case. | |
| 1207 | 5/6/2019 – 5/29/2019 | Summer Pay Notification Compilation | DOJ-00474669-82 |
| 1208 | 5/23/2019 | Email from T. Spencer to F. Tao, et al., re: IMPORTANT: Funding to Pay CPE for Course Buyout | FT-DEF-000107-08 |
| 1209 | 5/23/2019 – 5/24/2019 | Email chain from T. Spencer to J. Johns re: Reducing Franklin Tao's Summer Pay – Request Feedback | FT-DEF-000109-122 |
| 1210 | 7/8/2019 | Email from S. Lampe to J. Carlson, et al., re: For tomorrow | JENCKS-00000267 |
| 1211 | 7/8/2019 | Email chain from S. Lampe to J. Carlson re: On your own | JENCKS-00000287 |
| 1212 | 7/9/2019 | Email chain from J. Carlson to S. Lampe, et al., re Fwd: Response | JENCKS-00000142 |
| 1213 | 9/10/2020 | A Safeguard for Jayhawk Integrity, Conflict of Interest + Commitment Report Video Presentation | FT-DEF-000123 |
| 1214 | December 2020 | GAO Report "Agencies Need to Enhance Policies to Address Foreign Influence" | DOJ-01423162-217 |
| 1215 | 9/30/2016 | DOE Financial Assistance Funding Opportunity Announcement: DE-FOA-0001664 | DOJ-00003446-532 |

**Defendant's First Supplemental Exhibit List**                                    *United States v. Tao*
                                                                                  **Case No. 19-20052-JAR-JPO**

| Exhibit No. | Date | Document Description | Bates No. |
|---|---|---|---|
| 1216 | 1/30/2017 | NSF Proposal and Award Policies and Procedures Guide | DOJ-01423701-880 |
| 1217 | | NIH: Disclosing Other Support and Foreign Components | FT-DEF-005737-40 |
| 1218 | 11/28/2017 – 12/4/2017 | Email chain from C. Walker to F. Tao re: Renewal proposal to DOE-BES | DOJ-00240126-28 |
| 1219 | 12/11/2017 – 1/5/2018 | Email chain from C. Walker to F. Tao re: files to be submitted to DOE-BES for renewal | DOJ-00236571-73 |
| 1220 | 4/9/2020 | NSF-Approved Formats for the Biographical Sketch & Current and Pending Support Sections of NSF Proposals Video | FT-DEF-000124 |
| 1221 | 6/1/2020 | NSF Proposal and Award Policies and Procedures Guide | FT-DEF-000125-309 |
| 1222 | 5/20/2015 | Email from R. Miranda to F. Tao re: Your DOE Proposal – request for 3 documents | DOJ-00011229 |
| 1223 | 6/10/2015 – 5/20/2015 | Email from R. Miranda to F. Tao re: Your DOE Proposal – request for 3 documents | DOJ-00011412-13 |
| 1224 | 7/10/2018 | Email from V. Schwartz to F. Tao re: Regarding your current renewal proposal for DOE/BES/Catalysis Science Program | DOJ-00011844 |
| 1225 | 6/4/2018 | ChemComm, *Studies of surface of metal nanoparticles in a flowing liquid with XPS* | FT-DEF-000310-13 |
| 1226 | 6/4/2019 | Chemical Reviews, *Understanding Catalyst Surfaces during Catalysis through Near Ambient Pressure X-ray Photoelectron Spectroscopy* | FT-DEF-000314-35 |
| 1227 | 4/25/2019 | Journal of American Chemical Society, *Synergy of Single-Atom Ni1 and Ru1 Sites on CeO2 for Dry Reforming of  CH4* | FT-DEF-000336-46 |
| 1228 | 4/15/2019 | Abstract from OSTI.gov, *Synergy of Single-Atom Ni1 and Ru1 Sites on CeO2 for Dry Reforming of  CH4* | FT-DEF-000347-49 |
| 1229 | 10/1/2020 | Funding Opportunity Announcement (FOA) Number: DE-FOA-0002414 | FT-DEF-000350-472 |
| 1230 | 10/28/2020 | NSF Memorandum of Investigation | DOJ-00020618-19 |

