UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 19-20052-JAR-JPO |
| ) | |
| FENG TAO ) | |
| a/k/a "Franklin Tao," ) | |
| ) | |
| Defendant. ) | |

**<u>DEFENDANT DR. FRANKLIN TAO'S SUPPLEMENTARY  WITNESS LIST</u>**

In addition to the witnesses the government has identified, Dr. Tao may call the following witnesses in his case-in-chief, if he chooses to present one:

1. Douglas Girod
2. Ed Atchison
3. Hong Peng
4. Luan Nguyen
5. Yu Tang
6. Steven Bernasek
7. Joseph Ting
8. Wing Kin Li
9. Special Agent Stephen Lampe
10. Zheng-jun Ye
11. Susannah Scott
12. Philippe Sautet
13. Document custodians from entities to be determined

This list is the result of the defense's good faith effort to identify witnesses Dr. Tao may call at trial. Dr. Tao reserves the right to supplement this list in light of the evidence presented at

1

2

trial, future developments in the case, the provision of additional discovery, outreach to additional witnesses, and rulings by the Court.

Dated:  February 28, 2022

Respectfully submitted,

/s/ Thomas H. Johnson
Thomas H. Johnson #13688
Petefish, Immel, Hird, Johnson,
Leibold & Sloan, LLP
842 Louisiana
Lawrence, KS 66044
Tel: (785) 843-0450
Fax: (785) 843-0407
tjohnson@petefishlaw.com

Peter Zeidenberg
Michael F. Dearington
Laura Zell
ARENT FOX LLP
1717 K Street, NW
Washington, DC 20006
Tel: (202) 857-6000
Fax: (202) 857-6395
Peter.Zeidenberg@arentfox.com
Michael.Dearington@arentfox.com
Laura.Zell@arentfox.com

*Attorneys for Defendant Franklin Tao*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28 day of February, 2022, I electronically filed the foregoing Supplementary Witness List with the Clerk of the Court using the CM/ECF system.

/s/ Thomas H. Johnson
Thomas H. Johnson