# UNITED STATES DISTRICT COURT

## District of Kansas

UNITED STATES OF AMERICA,

            Plaintiff,

      v.                    Case No.  **19-20052-01-JAR**

FENG TAO,

            Defendant.

## GOVERNMENT'S AMENDED TRIAL EXHIBIT LIST

The United States, by and through undersigned counsel, submits its Amended Trial Exhibit List for the Jury Trial in the above-captioned case scheduled to begin on March 21, 2022. The government reserves the right to amend this list.

Respectfully submitted,

*/s/ Christopher Oakley*
D. Christopher Oakley
Assistant United States Attorney
United States Attorney's Office for the
District of Kansas

*/s/ Adam P. Barry*
Benjamin J. Hawk
Adam P. Barry
Trial Attorneys
National Security Division
U.S. Department of Justice

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of February, 2022, I caused the foregoing amended

exhibit list to be filed with the Clerk of the Court, with a true and accurate copy provided to each

counsel of record in the case.

> */s/ Christopher Oakley*
> D. Christopher Oakley
> Assistant United States Attorney
> United States Attorney's Office for the
> District of Kansas