IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                                  Case No. 19-20052-JAR

FENG TAO,

        Defendant.

## ORDER

This matter comes before the Court on Defendant Feng Tao's Motion to Compel the Government's Production of *Brady* Material (Doc. 227). The Court held a hearing on the motion on March 3, 2022, and ruled from the bench. This Order memoralizes the Court's oral ruling. For the reasons stated on the record, the Court grants in part and denies in part Defendant's motion.

The Court therefore directs the Government to:

1.      request that the U.S. Department of Energy's ("DOE") Office of Inspector General produce materials from DOE, if any, showing that any high-level DOE official(s) made statements, in writing or orally, similar to those made by Andrew Schwartz, Acting Director of DOE's Office of Basic Energy Sciences, Materials Sciences and Engineering Division, and Chris Fall, former Director of DOE's Office of Science, with respect to *United States v. Chen*, No. 21-10018 (D. Mass); and

2.      request that the National Science Foundation's ("NSF") Office of Inspector General produce materials from NSF, if any, showing that any high-level NSF official(s) made statements, in writing or orally, similar to those made by Jean

Feldman, Head of the Policy Office at NSF, during her April 2020 presentation on

NSF's 2020 policy clarifications.

The Government shall produce these responsive materials to Defendant on a rolling basis by

**March 15, 2022**.

**IT IS SO ORDERED.**

Dated: March 3, 2022


S/ Julie A. Robinson
JULIE A. ROBINSON
CHIEF UNITED STATES DISTRICT JUDGE