# UNITED STATES DISTRICT COURT
## District of Kansas

**UNITED STATES OF AMERICA,**

        Plaintiff,

        v.                        Case No.   **19-20052-01-JAR**

**FENG TAO,**

        Defendant.

## JOINT PROPOSED VOIR DIRE

The defendant, Feng Tao, by and through his undersigned counsel, and the United States of America, by and through its undersigned counsel, hereby submit the following proposed voir dire questions to supplement the Court's standard questions.

        Respectfully submitted,

| | |
|---|---|
| Thomas H. Johnson #13688 | D. Christopher Oakley |
| Petefish, Immel, Hird, Johnson, | Assistant United States Attorney |
| Leibold & Sloan, LLP | District of Kansas |
| 842 Louisiana | 500 State Avenue |
| Lawrence, KS 66044 | Kansas City, KS  Suite 360 |
| Tel: (785) 843-0450 | Tel. 913.551.6604 |
| Fax: (785) 843-0407 | Fax. 913-551-6541 |
| tjohnson@petefishlaw.cm | chris.oakley@usdoj.gov |
| | |
| Peter Zeidenberg | Adam P. Barry |
| Michael F. Dearington | Benjamin J. Hawk |
| Laura Zell | Trial Attorneys |
| ARENT FOX LLP | National Security Division |

| | |
|---|---|
| 1717 K Street, NW | U.S. Department of Justice |
| Washington, DC 20006 | |
| Tel: (202) 857-6000 | |
| Fax: (202) 857-6395 | |
| Peter.Zeidenberg@arentfox.com | |
| Michael.Dearington@arentfox.com | |
| Laura.Zell@arentfox.com | |

*Attorneys for Defendant Franklin Tao*

The parties submit the following agreed upon proposed voir dire questions:

1. One of the alleged victims in this case is the University of Kansas. Have you, a member of your family, or close friend ever been employed by University of Kansas or any other college or university? If so, please explain.

2. Is there anyone here who possesses particularly strong views about the University of Kansas? Would those views impact your ability to be a fair and impartial juror in this case? If so, please explain.

3. The other alleged victims are federal agencies, specifically, the U.S. Department of Energy and the National Science Foundation. Have you, a member of your family, or close friend ever been employed by or worked in relation to the U.S. Department of Energy or the National Science Foundation? If so, please explain.

4. Is there anyone here who possesses particularly strong views about the federal government to include the U.S. Department of Energy and/or the National Science Foundation? Would those views impact your ability to be a fair and impartial juror in this case? If so, please explain.

5. This trial is expected to involve evidence regarding research that was funded by the U.S. government. Have you, a member of your family, or close friend applied for grants to fund any kind of research or conducted research that was funded by the U.S. or a foreign government or private entity? If so, please explain.

6. Have you, a member of your family, or close friend conducted research in collaboration with a foreign government, university, or entity? If so, please explain.

7. Do you or a member of your family have an advanced degree in engineering or a science-related field? Have you or a member of your family ever worked in the field of chemistry or chemical engineering? If so, please explain.

8. This trial is expected to involve evidence regarding the government of China. Do you, a member of your family, or close friend have a close connection to China? Examples can include having lived in China, having studied in or about China, or having conducted business with a company in China or the government of China. Would that connection impact your ability to be a fair and impartial juror in this case? If so, please explain.

9. Do any members of the jury have any views whether positive or negative about China, the government of China, and/or the Chinese Communist Party? Does anyone view China as a threat to United States security or the economy? If so, please explain.

10. The defendant in this case was born and raised in China. You may hear testimony that the defendant had affiliations, collaborations, or work in China, or that his activities in China

   aided the government of China. Would these facts impact your ability to be a fair and impartial juror in this case? If so, please explain.

11. Have you, a member of your family, or close friend ever studied at or been employed by Fuzhou University or any other university in China? If so, please explain.

12. Do any members of the jury have particularly strong views about immigrants to the United States, to include individuals who immigrated from China? Does anyone have negative views of immigrants, including from China? Would those views impact your ability to be a fair and impartial juror in this case? If so, please explain.

13. Do any members of the jury have particularly strong views about individuals who were born in China or otherwise identify as Asian-American or Chinese-American? Would those views impact your ability to be a fair and impartial juror in this case? If so, please explain.

14. Do any members of the jury believe that individuals who were born in China or who otherwise identify as Asian-American or Chinese-American are responsible for the COVID-19 pandemic? Would that belief impact your ability to be a fair and impartial juror in this case? If so, please explain.

15. Do any members of the jury have particularly strong views about U.S./China relations? Would those views impact your ability to be a fair and impartial juror in this case? If so, please explain.

16. Do any members of the jury speak Mandarin, Sichuan, or any other Chinese dialect? If so, please explain.

17. Do any members of the jury feel that their views or concerns about the Coronavirus and its potential effect on the defendant might prevent you from voting to convict the defendant even if you determine that the United States has proved his guilt beyond a reasonable doubt? If so, please explain.

18. Have you, a member of your family, or a close friend ever worked for the government, either at the federal, state, or local level? If so, please explain.

19. Do you have any bumper stickers on vehicles that you drive? If so, what do they say?

20. What are your major sources of news, if any: the newspaper, television, radio, or the Internet?
    a. Which newspaper(s) do you most commonly read?
    b. Which television channel(s) do you most commonly watch for news?
    c. Which radio station(s) do you most commonly listen to for news?
    d. What website(s) do you most commonly visit for news?

The Government submits the following proposed voir dire questions to which Defendant objects:

1. This trial is expected to involve evidence regarding conflicts of interest. Does your primary employer require you to notify them of any outside employment? Please explain.

2. Do any members of the jury hold multiple jobs in the same field? If so, is your primary employer aware of your other employment? Please explain.

3. Do any members of the jury believe that it is unreasonable for an employer to require an employee to notify them of outside employment? If so, please explain.

4. Do any members of the jury believe that it is unreasonable for an employer to require an employee to disclose potential conflicts of interest related to outside employment? If so, please explain.