# UNITED STATES DISTRICT COURT
## District of Kansas

**UNITED STATES OF AMERICA,**

      Plaintiff,

      v.                    Case No.   **19-20052-01-JAR**

**FENG TAO,**

      Defendant.

## GOVERNMENT'S PROPOSED JURY INSTRUCTIONS

The United States of America, by and through undersigned counsel, submits the attached proposed jury instructions for the Court's consideration. The parties have consulted and exchanged proposed jury instructions, pursuant to the Court's instructions, and D. Kan. R. 51.1. However, the parties have been unable to agree upon any proposed instruction.

The government will submit is objections to Defendant's proposed jury instructions separately.

                                            Respectfully submitted,

                                            */s/ Adam P. Barry*
                                            Adam P. Barry
                                            Benjamin J. Hawk
                                            Trial Attorneys
                                            National Security Division
                                            U.S. Department of Justice

/s/ Christopher Oakley
D. Christopher Oakley
Assistant United States Attorney
United States Attorney's Office for the
District of Kansas

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 7th day of March, 2022, I caused the foregoing motion to be filed with the Clerk of the Court, with a true and accurate copy provided to each counsel of record in the case.

                                        */s/ Christopher Oakley*
                                        D. Christopher Oakley