# UNITED STATES DISTRICT COURT
## District of Kansas

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

       v.                            Case No.   **19-20052-01-JAR**

**FENG TAO,**

       **Defendant.**

### UNOPPOSED MOTION FOR LEAVE TO REDACT COURT ORDER (Doc. 252)

       The United States of America, by and through undersigned counsel, hereby respectfully requests that the Court redact and seal a limited portion of its March 9, 2022 Order. Specifically, the government requests that the Court redact four sentences on page six of the order that identify details regarding a witness's specific health condition. The government conferred with the defense on March 14, 2022, and the defense does not object to the redactions. The limited redactions are necessary to protect the privacy interests of a nonparty to these proceedings. The remainder of the Court's order will be unsealed and sufficiently apprises the public of the issues before the Court, the Court's analysis, and the Court's decision to deny the government's Rule 15 motion. Accordingly, on balance, the nonparty's privacy interests outweigh the public's interest in a fully unredacted order.

Respectfully submitted,

*/s/ Benjamin J. Hawk*
Benjamin J. Hawk
Adam P. Barry
Trial Attorneys
National Security Division
U.S. Department of Justice

*/s/ Christopher Oakley*
D. Christopher Oakley
Assistant United States Attorney
United States Attorney's Office for the
District of Kansas

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 18th day of March, 2022, I caused the foregoing motion to be filed with the Clerk of the Court, with a true and accurate copy provided to each counsel of record in the case.

                                                 */s/ Christopher Oakley*
                                                 D. Christopher Oakley