# UNITED STATES DISTRICT COURT
## District of Kansas

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.          Case No.   **19-20052-01-JAR**

**FENG TAO,**

      **Defendant.**

## GOVERNMENT'S SECOND AMENDED WITNESS LIST

The United States of America, by and through undersigned counsel, submits the following as its list of proposed witnesses who may be called at the trial of this matter. The government additionally may call any witnesses listed by the defendant, any witnesses subsequently discovered, and any witnesses called as records custodians who appear in place of records custodians listed below.

Dr. Glenn D. Tiffert

Chancellor Douglas A. Girod, University of Kansas
Dr. Bala Subramaniam, University of Kansas
Christopher Brown, University of Kansas
Alicia Reed, University of Kansas
Dr. Laurence Weatherley, University of Kansas
Kimberly Wittman, University of Kansas
Kelly Mason, (formerly) University of Kansas
Matthew Battison, University of Kansas
Bradley Bernet, University of Kansas
Sarah Craig, (formerly) University of Kansas
Dr. Brian Laird, University of Kansas

Dr. Russell Dean Ostermann, University of Kansas
Tim Spencer, University of Kansas
Jane Johns, University of Kansas
Evelyn Haaheim, (formerly) University of Kansas
Angie Loving, University of Kansas
Jim Rupprecht (or other Custodian of Records, University of Kansas, related to emails)

Dr. Rebecca Keiser, National Science Foundation
Dr. Raul Miranda, United States Department of Energy
Dr. Viviane Schwartz, United States Department of Energy

Dr. Luan Nguyen
Dr. Shiran Zhang
Dr. Weixin Huang
Dr. Meilin Liu
Dr. Robert Schlögl

Special Agent Stephen Lampe
Special Agent Dana Kreeger
Special Agent Scott Bakken
Special Agent Michael Buono
Special Agent Jerad Hall
Claire Gibby (formerly) FBI Financial Analyst
Derrek Burke, FBI analyst
Erica Guyer, FBI analyst
Special Agent Stephen Schmidt, HARCFL
Joshua Clevenger, HARCFL
Morgan Becker, FBI Financial Analyst
James Churchill, FBI Translator
Linda Deng, FBI Translator


Jonathan Thompson, Huron custodian

                                        Respectfully submitted,

                                        */s/ Adam P. Barry*
                                        Adam P. Barry
                                        Benjamin J. Hawk
                                        Trial Attorneys
                                        National Security Division
                                        U.S. Department of Justice

                                        */s/ Christopher Oakley*
                                        D. Christopher Oakley
                                        Assistant United States Attorney

United States Attorney's Office for the
District of Kansas
500 State Avenue, Suite 360
Kansas City, KS 66101
Ph. 913-551-6730
Fax 913-551-6754
Chris.Oakley@usdoj.gov
KS Bar No. 19248

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2022, I caused the foregoing pleading to be filed with the Clerk of the Court, with a true and accurate copy provided to each counsel of record in the case.

*/s/ Christopher Oakley*
D. Christopher Oakley
Assistant United States Attorney
United States Attorney's Office for the
District of Kansas

3