UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                      Case No.   19-20052-01-JAR

FENG TAO,

        Defendant.

### GOVERNMENT'S MOTION TO OBTAIN FOR USAGE AT TRIAL DEFENDANT'S PASSPORT CURRENTLY IN THE POSSESSION OF THE CLERK OF THE COURT

The United States of America, by and through undersigned counsel, requests an Order from the court directing the Clerk of the Court to allow the United States to obtain, for usage as an exhibit at trial, Defendant Feng Tao's passport. In support of its motion, the United States alleges:

1. The Defendant is charged in the Second Superseding Indictment with six wire fraud counts, each in violation of 18 U.S.C. § 1343, and two counts of making false statements, each in violation of 18 U.S.C. § 1001. *Second Superseding Indictment*, Dkt. No. 75, ("SSI").  The charges stem from Defendant's scheme to defraud the U.S. government and the University of Kansas (KU) to obtain federal grant funds and a substantial salary by concealing his affiliation with a foreign university, his foreign research support, and various financial benefits.

2. On June 21, 2021, the Court granted the Government's motion to inspect and copy the defendant's passport that was in the possession of the Clerk of the Court.  Order, doc. 115, filed 6/21/21.  Upon inspection, the Government determined the passport contains evidence that is

directly relevant to the charges against the defendant.

3.  The Defendant's jury trial begins March 21, 2022.  The Government intends to introduce the defendant's passport as an exhibit at trial.

4.  The Defendant's passport may contain evidence of his travel to China.  The United States seeks an Order directing the Clerk of the Court to allow the United States to obtain Defendant's passport for use at trial.

5.  The defense does not object to this motion.

Respectfully submitted,

*/s/ Christopher Oakley*
D. Christopher Oakley
Assistant United States Attorney
United States Attorney's Office for the
District of Kansas
500 State Avenue
Suite 360
Kansas City, Kansas 66101
Ph. 913-551-6604
Fax 913-551-6754

*/s/Adam P. Barry*
Adam P. Barry
Benjamin J. Hawk
Trial Attorneys
National Security Division
U.S. Department of Justice

3

**CERTIFICATE OF SERVICE**

I certify that, on this 20th day of March, 2022, I filed the foregoing Motion with the Clerk of the Court's electronic filing system, which will automatically provide notice to all counsel of record.

/s/ *Christopher Oakley*
D. Christopher Oakley
Assistant United States Attorney