**CLERK'S COURTROOM MOTIONS/MISCELLANEOUS MINUTE SHEET**

UNITED STATES OF AMERICA,　　　　　　　AUSA:  Chris Oakley, Adam Barry
　　　　　Plaintiff

　v.　　　　　　　　　　　　　　　　　　CASE NO. 19-20052-01-JAR

FENG TAO,　　　　　　　　　　　　　　　Deft Atty:  Peter Zeidenberg, Michael
　　　　　　　　　　　　　　　　　　　　　　　　　　Dearington
　　　　　Defendant

| JUDGE: | Julie A. Robinson | DATE: | 3/29/2022 |
| --- | --- | --- | --- |
| DEPUTY CLERK: | Bonnie Wiest | REPORTER: | Dani Murray |
| INTERPRETER: | | PRETRIAL/PROBATION: | |

# HEARING

This case comes before the Court for a hearing on defendant's objections to certain government exhibits.  The government appears by its counsel, Chris Oakley and Adam Barry.  Defendant appears in person and with his counsel Peter Zeindenberg and Michael Dearington.

The Court heard defendant's objections.  A list of the Court's rulings on these objections is attached to this minute sheet.

Defendant remains on release.