19-20052-01-JAR – USA VS. FENG TAO
DEFENDANT'S OBJECTIONS TO CERTAIN GOVERNMENT EXHIBITS

| No. | Proposed Ex. No. | Basis of Objection (in addition to 403) |
|---|---|---|
| 1 | 307 - DEFER RULING | Hearsay (and does not meet an exception); email is between Huimin Liu and another person who is not Dr. Tao; Dr. Tao makes no comment and did not adopt any of the statements |
| 2 | 308 - DEFER RULING | Hearsay (and does not meet an exception); appears to be an advertisement for positions in a CJS Scholar's group, makes statements the government will contend are about Dr. Tao, but no evidence Dr. Tao drafted or adopted this as his own statements |
| 3 | 309/309A- ADMITTED AS PARTIALLY REDACTED & WITH LIMITING INSTRUCTION | Bottom email from Dr. Tao to Su Siwen is not objectionable, but top email is hearsay (and does not meet an exception) from Su Siwen to Dr. Tao, and Dr. Tao does not make the statements or adopt it; version of bottom email can be introduced alone, or top email should be redacted |
| 4 | 323/323A ADMITTED – OBJECTION WITHDRAWN | Hearsay (and does not meet an exception); no evidence that the signature is actually Dr. Tao's or that he authored this – signature has not been authenticated and also looks different from the one in 489, suggesting it may not be his |
| 5 | 324 - ADMITTED | Hearsay (and does not meet an exception); Expedia email forwarded by someone to Dr. Tao, which he does not comment on or adopt. |
| 6 | 325 - ADMITTED | Hearsay (and does not meet an exception); Expedia email forwarded by someone to Dr. Tao, which he does not comment on or adopt. |
| 7 | 326 - DEFER RULING | Appears to be different version of Ex. 307 – same objection as to 307: Hearsay (and does not meet an exception); email is between Huimin Liu and another person who is not Dr. Tao; Dr. Tao makes no comment and did not adopt any of the statements |
| 8 | 334 - MOOT | Do not appear to have these; have requested from government |
| 9 | 335 - DEFER RULING | Hearsay (and does not meet an exception); Dr. Tao submitted bottom email, which is not objectionable, but did not submit the top email and did not adopt it or even respond to it |
| 10 | 337 - MOOT | Do not appear to have these; have requested from government |
| 11 | 481A - DEFER RULING | Purports to be a translation of the red daily planner, but is actually more of a series of observations about the planner and not a verbatim translation of any sections |
| 12 | 484 & 484A - ADMITTED | Hearsay (and does not meet an exception); purports to be a presentation deck to be presented by Dr. Tao; no evidence regarding which statements, if any, Dr. Tao authored or could have adopted as his own |

19-20052-01-JAR – USA VS. FENG TAO
DEFENDANT'S OBJECTIONS TO CERTAIN GOVERNMENT EXHIBITS

| | | |
|---|---|---|
| 13 | 486 - ADMITTED | Hearsay (and does not meet an exception); appears to be materials related to Ex. 484; no evidence regarding which statements, if any, Dr. Tao authored or could have adopted as his own |
| 14 | 489/489A - ADMITTED | Hearsay (and does not meet an exception); no evidence that the signature is actually Dr. Tao's or that he authored this; signature has not been authenticated and also looks different from the one in 323 suggesting it may not be Dr. Tao's |
| 15 | 492 - DEFER RULING | Hearsay (and does not meet an exception); no evidence Dr. Tao authored this or adopted it as his own statement |
| 16 | 496/496A - ADMITTED AS ADOPTED ADMISSIONS | Hearsay (and does not meet an exception); no evidence Dr. Tao authored this or adopted it as his own statement; signature has not been authenticated and also looks different from the one in 489, suggesting it may not be his |
| 17 | 498 (498A) - DEFER RULING | Hearsay (and does not meet an exception); no evidence Dr. Tao authored this or adopted it as his own statement |
| 18 | 499 - ADMITTED WITH LIMITING INSTRUCTION | Hearsay (and does not meet an exception); no evidence Dr. Tao authored this or adopted it as his own statement |
| 19 | 503 (503A) – DEFER RULING | Hearsay (and does not meet an exception); no evidence Dr. Tao authored this or adopted it as his own statement |
| 20 | 505 - ADMITTED | Hearsay (and does not meet an exception); no evidence Dr. Tao authored certain hearsay statements in this presentation or adopted any such statements as his own statement |
| 21 | 619A, 669 - DEFER RULING | Hearsay (and does not meet an exception); no evidence Dr. Tao drafted this or adopted it. We also objected to the translation and will cross the linguist on this. Translation should also just be of the certificate, not the other extraneous material which may have been accidentally appended to the translation (which government has stated it will remove) |
| 22 | 660-665 ADMITTED | Hearsay (and does not meet an exception); Expedia website and no evidence Dr. Tao authored or adopted it (or even that it was booked by Dr. Tao) |
| 23 | 642 - SUSTAINED | Appears to be a 2012 Chinese grant application while Dr. Tao was at Notre Dame; not relevant, substantially more prejudicial than probative, and the government never provided a 404(b) notice of this uncharged alleged act |
| 24 | 646 – GOVERNMENT WITHDRAWS EXHIBIT | Assuming this record is being introduced to show some kind of financial transaction, this is not a bank record and is hearsay that does not meet an exception |
| 25 | 351 (351A) - ADMITTED | Hearsay (and does not meet an exception); no evidence Dr. Tao authored certain hearsay statements in this presentation or adopted any such statements as his own statement |
| 26 | 491/491A – DEFER RULING | Foundation and authenticity; Ex. 491 (and translation 491A) were provided by Hiumin Liu to the FBI, and she is not a witness (produced to us in a "Hiumin Liu Emails" folder on 5/19/2020) |

19-20052-01-JAR – USA VS. FENG TAO
DEFENDANT'S OBJECTIONS TO CERTAIN GOVERNMENT EXHIBITS

|   |   |   |
|---|---|---|
|   |   |   |
| 27 | 352/352A, 493/493A – DEFER RULING | Foundation and authenticity; unaware of these being found on Dr. Tao's devices or emails, and unclear how the government can authenticate them; appear to have been given to the FBI by Huimin Liu, who is not testifying |
| 28 | 511A-521A - MOOT | Believe government has agreed to delete the translator's commentaries and hearsay discussions at the top of the transcripts, but the versions we have do not reflect this deletion yet |