<u>CLERK'S COURTROOM MINUTE SHEET</u>

Case No: 15-20092-01-JAR

UNITED STATES OF AMERICA

            Plaintiff,

FENG TAO

            Defendant.

APPEARANCES:
Chris Oakley, Adam Barry

Peter Zeidenberg, Michael Dearington, Thomas Johnson (1st day)

| Judge:<br>Clerk:<br>Reporter: | Julie Robinson<br>Bonnie Wiest<br>Dani Murray<br>Kelli Stewart | DATE:<br><br>T/B:<br>T/E: | 3/21/2022<br><br>8:34 a.m.<br>4:38 p.m. | 3/22/2022<br><br>9:25 a.m.<br>4:56 p.m. | 3/23/2022<br><br>9:40 a.m.<br>5:02 p.m. | 3/24/2022<br><br>8:54 a.m.<br>4:54 p.m. |
|---|---|---|---|---|---|---|
| 3/25/2022<br>8:55 a.m.<br>4:57 p.m. | 3/28/2022<br>9:01 a.m.<br>4:53 p.m. | 3/29/2022<br>8:35 a.m.<br>10:00 a.m.<br>(sep. hrg)<br>10:03 a.m.<br>5:00 p.m. | 3/30/2022<br>8:31 a.m.<br>4:52 p.m. | 3/31/2022<br>8:30 a.m.<br>4:52 p.m. | 4/1/2022<br>9:00 a.m.<br>4:53 p.m. | 4/4/2022<br>8:36 a.m.<br>5:02 p.m. |
| 4/5/2022<br>9:04 a.m.<br>5:36 p.m. | 4/6/2022<br>9:00 a.m. (jury begins deliberations)<br>4:50 p.m. (jury released) | 4/7/2022<br>9:00 a.m.<br>(jury deliberations)<br>Verdict: 1:16 p.m. | | | | |

JURY SELECTION

JURY IMPANELED & SWORN:   3/21/2022 at 4:34 p.m.        Kansas City, Kansas

| | (BACK ROW) | | | (FRONT ROW) |
|---|---|---|---|---|
| 1 | 101166402 01-0126 | | 9. | 101205321 01-0092 |
| 2 | 101192734 01-0116 | | 10. | 101158671 01-0185 |
| 3 | 101194724 01-0174 | | 11. | 101156262 01-0068 |
| 4 | 101164678 01-0196 | | 12. | 101171300 01-0171 |
| 5. | 101174895 01-0083 | | 13. | 101190374 01-0088 (alt) |
| 6. | 101202042 01-0137 | | 14. | 101166167 01-0093 (alt) |
| 7. | 101163656 01-0127 | | 15. | 101195792 01-0078 (alt) |
| 8. | 101198670 01-0080 | | 16. | 101215060 01-0211 (alt) |

# JURY TRIAL PROCEEDINGS MINUTES
# 19-20052-JAR (USA VS. FENG TAO)

**MARCH 21, 2022**

- Court convenes at 8:34 a.m.
- Preliminary matters discussed out of the presence of the jury panel.
- Entire Jury panel is sworn in.
- Voir dire and jury selection begin.
- Jury is impaneled and sworn at 4:34 p.m.
- Jury admonition.  Jury excused.  Court adjourns at 4:38 p.m.  Trial to resume on March 22, 2022, beginning at 9:30 a.m.

**MARCH 22, 2022**

- Court convenes at 9:25 a.m.
- Record made outside the presence of the jury.
- Government's opening statement.
- Defendant's opening statement.
- Government begins presentation of evidence.
- Testimony of Chancellor Douglas Girod.
- The Court recesses for lunch break (12:15 p.m. to 1:17 p.m.)
- Testimony of Angie Loving.
- Testimony of Alicia Reed.
- Jury admonition.  Jury excused.  Court adjourns at 4:56 p.m.  Trial to resume on March 23, 2022, at 9:00 a.m.

**MARCH 23, 2022**

- Court convenes at 8:53 a.m.
- Record made outside the presence of the jury.
- Continue with testimony of Alicia Reed.
- The Court recesses for lunch break (11:56 a.m. to 1:03 p.m.)
- Testimony of Dr. Laurence Weatherly.
- Continue with testimony of Alicia Reed.
- Jury admonition.  Jury excused at 4:48.
- Discussion with counsel regarding Defendant's Exhibit 1452.
- Court adjourns at 5:02 p.m.  Trial to resume on March 24, 2022, at 9:00 a.m.

**MARCH 24, 2022**

- Court convenes at 8:54 a.m.
- Record made outside the presence of the jury.
- Continue with testimony of Alicia Reed.

