*(Revised 5/93)* **CLERK'S COURTROOM MINUTE SHEET - WITNESS LIST**

**CASE NO: 19-20052-01-JAR**

| WITNESSES FOR Government | | WITNESSES FOR Defendant | |
|---|---|---|---|
| Date / Name | Sworn | Date / Name | Sworn |
| **3/22/2022** Chancellor Douglas A. Girod | (x) | **4/4/2022** Special Agent Stephen Lampe | (x) |
| Angie Loving | (x) | **4/5/2022** Pastor Joseph Ting | (x) |
| Alicia Reed | (x) | Hong Peng | (x) |
| **3/23/2022** Alicia Reed (cont'd.) | (x) | | ( ) |
| Dr. Laurence Weatherly | (x) | | ( ) |
| **3/24/2022** Alicia Reed (cont'd) | (x) | | ( ) |
| Kimberly Wittman | (x) | | ( ) |
| Evelyn Haaheim | (x) | | ( ) |
| Kelly Mason | (x) | | ( ) |
| Matthew Battison | (x) | | ( ) |
| Jane Johns | (x) | | ( ) |
| Dr. Rebecca Keiser | (x) | | ( ) |
| **3/25/2022** Dr. Rebecca Keiser (cont'd.) | (x) | | ( ) |
| Dr. Viviane Schwartz | (x) | | ( ) |
| **3/28/2022** Dr. Viviane Schwartz (cont'd.) | (x) | | ( ) |
| Dr. Robert Schlogl | (x) | | ( ) |
| Dr. Bala Subramaniam | (x) | | ( ) |
| James Rupprecht | (x) | | ( ) |

**WITNESSES FOR GOV'T CONTINUED**

  Agent Dana Kreeger  (x)

  Agent Michael Buono  (x)

**3/29/2022** Jonathan Paul Thompson  (x)

  Detective Joshua Clevenger  (x)

  Special Agent Jerad Hall  (x)

  Erica Guyer  (x)

  Derrek Burke  (x)

  Special Agent Scott Bakken  (x)

  Special Agent Stephen Schmidt  (x)

**3/30/2022** SA Stephen Schmidt (cont'd.)  (x)

  Linda Deng, FBI Translator  (x)

  James Churchill, FBI Translator  (x)

  Dr. Weixin Huana  (x)

**3/31/2022** Dr. Meilin Liu  (x)

  Dr. Shiran Zhang  (x)

  Dr. Luan Nguyen  (x)

  Dr. Morgan Becker  (x)

  James Churchill (recall )  (x)

**4/1/2022** James Churchill (cont'd)  (x)

  Dr. Glenn Tiffert  (x)