Defendant's Supplemental Exhibit List

*United States v. Tao*
Case No. 19-20052-JAR-JPO

### DEFENDANT DR. FRANKLIN TAO'S SUPPLEMENTAL EXHIBIT LIST

| Exhibit No. | Document Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1001 | August 21, 2019, Transcript of Grand Jury Testimony of S. Lampe | | | | |
| 1002 | January 15, 2020, Transcript of Grand Jury Testimony of S. Lampe | | | | |
| 1003 | June 24, 2020, Transcript of Grand Jury Testimony of S. Lampe | | | | |
| 1004 | Email chain from B. Bernet to F. Tao re: URGENT – Withdraw and Resubmit the DOE Proposal | | | | |
| 1005 | KAUST Subaward Agreement | x | x | x | Reed |
| 1006 | Email from ORS Contracts to B. Bernet, et al., re: 2224 CRG3 Subaward Agreement UKansas (Dr. Franklin Feng Tao) KAUST (Dr. Kazuhiro Takanabe) | x | x | x | Reed |
| 1007 | Email chain from J. Small to F. Tao re: Proposal Submission | | | | |
| 1008 | Email chain from F. Tao to S. Bowling, et al., re: meeting slot | | | | |
| 1009 | Email from F. Tao to L. Weatherley re: letter to apply a four-month no-payment leave in spring 2019 | | | | |
| 1010 | Email chain from C. Brown to L. Weatherley re: letter to apply a four-month no-payment leave in spring 2019 | | | | |
| 1011 | Email chain from C. Brown to M. Hegedusich, et al., re: letter to apply a four-month no-payment leave in spring 2019 | | | | |
| 1012 | Email from F. Tao to C. Brown, et al., re: quick question on no-payment leave | | | | |
| 1013 | Buy-Out Course Letter from F. Tao to L. Weatherley | | | | |

Defendant's Supplemental Exhibit List

*United States v. Tao*
Case No. 19-20052-JAR-JPO

| Exhibit No. | Document Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1014 | Invitation Spring/Summer 2019 Letter from R. Schlögl (Fritz-Haber-Institut der Maz-Planck-Gessellschaft) to F. Tao | | | | |
| 1015 | KU Commitment of Time, Conflict of Interest, Consulting, and Other Employment Policy | | | | |
| 1016 | No-Payment Leave Request Letter from F. Tao to L. Weatherley | | | | |
| 1017 | Email chain from L. Weatherley to B. Subramaniam re: Franklin – application for unpaid leave | X | X | X | Weatherly |
| 1018 | Email chain from F. Tao to L. Weatherley re FW: letter to apply a four-month no-payment leave in spring 2019 | | | | |
| 1019 | Email from F. Tao to L. Weatherley, et al., re: buying out course | | | | |
| 1020 | Email chain from K. Mason to R. Saalweachter, et al., re FW: subaward from Fuzhou University | | | | |
| 1021 | Email from L. Weatherley to F. Tao, et al., re: buying out course | | | | |
| 1022 | Email chain from T. Spencer to F. Tao, et al., re FW: buying out course | | | | |
| 1023 | Email chain from F. Tao to B. Bernet, et al., re: DOE Request to Complete a Revised Budget for Proposal 0000235086 | | | | |
| 1024 | Email chain from L. Weatherley to F. Tao re: Buy outs for FY 2020 | | | | |
| 1025 | Email from L. Weatherley to A. Allgeier, et al., re: Teaching duties 2019 / 2020 | | | | |
| 1026 | KU Chemical Engineering Core and Elective Courses – For Discussion (attachment to email re: Teaching duties 2019 / 2020) | | | | |
| 1027 | Financial Investigative Report by C. Gibby | | | | |

Defendant's Supplemental Exhibit List

*United States v. Tao*
Case No. 19-20052-JAR-JPO

| Exhibit No. | Document Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1028 | Received Ally Bank Documents for Zexi Song | | | | |
| 1029 | U.S. Grand Jury Subpoena and Received Documents for Zexi Song Bank Records from Ally Bank | | | | |
| 1030 | Received Ally Bank Documents for Zexi Song and Zheng Zhao | | | | |
| 1031 | Received Bank of America Documents for Dingding Ye and Qiang Ye | | | | |
| 1032 | Received Bank of America Documents for Chenglan Ding and Qiang Ye | | | | |
| 1033 | 2018 and 2019 1099 Forms for Chenglan Ding and Qiang Ye | | | | |
| 1034 | Received Bank of America Documents for Chenglan Ding and Qiang Ye | | | | |
| 1035 | Received Bank of America Documents for Chenglan Ding and Qiang Ye | | | | |
| 1036 | Received Bank of America Documents for Qiang Ye | | | | |
| 1037 | Received Bank of America Documents for Chenglan Ding and Qiang Ye | | | | |
| 1038 | Received Bank of America Documents for Chenglan Ding and Qiang Ye | | | | |
| 1039 | Received Bank of America Documents for Dingding Ye and Qiang Ye | | | | |
| 1040 | Received Bank of America Documents for Chenglan Ding and Qiang Ye | | | | |
| 1041 | Surveillance 302 | | | | |
| 1042 | Handwritten Notes from Surveillance | | | | |
| 1043 | F. Tao Surveillance Photo from Conference | | | | |
| 1044 | F. Tao Surveillance Photo from Conference | | | | |
| 1045 | F. Tao Surveillance Photo from Conference | | | | |
| 1046 | Surveillance Photo from Conference | | | | |

**Defendant's Supplemental Exhibit List**

*United States v. Tao*
**Case No. 19-20052-JAR-JPO**

| Exhibit No. | Document Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1047 | Handwritten Notes from Surveillance | | | | |
| 1048 | Physical Surveillance of F. Tao | | | | |
| 1049 | Physical Surveillance of F. Tao | | | | |
| 1050 | Physical Surveillance of F. Tao | | | | |
| 1051 | Physical Surveillance of F. Tao | | | | |
| 1052 | Physical Surveillance of F. Tao | | | | |
| 1053 | Physical Surveillance of F. Tao | | | | |
| 1054 | Physical Surveillance of F. Tao | | | | |
| 1055 | Physical Surveillance of F. Tao | | | | |
| 1056 | Handwritten Notes from Surveillance | | | | |
| 1057 | Handwritten Notes from Surveillance | | | | |
| 1058 | Email from B. Newbury re: 20 July 2019 Saturday 7a-3p | | | | |
| 1059 | Email from B. Newbury re: 20 July 2019 Saturday 7a-3p | | | | |
| 1060 | Email from B. Newbury re: 24 July 2019 Wednesday 2p-10p | | | | |
| 1061 | Email re: 8/2/19 7a-3p | | | | |
| 1062 | Email from B. Newbury re: 6 August 2019 2pm-10pm | | | | |
| 1063 | Email re: 6 August 2019 Tuesday 7a-3p | | | | |
| 1064 | Email re: 7/1/19 8a-4p | | | | |
| 1065 | Email from B. Newbury re: July 17, 2019 Tuesday 12p-8p | | | | |
| 1066 | Email re: 7/19/19 Friday 7am-3pm | | | | |
| 1067 | Email from B. Newbury re: 22 July 2019 Monday 7a-3p | | | | |
| 1068 | Email re: 7/29/19 7a-3p | | | | |
| 1069 | Email from B. Newbury re: July 30, 2019 Tuesday 7a-3p | | | | |
| 1070 | Email from B. Newbury re: July 30, 2019 Tuesday 2p-10p | | | | |
| 1071 | Email re: SITREP Wednesday, July 31, 2019, 7a-3p | | | | |
| 1072 | Email with Undated Notes from Surveillance | | | | |

