IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Filed in Open Court
4/6/2022
Skyler B. O'Hara
By _S. West_
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 19-20052-JAR |
| FENG TAO, ) | |
| Defendant. ) | |

QUESTION FROM THE JURY

YOUR HONOR:

May we have the transcripts from Dr. Viviane Schwarz's Testimony

Dated at Kansas City, Kansas this 6th day of April, 2022.  Time: 3:41

[signature redacted]
Signature of Presiding Juror

ANSWER OF THE JUDGE:

Yes. We will provide you with this transcript. Please be advised, however, that there is no final transcript available for a number of the witnesses. We will send the transcript to you as soon as it is printed.

Dated at Kansas City, Kansas this 6th day of April, 2022.  Time: 4:02 pm

_Julie A. R._
HONORABLE JULIE A. ROBINSON
UNITED STATES DISTRICT JUDGE