IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Filed in Open Court
4/7/2022
Skyler B. O'Hara
By _____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>FENG TAO,<br><br>  Defendant. | Case No. 19-20052-JAR |

## VERDICT FORM

We, the jury, duly impaneled and sworn, upon our oaths, make the following unanimous findings:

### COUNT 1

On the offense of wire fraud charged in Count 1, we find the defendant, Dr. Franklin Feng Tao:

√ Not Guilty

___ Guilty

### COUNT 2

On the offense of wire fraud charged in Count 2, we find the defendant, Dr. Franklin Feng Tao:

√ Not Guilty

___ Guilty

## COUNT 3

On the offense of wire fraud charged in Count 3, we find the defendant, Dr. Franklin Feng Tao:

\_\_\_\_ Not Guilty

✓ Guilty

## COUNT 4

On the offense of wire fraud charged in Count 4, we find the defendant, Dr. Franklin Feng Tao:

✓ Not Guilty

\_\_\_\_ Guilty

## COUNT 5

On the offense of wire fraud charged in Count 5, we find the defendant, Dr. Franklin Feng Tao:

\_\_\_\_ Not Guilty

✓ Guilty

## COUNT 6

On the offense of wire fraud charged in Count 6, we find the defendant, Dr. Franklin Feng Tao:

\_\_\_\_ Not Guilty

✓ Guilty

2

## COUNT 7

On the offense of false statements charged in Count 7, we find the defendant, Dr. Franklin Feng Tao:

_____ Not Guilty

__✓__ Guilty

## COUNT 8

On the offense of false statements charged in Count 8, we find the defendant, Dr. Franklin Feng Tao:

__✓__ Not Guilty

_____ Guilty

__4/7/2022__
Date

__[redacted]__
Foreperson