IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

FENG TAO,

    Defendant.

Case No. 19-20052-JAR

## ORDER

On June 24, 2020, the Government filed a ten-count Second Superseding Indictment ("SSI") against Defendant Feng Tao.[1] Counts One through Seven charged Defendant with wire fraud, in violation of 18 U.S.C. §§ 1343 and 2, and Counts Eight through Ten charged him with making false statements, in violation of §§ 1001 and 2.[2] On February 7, 2022, the Government filed an unopposed motion to dismiss Counts Three and Eight,[3] which the Court granted.[4]

For purposes of the trial, a redacted SSI was presented to the jury that eliminated any reference to Counts Three and Eight, and renumbered Counts Four through Seven as Counts Three through Six, and Counts Nine and Ten as Counts Seven and Eight.[5] Thus, the counts reflected on the Verdict Form (Doc. 280) correspond to the counts alleged in the SSI as follows:

| Verdict Form | SSI |
|---|---|
| Count 1 | Count 1 |

---

[1] Doc. 75.

[2] *See id.*

[3] Doc. 219.

[4] Doc. 222.

[5] *See* Doc. 278.

| Count 2 | Count 2 |
|---------|---------|
| Count 3 | Count 4 |
| Count 4 | Count 5 |
| Count 5 | Count 6 |
| Count 6 | Count 7 |
| Count 7 | Count 9 |
| Count 8 | Count 10 |

The Court issues this Order for clarification purposes only.

**IT IS SO ORDERED.**

Dated: April 8, 2022

S/ Julie A. Robinson
JULIE A. ROBINSON
UNITED STATES DISTRICT JUDGE
