UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                        )<br>            Plaintiff,                        )<br>     v.                                              )    Case No. 19-20052-JAR-JPO<br>                                                        )<br>FENG TAO                                 )<br>     a/k/a "Franklin Tao,"             )<br>                                                        )<br>            Defendant.                    ) | |

### DR. FRANKLIN TAO'S RENEWED MOTION FOR JUDGMENT OF ACQUITTAL AND ALTERNATIVE MOTION FOR A NEW TRIAL

Defendant Dr. Feng "Franklin" Tao hereby renews his pending motion for judgment of acquittal under Federal Rule of Criminal Procedure 29, which he asserted at the close of the government's case-in-chief, and asserted again at the close of evidence. The Court reserved judgment on the motion until after the parties briefed the motion, and the Court set a briefing schedule on April 7, 2022.[1] For the sake of completeness, Dr. Tao renews his motion here.

In addition, although the Court should enter a judgment of acquittal under Rule 29 as to the four counts on which Dr. Tao was found guilty by the jury, Dr. Tao hereby moves in the alternative for an order vacating the convictions and granting a new trial under Federal Rule of Criminal Procedure 33. Dr. Tao also requests that, consistent with Rule 29(d), the Court's entry of a judgment of acquittal under Rule 29 specify that a new trial should be granted if the judgment of acquittal is later vacated or reversed by the Court of Appeals. Dr. Tao intends to brief his alternative request for a new trial under Rule 33 in the briefing ordered by the Court in connection with his pending motion for judgment of acquittal.

---

[1] Dr. Tao's opening brief is due May 9, 2022, the government's response is due June 8, 2022, and Dr. Tao's reply is due June 22, 2022. *See* ECF No. 277 at 8.

1

2

Dated:  April 21, 2022                                   Respectfully submitted,

/s/ Thomas H. Johnson
Thomas H. Johnson #13688
Petefish, Immel, Hird, Johnson,
Leibold & Sloan, LLP
842 Louisiana
Lawrence, KS 66044
Tel: (785) 843-0450
Fax: (785) 843-0407
tjohnson@petefishlaw.com

Peter Zeidenberg
Michael F. Dearington
Laura Zell
ArentFox Schiff LLP
1717 K Street, NW
Washington, DC 20006
Tel: (202) 857-6000
Fax: (202) 857-6395
Peter.Zeidenberg@afslaw.com
Michael.Dearington@afslaw.com
Laura.Zell@afslaw.com

*Attorneys for Defendant Franklin Tao*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of April, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

/s/ Thomas H. Johnson
Thomas H. Johnson