UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 19-20052-JAR-JPO |
| ) | |
| FENG TAO ) | |
| a/k/a "Franklin Tao," ) | |
| ) | |
| Defendant. ) | |

**CONSENT MOTION FOR LEAVE**
**UNDER LOCAL RULE 80.1**

Dr. Franklin Tao hereby moves the Court for authorization to rely on unofficial real-time transcripts in his Motion for Judgment of Acquittal or, In the Alternative, For A New Trial, ECF No. 290, and in his forthcoming Reply in support of that motion, under Local Rule 80.1.

Dr. Tao makes this motion based on: (1) the parties' and the Court's recognition and agreement based on representations of the Court Reporter during trial that the real-time transcripts were high quality in this case, such that the Court and parties agreed to permit the jury to review certain of the transcripts during deliberations; (2) the financial hardship Dr. Tao would need to shoulder to purchase the "final" transcripts, despite that he is unemployed; (3) the delay and associated costs of having to re-file the pending motion should the Court require it; and (4) the ability of either party to highlight for the Court's consideration any potential conflict it identifies between a real-time transcript and a final transcript, mitigating the risk of prejudice.

The government has no objection to the instant motion.

*[signature on following page]*

1

May 11, 2022                                    Respectfully submitted,

                                                /s/ Thomas H. Johnson
                                                Thomas H. Johnson #13688
                                                Petefish, Immel, Hird, Johnson,
                                                Leibold & Sloan, LLP
                                                842 Louisiana
                                                Lawrence, KS 66044
                                                Tel: (785) 843-0450
                                                Fax: (785) 843-0407
                                                tjohnson@petefishlaw.com

                                                Peter Zeidenberg
                                                Michael F. Dearington
                                                Laura Zell
                                                ArentFox Schiff LLP
                                                1717 K Street, NW
                                                Washington, DC 20006
                                                Tel: (202) 857-6000
                                                Fax: (202) 857-6395
                                                Peter.Zeidenberg@afslaw.com
                                                Michael.Dearington@afslaw.com
                                                Laura.Zell@afslaw.com

                                                *Attorneys for Defendant Franklin Tao*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of May, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

                                                /s/ Thomas H. Johnson
                                                Thomas H. Johnson