# UNITED STATES DISTRICT COURT
## District of Kansas

UNITED STATES OF AMERICA,

        Plaintiff,

     v.                        Case No.  <u>19-20052-01-JAR</u>

FENG TAO,

        Defendant.

## GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR JUDGMENT OF ACQUITTAL OR, IN THE ALTERNATIVE, FOR A NEW TRIAL

       The United States of America, by and through undersigned counsel, moves the Court for a one-week extension of time to respond to Defendant's Renewed Motion for Judgment of Acquittal and Alternative Motion for a New Trial.  (Doc. 290, filed 5/9/22).  In support of its request, the Government states:

       1.  Defendant was convicted following an eleven-day jury trial.  Defendant made a Rule 29 motion for judgment of acquittal following the Government's case-in-chief, which the Court took under advisement at the time.  Following Defendant's case and the parties' closing arguments, the Jury convicted Defendant of three counts of wire fraud and one count of making a false statement.  After the Jury returned its verdict, the Court asked the parties to brief Defendant's Rule 29 motion and asked for a proposed briefing schedule.  At that time, the

Government anticipated that 30 days would suffice for its response.

2.  Defendant timely filed his written motion on May 9, 2022.  The Court set June 8, 2022 as the deadline for the Government's response and June 22, 2022 as the deadline for Defendant's reply.

3.  Defendant's motion is 47 pages long and raises several issues, many of which are legally and factually complex.  In light of the Motion's length and complexity, the Government's initial estimate of 30 days is insufficient, and it respectfully requests an additional week for its response, until June 15, 2022, to adequately address each of the issues raised in the Motion.

4.   Defendant remains on pretrial release and the Court has not set a sentencing date. Defendant will not be prejudiced by a one-week extension of time.

5.  Counsel for Defendant indicates that Defendant does not object to an extension until June 13, 2022, but objects to a seven-day extension due to work and travel schedules of counsel. The Court has previously ordered that any reply be filed within fourteen days of the Government's response.  If the Court grants the Government an extension, the Government does not object to an extension of time for Defendant's reply to account for counsel's other travel and work obligations.

Respectfully submitted,

*/s/ Adam P. Barry*
Adam P. Barry
Benjamin J. Hawk
Trial Attorneys
National Security Division
U.S. Department of Justice

*/s/ Christopher Oakley*
D. Christopher Oakley
Assistant United States Attorney
United States Attorney's Office for the
District of Kansas

## CERTIFICATE OF SERVICE

I hereby certify that on the June 6, 2022, I caused the foregoing motion to be filed with the

Clerk of the Court, with a true and accurate copy provided to each counsel of record in the case.

*/s/ Christopher Oakley*
D. Christopher Oakley
Assistant United States Attorney
United States Attorney's Office for the
District of Kansas
