UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                                          )<br>          Plaintiff,                          )<br>     v.                                             )         Case No. 19-20052-JAR-JPO<br>                                                          )<br>FENG TAO                                  )<br>     a/k/a "Franklin Tao,"             )<br>                                                          )<br>          Defendant.                       ) | |

**CONSENT MOTION FOR EXTENSION OF DEADLINE TO FILE REPLY IN SUPPORT OF MOTION FOR JUDGMENT OF ACQUITTAL OR IN THE ALTERNATIVE FOR A NEW TRIAL**

Dr. Franklin Tao respectfully requests an extension of the deadline to file his Reply in Support of His Motion for Judgment of Acquittal, or in the Alternative, for a New Trial until July 6, 2022. In support of this motion, Dr. Tao states:

1. Dr. Tao filed a renewed motion and brief in support of his Motion for Judgment of Acquittal, or in the Alternative, for a New Trial on May 9, 2022. ECF No. 290.

2. On June 6, 2022, the Court extended the government's deadline to file an Opposition one week, from June 8, 2022 until June 15, 2022. ECF No. 300. Consistent with the original briefing schedule, this pushed Dr. Tao's deadline to file a Reply until June 29, 2022.

3. On June 15, 2022, the government filed its Opposition. ECF No. 302. The Opposition is 62 pages long, and requires significant work to fully analyze and respond to the arguments in Dr. Tao's forthcoming Reply brief. Given this fact, the existing briefing and work schedules of Dr. Tao's counsel, and the upcoming July 4 holiday, good cause exists to extend the deadline for Dr. Tao to file his Reply brief one week, from June 29, 2022 until July 6, 2022.

4. The government has no objection to the instant motion.

1

5. A proposed order is provided herewith.

June 28, 2022											Respectfully submitted,

/s/ Thomas H. Johnson
Thomas H. Johnson #13688
Petefish, Immel, Hird, Johnson,
Leibold & Sloan, LLP
842 Louisiana
Lawrence, KS 66044
Tel: (785) 843-0450
Fax: (785) 843-0407
tjohnson@petefishlaw.com

Peter Zeidenberg
Michael F. Dearington
Laura Zell
ArentFox Schiff LLP
1717 K Street, NW
Washington, DC 20006
Tel: (202) 857-6000
Fax: (202) 857-6395
Peter.Zeidenberg@afslaw.com
Michael.Dearington@afslaw.com
Laura.Zell@afslaw.com

*Attorneys for Defendant Franklin Tao*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of June, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

/s/ Thomas H. Johnson
Thomas H. Johnson