IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FENG TAO ) <br> ) <br> Defendants. ) <br> ) <br> ) | CRIMINAL ACTION <br><br> No. 19-20059-01-JAR |

## JUDGMENT OF ACQUITTAL

On April 7, 2022, Defendant Feng Tao was found not guilty on Counts 1, 2, 5 and 10 of the Second Superseding Indictment.

On September 19, 2022, in its Memorandum and Order (Doc. 306), the Court granted in part and denied in part Defendant Feng Tao's Motion for Judgment of Acquittal, or, in the Alternative, for a New Trial (Docs. 286, 290). The motion for judgment of acquittal is granted on Counts 4, 6 and 7. The motion for judgment of acquittal and for new trial is denied as to Count 9.

IT IS ORDERED BY THE COURT that Defendant Feng Tao is acquitted, discharged and any bond exonerated as to Count 1, 2, 4, 5, 6, 7 and 10 of the Second Superseding Indictment.

IT IS SO ORDERED.

Dated: September 20, 2022

                                           S/ Julie A. Robinson  
                                          JULIE A. ROBINSON  
                                          UNITED STATES DISTRICT JUDGE