IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.   19-20052-01-JAR |
| ) | |
| FENG TAO, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## GOVERNMENT'S NOTICE OF APPEAL

Notice is hereby given that the United States of America appeals to the United States Court of Appeals for the Tenth Circuit from the District Court's September 20, 2022 order granting Defendant's Motion for Judgment of Acquittal under Rule 29 of the Federal Rules of Criminal Procedure of Counts 4, 6, and 7, ECF No. 306, and the District Court's judgment of acquittal on those same counts, ECF No. 307.  This notice is timely under Fed. R. App. P. 4(b)(1)(B)(i).

    Respectfully submitted,

    DUSTON J. SLINKARD
    United States Attorney

    */s/ Christopher Oakley*
    D. Christopher Oakley
    Assistant United States Attorney
    United States Attorney's Office

for the District of Kansas

*/s/ Adam P. Barry*
Adam P. Barry
Trial Attorney
National Security Division
U.S. Department of Justice

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2022, I caused the foregoing notice to be filed with the Clerk of the Court, with a true and accurate copy provided to each counsel of record in the case.

> */s/ Christopher Oakley*
> D. Christopher Oakley
> Assistant United States Attorney
> United States Attorney's Office for
> the District of Kansas