FILED
United States Court of Appeals
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**November 28, 2022**

_____

Christopher M. Wolpert
Clerk of Court

UNITED STATES OF AMERICA,

    Plaintiff - Appellant,

v.

FENG TAO,

    Defendant - Appellee.

No. 22-3203
(D.C. No. 2:19-CR-20052-JAR-1)
(D. Kan.)

_____

**ORDER**
_____

This matter is before the court on the government's *Unopposed Motion for Voluntary Dismissal*. Upon consideration, the court grants the motion and dismisses this appeal. *See* Fed. R. App. P. Rule 42(b); 10th Cir. R. 27.5(A)(9).

A copy of this order shall stand as and for the mandate of the court.


Entered for the Court


CHRISTOPHER M. WOLPERT, Clerk