Defendant's First Supplemental Exhibit List

*United States v. Tao*
Case No. 19-20052-JAR-JPO

| Exhibit No. | Date | Document Description | Bates No. |
|---|---|---|---|
| 1231 | | NSF Comparison of Documents | DOJ-00020408-10 |
| 1232 | 1/13/2021 | 302 Interview of R. Keiser | DOJ-01413452-54 |
| 1233 | March 2017 | Research Performance Progress Report | DOJ-00003434-45 |
| 1234 | 5/22/2020 | V. Schwartz Memorandum of Investigative Activity | DOJ-00003590-93 |
| 1235 | 1/7/2021 | V. Schwartz Memorandum of Investigative Activity | DOJ-01413778-80 |
| 1236 | 6/15/2019 | Progress Report | DOJ-00003533-71 |
| 1237 | 6/17/2019 | DOE PAMS Internal Comment | DOJ-00003572-73 |
| 1238 | 2018 | 2018 Annual Report for the Center of Environmentally Beneficial Catalysis | FT-DEF-000473-88 |
| 1239 | 2019 | 2019 Annual Report for the Center of Environmentally Beneficial Catalysis | FT-DEF-000489-504 |
| 1240 | 8/9/2019 | 302 re Returned Subpoena to Government Informant | 3111379-GJ_0000013 |
| 1241 | 6/18/2019 | 302 re Government Informant Provided Websites | DOJ-00000018 |
| 1242 | | Responses to S. Lampe Requests | DOJ-00001760-62 |
| 1243 | 1/22/2020 | 302 Interview of A. Agah | DOJ-00001763 |
| 1244 | 7/24/2013 | NSF Proposal No. 1352516 | DOJ-00002888-941 |
| 1245 | 12/1/2014 | NSF Grant Letter | DOJ-00002975-77 |
| 1246 | 6/28/2018 | NSF Grant Letter | DOJ-00003088-90 |
| 1247 | 2/20/2015 | NSF Proposal No. 1539105 | DOJ-00003191-283 |
| 1248 | | NSF Program Solicitation 11-690 | DOJ-00003285-305 |
| 1249 | | Proposal Notes | DOJ-00003306-07 |
| 1250 | 12/11/2017 | DOE Proposal #235086 | DOJ-00003310-3433 |
| 1251 | 5/21/2015 | DOE Proposal #219641 | DOJ-00005944-6036 |
| 1252 | January 2015 | DOE Federal Assistance Reporting Checklist and Instructions | DOJ-00003997-4013 |
| 1253 | March 2017 | DOE Federal Assistance Reporting Checklist and Instructions | DOJ-00004334-54 |
| 1254 | 6/26/2019 | DOE PAMS Awardee Report List | DOJ-00005684-85 |
| 1255 | 6/26/2019 | DOE PAMS Award Folder | DOJ-00005693-713 |
| 1256 | 6/26/2019 | DOE PAMS Action History | DOJ-00005718-20 |

Defendant's First Supplemental Exhibit List

*United States v. Tao*
Case No. 19-20052-JAR-JPO

| Exhibit No. | Date | Document Description | Bates No. |
|---|---|---|---|
| 1257 | | Progress Report and Renewal Proposal | DOJ-00006175-268 |
| 1258 | 2/3/2018 | KU  Letter to F. Tao re Associate Professor | DOJ-00010224 |
| 1259 | 8/4/2018 | KU  Letter to F. Tao re Associate Professor | DOJ-00010225 |
| 1260 | | Progress Report and Renewal Proposal | DOJ-00010237-305 |
| 1261 | 6/17/2019 – 6/18/2019 | Email chain from F. Tao to V. Schwartz, et al., re: Regarding your progress report and publications | DOJ-00010794-95 |
| 1262 | 9/4/2015 | Assistance Agreement | DOJ-00014163-248 |
| 1263 | 9/13/2019 – 9/16/2019 | Email chain from K. Grunewald to S. Lampe, et al., re FWD: restitution amount | DOJ-00014833-35 |
| 1264 | 8/20/2019 | FBI Photograph Log | DOJ-00000766-84 |
| 1265 | 8/22/2019 | 302 re Cedar Ridge Search Warrant | DOJ-00000789-90 |
| 1266 | 8/20/2019 | Search Warrant Log and Property Seized | DOJ-00000791 |
| 1267 | 7/7/2019 | Email chain from C. Taylor to S. Lampe, et al., re: Please Respond | DOJ-00014988 |
| 1268 | | Fall 2018 CPE 512: Chemical Engineering Thermodynamics II Syllabus | FT-DEF-000505-08 |
| 1269 | 9/5/2018 | Email from F. Tao to F. Tao attaching CPE512 Syllabus | FT-DEF-000509 |
| 1270 | 8/15/2019 – 8/16/2019 | Email chain from K. Grunewald to J. Carlson, et al., re: change meeting date due to an emergency of my mother | DOJ-00016401 |
| 1271 | 3/16/2020 | Email from guerrillamail account to C. Taylor re: Feng Tao signed the contract | DOJ-00016418 |
| 1272 | 1/7/2020 – 1/9/2020 | Email chain from K. Grunewald to C. Taylor, et al., re: About extortion | DOJ-00016486-87 |
| 1273 | 9/23/2019 – 11/5/2019 | Email chain from A. Reed to S. Lampe re: NSF and DOE | DOJ-00016881-83 |
| 1274 | 9/23/2019 – 11/5/2019 | Email chain from S. Lampe to A. Reed re: NSF and DOE | DOJ-00016884-85 |
| 1275 | 5/14/2019 | Email from K. Grunewald to C. Taylor re FW: CONFIDENTIAL Attorney-Client Communication | DOJ-00019872-73 |