# JURY TRIAL PROCEEDINGS MINUTES
# 19-20052-JAR (USA VS. FENG TAO)

- The Court recesses for lunch break (11:59 a.m. to 12:57 p.m.)
- Testimony of Kimberly Wittman.
- Testimony of Evelyn Haaheim.
- Testimony of Kelly Mason.
- Testimony of Matthew Battison.
- Testimony of Jane Johns.
- Testimony of Dr. Rebecca Keiser.
- Jury admonition.  Jury excused at 4:50 p.m.
- Court adjourns at 4:54 p.m.  Trial to resume on March 25, 2022, at 9:00 a.m.

**MARCH 25, 2022**

- Court convenes at 8:55 a.m.
- Record made outside the presence of the jury.
- Continue with testimony of Dr. Rebecca Keiser.
- The Court recesses for lunch break (12:06 p.m. to 1:18 p.m.)
- Continue with testimony of Dr. Rebecca Keiser.
- Testimony of Dr. Viviane Schwartz.
- Jury admonition.  Jury excused at 4:48 p.m.
- Court adjourns at 4:57 p.m.  Trial to resume on March 28, 2022, at 9:00 a.m.

**MARCH 28, 2022**

- Court convenes at 9:01 a.m.
- Record made outside the presence of the jury.
- Jury brought in at 9:07 a.m.
- Continue with testimony of Dr. Viviane Schwartz.
- Testimony of Dr. Robert Schlögl.
- Parties entered into a stipulation regarding exhibits.  Stipulation was read to the jury and made a part of the record.
- Testimony of Dr. Bala Subramaniam.
- The Court recesses for lunch break (12:23 p.m. to 1:29 p.m.)
- Continue with testimony of Dr. Bala Subramaniam.
- Testimony of James Rupprecht.
- Testimony of Special Agent Dana Kreeger.
- Testimony of Special Agent Michael Buono.
- Continue with testimony of Special Agent Dana Kreeger.
- Jury admonition.  Jury excused at 4:47 p.m.
- Court adjourns at 4:53 p.m.  Court will resume at 8:30 a.m. to take up defendant's objections to certain Government exhibits.  Trial to resume on March 29, 2022, at 9:30 a.m.

# JURY TRIAL PROCEEDINGS MINUTES
# 19-20052-JAR (USA VS. FENG TAO)

**MARCH 29, 2022**

- Court convenes at 8:30 a.m.  Hearing held on defendant's objections to certain government exhibits (separate minute sheet).
- Trial resumes and jury brought in at 10:03 a.m.
- Testimony of Jonathan Thompson.
- Testimony of Detective Joshua Clevenger.
- Court recesses for lunch break (12:17 p.m. to 1:28 p.m.)
- Record made outside the presence of the jury.
- Continue with testimony of Detective Joshua Clevenger.
- Parties entered into a stipulation regarding exhibits.  Stipulation was read to the jury and made a part of the record.
- Testimony of Special Agent Jerard Hall.
- Testimony of Erica Guyer, FBI Analyst.
- Testimony of Claire Gibby, former FBI Analyst.
- Testimony of Derrek Burke, FBI Analyst.
- Testimony of Special Agent Scott Bakken.
- Testimony of Special Agent Stephen Schmidt.
- Jury admonition.  Jury excused at 4:47 p.m.
- Court adjourns at 5:00 p.m. Trial will resume on March 30, 2022, at 8:30 a.m.

**MARCH 30, 2022**

- Court convenes at 8:31 a.m.  Record made outside the presence of the jury.
- Trial resumes and jury brought in at 9:02 a.m.
- Continue with testimony of Special Agent Stephen Schmidt.
- Parties entered into a stipulation regarding exhibits.  Stipulation was read to the jury and made a part of the record.
- Testimony of Linda Deng, FBI Translator.
- Testimony of James Churchill, FBI Translator.
- Court recesses for lunch break (12:15 p.m. to 1:19 p.m.)
- Continue with testimony of James Churchill.
- Testimony of Weixin Huana.
- Jury admonition.  Jury excused at 4:44 p.m.
- Court adjourns at 4:52 p.m.  Trial will resume on March 31, 2022, at 8:30 a.m.

**MARCH 31, 2022**

- Court convenes at 830 a.m.
- Record made outside the presence of the jury.
- Jury brought in at 9:06 a.m.

# JURY TRIAL PROCEEDINGS MINUTES
# 19-20052-JAR (USA VS. FENG TAO)

- Testimony of Dr. Meilin Liu.
- Testimony of Dr. Shiran Zhang.
- Testimony of Dr. Luan Nguyen.
- Court recesses for lunch break (12:09 p.m. to 1:15 p.m.)
- Continue with testimony of Dr. Luan Nguyen.
- Testimony of Morgan Becker, FBI Financial Analyst.
- Recall James Churchill.
- Jury admonition.  Jury excused at 4:49 p.m.
- Court adjourns at 4:52 p.m.  Trial will resume on April 1, 2022, at 9:00 a.m.