Defendant's Supplemental Exhibit List

*United States v. Tao*
Case No. 19-20052-JAR-JPO

| Exhibit No. | Document Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1073 | Email from B. Newbury re: 2 August 2019 7a-p Friday | | | | |
| 1074 | Email from B. Newbury re: Saturday 8/3/19 7a-3p | | | | |
| 1075 | Email from B. Newbury re: 4 August 2019 Sunday 7a-3p | | | | |
| 1076 | Email from B. Newbury re Fwd: 5 August 2019 Monday 7a-3p | | | | |
| 1077 | Email re: SITREP, Wednesday, August 7, 2019, 2p-10p | | | | |
| 1078 | Email re Fwd: 7 Aug 2019 Wednesday 7a-3p | | | | |
| 1079 | Email from B. Newbury re: 8 August 2019 Thursday 7a-3p | | | | |
| 1080 | Email re: 8/11/19 7a-3p | | | | |
| 1081 | F. Tao and H. Peng Surveillance Notes | | | | |
| 1082 | Email re: SITREP, July 23, 2019, 2p-10p | | | | |
| 1083 | Email from B. Newbury re: 31 July 2019 Wednesday 2p-10p | | | | |
| 1084 | Email re Undated Surveillance Notes on H. Peng | | | | |
| 1085 | Email re: August 9, 2019 Friday 7a-3p | | | | |
| 1086 | Email re: 12 August 2019 7am-3pm | | | | |
| 1087 | F. Tao and H. Peng Surveillance Notes | | | | |
| 1088 | Drivers License Detail of D. Nguyen | | | | |
| 1089 | Drivers License Detail of L. Nguyen | | | | |
| 1090 | Drivers License Information on D. Nguyen | | | | |
| 1091 | Drivers License Detail of L. Nguyen | | | | |
| 1092 | Drivers License Information on L. Nguyen | | | | |
| 1093 | Physical Surveillance Log of L. Nguyen | | | | |
| 1094 | Surveillance Video 1 | | | | |
| 1095 | Surveillance Video 2 | | | | |
| 1096 | Surveillance Video 3 | | | | |
| 1097 | Surveillance Video 4 | | | | |
| 1098 | Surveillance Video 5 | | | | |

**Defendant's Supplemental Exhibit List**                                        *United States v. Tao*
                                                                                 Case No. 19-20052-JAR-JPO

| Exhibit No. | Document Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1099 | Surveillance Video 6 | | | | |
| 1100 | Surveillance Video 7 | | | | |
| 1101 | Surveillance Video 8 | | | | |
| 1102 | Surveillance Video 9 | | | | |
| 1103 | Surveillance Video 10 | | | | |
| 1104 | Surveillance Video 11 | X | X | X | Lambe |
| 1105 | Surveillance Video 12 | | | | |
| 1106 | Surveillance Video 13 | | | | |
| 1107 | Surveillance Video 14 | | | | |
| 1108 | Conflict of Interest Form for F. Tao | | | | |
| 1109 | Conflict of Interest Form for F. Tao | | | | |
| 1110 | Email from C. Taylor to S. Lampe, et al., re FWD: Tao's Teaching Schedule | | | | |
| 1111 | 302 Interview with L. Weatherley | | | | |
| 1112 | Handwritten Notes from 302 Interview of L. Weatherley | | | | |
| 1113 | Screenshot of KU Website on University Scholarly Achievement Award | | | | |
| 1114 | Scholarly Achievement Award Video | X | X | X | Peng |
| 1115 | F. Tao KU Paystubs | X | X | X | Loving |
| 1116 | F. Tao and H. Peng Check Images | X | X | X | Peng |
| 1117 | Email From M. Robertson to F. Tao re Lehigh University – Chemistry Seminar Series – September 24, 2019 | | | | |
| 1118 | Email chain from X. Xu to F. Tao, et al., re: Seminar invitation at Chemistry Department of Lehigh University | | | | |
| 1119 | Email chain from I. Wachs to F. Tao, et al., re: Fw: my updated CV with full information – Anderson Chair applicant | | | | |
| 1120 | Email chain from S. Bernasek to F. Tao re: Could you please provide recommendation letters? | | | | |

Defendant's Supplemental Exhibit List

*United States v. Tao*
**Case No. 19-20052-JAR-JPO**

| Exhibit No. | Document Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1121 | Email chain from C&EN Jobs to F. Tao re: Application submitted confirmation (C&ENJobs) | | | | |
| 1122 | Email chain from F. Tao to U. Ozkan re: quick question | | | | |
| 1123 | Email from Faculty Search Stanford to F. Tao re: Stanford Faculty Search Process | | | | |
| 1124 | Email from Faculty Search Admin Group to F. Tao re: Faculty Search Application Confirmation | | | | |
| 1125 | Email from Illinois Chemistry to F. Tao re: Application after Close of Job | | | | |
| 1126 | Email chain from J. Weaver to F. Tao re: application to open faculty positions of your department | | | | |
| 1127 | Email from M. Yager to F. Tao re: Faculty Search Completion | | | | |
| 1128 | Email from ChemE Faculty Search Admin to F. Tao re: University of Michigan Department of Chemical Engineering Faculty Search | | | | |
| 1129 | Email from C. Horsfall to F. Tao re: UW-Madison Search | | | | |
| 1130 | Email chain from I. Wachs to G. Ferguson, et al., re: CV of Franklin Tao | | | | |
| 1131 | Email chain from J. Kelber to F. Tao, et al., re: Welch Chair in Chemistry at University of North Texas | | | | |
| 1132 | Email from G. Somorjai to F. Tao re: Recommendation letter | | | | |
| 1133 | Email chain compilation between the Fritz Haber Institute and F. Tao | | | | |
| 1134 | Email chain from F. Tao to L. Weatherley , et al., re: inquire | | | | |
| 1135 | Email chain from P. Willhite to F. Tao re: Is there a chance I could meet with you on Monday next week? | | | | |