16

**Defendant's First Supplemental Exhibit List**

*United States v. Tao*
Case No. 19-20052-JAR-JPO

| Exhibit No. | Date | Document Description | Bates No. |
|---|---|---|---|
| 1276 | 5/20/2018 | Email from F. Tao to C. Brown, et al., re: quick question on no-payment leave | DOJ-00019877 |
| 1277 | 5/10/2018 | Email from F. Tao to C. Brown, et al., re: meeting slot | DOJ-00019878 |
| 1278 | 6/28/2018 | Email from A. Roberson to Post Award Grants, et al., re: Award Id : 1800577, PI: Tao | DOJ-00020069-71 |
| 1279 | 12/1/2014 | NSF Award Documents | DOJ-00020249-52 |
| 1280 | January 2015 | DOE Federal Assistance Reporting Checklist and Instructions : | DOJ-00020231-47 |
| 1281 | 2/25/2019 | Email from F. Tao to L. Weatherley re: updated CV | DOJ-00127376-97 |
| 1282 | 11/28/2018 | Letter from F. Tao to University of Florida Faculty Search Committee re: open positions in chemical engineering | DOJ-00130778 |
| 1283 | 10/15/2018 | Letter from F. Tao to University of Illinois Faculty Search Committee re: open rank full-time tenure-track positions [College of Liberal Arts and Sciences: Open Rank Tenure Track Faculty – Department of Chemistry (101790)] | DOJ-00133211 |
| 1284 | 12/1/2018 – 12/3/2018 | Email from S. Quigley to F. Tao re Fwd: Application submitted from C&ENJobs by Franklin (Feng) Tao for Associate or Full Professor Chemistry – Status: Emailed | DOJ-00162918-19 |
| 1285 | 11/28/2018 | Letter from F. Tao to Brown University Faculty Search Committee re: open positions of Associate or Fully Professor of Chemistry | DOJ-00162920-48 |
| 1286 | 11/18/2018 | Letter from F. Tao to Stanford University Faculty Search Committee re: open positions in chemical engineering | DOJ-00163755 |
| 1287 | 10/1/2018 | Sponsored Project Budget Summary | DOJ-00169739-91 |
| 1288 | 6/30/2018 – 7/12/2018 | Email from Government Informant to F. Tao, et al., re: Mahak from TIFR: Application for the Postdoctoral Position in your Lab | DOJ-00185026-28 |
| 1289 | 6/1/2018 – 6/6/2018 | Email chain from Government Informant to M. Mood, et al., re: Postdoctoral Position | DOJ-00186263-65 |

17

Defendant's First Supplemental Exhibit List                      *United States v. Tao*
                                                                  **Case No. 19-20052-JAR-JPO**