**APRIL 1, 2022**
- Court convenes at 9:00 a.m.
- Record made outside the presence of the jury.
- Jury brought in at 9:29 a.m.
- Continue with testimony of James Churchill.
- Court recesses for lunch break (12:05 p.m. to 1:20 p.m.)
- Continue with testimony of James Churchill.
- Testimony of Dr. Glenn Tiffert.
- Jury admonition.  Jury excused at 4:42 p.m.
- Court adjourns at 4:53 p.m.  Trial will resume on April 4, 2022, at 8:30 a.m.

**APRIL 4, 2022**
- Court convenes at 8:36 a.m.
- Record made outside the presence of the jury.
- Defendant orally moves for judgment of acquittal.
- The Court takes motion under advisement.
- Jury brought in at 9:11 a.m.
- Government rests.
- Defendant begins presentation of evidence.
- Testimony of Special Agent Stephen Lampe.
- Court recesses for lunch break (12:31 p.m. to 1:37 p.m.)
- Continue with testimony of Special Agent Lampe.
- Jury admonition.  Jury excused at 4:44 p.m.
- Court adjourns at 5:02 p.m.  Trial to resume on April 5, 2022, at 9:00 a.m.

**APRIL 5, 2022**
- Court convenes at 9:04 a.m.
- Final Instruction Conference.
- Record made outside the presence of the jury following short recess.
- Jury brought in at 10:42 a.m.

# JURY TRIAL PROCEEDINGS MINUTES
# 19-20052-JAR (USA VS. FENG TAO)

- Testimony of Pastor Joseph Ting.
- Testimony of Hong Peng.
- Court recesses for lunch break (12:14 p.m. to 1:21 p.m.)
- Continue with testimony of Hong Peng.
- Defendant rests at 1:55 p.m.
- Defendant orally renews his motion for judgment of acquittal.
- The Court takes motion under advisement.
- Defendant advises the Court he does not wish to testify.
- Record made as to the release of one of the alternate jurors.
- Instruct the jury at 2:29 p.m.
- Government's closing argument (3:08 p.m. to 3:52 p.m.)
- Defendant's closing argument (4:07 p.m. to 5:06 p.m.)
- Government's final rebuttal argument (5:07 p.m. to 5:22 p.m.)
- Final instructions read to jury.
- Record made outside the presence of the jury.  Counsel have no objections as to the reading of the jury instructions.
- Bailiffs were duly sworn (5:30 p.m.)
- Jury released to begin deliberations.
- Court adjourns at 5:36 p.m.  Deliberations to resume on April 6, 2022, at 9:00 a.m.

**APRIL 6, 2022**
- Jury deliberations begin at 9:00 a.m.
- Jury Question (3:55 p.m.)
- Jury admonition.  Jury excused at 4:50 p.m.
- Court adjourns at 4:53 p.m.  Deliberations resume on April 7, 2022, at 9:00 a.m.

**APRIL 7, 2022**
- Jury deliberations begin at 9:00 a.m.
- Jury reaches a verdict.  The verdict is read in open court at 1:16 p.m.
    - On the offense of wire fraud charged in Count 1, we find the defendant, Dr. Franklin Feng Tao:  NOT GUILTY
    - On the offense of wire fraud charged in Count 2, we find the defendant, Dr. Franklin Feng Tao:  NOT GUILTY
    - On the offense of wire fraud charged in Count 3, we find the defendant, Dr. Franklin Feng Tao:  GUILTY
    - On the offense of wire fraud charged in Count 4, we find the defendant, Dr. Franklin Feng Tao:  NOT GUILTY
    - On the offense of wire fraud charged in Count 5, we find the defendant, Dr. Franklin Feng Tao:  GUILTY
    - On the offense of wire fraud charged in Count 6, we find the defendant, Dr. Franklin Feng Tao:  GUILTY

# JURY TRIAL PROCEEDINGS MINUTES
# 19-20052-JAR (USA VS. FENG TAO)

- - -

- o On the offense of false statements charged in Count 7, we find the defendant, Dr. Franklin Feng Tao:  GUILTY
- o On the offense of false statements charged in Count 8, we find the defendant, Dr. Franklin Feng Tao:  NOT GUILTY

- July polled at 1:17 p.m.
- Jury released at 1:18 p.m.
- The Court sets the following briefing deadlines for post-trial motions.
  Defendant's Brief:  May 9, 2022
  Government's Response:  June 8, 2022
  Defendant's Reply:  June 22, 2022

  The Court will consider the motions under advisement.  The Court will take up these motions before sentencing is set.
- The Court adjourns at 1:22 p.m.


Exhibits returned to the parties following trial.

Defendant remains on release.