**Defendant's Supplemental Exhibit List**

*United States v. Tao*
*Case No. 19-20052-JAR-JPO*

| Exhibit No. | Document Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1136 | Email chain from P. Willhite to F. Tao re: Proxy Vote=Kevin Leonard's Initial Review | | | | |
| 1137 | Email chain from P. Willhite to F. Tao, et al., re: Annual Review-Promotion to Full Professor | | | | |
| 1138 | Email chain from P. Willhite to F. Tao, et al., re: my updated CV | | | | |
| 1139 | Email chain from P. Willhite to F. Tao, et al., re: Pranja Dhar Promotion Votes | | | | |
| 1140 | Adjunct Appointment Letter from Notre Dame to F. Tao | | | | |
| 1141 | Adjunct Appointment Letter from Notre Dame to F. Tao | | | | |
| 1142 | Email from the Office of the President of Notre Dame to Notre Dame Employees re: A from Rev. John I. Jenkins, C.S.C. RE: Ebola Epidemic | | | | |
| 1143 | Email from Notre Dame Security Policy to ND Employees re: Crime Alert: Robert | | | | |
| 1144 | Email from S. Basu to J. Peng re: Merry Christmas & Happy New Year | | | | |
| 1145 | Email from Center for Undergraduate Scholarly Engagement to cue-faculty list re: 2015 Undergraduate Scholars Conference | | | | |
| 1146 | Email chain from Government Informant to J. Curran, et al., re: Chemical Society Reviews – CS-SYN-06-2018-000488.R1 | | | | |
| 1147 | Email from Government Informant to F. Tao | | | | |
| 1148 | Email from Government Informant to F. Tao re: I am sorry. | | | | |
| 1149 | Email from Government Informant's Mother to F. Tao re: I am very sorry, Teacher Tao! with translation | | | | |
| 1150 | Conflict of Interest Form for F. Tao | | | | |
| 1151 | Conflict of Interest Form for F. Tao | | | | |

**Defendant's Supplemental Exhibit List**

*United States v. Tao*
Case No. 19-20052-JAR-JPO

| Exhibit No. | Document Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1152 | Old National Bank Statements for F. Tao and H. Peng | | | | |
| 1153 | Email from H. Peng to L. Grady re: Please check; with attachments | | | | |
| 1154 | Receipt of Loan and translation | | | | |
| 1155 | Receipt of Loan ($29,000) and translation | | | | |
| 1156 | Receipt of Loan and translation | | | | |
| 1157 | Email from KU Emergency Email Notification System to Government Informant re: TEST: Statewide Tornado Drill | | | | |
| 1158 | Email from T. Ning to F. Tao re: Postdoctoral Position Application | | | | |
| 1159 | Email from V. Schwartz to C. Bradley, et al., re: Welcome to FY 19 DOE/BES/Catalysis Science Program; and Information to PIs PowerPoint | | | | |
| 1160 | Email chain from V. Schwartz to F. Tao, et al., re: Receipt of Progress Report for BES Award DE-SC0014562 by DOE | | | | |
| 1161 | KU Office of Research policy, Facilities and Administrative Costs Return Policy | | | | |
| 1162 | Email from L. Weatherley to A. Scurto, et al., re: F and A return policy | | | | |
| 1163 | Email from S. Wettlaufer to C. Bankart, et al., re: Attorney Client Communication – Subpoena – International Affairs | | | | |
| 1164 | Email from Government Informant to F. Tao re: Thank you very much | | | | |
| 1165 | Email chain from F. Tao to Government Informant re: Thank you very much | | | | |

Defendant's Supplemental Exhibit List

*United States v. Tao*
Case No. 19-20052-JAR-JPO

| Exhibit No. | Document Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1166 | Email chain from F. Tao to Government Informant re: Thank you very much | | | | |
| 1167 | Email chain from Government Informant to F. Tao re: [Chinese Characters] | | | | |
| 1168 | Email from Government Informant to F. Tao re: review article and translation | | | | |
| 1169 | Email chain from Government Informant to F. Tao re: time spent in helping | | | | |
| 1170 | Email from Government Informant to F. Tao re: Your decisions | | | | |
| 1171 | Email chain from F. Tao to Government Informant re: [Chinese Characters] | | | | |
| 1172 | (Intentionally Left Blank) | | | | |
| 1173 | Email chain from F. Tao to Government Informant re: [Chinese Characters] | | | | |
| 1174 | Email from J. Chasen to Government Informant, F. Tao, et. al., re: Chemical Reviews – cr-2018-00114s.R2 | | | | |
| 1175 | Email from F. Tao to Government Informant, et al., re Re: Chemical Reviews – CS-SYN-06-2018-000488.R1 | | | | |
| 1176 | Email chain from Government Informant to S. MacNally, et al., re: Authorship allegations – CONFIDENTIAL | | | | |
| 1177 | Email chain from Government Informant to F. Tao re: Chemical Reviews – cr-2018-00114s.R2 with translation | | | | |
| 1178 | Email chain from S. Lampe to Government Informant, et al., re: KU | | | | |
| 1179 | Email chain from J. Carlson to S. Lampe, et al., re FW: Form submission form: Anonymous Reporting Form | | | | |

Defendant's Supplemental Exhibit List

*United States v. Tao*
Case No. 19-20052-JAR-JPO

| Exhibit No. | Document Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1180 | Email chain from C. Taylor to J. Carlson, et. al., re: Info on IP Address – Tao Report | | | | |
| 1181 | Email chain from B. White to C. Taylor, et al., re Fwd: Franklin (Feng) Tao in the department of chemical and petroleum engineering is taking another full time and full salary Professor position in China | | | | |
| 1182 | Email chain from A. Agah to C. Brown, et al., re: Franklin (Feng) Tao in the department of chemical and petroleum engineering is taking another full time and full salary Professor position in China | | | | |
| 1183 | Email chain from C. Taylor to S. Lampe, et al., re Fwd: Franklin (Feng) Tao in the department of chemical and petroleum engineering is taking another full time and full salary Professor position in China | | | | |
| 1184 | Email chain from J. Carlson to S. Lampe, et al., re Fwd: Feng Tao | | | | |
| 1185 | Email chain from C. Taylor to J. Carlson, et al., re Fwd: Feng Tao – 5/16/2019 | | | | |
| 1186 | Email chain from J. Fugett to J. Carlson, et al., re: Concerning Feng Tao | | | | |
| 1187 | Email chain from S. Wettlaufer to C. Taylor, et al., re: Attorney Client Communication – Government Informant | | | | |
| 1188 | Email chain from C. Taylor to J. Carlson, et al., re: Concerning Feng Tao | | | | |
| 1189 | Email chain from C. Taylor to J. Carlson, et al., re: Concerning Feng Tao | | | | |
| 1190 | Email chain from C. Taylor to K. Grunewald, et al., re: Concerning Feng Tao | | | | |
| 1191 | Email chain from C. Taylor to J. Carlson re: Concerning Feng Tao | | | | |