| Exhibit No. | Date | Document Description | Bates No. |
|---|---|---|---|
| 1290 | | NSF Program Solicitation 15-517 | DOJ-000256149-61 |
| 1291 | | FDP Cost Reimbursement Research Subaward Agreement | DOJ-00273397-406 |
| 1292 | 7/9/2015 | Letter from Notre Dame to F. Tao re: adjunct professor | DOJ-00282571 |
| 1293 | 6/25/2017 – 6/27/2017 | Email chain from V. Schwartz to F. Tao, et al., re: Receipt of Progress Report for BES Award DE-SC0014561 by DOE | DOJ-00451404-05 |
| 1294 | | KU Associate Professor Documents | DOJ-00474583-92 |
| 1295 | 7/8/2014 | NSF Award Document | DOJ-01193990-92 |
| 1296 | 7/10/2014 – 8/8/2014 | Email chain from F. Tao to F. Fleming, et al., re: NSF Career Award | DOJ-01204407-11 |
| 1297 | 7/23/2018 – 7/24/2018 | Email chain from F. Tao to Government Informant, et al., re Fw: Postdoctoral applicant experiences and interested in synthesis and characterization of novel catalysts for fuel cell applications | DOJ-01418239-40 |
| 1298 | March 2010 | KU Handbook for Faulty and Other Unclassified Staff | DOJ-01423112-61 |
| 1299 | 9/8/2015 | Principal Investigator Acknowledgment of Responsibilities | DOJ-01423218 |
| 1300 | 6/11/2019 – 6/12/2019 | Email chain from C. Brown to C. Taylor, et al., re Fwd: follow up meeting with Chris Brown | FT-DEF-000510-11 |
| 1301 | 7/23/2019 | Government Informant Interview Audio File | |
| 1302 | 6/25/2019 – 6/26/2019 | Email chain from S. Lampe to A. Mattivi, et al., re: Progress | JENCKS-00000291 |
| 1303 | 6/30/2014 | KU Employment Offer to F. Tao | JENCKS-00000893-94 |
| 1304 | | Compilation of F. Tao Publications from 2014 to present | FT-DEF-000512-1316 |
| 1305 | 12/18/2014 | Email chain from L. Marino to F. Tao, et al., re FW: Subgrant RF183-G1 | DOJ-00254388 |
| 1306 | 5/18/2018 | Email chain from J. Johns to T. Watkins, et al., re: no need summer payment | FT-DEF-001317 |

Defendant's First Supplemental Exhibit List

*United States v. Tao*
Case No. 19-20052-JAR-JPO

| Exhibit No. | Date | Document Description | Bates No. |
|---|---|---|---|
| 1307 | 5/23/2019 | Email chain from F. Tao to J. Johns, et al., re: IMPORTANT: Funding to Pay CPE for Course Buyout | FT-DEF-001318-19 |
| 1308 | 5/7/2018 – 6/18/2018 | Email chain from L. Weatherley to K. Wittman re: subaward from Fuzhou University | DOJ-00001492-514 |
| 1309 | 5/7/2018 – 6/13/2018 | Email chain from K. Mason to K. Wittman re: subaward from Fuzhou University | DOJ-00001515-37 |
| 1310 | 5/29/2019 – 6/22/2018 | Email chain from F. Tao to L. Weatherley, et al., re: subaward from Fuzhou University | DOJ-00001572-73 |
| 1311 | 6/25/2018 – 6/26/2018 | Email chain from K. Wittman to F. Tao, et al., re: [Chinese Characters]; and Tao Internal Budget attachment | DOJ-00188442-43; DOJ-00188442a |
| 1312 | 5/29/2018 - 6/22/2018 | Email chain from L. Weatherley to F. Tao, et al., re: subaward from Fuzhou University | DOJ-00188752-53 |
| 1313 | 5/29/2018 - 6/22/2018 | Email chain from K. Wittman to F. Tao, et al., re: subaward from Fuzhou University | DOJ-00188768-69 |
| 1314 | 7/11/2019 | Letter from NSF to Colleagues re Research Protection | FT-DEF-001320-21 |
| 1315 | | NSF Program Solicitation 11-690 | FT-DEF-001322-35 |
| 1316 | | NSF Program Solicitation 15-517 | FT-DEF-001336-55 |
| 1317 | 3/23/2020 | Promoting and Protecting the U.S. Science and Engineering Enterprise PowerPoint | DOJ-01424375-98 |
| 1318 | 10/19/2020 | Promoting and Protecting the U.S. Science and Engineering Enterprise PowerPoint | DOJ-01424399-424 |
| 1319 | 10/19/2020 | Promoting and Protecting the U.S. Science and Engineering Enterprise PowerPoint | DOJ-01424425-40 |
| 1320 | 4/12/2021 | Promoting and Protecting the U.S. Science and Engineering Enterprise PowerPoint | DOJ-01424441-63 |
| 1321 | 10/6/2020 | Promoting and Protecting the U.S. Science and Engineering Enterprise PowerPoint | DOJ-01424464-98 |
| 1322 | 8/13/2020 | Promoting and Protecting the U.S. Science and Engineering Enterprise PowerPoint | DOJ-01424499-508 |