Defendant's Supplemental Exhibit List                                    *United States v. Tao*
                                                                         **Case No. 19-20052-JAR-JPO**

| Exhibit No. | Document Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1192 | Email chain from F. Tao to Government Informant re Fwd: Consultation on your paper DOI: 10.1021/jacs.8b10910 | | | | |
| 1193 | Email chain from J. Carlson to S. Lampe, et al., re: Fwd: Concerning Feng Tao | | | | |
| 1194 | FBI Incident Report | | | | |
| 1195 | Email chain from C. Taylor to J. Carlson, et al., re Fwd: Authorship allegations – CONFIDENTIAL | | | | |
| 1196 | 302 Interview of Government Informant | | | | |
| 1197 | Email chain from J. Carlson to S. Lampe re: Response | | | | |
| 1198 | Application and Affidavit in Support of a Search Warrant re: email address | | | | |
| 1199 | Application and Affidavit in Support of a Search Warrant re: devices found at residences | | | | |
| 1200 | Letter from Google to S. Lampe re: Search Warrant dated July 11, 2019 (Google Ref. No. 2631316) 19-mj-8160-JPO | | | | |
| 1201 | Search Warrant re: email address | | | | |
| 1202 | Search Warrant re: devices found at residences | | | | |
| 1203 | Email from S. Lampe to A. Mattivi, et al., re: Questions; and Handwritten Notes | | | | |
| 1204 | Email chain from J. Carlson to S. Lampe re: proposals | | | | |
| 1205 | 302 Interview of Government Informant | | | | |
| 1206 | Email from Government Informant to P. Zeidenberg re: I plan to set up a new case. | | | | |
| 1207 | Summer Pay Notification Compilation | | | | |
| 1208 | Email from T. Spencer to F. Tao, et al., re: IMPORTANT: Funding to Pay CPE for Course Buyout | | | | |

**Defendant's Supplemental Exhibit List**

*United States v. Tao*
Case No. 19-20052-JAR-JPO

| Exhibit No. | Document Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1209 | Email chain from T. Spencer to J. Johns re: Reducing Franklin Tao's Summer Pay – Request Feedback | | | | |
| 1210 | Email from S. Lampe to J. Carlson, et al., re: For tomorrow | | | | |
| 1211 | Email chain from S. Lampe to J. Carlson re: On your own | | | | |
| 1212 | Email chain from J. Carlson to S. Lampe, et al., re Fwd: Response | | | | |
| 1213 | A Safeguard for Jayhawk Integrity, Conflict of Interest + Commitment Report Video Presentation | | | | |
| 1214 | GAO Report "Agencies Need to Enhance Policies to Address Foreign Influence" | | | | |
| 1215 | DOE Financial Assistance Funding Opportunity Announcement: DE-FOA-0001664 | | | | |
| 1216 | NSF Proposal and Award Policies and Procedures Guide | | | | |
| 1217 | NIH: Disclosing Other Support and Foreign Components | | | | |
| 1218 | Email chain from C. Walker to F. Tao re: Renewal proposal to DOE-BES | | | | |
| 1219 | Email chain from C. Walker to F. Tao re: files to be submitted to DOE-BES for renewal | | | | |
| 1220 | NSF-Approved Formats for the Biographical Sketch & Current and Pending Support Sections of NSF Proposals Video | | | | |
| 1221 | NSF Proposal and Award Policies and Procedures Guide | | | | |
| 1222 | Email from R. Miranda to F. Tao re: Your DOE Proposal – request for 3 documents | | | | |
| 1223 | Email from R. Miranda to F. Tao re: Your DOE Proposal – request for 3 documents | X | X | X | Schwartz |

Defendant's Supplemental Exhibit List

*United States v. Tao*
Case No. 19-20052-JAR-JPO

| Exhibit No. | Document Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1224 | Email from V. Schwartz to F. Tao re: Regarding your current renewal proposal for DOE/BES/Catalysis Science Program | X | X | X | Schwartz |
| 1225 | ChemComm, *Studies of surface of metal nanoparticles in a flowing liquid with XPS* | X | X | X | Reed, Schwartz, Lampe |
| 1226 | Chemical Reviews, *Understanding Catalyst Surfaces during Catalysis through Near Ambient Pressure X-ray Photoelectron Spectroscopy* | X | X | X | Reed, Schwartz, Lampe |
| 1227 | Journal of American Chemical Society, *Synergy of Single-Atom Ni1 and Ru1 Sites on CeO2 for Dry Reforming of CH4* | X | X | X | Reed, Schwartz, Lampe |
| 1228 | Abstract from OSTI.gov, *Synergy of Single-Atom Ni1 and Ru1 Sites on CeO2 for Dry Reforming of CH4* | X | X | X | Reed, Lampe |
| 1229 | Funding Opportunity Announcement (FOA) Number: DE-FOA-0002414 | X | X | X | Schwartz |
| 1230 | NSF Memorandum of Investigation | | | | |
| 1231 | NSF Comparison of Documents | | | | |
| 1232 | 302 Interview of R. Keiser | | | | |
| 1233 | Research Performance Progress Report | | | | |
| 1234 | V. Schwartz Memorandum of Investigative Activity | | | | |
| 1235 | V. Schwartz Memorandum of Investigative Activity | | | | |
| 1236 | Progress Report | X | X | X | Schwartz |
| 1237 | DOE PAMS Internal Comment | | | | |
| 1238 | 2018 Annual Report for the Center of Environmentally Beneficial Catalysis | | | | |
| 1239 | 2019 Annual Report for the Center of Environmentally Beneficial Catalysis | | | | |
| 1240 | 302 re Returned Subpoena to Government Informant | | | | |
| 1241 | 302 re Government Informant Provided Websites | | | | |
| 1242 | Responses to S. Lampe Requests | | | | |

**Defendant's Supplemental Exhibit List**

*United States v. Tao*
*Case No. 19-20052-JAR-JPO*

| Exhibit No. | Document Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1243 | 302 Interview of A. Agah | | | | |
| 1244 | NSF Proposal No. 1352516 | | | | |
| 1245 | NSF Grant Letter | | | | |
| 1246 | NSF Grant Letter | | | | |
| 1247 | NSF Proposal No. 1539105 | | | | |
| 1248 | NSF Program Solicitation 11-690 | | | | |
| 1249 | Proposal Notes | | | | |
| 1250 | DOE Proposal #235086 | | | | |
| 1251 | DOE Proposal #219641 | X | X | X | Reed |
| 1252 | DOE Federal Assistance Reporting Checklist and Instructions | | | | |
| 1253 | DOE Federal Assistance Reporting Checklist and Instructions | | | | |
| 1254 | DOE PAMS Awardee Report List | | | | |
| 1255 | DOE PAMS Award Folder | | | | |
| 1256 | DOE PAMS Action History | | | | |
| 1257 | Progress Report and Renewal Proposal | | | | |
| 1258 | KU  Letter to F. Tao re Associate Professor | | | | |
| 1259 | KU  Letter to F. Tao re Associate Professor | | | | |
| 1260 | Progress Report and Renewal Proposal | | | | |
| 1261 | Email chain from F. Tao to V. Schwartz, et al., re: Regarding your progress report and publications | | | | |
| 1262 | Assistance Agreement | | | | |
| 1263 | Email chain from K. Grunewald to S. Lampe, et al., re FWD: restitution amount | | | | |
| 1264 | FBI Photograph Log | | | | |
| 1265 | 302 re Cedar Ridge Search Warrant | | | | |
| 1266 | Search Warrant Log and Property Seized | | | | |
| 1267 | Email chain from C. Taylor to S. Lampe, et al., re: Please Respond | | | | |