Defendant's First Supplemental Exhibit List

*United States v. Tao*
**Case No. 19-20052-JAR-JPO**

| Exhibit No. | Date | Document Description | Bates No. |
|---|---|---|---|
| 1323 | 1/10/2019 | Email chain from B. Subramaniam to A. Allgeier, et al., re: Congratulations | DOJ-00157780 |
| 1324 | 12/1/2014 – 12/16/2014 | Email chain from R. Miranda to F. Tao re: more choices of reactions | DOJ-00011559-61 |
| 1325 | 2/27/2019 – 4/3/2019 | Compilation of 2019 Spring ACS Meeting at FL Orlando Documents | FT-DEF-001356-64 |
| 1326 | 12/29/2018 – 4/23/2019 | Compilation of 2019 Spring Korea Physics Meeting Email Chain and Documents | FT-DEF-001365-74 |
| 1327 | 1/18/2019 – 5/6/2019 | Compilation of 2019 Spring Oak Ridge National Lab Meeting Email Chain and Documents | FT-DEF-001375-79 |
| 1328 | 5/15/2019 – 7/19/2019 | Compilation of 2019 Summer DOE Principal Investigator Catalysis Meeting in D.C. Email Chain and Documents | FT-DEF-001380-91 |
| 1329 | 5/5/2019 – 5/28/2019 | Compilation of 2019 Summer Natural Gas Conversion Meeting in Texas Email Chain and Documents | FT-DEF-001392-402 |
| 1330 | 3/30/2019 – 7/19/2019 | Compilation of 2019 Summer North American Catalysis Meeting in Chicago Email Chain and Documents | FT-DEF-001403-15 |
| 1331 | 1/10/2019 | Email chain from A. Allgeier to F. Tao, et al., re: Congratulations | FT-DEF-001416 |
| 1332 | 4/16/2019 – 4/17/2019 | Email chain from P. Dhar to F. Tao, et al., re: GTA Support for Fall 2019 | DOJ-00147032-34 |
| 1333 | 5/18/2019 – 5/20/2019 | Email chain from L. Weatherley to F. Tao re: teaching course | DOJ-00121870-71 |
| 1334 | 3/27/2019 – 3/29/2019 | Email chain from F. Tao to A. Nolan re: Advising Meeting | DOJ-00127083 |
| 1335 | 1/30/2019 – 2/5/2019 | Email chain from H. Shi to F. Tao re: Comprehensive Exam for Crystal | DOJ-00154102-05 |
| 1336 | Fall 2018 | Student Survey of Teaching | FT-DEF-001417 |
| 1337 | | F. Tao KU University Scholarly Achievement Award Plaque | FT-DEF-001418 |

Defendant's First Supplemental Exhibit List

*United States v. Tao*
Case No. 19-20052-JAR-JPO

| Exhibit No. | Date | Document Description | Bates No. |
|---|---|---|---|
| 1338 | 10/17/2018 | Year in Chemistry, *Catalysts revealed their molecular-scale secrets* | FT-DEF-001419 |
| 1339 | 1/25/2018 | KU Faculty Evaluation for 2017 | FT-DEF-001420 |
| 1340 | | Compilation of KU Publications Showing Views and Citations | FT-DEF-001421-57 |
| 1341 | | Compilation of Emails from Spring 2019 | FT-DEF-001458-5726 |
| 1342 | 4/24/2019 – 1/15/2020 | Text Message Compilation | DOJ-01414042-52 |
| 1343 | 12/3/2017 | Email from Funding Alert to F. Tao re: Pivot Funding Alert for Franklin Tao | DOJ-01178656 |
| 1344 | 1/12/2018 | Email from C. Lodeiro re: Professor Lodeiro. Nova University of Lisbon | DOJ-01169198-200 |
| 1345 | | Grand Jury Subpoena for Bank Records for F. Tao and H. Peng | DOJ-00008200 |
| 1346 | | Grand Jury Subpoena for Bank Records for F. Tao and H. Peng | DOJ-00010149 |
| 1347 | | Grand Jury Subpoena for Bank Records for F. Tao and H. Peng | DOJ-01413461 |
| 1348 | | Grand Jury Subpoena for Bank Records to Qiang Ye | DOJ-01414896 |
| 1349 | | Safeguarding Jayhawk Integrity, Supervisor Engagement in COI Reviews Presentation | FT-DEF-006410 |
| 1350 | | Photo of Cedar Ridge Dr. | ELG00009 |
| 1351 | | Photo of Cedar Ridge Dr. | ELG00020 |
| 1352 | | Photo of Cedar Ridge Dr. | ELG00028 |
| 1353 | | Photo of Cedar Ridge Dr. | ELG00054 |
| 1354 | | Photo of Cedar Ridge Dr. | ELG00174 |
| 1355 | | Photo of Cedar Ridge Dr. | ELG00282 |
| 1356 | | ACS Applied Materials & Interfaces, *In Situ Formation of Isolated Bimetallic PtCe Sites of Single-Dispersed Pt on CeO2 for Low-Temperature CO Oxidation* | FT-DEF-000900-906 |