Defendant's Supplemental Exhibit List

*United States v. Tao*
Case No. 19-20052-JAR-JPO

| Exhibit No. | Document Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1268 | Fall 2018 CPE 512: Chemical Engineering Thermodynamics II Syllabus | | | | |
| 1269 | Email from F. Tao to F. Tao attaching CPE512 Syllabus | | | | |
| 1270 | Email chain from K. Grunewald to J. Carlson, et al., re: change meeting date due to an emergency of my mother | | | | |
| 1271 | Email from guerrillamail account to C. Taylor re: Feng Tao signed the contract | | | | |
| 1272 | Email chain from K. Grunewald to C. Taylor, et al., re: About extortion | | | | |
| 1273 | Email chain from A. Reed to S. Lampe re: NSF and DOE | | | | |
| 1274 | Email chain from S. Lampe to A. Reed re: NSF and DOE | | | | |
| 1275 | Email from K. Grunewald to C. Taylor re FW: CONFIDENTIAL Attorney-Client Communication | | | | |
| 1276 | Email from F. Tao to C. Brown, et al., re: quick question on no-payment leave | | | | |
| 1277 | Email from F. Tao to C. Brown, et al., re: meeting slot | | | | |
| 1278 | Email from A. Roberson to Post Award Grants, et al., re: Award Id : 1800577, PI: Tao | | | | |
| 1279 | NSF Award Documents | | | | |
| 1280 | DOE Federal Assistance Reporting Checklist and Instructions | | | | |
| 1281 | Email from F. Tao to L. Weatherley re: updated CV | | | | |
| 1282 | Letter from F. Tao to University of Florida Faculty Search Committee re: open positions in chemical engineering | | | | |
| 1283 | Letter from F. Tao to University of Illinois Faculty Search Committee re: open rank full-time tenure-track positions [College of Liberal Arts and Sciences: Open | | | | |

Defendant's Supplemental Exhibit List

*United States v. Tao*
Case No. 19-20052-JAR-JPO

| Exhibit No. | Document Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| | Rank Tenure Track Faculty – Department of Chemistry (101790)] | | | | |
| 1284 | Email from S. Quigley to F. Tao re Fwd: Application submitted from C&ENJobs by Franklin (Feng) Tao for Associate or Full Professor Chemistry – Status: Emailed | | | | |
| 1285 | Letter from F. Tao to Brown University Faculty Search Committee re: open positions of Associate or Fully Professor of Chemistry | | | | |
| 1286 | Letter from F. Tao to Stanford University Faculty Search Committee re: open positions in chemical engineering | | | | |
| 1287 | Sponsored Project Budget Summary | | | | |
| 1288 | Email from Government Informant to F. Tao, et al., re: Mahak from TIFR: Application for the Postdoctoral Position in your Lab | | | | |
| 1289 | Email chain from Government Informant to M. Mood, et al., re: Postdoctoral Position | | | | |
| 1290 | NSF Program Solicitation 15-517 | | | | |
| 1291 | FDP Cost Reimbursement Research Subaward Agreement | | | | |
| 1292 | Letter from Notre Dame to F. Tao re: adjunct professor | | | | |
| 1293 | Email chain from V. Schwartz to F. Tao, et al., re: Receipt of Progress Report for BES Award DE-SC0014561 by DOE | | | | |
| 1294 | KU Associate Professor Documents | | | | |
| 1295 | NSF Award Document | | | | |
| 1296 | Email chain from F. Tao to F. Fleming, et al., re: NSF Career Award | | | | |
| 1297 | Email chain from F. Tao to Government Informant, et al., re Fw: Postdoctoral applicant experiences and | | | | |

**Defendant's Supplemental Exhibit List**

*United States v. Tao*
Case No. 19-20052-JAR-JPO

| Exhibit No. | Document Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
|  | interested in synthesis and characterization of novel catalysts for fuel cell applications |  |  |  |  |
| 1298 | KU Handbook for Faulty and Other Unclassified Staff |  |  |  |  |
| 1299 | Principal Investigator Acknowledgment of Responsibilities |  |  |  |  |
| 1300 | Email chain from C. Brown to C. Taylor, et al., re Fwd: follow up meeting with Chris Brown |  |  |  |  |
| 1301 | Government Informant Interview Audio File |  |  |  |  |
| 1302 | Email chain from S. Lampe to A. Mattivi, et al., re: Progress |  |  |  |  |
| 1303 | KU Employment Offer to F. Tao |  |  |  |  |
| 1304 | Compilation of F. Tao Publications from 2014 to present |  |  |  |  |
| 1305 | Email chain from L. Marino to F. Tao, et al., re FW: Subgrant RF183-G1 |  |  |  |  |
| 1306 | Email chain from J. Johns to T. Watkins, et al., re: no need summer payment |  |  |  |  |
| 1307 | Email chain from F. Tao to J. Johns, et al., re: IMPORTANT: Funding to Pay CPE for Course Buyout |  |  |  |  |
| 1308 | Email chain from L. Weatherley to K. Wittman re: subaward from Fuzhou University |  |  |  |  |
| 1309 | Email chain from K. Mason to K. Wittman re: subaward from Fuzhou University |  |  |  |  |
| 1310 | Email chain from F. Tao to L. Weatherley, et al., re: subaward from Fuzhou University |  |  |  |  |
| 1311 | Email chain from K. Wittman to F. Tao, et al., re: [Chinese Characters]; and Tao Internal Budget attachment |  |  |  |  |
| 1312 | Email chain from L. Weatherley to F. Tao, et al., re: subaward from Fuzhou University |  |  |  |  |

Defendant's Supplemental Exhibit List

*United States v. Tao*
Case No. 19-20052-JAR-JPO

| Exhibit No. | Document Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1313 | Email chain from K. Wittman to F. Tao, et al., re: subaward from Fuzhou University | | | | |
| 1314 | Letter from NSF to Colleagues re Research Protection | | | | |
| 1315 | NSF Program Solicitation 11-690 | | | | |
| 1316 | NSF Program Solicitation 15-517 | | | | |
| 1317 | Promoting and Protecting the U.S. Science and Engineering Enterprise PowerPoint | | | | |
| 1318 | Promoting and Protecting the U.S. Science and Engineering Enterprise PowerPoint | | | | |
| 1319 | Promoting and Protecting the U.S. Science and Engineering Enterprise PowerPoint | | | | |
| 1320 | Promoting and Protecting the U.S. Science and Engineering Enterprise PowerPoint | | | | |
| 1321 | Promoting and Protecting the U.S. Science and Engineering Enterprise PowerPoint | | | | |
| 1322 | Promoting and Protecting the U.S. Science and Engineering Enterprise PowerPoint | | | | |
| 1323 | Email chain from B. Subramaniam to A. Allgeier, et al., re: Congratulations | | | | |
| 1324 | Email chain from R. Miranda to F. Tao re: more choices of reactions | | | | |
| 1325 | Compilation of 2019 Spring ACS Meeting at FL Orlando Documents | | | | |
| 1326 | Compilation of 2019 Spring Korea Physics Meeting Email Chain and Documents | | | | |
| 1327 | Compilation of 2019 Spring Oak Ridge National Lab Meeting Email Chain and Documents | | | | |
| 1328 | Compilation of 2019 Summer DOE Principal Investigator Catalysis Meeting in D.C. Email Chain and Documents | | | | |