**Defendant's First Supplemental Exhibit List**     *United States v. Tao*
*Case No. 19-20052-JAR-JPO*

| Exhibit No. | Date | Document Description | Bates No. |
|---|---|---|---|
| 1357 | | NSF-Approved Formats for the Biographical Sketch & Current and Pending Support Sections of NSF Proposals Presentation Slides | FT-DEF-005742-47 |
| 1358 | | Sections of an NSF Proposal: Biographical Sketches Presentation Slides | FT-DEF-005748-53 |
| 1359 | | Sections of an NSF Proposal: Biographical Sketches Presentation Video | FT-DEF-006411 |
| 1360 | | Format for Use in Submission of Interim and Final Research Performance Progress Reports | FT-DEF-005754-79 |
| 1361 | March 2017 | Research Performance Progress Report | DOJ-00003434-45 |
| 1362 | 5/14/2019 | H. Peng Power of Attorney | FT-DEF-005780-84 |
| 1363 | 12/9/2018 | Email from F. Tao to S. Gehrke re: is there a chance to meet you on Mon or Tue? | DOJ-00130971 |
| 1364 | 7/20/2016 | Email from PAMS to F. Tao, et al., re: Progress Report for BEGS Award DE-SC0014561 Approved by DOE | DOJ-00011527 |
| 1365 | 7/27/2017 | Email from PAMS to F. Tao, et al., re: Progress Report for BEGS Award DE-SC0014561 Approved by DOE | DOJ-00011713 |
| 1366 | 6/17/2019 | Email from PAMS to F. Tao, et al., re: Progress Report for BEGS Award DE-SC0014561 Approved by DOE | DOJ-00011612 |
| 1367 | 7/7/2017 | Email from G. Janini to KU Post Award Grants and F. Tao re: Project Report for Award ID 1462121 | DOJ-00446384 |
| 1368 | 6/3/2018 | Email from G. Janini to KU Post Award Grants and F. Tao re: Project Report for Award ID 1462121 | DOJ-00190931 |
| 1369 | 7/20/2016 | DOE Progress Report | DOJ-00005583-601 |
| 1370 | 6/25/2017 | DOE Progress Report | DOJ-00005602-44 |
| 1371 | 12/11/2019 | DOE PAMS Progress Report Instructions | DOJ-00003857-904 |
| 1372 | 12/3/2018 | Email chain from F. Tao to P. Willhite re: meeting time | DOJ-00131652 |
| 1373 | 5/10/2019 | Email chain from F. Tao to R. Chaudhari et al., re: Promotion & Tenure | DOJ-00125243 |