Defendant's Supplemental Exhibit List

*United States v. Tao*
Case No. 19-20052-JAR-JPO

| Exhibit No. | Document Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1329 | Compilation of 2019 Summer Natural Gas Conversion Meeting in Texas Email Chain and Documents | | | | |
| 1330 | Compilation of 2019 Summer North American Catalysis Meeting in Chicago Email Chain and Documents | | | | |
| 1331 | Email chain from A. Allgeier to F. Tao, et al., re: Congratulations | | | | |
| 1332 | Email chain from P. Dhar to F. Tao, et al., re: GTA Support for Fall 2019 | | | | |
| 1333 | Email chain from L. Weatherley to F. Tao re: teaching course | | | | |
| 1334 | Email chain from F. Tao to A. Nolan re: Advising Meeting | | | | |
| 1335 | Email chain from H. Shi to F. Tao re: Comprehensive Exam for Crystal | | | | |
| 1336 | Student Survey of Teaching | | | | |
| 1337 | F. Tao KU University Scholarly Achievement Award Plaque | | | | |
| 1338 | Year in Chemistry, *Catalysts revealed their molecular-scale secrets* | | | | |
| 1339 | KU Faculty Evaluation for 2017 | | | | |
| 1340 | Compilation of KU Publications Showing Views and Citations | | | | |
| 1341 | Compilation of Emails from Spring 2019 | | | | |
| 1342 | Text Message Compilation | | | | |
| 1343 | Email from Funding Alert to F. Tao re: Pivot Funding Alert for Franklin Tao | | | | |
| 1344 | Email from C. Lodeiro re: Professor Lodeiro. Nova University of Lisbon | | | | |
| 1345 | Grand Jury Subpoena for Bank Records for F. Tao and H. Peng | | | | |

Defendant's Supplemental Exhibit List

*United States v. Tao*
Case No. 19-20052-JAR-JPO

| Exhibit No. | Document Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1346 | Grand Jury Subpoena for Bank Records for F. Tao and H. Peng | | | | |
| 1347 | Grand Jury Subpoena for Bank Records for F. Tao and H. Peng | | | | |
| 1348 | Grand Jury Subpoena for Bank Records to Qiang Ye | | | | |
| 1349 | Safeguarding Jayhawk Integrity, Supervisor Engagement in COI Reviews Presentation | | | | |
| 1350 | Photo of Cedar Ridge Dr. | | | | |
| 1351 | Photo of Cedar Ridge Dr. | | | | |
| 1352 | Photo of Cedar Ridge Dr. | | | | |
| 1353 | Photo of Cedar Ridge Dr. | | | | |
| 1354 | Photo of Cedar Ridge Dr. | | | | |
| 1355 | Photo of Cedar Ridge Dr. | | | | |
| 1356 | ACS Applied Materials & Interfaces, *In Situ Formation of Isolated Bimetallic PtCe Sites of Single-Dispersed Pt on CeO2 for Low-Temperature CO Oxidation* | | | | |
| 1357 | NSF-Approved Formats for the Biographical Sketch & Current and Pending Support Sections of NSF Proposals Presentation Slides | | | | |
| 1358 | Sections of an NSF Proposal: Biographical Sketches Presentation Slides | | | | |
| 1359 | Sections of an NSF Proposal: Biographical Sketches Presentation Video | | | | |
| 1360 | Format for Use in Submission of Interim and Final Research Performance Progress Reports | | | | |
| 1361 | Research Performance Progress Report | | | | |
| 1362 | H. Peng Power of Attorney | | | | |
| 1363 | Email from F. Tao to S. Gehrke re: is there a chance to meet you on Mon or Tue? | | | | |

**Defendant's Supplemental Exhibit List**                    *United States v. Tao*
                                                             **Case No. 19-20052-JAR-JPO**

| Exhibit No. | Document Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1364 | Email from PAMS to F. Tao, et al., re: Progress Report for BEGS Award DE-SC0014561 Approved by DOE | | | | |
| 1365 | Email from PAMS to F. Tao, et al., re: Progress Report for BEGS Award DE-SC0014561 Approved by DOE | | | | |
| 1366 | Email from PAMS to F. Tao, et al., re: Progress Report for BEGS Award DE-SC0014561 Approved by DOE | | | | |
| 1367 | Email from G. Janini to KU Post Award Grants and F. Tao re: Project Report for Award ID 1462121 | | | | |
| 1368 | Email from G. Janini to KU Post Award Grants and F. Tao re: Project Report for Award ID 1462121 | | | | |
| 1369 | DOE Progress Report | | | | |
| 1370 | DOE Progress Report | | | | |
| 1371 | DOE PAMS Progress Report Instructions | | | | |
| 1372 | Email chain from F. Tao to P. Willhite re: meeting time | | | | |
| 1373 | Email chain from F. Tao to R. Chaudhari et al., re: Promotion & Tenure | | | | |
| 1374 | Email chain from F. Tao to B. Subramaniam re: application | | | | |
| 1375 | Email chain from B. Subramaniam to F. Tao re: about nomination | | | | |
| 1376 | Email chain from F. Tao to M. Shiflett re: Is there a chance to meet on Mon or Tue? | | | | |
| 1377 | Bank of China Statements Account x4796 | | | | |
| 1378 | NSF Proposal and Award Policies and Procedures Guide | | | | |
| 1379 | DOE FY22 Carbon Utilization Technology FOA No.: DE-FOA-0002654 | X | X | X | Schwartz |
| 1380 | DOE Federal Assistance Reporting Checklist and Instructions | | | | |
| 1381 | Special Terms and Conditions | | | | |

22

Defendant's Supplemental Exhibit List

*United States v. Tao*
Case No. 19-20052-JAR-JPO

| Exhibit No. | Document Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1382 | Email from KU to Government Informant re: Undergraduate Studies Leader to Leave for KS Administration Post | | | | |
| 1383 | Email from KU to Government Informant re: KU Anywhere VPN service will be disrupted | | | | |
| 1384 | Email from KU to Government Informant re: Facilities Services Alert | | | | |
| 1385 | Email from KU to Government Informant re: Announcing the next director of the University Honors Program | | | | |
| 1386 | Email from KU to Government Informant re: KU ITSO has changed email protection to help ensure message delivery | | | | |
| 1387 | Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards, 2 C.F.R. Part 200 (2017) | | | | |
| 1388 | DOE Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards, 2 C.F.R. Part 910 (2017) | | | | |
| 1389 | DOE Office of Science Financial Assistance Program, 10 C.F.R. Part 605 (2017) | | | | |
| 1390 | DOE Financial Assistance Rules, 10 C.F.R. Part 600 (2017) | | | | |
| 1391 | NSF Regulations, 45 C.F.R. Chapter VI (2017) | | | | |
| 1392 | Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards, 2 C.F.R. Part 200 (2018) | | | | |
| 1393 | DOE Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards, 2 C.F.R. Part 910 (2018) | | | | |