Defendant's First Supplemental Exhibit List

*United States v. Tao*
Case No. 19-20052-JAR-JPO

| Exhibit No. | Date | Document Description | Bates No. |
|---|---|---|---|
| 1374 | 5/10/2019 | Email chain from F. Tao to B. Subramaniam re: application | DOJ-00125237 |
| 1375 | 12/7/2018 – 12/8/2018 | Email chain from B. Subramaniam to F. Tao re: about nomination | DOJ-00162058 |
| 1376 | 12/9/2018 | Email chain from F. Tao to M. Shiflett re: Is there a chance to meet on Mon or Tue? | DOJ-00130941 |
| 1377 | | Bank of China Statements Account x4796 | FT-DEF-005785-86 |
| 1378 | 10/4/2021 | NSF Proposal and Award Policies and Procedures Guide | FT-DEF-005787-979 |
| 1379 | | DOE FY22 Carbon Utilization Technology FOA No.: DE-FOA-0002654 | FT-DEF-005980-6081 |
| 1380 | | DOE Federal Assistance Reporting Checklist and Instructions | DOJ-00004288 |
| 1381 | | Special Terms and Conditions | DOJ-00004276 |
| 1382 | 6/7/2019 | Email from KU to Government Informant re: Undergraduate Studies Leader to Leave for KS Administration Post | FT-DEF-005727-28 |
| 1383 | 6/6/2019 | Email from KU to Government Informant re: KU Anywhere VPN service will be disrupted | FT-DEF-005729 |
| 1384 | 5/24/2019 | Email from KU to Government Informant re: Facilities Services Alert | FT-DEF-005730-31 |
| 1385 | 4/25/2019 | Email from KU to Government Informant re: Announcing the next director of the University Honors Program | FT-DEF-005732-34 |
| 1386 | 4/16/2019 | Email from KU to Government Informant re: KU ITSO has changed email protection to help ensure message delivery | FT-DEF-005735-36 |
| 1387 | | Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards, 2 C.F.R. Part 200 (2017) | FT-DEF-006081-240 |

*United States v. Tao*
Case No. 19-20052-JAR-JPO

| Exhibit No. | Date | Document Description | Bates No. |
|---|---|---|---|
| 1388 | | DOE Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards, 2 C.F.R. Part 910 (2017) | FT-DEF-006241-286 |
| 1389 | | DOE Office of Science Financial Assistance Program, 10 C.F.R. Part 605 (2017) | FT-DEF-006287-300 |
| 1390 | | DOE Financial Assistance Rules, 10 C.F.R. Part 600 (2017) | FT-DEF-006301-409 |
| 1391 | | NSF Regulations, 45 C.F.R. Chapter VI (2017) | FT-DEF-006412 |
| 1392 | | Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards, 2 C.F.R. Part 200 (2018) | FT-DEF-006413 |
| 1393 | | DOE Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards, 2 C.F.R. Part 910 (2018) | FT-DEF-006414 |
| 1394 | | DOE Office of Science Financial Assistance Program, 10 C.F.R. Part 605 (2018) | FT-DEF-006415 |
| 1395 | | DOE Financial Assistance Rules, 10 C.F.R. Part 600 (2018) | FT-DEF-006416 |
| 1396 | | NSF Regulations, 45 C.F.R. Chapter VI (2018) | FT-DEF-006417 |
| 1397 | | Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards, 2 C.F.R. Part 200 (2019) | FT-DEF-006418 |
| 1398 | | DOE Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards, 2 C.F.R. Part 910 (2019) | FT-DEF-006419 |
| 1399 | | DOE Office of Science Financial Assistance Program, 10 C.F.R. Part 605 (2019) | FT-DEF-006420 |
| 1400 | | DOE Financial Assistance Rules, 10 C.F.R. Part 600 (2019) | FT-DEF-006421 |
| 1401 | | NSF Regulations, 45 C.F.R. Chapter VI (2019) | FT-DEF-006422 |

**Defendant's First Supplemental Exhibit List**                                    *United States v. Tao*
                                                                       Case No. 19-20052-JAR-JPO

| Exhibit No. | Date | Document Description | Bates No. |
|---|---|---|---|
| 1402 | June 2011 | NSF Research Terms and Conditions | FT-DEF-006423 |
| 1403 | 3/7/2014 | NSF Research Terms and Conditions, Agency Specific Requirements | FT-DEF-006424 |
| 1404 | 3/14/2017 | NSF Research Terms and Conditions Overlay to the Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards (Uniform Guidance), 2 C.F.F Part 200 | FT-DEF-006425 |
| 1405 | 5/14/2018 | NSF Research Terms and Conditions, Agency Specific Requirements | FT-DEF-006426 |
| 1406 | | EPSCor Research Infrastructure Improvement Program: Track-2 | DOJ-00256149 |
| 1407 | | Verbatim Translation of Employment Contract | DOJ-00000594 |
| 1408 | 2/2/2019 | WeChat Messages between Hong Peng and Ying He regarding loan to fund house purchase | FT-DEF-006427 |
| 1409 | | Compilation of Emails from Summer 2018 | FT-DEF-006428 |
| 1410 | | Compilation of Emails from Fall 2018 | FT-DEF-006429 |
| 1411 | | Compilation of Emails from Winter 2018 | FT-DEF-006430 |