Defendant's Supplemental Exhibit List

*United States v. Tao*
**Case No. 19-20052-JAR-JPO**

| Exhibit No. | Document Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1394 | DOE Office of Science Financial Assistance Program, 10 C.F.R. Part 605 (2018) | | | | |
| 1395 | DOE Financial Assistance Rules, 10 C.F.R. Part 600 (2018) | | | | |
| 1396 | NSF Regulations, 45 C.F.R. Chapter VI (2018) | | | | |
| 1397 | Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards, 2 C.F.R. Part 200 (2019) | | | | |
| 1398 | DOE Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards, 2 C.F.R. Part 910 (2019) | | | | |
| 1399 | DOE Office of Science Financial Assistance Program, 10 C.F.R. Part 605 (2019) | | | | |
| 1400 | DOE Financial Assistance Rules, 10 C.F.R. Part 600 (2019) | | | | |
| 1401 | NSF Regulations, 45 C.F.R. Chapter VI (2019) | | | | |
| 1402 | NSF Research Terms and Conditions | | | | |
| 1403 | NSF Research Terms and Conditions, Agency Specific Requirements | | | | |
| 1404 | NSF Research Terms and Conditions Overlay to the Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards (Uniform Guidance), 2 C.F.F Part 200 | | | | |
| 1405 | NSF Research Terms and Conditions, Agency Specific Requirements | | | | |
| 1406 | EPSCor Research Infrastructure Improvement Program: Track-2 | | | | |
| 1407 | Verbatim Translation of Employment Contract | | | | |
| 1408 | WeChat Messages between Hong Peng and Ying He regarding loan to fund house purchase | | | | |

Defendant's Supplemental Exhibit List

*United States v. Tao*
**Case No. 19-20052-JAR-JPO**

| Exhibit No. | Document Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1409 | Compilation of Emails from Summer 2018 | | | | |
| 1410 | Compilation of Emails from Fall 2018 | | | | |
| 1410-a | Compilation of Emails from Fall 2018 | | | | |
| 1411 | Compilation of Emails from Winter 2018 | | | | |
| 1412 | KU Offer of Employment | | | | |
| 1413 | KU Offer of Employment | | | | |
| 1414 | KU Department of Chemical and Petroleum Engineering Teaching Release and Buy-Out Policy | | | | |
| 1415 | WeChat Message between F. Tao and President Zhang re: declining offer and translation | | | | |
| 1416 | Fuzhou Employment Contract Template | | | | |
| 1417 | Fuzhou Employment Addendum Contract Template | | | | |
| 1418 | Fuzhou Employment Addendum Contract Template | | | | |
| 1419 | Fuzhou Employment Contract Template | | | | |
| 1420 | Fuzhou Employment Addendum Contract Template | | | | |
| 1421 | Fuzhou Employment Contract Template | | | | |
| 1422 | Fuzhou Employment Addendum Contract Template | | | | |
| 1423 | Fuzhou Employment Contract Template | | | | |
| 1424 | Fuzhou Employment Addendum Contract Template | | | | |
| 1425 | H. Peng Bank of America Bank Documents | | | | |
| 1426 | H. Peng Bank of America Bank Documents | | | | |
| 1427 | Compilation of Emails from Summer 2019 | | | | |
| 1428 | Email chain between S. Scott and C. Dudka re: planning for UC Santa Barbara PIRE Workshop in China and attachment | | | | |
| 1429 | Email chain between A. Emig and S. Scott, et al., re: [EXTERNAL] – disclosure question | | | | |
| 1430 | Email chain between C. Bradley and S. Scott, et al., re: [EXTERNAL] – disclosure question | X | X | X | Schwartz |
| 1431 | S. Scott Chang Jiang Scholars Program Award | | | | |

Defendant's Supplemental Exhibit List

*United States v. Tao*
**Case No. 19-20052-JAR-JPO**

| Exhibit No. | Document Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1432 | Dalian Contract | | | | |
| 1433 | Messages between H. Peng and H. Peng Brother | | | | |
| 1434 | Messages between H. Peng and Ying He | | | | |
| 1435 | H. Peng Cellphone | | | | |
| 1436 | NSF Fall 2020 Virtual Grant Video Conference | | | | |
| 1437 | Physical Copy IOU from Ye Hing | | | | |
| 1438 | Physical Copy IOU from Ye Hing | | | | |
| 1439 | SPECS Invoice | | | | |
| 1440 | Email from A. Moebius to F. Tao re: how is this? | | | | |
| 1441 | Email chain from D. Damm to F. Tao re: Invitation to give lecture | | | | |
| 1442 | Fritz-Haber Invitation to give a lecture and accompanying letter | | | | |
| 1443 | Email chain between S. Zhang and F. Tao re: Happy Thanksgiving | | | | |
| 1444 | Ying He and H. Peng Audio Messages from H. Peng Phone | | | | |
| 1444-a | Ying He and H. Peng Audio Messages from H. Peng Phone | | | | |
| 1444-b | Ying He and H. Peng Audio Messages from H. Peng Phone | | | | |
| 1444-c | Ying He and H. Peng Audio Messages from H. Peng Phone | | | | |
| 1444-d | Ying He and H. Peng Audio Messages from H. Peng Phone | | | | |
| 1444-e | Ying He and H. Peng Audio Messages from H. Peng Phone | | | | |
| 1444-f | Ying He and H. Peng Audio Messages from H. Peng Phone | | | | |

**Defendant's Supplemental Exhibit List**

*United States v. Tao*
Case No. 19-20052-JAR-JPO

| Exhibit No. | Document Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1444-g | Ying He and H. Peng Audio Messages from H. Peng Phone | | | | |
| 1444-h | Ying He and H. Peng Audio Messages from H. Peng Phone | | | | |
| 1444-i | Ying He and H. Peng Audio Messages from H. Peng Phone | | | | |
| 1444-j | Ying He and H. Peng Audio Messages from H. Peng Phone | | | | |
| 1444-k | Ying He and H. Peng Audio Messages from H. Peng Phone | | | | |
| 1444-l | Ying He and H. Peng Audio Messages from H. Peng Phone | | | | |
| 1444-m | Ying He and H. Peng Audio Messages from H. Peng Phone | | | | |
| 1444-n | Ying He and H. Peng Audio Messages from H. Peng Phone | | | | |
| 1444-o | Ying He and H. Peng Audio Messages from H. Peng Phone | | | | |
| 1444-p | Ying He and H. Peng Audio Messages from H. Peng Phone | | | | |
| 1444-q | Ying He and H. Peng Audio Messages from H. Peng Phone | | | | |
| 1444-r | Ying He and H. Peng Audio Messages from H. Peng Phone | | | | |
| 1444-s | Ying He and H. Peng Audio Messages from H. Peng Phone | | | | |
| 1444-t | Ying He and H. Peng Audio Messages from H. Peng Phone | | | | |
| 1444-u | Ying He and H. Peng Audio Messages from H. Peng Phone | | | | |

Defendant's Supplemental Exhibit List

*United States v. Tao*
Case No. 19-20052-JAR-JPO

| Exhibit No. | Document Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1444-v | Ying He and H. Peng Audio Messages from H. Peng Phone | | | | |
| 1444-w | Ying He and H. Peng Audio Messages from H. Peng Phone | | | | |
| 1444-x | Ying He and H. Peng Audio Messages from H. Peng Phone | | | | |
| 1444-y | Ying He and H. Peng Audio Messages from H. Peng Phone | | | | |
| 1444-z | Ying He and H. Peng Audio Messages from H. Peng Phone | | | | |
| 1444-aa | Ying He and H. Peng Audio Messages from H. Peng Phone | | | | |
| 1444-bb | Ying He and H. Peng Audio Messages from H. Peng Phone | | | | |
| 1444-cc | Ying He and H. Peng Audio Messages from H. Peng Phone | | | | |
| 1444-dd | Ying He and H. Peng Audio Messages from H. Peng Phone | | | | |
| 1444-ee | Ying He and H. Peng Audio Messages from H. Peng Phone | | | | |
| 1444-ff | Ying He and H. Peng Audio Messages from H. Peng Phone | | | | |
| 1444-gg | Ying He and H. Peng Audio Messages from H. Peng Phone | | | | |
| 1444-hh | Ying He and H. Peng Audio Messages from H. Peng Phone | | | | |
| 1444-ii | Ying He and H. Peng Audio Messages from H. Peng Phone | | | | |
| 1445 | H. Peng and H. Peng Brother Audio Messages from H. Peng Phone | | | | |

**Defendant's Supplemental Exhibit List**

*United States v. Tao*
**Case No. 19-20052-JAR-JPO**

| Exhibit No. | Document Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1445-a | H. Peng and H. Peng Brother Audio Messages from H. Peng Phone | | | | |
| 1445-b | H. Peng and H. Peng Brother Audio Messages from H. Peng Phone | | | | |
| 1445-c | H. Peng and H. Peng Brother Audio Messages from H. Peng Phone | | | | |
| 1445-d | H. Peng and H. Peng Brother Audio Messages from H. Peng Phone | | | | |
| 1445-e | H. Peng and H. Peng Brother Audio Messages from H. Peng Phone | | | | |
| 1445-f | H. Peng and H. Peng Brother Audio Messages from H. Peng Phone | | | | |
| 1445-g | H. Peng and H. Peng Brother Audio Messages from H. Peng Phone | | | | |
| 1445-h | H. Peng and H. Peng Brother Audio Messages from H. Peng Phone | | | | |
| 1445-i | H. Peng and H. Peng Brother Audio Messages from H. Peng Phone | | | | |
| 1445-j | H. Peng and H. Peng Brother Audio Messages from H. Peng Phone | | | | |
| 1445-k | H. Peng and H. Peng Brother Audio Messages from H. Peng Phone | | | | |
| 1445-l | H. Peng and H. Peng Brother Audio Messages from H. Peng Phone | | | | |
| 1445-m | H. Peng and H. Peng Brother Audio Messages from H. Peng Phone | | | | |
| 1445-n | H. Peng and H. Peng Brother Audio Messages from H. Peng Phone | | | | |
| 1445-o | H. Peng and H. Peng Brother Audio Messages from H. Peng Phone | | | | |

Defendant's Supplemental Exhibit List

*United States v. Tao*
Case No. 19-20052-JAR-JPO

| Exhibit No. | Document Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1445-p | H. Peng and H. Peng Brother Audio Messages from H. Peng Phone | | | | |
| 1445-q | H. Peng and H. Peng Brother Audio Messages from H. Peng Phone | | | | |
| 1445-r | H. Peng and H. Peng Brother Audio Messages from H. Peng Phone | | | | |
| 1446 | Email from Su Wen attaching F. Tao and Zhang WeChat Message | | | | |
| 1447 | Email from F. Tao to E. Reyes et al re: my available time for advising to Jayhawk | | | | |
| 1448 | KU Academic Policies | X | X | X | Girod |
| 1449 | KU Financial Policies | X | X | X | Girod |
| 1450 | 11/12/2018 Email re: Call for Nominations: University Scholarly Achievement Award | X | X | X | Girod |
| 1451 | KU Research Support Presentation | | | | |
| 1452 | 1/29/2018 Email from M. Sunner to F. Tao re: Budget Estimate and PI Estimate | X | X | X | Reed |
| 1453 | 1/29/2018 Email from M. Sunner to F. Tao re: Budget Estimate and PI Estimate | | | | |
| 1454 | 11/5/2018 Email from S. Lampe to A. Reed re: NSF and DOE | X | X | X | Reed |
| 1455 | 4/11/2019 Email chain from KU Endowment and F. Tao re: Information | X | X | X | Weatherly |
| 1456 | Streamlyne Route Log | X | X | X | Reed |
| 1457 | 6/28/2018 Email chain from K. Mason to KZU re: [Chinese Characters] | X | X | X | Reed |
| 1458 | 6/28/2018 Email from K. Wittman re: Final and Proposed Budget and attachment | X | X | X | Wittman |
| 1459 | 3/24/2022 Email from R. Keiser to S. Lampe re: Publications and dual affiliations attachment | | | | |

**Defendant's Supplemental Exhibit List**

*United States v. Tao*
**Case No. 19-20052-JAR-JPO**

| Exhibit No. | Document Description | I.D. | Off. | Adm. | Deposition or Witness |
|---|---|---|---|---|---|
| 1460 | FAQs on Current and Pending Support PAPPG (June 2020) | X | X | X | Keiser |
| 1461 | 11/24/2014 Email chain from B. Subramaniam and F. Tao re: Chemical Society Reviews - Synopsis | X | X | X | Sabramanian |
| 1462 | PHYSICAL Bank of China x4967 Passbook of Savings Accounts | | | | |
| 1463 | 11/8/2021 Email from J. Churchill to S. Lampe re: Translation Stipulations | X | X | X | Churchill |
| 1464 | Photograph ELG 26 | | | | |
| 1465 | Photograph ELG 578 | X | X | X | Lampe |
| 1466 | Photograph ELG 542 | X | X | X | Lampe |
| 1467 | Photograph ELG 117 | | | | |
| 1468 | Photograph ELG 125 | | | | |
| 1469 | Photograph ELG 529 | | | | |