# EXHIBIT 1

Selim Alayoglu

Ph.D. Chemistry

Catalysis Center, Room 219

2137 Tech Drive, Evanston, Il 60208

510-333-6427

Selim.alayoglu@northwestern.edu

To The Honorable Judge Robinson,

I am writing on behalf of Franklin Tao. Prof. Tao and I have been colleagues for over 10 years. He was my senior and mentor during my apprenticeship as a post-doctoral researcher at UC Berkeley and Lawrence Berkeley National Laboratory between 2009 and 2010. Since then, we have been exchanging our research experience and knowledge through research papers and meetings at scientific conferences, the last of which took place in the North American Catalysis Society Meeting in June 2019 at Chicago.  In that time, I have come to know Franklin both professionally and personally.

I am aware the fact that Franklin was found guilty of a federal false statement charge. I am writing to offer a more complete picture of who Franklin is as a person.  I understand that the Federal Sentencing Guidelines provide you  with a sentencing recommendation, and I am also aware of  how significant the sentence could be, and  I am appealing and pleading for your leniency for Franklin, and that he be given the lowest possible sentence.

Franklin has devoted his life to scientific progress, which he has exercised with scientific freedom. His research, which is universal and not-for-profit, is done for the benefit of all of us and belongs to us all. This is what his extraordinarily rich and lengthy body of work, published in the public domain, already demonstrates.  What I would like to emphasize about Franklin's research is his work ethic and professionalism while conducting it; his utmost respect for his associates and colleagues alike; and his strict adherence to the scientific facts, experimental findings, and ethical guidelines. I say this based on my personal experience with Franklin over the years. Finally, I can attest to his strong devotion to his family, especially to his daughter, despite all his personal sacrifices that came with his work-related commitments.

Thank you for accepting and taking the time to read my letter. I am available by e-mail or phone to confirm the facts in this letter.

Sincerely,

Dr. Selim Alayoglu

Core Scientist and Spectroscopy Laboratory Manager

Reactor Engineering and Catalyst Testing Core, Northwestern University

**YaleNUSCollege**

December 22, 2022

The Honorable Julie Robinson
Senior Federal District Judge
Federal District Court for the District of Kansas

Dear Judge Robinson:

This letter is to serve as a character reference for Professor Franklin (Feng) Tao who is to appear before your court for sentencing in the coming weeks.

I have known Feng Tao since early in 2005, having met him then during a visit to the Chemistry Department at the National University of Singapore. I was happy to see his application to our PhD program in the Department of Chemistry at Princeton University, where I was on the faculty from 1975 until my transfer to Emeritus status in July of 2015. I was fortunate to serve as Feng Tao's thesis adviser during his time at Princeton and have followed his research career closely and collaborated with him from time to time over the past eighteen years.

Feng Tao is a scientist of the highest ability and integrity, who has contributed a great deal to the basic understanding of the processes of heterogenous catalysis and surface chemistry. These fields are crucial to the development and implementation of clean energy sources such as solar energy, and the more efficient utilization of fossil fuels in an environmentally responsible way, both areas of particular importance to the United States and the state of Kansas. The work he has done is also important in the basic understanding and implementation of more powerful and efficient electronic devices, also work of significant economic importance.

It is important to point out Feng Tao's clear love of his work and his dedication to contributing to the basic understanding of his scientific field. This is evident in the fact that even following his arrest under the 'China Initiative' and his placement on unpaid administrative leave from his position at the University of Kansas, he has continued to carry out research with collaborators and to publish important insights into the understanding of heterogenous catalysis and surface science. He has published more than 20 research articles since his arrest in highly impactful scientific journals. These have been cited by others working in these fields more than 400 times. Throughout his career, he has published more than 200 papers which have been cited more than 13,000 times. These are measures of his contribution to the scientific research enterprise in the United States and indicate the worth of his work to our country. It is also an indication of his honesty and integrity to have published this body of work and to have been invited to serve on editorial boards for the leading journals in his field.

I am also very familiar with Feng Tao as an individual outside of his scientific career. He is a devoted husband to Hong Peng, and a loving father to his children Steven and Lauren. He is a

kind and unassuming person, whose life has been severely disrupted by the events of the last few years.  I continue to be very proud of any role I played in his education as a scientist, and hope that you will show leniency in your sentencing decision.

Sincerely,

Steven L. Bernasek
Professor of Science (retired)
Yale-NUS College, Singapore

Professor of Chemistry, Emeritus
Princeton University

**Yale-NUS College**
National University of Singapore, 16 College Ave West #01-220 Singapore 138527
Tel (65) 6601-1000  Fax (65) 6773-6932  (RCB No: 200604346E)
www.yale-nus.edu.sg

Derek Butcher, Ph.D.
1048 E 1700 S
Salt Lake City, UT 84105
butcher.derek@gmail.com

**Letter of Support for Dr. Franklin Tao**

I first met Dr. Tau in 2007 when he became a postdoctoral researcher in Gabor Somorjai's research group which was affiliated with both UC Berkeley and Lawrence Berkeley National Laboratory.  I grew up in Pennsylvania and had been living in California for 2 years when I first met Franklin. In that lab, we were working on experiments in fundamental research in surface science and catalysis.  We worked very closely for a couple years and collaborated on a number of experiments that lead to publications.  He became a good friend.  We both worked long hours in those years trying to make the most of the opportunity and did our best to run novel experiments, develop technical expertise on which to build careers, and to attempt to contribute to the field.  Franklin left a huge impression for his extreme devotion to his work in an environment where dedication is the norm.  I know him as someone who is kind, dedicated to his family, and who would never squander an opportunity for lack of effort.  He has a remarkable story to have gone from an upbringing in rural China to a successful research career in the United States.

That Department of Energy lab was a very collaborative, international environment.  I remain grateful for the opportunity to work and be educated there, to be the recipient of the public support that funds these efforts, and I apply the principles I learnt in those years every day in my work.  I hope that work is a benefit to society that has merited the investment in us.  I know that Franklin would echo this commitment and I am grateful for the opportunity to have worked with him and to have gotten to know him.  I always made time to help colleagues, especially those like Franklin who weren't native English speakers, with proofreading of research proposals, papers, slides for technical talks, and job applications.  Each of these involves a level of trust because for a researcher, these contain the ideas that partly add up to the content you hope to contribute to the field before you've gotten it out there as part of public record.  Over the four years we worked closely together, Franklin trusted me to proofread everything he wrote to improve it as best we knew how before it was submitted in the hopes that it would be received well.  I was very excited for him when he was hired on as part of the Notre Dame faculty with the opportunity to start his own research group.

I saw Franklin once since that time that we worked in the same lab.  It was about ten years ago when he was still working in Indiana before moving to Kansas.  It's been very sad to follow the news of his indictment, trial, and now the conviction on one count.   In the years since I last saw Franklin, I've been working at a semiconductor manufacturing and development site in Lehi, UT that began as an Intel/Micron joint venture, later a fully Micron operation, that has recently been acquired by Texas Instruments.  I think this experience has helped me gain perspective on the seriousness and complexity of US/China relations when it comes to technology transfer.  I see these complex concerns as the intent behind the initiative that lead to Franklin's indictment.  The companies I have worked for are based in the US, but have operations worldwide including China.  There are legitimate Intellectual Property legal

concerns in this field.  At my work, we undergo background check to get site access, we are formally trained on obligations for disclosing conflicts of interest and I know with certainty that any improper treatment of intellectual property will have legal consequences.

As you weigh the important decisions ahead of you, there are a couple of things I'd like you to know about my friend Franklin.  I believe strongly that he would not have knowingly broken any laws for either professional or private gain.  I also believe that a prison penalty for Franklin would be cruel, scary, and would not serve any public good.  He's a kind and non-violent person and I don't think that the public needs any protection from him.  These past years since the indictment have already been devastating for him personally, professionally, and financially.  I hope that is sufficient and that there's no need for any further punishment.  I think there's value in pointing out that Franklin has been in the US performing basic energy research for many years beginning with his graduate work at Princeton.  Over the years, the public has invested a lot of money in training him to be a capable researcher in this important field.  He's worked diligently in this field and now has many years training others to continue these efforts.  The content of that type of work is not secret.  It is published openly in peer-reviewed journals that are freely available to anyone in any country with either journal access or the ability to pay a modest access fee.  I work in the private semiconductor industry that has legitimate IP concerns with staggering monetary implications. I think it is important to emphasize how different that is from my experiences in the 8 years I spent affiliated with DOE funded basic science research.   In my experience, Basic Energy research is not secretive and all the findings, if successful, will be published openly.  Additionally, these findings are many years if not decades away from any viable application.

I hope that my friend can remain free.  I hope that he can remain with his family.  I also hope that he can restart a career of some capacity in this or another country.  I don't think the penalties incurred so far serve a public good, and I hope that there won't be more to follow.

Sincerely,

Derek Butcher



DEPARTMENT OF CHEMISTRY AND BIOCHEMISTRY
phone: 803-777-1050
FAX:  803-777-9521
e-mail: dachen@sc.edu

Judge Julie Robinson
Senior Federal District Judge
Federal District Court for the District of Kansas

December 31, 2022

Dear Judge Robinson:

I am writing this letter in support of Feng (Franklin) Tao, whom I have known as a scientist of the highest caliber, as well as a humble person of good character.  I am currently the Robert L. Sumwalt Professor in the Chemistry and Biochemistry department at the University of South Carolina (USC) in Columbia, SC; I joined the faculty at USC in August 1999 and also hold a courtesy appointment in the Department of Chemical Engineering.  I received my B.S. degree in chemistry with Highest Honors from the Rochester Institute of Technology, and my Ph.D. from Harvard University under the direction of Cynthia Friend.  Before joining USC, I was a postdoctoral associate at Sandia National Laboratory in Livermore, CA.

Franklin and I work in similar research areas, and therefore I am very familiar with his research through reading his papers and attending his presentations at conferences.  I first met Franklin in ~2011 when he was an assistant professor at the University of Notre Dame.  I later invited him to give a seminar at USC, was invited by him to give a talk at a symposium he organized at an American Chemical Society Meeting, and we have attended a number of conferences together.  His contributions to advancing the field of fundamental surface science and catalysis have been extensive.  For example, he is the author of over 200 peer-reviewed publications, and many of these have been in top journals such as the *Journal of the American Chemical Society*, *Angewante Chemie*, *ACS Catalysis*, and *Nature Communications*.  The impact of his work is reflected in his H-index of 61 and the 13,411 citations of his published articles.  In our research area of ultrahigh vacuum surface science, experiments are challenging and data analysis requires meticulous care. The fact that Franklin has managed to publish so many top-notch articles, including 18 during the past 3-4 years during his legal defense, is nothing short of amazing and is a testament to his work ethic and dedication to his research.

Franklin is known as a leader in the field of in situ X-ray photoelectron spectroscopy. In postdoctoral work with Miquel Salmeron and Gabor Somorjai at Lawrence Berkeley National Laboratory and UC Berkeley, he published several seminal first-author papers on the changes in surface composition of bimetallic clusters induced by reactant gases. In fact, I am still using his 2008 *Science* paper as an example of this type of cutting-edge research in my graduate class on surface science. When Franklin first started his independent research career at the University of Notre Dame, he worked closely with a company called Specs to design a custom instrument for a lab-based in situ X-ray photoelectron spectroscopy, and our research community has benefited from those innovations, which are now available to all users. Franklin continued to develop these instruments with Specs after he moved to the University of Kansas.

Furthermore, Franklin has been extremely active in terms of service to the scientific community. He served as program chair for the Division of Catalysis Science and Technology for the American Chemical Society, he has been the chair of mutiple sessions on In Situ Microscopy at the American Vacuum Society Meeting, and he has organized many other symposia at the American Chemical Society. He has also served on the editorial board or editorial advisory board for 7 different journals.

On a personal level, I know Franklin to be among the most humble, self-effacing people whom I have met. Considering his undeniable contributions to the field and his high profile in terms of funding and publications, his modesty and graciousness are remarkable. In his presentations at conferences and seminars, Franklin never promotes himself but is always advocating for importance of fundamental surface science for the development of catalysis. Furthermore, he is the type of person who would drop everything he is doing at a conference in order to help a friend and colleague put up a poster.

In conclusion, I believe that Franklin Tao is an outstanding scientist and has already made many valuable contributions to research in surface science and catalysis. He is also a kind and humble individual who has devoted his life to advancing research in our field. I sincerely hope that you will consider his extensive contributions to science in the US and his good character when deciding on his sentence.

Sincerely,

Donna A. Chen

Donna A. Chen
Robert L. Sumwal Professor
Department of Chemistry and Biochemistry

  

THE CENTER FOR ANTIFERROMAGNETIC
MAGNETO-ELECTRIC MEMORY AND LOGIC

Department of Physics and Astronomy

Lincoln, December 15, 2022
e mail: pdowben1@unl.edu

The Honorable Judge Julie A. Robinson
Senior Federal district judge
Federal District Court for the District of Kansas
United States District Court
500 State Avenue, Suite 511
Kansas City, KS 66101

Re: Prof. Franklin (Feng) Tao

Dear Judge Julie Robinson.

    I write in support of Professor Franklin Tao. Dr. Tao works in an area related to my own. In this arena of science, he had an outstanding experimental program in the surface chemistry of hydrocarbon chemistry. Dr. Tao's research is of a very fundamental nature in surface and catalytic chemistry BUT is also of fundamental importance to maintaining technological leadership by the United States. Dr. Tao has some extremely unique talents and has been playing an essential role in global efforts to making finding a route to synthetic fuels and feed stock materials without resorting to fossil fuels. Not only has his research been significant, but Dr. Tao has also been a very important resource in the effort to develop synthetic fuels, alcohols, and perhaps discover routes for carbon sequestration to combat global warming - meaning that other research efforts have used his talents, his insights and his guidance to drive our own research efforts forward. His publication record and the quality of journals in which he publishes establishes Dr. Franklin Tao as a leading scientist.

    Sadly, since 2019, Dr. Franklin Tao has not been able to engage fully with the wider research community. It has been a tragic loss and essential forward progress in the area of surface hydrocarbon chemistry has been hindered. The resulting damage to scientific progress has pained us all in the scientific community. I cannot see that incarcerating Dr. Franklin Tao helps anyone. It does not and will not help faculty in either Kansas or Nebraska navigate the complexities and opaque nature of the university "conflict of interest form" a form that most of us find a morass of contradiction.

    I have asked our University of Nebraska Office of Compliance directly for clarifications on how to fill out this form for years and have never been provided with answers. Indeed, I am presently forbidden, by my department chair, from asking our University Office of Compliance questions on how to fill out the conflict-of-interest form or indeed even how to avoid a conflict of interest. In my case, I now clarify my conflict-of-interest form with 2 pages of supplementary information because I can no longer be certain it will be read correctly. I do not know the situation at the University of Kansas, but if it is at all similar to the University of Nebraska then all I can see in the recent

Department of Physics and Astronomy, University of Nebraska-Lincoln
Theodore Jorgensen Hall, 855 North 16th Street
Lincoln, NE 68588-0299
direct: (402) 472-9838/FAX (402) 472-6148/e mail: pdowben1@unl.edu

misadventure of Franklin Tao is a need to be completely paranoid about university conflict-of-interest forms.

What we need is Dr. Franklin Tao back in action again doing science and serving the wider scientific community, as he has generously done in the past. It is, therefore, vitally important that Dr. Tao be permitted to return to the laboratory so that he can continue the research that holds such promise for the world.

Yours sincerely,

Peter Dowben, Ph.D., C. Phys. F. Inst. P.
Charles Bessey Professor of Physics
Research Professor of Chemistry
ex-Director of the Center for Antiferromagnetic Magneto-electric Memory and Logic
    (AMML)

Department of Physics and Astronomy, University of Nebraska-Lincoln
Theodore Jorgensen Hall, 855 North 16th Street
Lincoln, NE 68588-0299
direct: (402) 472-9838/FAX (402) 4722879/e mail: pdowben1@unl.edu

Michael Grass
2351 NW Torsway St.
Bend, OR 97703
mgrass47@gmail.com
23 December 2022

**Letter of Support for Professor Franklin Tao**

Franklin Tao is an incredible scientist. Some words that come to mind describing Franklin are determined, passionate, and humble. I worked with Franklin (then Feng) from 2007 – 2008 at the University of California at Berkeley and the Lawrence Berkeley National Laboratory. We worked together in Gabor A. Somorjai's lab and continued working together when I was a postdoctoral fellow at the national lab.

Franklin's academic record and success is prodigious and impressive, spanning from Princeton to Berkeley to Notre Dame to Kansas. This is undisputed and part of public record. Franklin's story is even more impressive. Franklin grew up in a village along the Yangtze River in pre-modern China. Franklin was poor even by the standards of his poor village. He did, however, have two amazing traits – he was incredibly smart and phenomenally hard working. Those traits set him up for the good fortune of getting an education beyond what was typically available to his village and put him on the path that led to his successful career. This is the American Dream.

In meetings, "water cooler conversations," and the (rare) dinner with Franklin, science and the work of science was always the topic. He was singularly focused on his work. If a fault could be found with Franklin, it is that he did not often make time for anything outside of his science. He worked hard and for long hours. He thought, breathed, and slept science. While reading the book "The Great Influenza" by John M. Barry, the description of two scientists (Landsteiner and Avery) reminded me of my time with Franklin: "When he [Landsteiner] was notified he'd won the Nobel Prize, he continued working in his laboratory all day, got home so late that his wife was asleep, and did not wake her to give her the news" and "With the possible exception of his love for music, Avery seemed to have no existence outside the laboratory."

Franklin is an inspiration, an example of what is possible with single-minded determination. Personal relationships do not come easy for him. He has felt like an outsider much of his life. He has certainly suffered what we know call imposter syndrome. But ultimately, he is a good man, a caring husband and father, and an incredible scientist. I am grateful for my time with Franklin. He deserves all of the success he has had and none of suffering of the past couple years.


In Full Support of Dr. Franklin Tao,
Michael Grass, PhD
23 December 2023

*Michael Grass*

To whom it may concern,

I had the privilege of working with Franklin Tao from 2007 to 2011, at UC Berkeley and Lawrence Berkeley National Laboratory. I was a graduate student working on my Ph.D., Franklin was then a post-doctoral researcher.

University research groups are a strange place. They include people like Franklin, who did cutting-edge science and tools that never existed before, right alongside people like myself, who couldn't get through a CHEM1A lab lecture without making embarrassing mistakes, and didn't know which way was up on any of the equipment. The contrast is comical, but it's also very much intentional, as a way for people like me to learn from people like Franklin.

And learn I did. Through seminars and group meetings, lab experiments, and even mishaps, fostered by a culture of mutual learning that Franklin truly understood and practiced. I did not have the talent to make it into academia, but I am now doing cutting edge research myself at IBM, in quantum computing. My achievements are in large part due to what I learned during those years in Berkeley.

Even back then, Franklin had achieved international renown, publishing papers that were noticed by the scientific community. He was probably the best scientist in the group. While I'm sure some good luck was involved, it mostly came down to his hard work. The task he had taken on, of building a Surface Tunneling Microscope himself, was enormous. He was doing on his own what mostly happened at large corporations, by entire teams of people.

You wouldn't know all this from meeting Franklin, because of his slight build and natural shyness of course, but mostly because of his attitude toward others. It would have been completely unsurprising for someone of his caliber to essentially ignore a klutz like myself. Instead, he showed me nothing but kindness and patience. Despite how busy he was, he wouldn't hesitate to give me advice, or to take time out of his day to help me scavenge for parts, a daunting task in our incredibly messy lab. He took very seriously the task of communicating on his work with the rest of the group, always in great detail. He treated me like a peer from the very first day.

I looked through photos I have of this time to try and show as much as possible Franklin's humanity. I found this group photo of our team, which is now hard to look at when thinking of everything Franklin has gone through (I'm standing second from the left in the top row, in the red shirt).



The only other photo I have of him is the one below, from a lunch we had with people from the lab. Franklin is only barely visible in this picture, he's the one in the center of the photo, behind George Holinga, who's wearing a white shirt with stripes. I suppose it's a little bit silly to include a photo of half of Franklin's head. What I'm trying to convey is his humility and self-effacing nature. He has been greatly successful in unlocking the mysteries of surface science, but has remained kind, down-to-earth and modest throughout.



I hope you will be able to keep in mind this side of Franklin when you decide on his sentence.


Sincerely,

Antoine Hervier

William A. O'Brien IV, Ph.D.
1924 Tapatio St SE
Rio Rancho, NM 87124
Xii00719@gmail.com


Letter of Support for Dr. Franklin Tao

Franklin Tao is an altruistic academic of the highest caliber, as well as an invaluable resource and competitive advantage we are fortunate to have on our side for developing our country's next intellectual leaders.

I first came to know Dr. Tao when I was a graduate student at the University of Notre Dame, around 2011-12 when I took an elective materials characterization course in another department on nanomaterials. Though he comes from the world of chemical engineering with an emphasis on catalysis, while I am an electrical engineer with a focus on semiconductor materials and device physics, he was a very skilled and effective instructor able to translate topics from his field to an audience with broad backgrounds. It was apparent that Dr. Tao genuinely and deeply cared about his work, you could literally hear the excitement in his voice every time he said "nano-materials," an expression of true passion I still recall and that impresses me to this day. It's a rare capability for someone to be able to convey deeply technical topics from their field coherently and patiently to the uninitiated, and I still value the fundamental insights into nanomaterials, surface science and catalysis I gained from the short time I was engaged in study with Dr. Tao. I also gained direct insights from Dr. Tao's course that helped my Ph.D. research at Notre Dame, to better characterize the material I was developing for a new type of semiconductor laser.

Beyond just being an instructor, Dr. Tao though quite busy was very open to mentorship and helping students in any way he could. Many professors that come off as too busy are not willing to waste any time helping students beyond the requirements of the course they are teaching. Especially for someone in another department that can't contribute directly to his research. But Dr. Tao demonstrated true altruism, spending as much time as students needed from him, even willing to contribute to my work and personal development as a graduate student without any direct benefit. Dr. Tao had nothing to gain for his career or personal goals (other than altruistic mentorship and making satisfying scientific connections) by helping me think through my research problems and discussing career prospects.

As an established and outstanding scientist genuinely and passionately engaged in his life's work as an academic, while not losing sight of his duty to his students and the next generation of thinkers, this is the kind of leadership figure students need to help find their way and inform/direct them to opportunities that will yield productive and satisfying futures. Even though we overlapped only briefly, he still managed to leave a profound impact on me and the fundamental foundation of my expertise that has enabled my successful career.

It would be a disservice to our country to further detain Dr. Tao, and rob the many students and future technical leaders of our society who need his help now and can benefit from his knowledge, experience, and compassionate mentorship.

William A. O'Brien IV, Ph.D.

December 31, 2022

James R. Renzas, Ph.D.
3481 Cheechako Drive
Reno, NV 89519
jrenzas@gmail.com

**Letter of Support for Dr. Franklin Tao**

Franklin Tao is a dedicated scientist who has made significant contributions to the field of heterogenous catalysis over the past twenty years. I have known Franklin since approximately 2007, when we worked together for about two years in Professor Gabor Somorjai's research group at the University of California, Berkeley and Lawrence Berkeley National Laboratory. I am a professional scientist, with experience in both academia and industry. I have approximately 15 academic publications, 3400 academic citations, and two granted US patents. I have given talks to leading companies and academic institutions all over the world. Roughly 1/3 of my citations are from one successful paper for which Dr. Tao was the lead author.

While I am proud of my professional accomplishments, they pale in comparison to Dr. Tao's. Dr. Tao's publication record is outstanding, with a consistent record of productivity spanning four institutions. He had a paper accepted as recently as November 2022 and has approximately quadrupled my own already-respectable scientific output. Dr. Tao's academic record is well-known however and I am certain others will speak to that in more detail. I would like to share my experiences with Dr. Tao as a person – as Franklin.

Franklin is among the most committed, open, and honest scientists I've had the pleasure of working with over the past fifteen years. More than anything, he is without question the hardest working person I have ever met, inclusive of successful Silicon Valley founders, leading academics from across the globe, and every other person I have ever come across from any walk of life. In our years working together, Franklin was always at work before me and always stayed well after I had left, and I was typically working 9 hour days, 6 days a week at the time. Franklin routinely worked deep into the night, rarely left the lab for lunch, and was obviously unfamiliar with the layout of streets and restaurants outside the lab – he was a very cautious driver but also relied on GPS in situations that made it pretty clear he didn't get out much. Franklin and I worked a few night shifts together on a particular experimental apparatus at Lawrence Berkeley National Laboratory and I also learned through these that he was totally oblivious to the outside world of culture and music as well. He was always pleasant, focused, and anxious about the results, almost completely uninterested in other things, and absolutely fully committed to getting science done no matter what obstacles he had to overcome. Nobody outworks Franklin Tao.

Franklin's determination appears to come from the extremely poverty he was born into. Franklin was raised on the banks of the Yangtze River in a place that has since been flooded by a dam. This was not in the China we think of today but rather in a rural very much pre-modern China closer to the days of famine and starvation than to modern Shanghai. Anyhow, one day in graduate school I happened to come across a documentary about villages that were flooded by this same dam, so I convinced Franklin to watch it with me in our office. In one of the very first scenes they show a little boy living in essentially a dirt hut lighting a candle so he could do his homework amidst the farm animals and general squalor. Franklin immediately burst out with "only rich people had candles" and more or less lost interest in the documentary because he felt it was about rich people from the region. His family was too poor for him to go to school past a certain point, but one of the teachers felt he had potential and actually paid for Franklin to continue attending. Franklin did not waste this thread of opportunity. He outworked everybody. Franklin was I believe the first student from his village ever to qualify for university. He eventually made his way to Princeton University, where we unknowingly overlapped during my undergraduate work and his Ph.D. work, and then to

Berkeley for his postdoc prior to becoming a professor at the University of Notre Dame. He lived humbly, as academic salaries are meagre relative to the required qualifications and demands of the positions, and used much of his salary to support less-fortunate family members.

When we worked together, Franklin's experimental apparatus was a new one, and prone to loads of problems. I remember one time he needed to lift an extremely heavy type of pump (maybe 100 lbs, but nearly a cube, with no place to grip it) just a few inches in a very confined and inaccessible space in order to hook it up on his system. Three of us spent over an hour trying to figure out how to do it before my labmate and I decided it was impossible and went home. When I showed up the next morning (a) Franklin was in his lab, possibly having not gone home, and (b) the pump was installed. To this day I have no idea how he managed it.

My final example of Franklin's full commitment to science was in April 2022, during his trial. I had not seen Franklin in many years, and we had the opportunity to have dinner together. In the midst of everything – a stressful situation for any person – all he wanted to talk about was science. Franklin wanted to discuss whether we could collaborate in the future, tell me about papers he's co-authored, and was especially proud to tell me about work he's done recently, since his troubles began. I told him that I now work for a company that makes a tool for atomic layer deposition (ALD) and he immediately started telling me about the potential for ALD to make engineered catalysts and some of the work that's been done with the technique – work I was not aware of. I'll never forget the contrast between his situation and his desire just for his version of normalcy, just to talk science in the unique professional language we share. That's all he wanted for comfort – to talk science. He did not want to vent or go to any negative place. Franklin just wanted to be a scientist again, as he was for the twenty years before and as he hopes to be for the twenty years to come. He was clearly very proud of the work he's done most recently, as for someone with his level of dedication there is a special pride in the obstacles overcome. This work is not for show either. I have read some of the papers myself and can verify that they are proper and complete actual scientific papers, some of which have already been cited many times.  He overcame so much from when he was born to get to where he was 3-4 years ago that even the major challenge of getting back on his feet after all this – a career-ending situation for essentially any other mortal person – will be but a speed bump for Franklin. I didn't stay in Kansas very long, but I was glad to be able to talk science with him a bit like old times, since he seemed to enjoy it so much.

Dr. Franklin Tao is the very definition of the American Dream. He was born into dire poverty and rose to well-deserved scientific prominence by way of brilliance, integrity, an unparalleled work ethic, and sheer determination. I have had nothing but positive experiences with Dr. Tao and he is without question an asset to the scientific community. I am proud to have published with him and I am even more proud to call him a friend.

James R. Renzas, Ph.D.
December 20, 2022



*The University of Oklahoma*

SCHOOL OF CHEMICAL, BIOLOGICAL AND MATERIALS ENGINEERING

December 20, 2022

The Honorable
Judge Julie Robinson,
Senior Federal District Judge,
Federal District Court for the District of Kansas

Your Honor,

It is my pleasure to write in support of Prof. Franklin Feng Tao and offer my impressions about his character, his exceptional contributions to the scientific field, and his generous service to the profession. I have been a Professor of Chemical Engineering at the University of Oklahoma for 30 years. During that time, I have been actively involved in the field of Catalysis at the national and international levels. I have been editor of two of the premier journals in the field (Catalysis Reviews and Journal of Catalysis), president of the Great Plains Catalysis Society, and Chair of the Catalysis Division of the American Chemical Society. In this capacity, I have known and interacted with Prof. Tao for many years since his research also concentrates on Catalysis.

During all my interactions with him, he has shown to be a highly dedicated researcher, a reliable and honest person, and a friendly and collegial.co-worker. As Chair of the Catalysis Division of the American Chemical Society, in 2018, I selected Tao to be the Program Chair for the division for the Spring symposium in Boston. In such position, he was responsible for generating the program, selecting and inviting speakers, and evaluating contributed talks to the 16 symposia that constituted the Catalysis Division program for the meeting. He demonstrated good judgment in the selection of the topics and invited speakers, responsibility, and perseverance to keep everyone on time with submissions, evaluations, and overall programing. As a result, thanks to Tao's conscientiousness the program was a success.

Tao received his PhD from Princeton and did his postdoctoral research at the University of California Berkeley, two of the premier institutions in scientific research. His list of publications and citations is a testament of the amazing productivity and impact of his research. Before the unfortunate legal troubles that he has faced and have devastated his career, Tao was publishing more than 25 articles per year in journals of the highest impact. Up to that point, Tao had published over 180, had been cited more than 13,000 times and held an h-index (measure of impact) > 60. According to Hirsch, creator of the h-index, a person with 20 years of research experience with an h-index of 20 is good, 40 is great, and 60 is exceptional. He received the prestigious National Science Foundation Career Award, served on the advisory boards of two important journals, Chemical Society Reviews and Catalysis Science & Technology. Notably, he became a fellow of the Royal Society of Chemistry at age 42.

Along with a couple of colleagues at the University of Oklahoma, we collaborated with Tao in a research proposal to the Department of Energy. While the project was not funded, working together in the preparation of this application gave me the opportunity to observe Tao in action and admire his enthusiasm, commitment, and knowledge of the subject (synthesis, characterization, and performance of catalytic nanoparticles inside the channels of microporous zeolites). I could appreciate his deep understanding of the physicochemical techniques (e.g. in-situ XPS) for which he is world-renowned.

Respectfully,

Dr. Daniel E. Resasco
George Lynn Cross Research Professor
and Gallogly Chair of Engineering

**Prof. Miquel Salmeron**

Materials Science Division of the Lawrence Berkeley Laboratory

Materials Science and Engineering Department, University of California at Berkeley

Berkeley, California  94720. USA

mbsalmeron@lbl.gov• http://stm.lbl.gov

Berkeley, December 19, 2022

Honorable Judge Julie Robinson
Senior Federal District Judge
Federal District Court for the District of Kansas


Dear Honorable Judge Robinson:

I am writing this letter to ask for leniency in the indictment of Professor Franklin Tao, from the University of Kansas, initiated by the Department of Justice's China Initiative.

First, I would like to introduce myself: I am a Senior Scientist at the Lawrence Berkeley National Laboratory and Adjunct Professor in the Materials Science and Engineering Dept. of the University of California at Berkeley. I have received numerous Awards and Honors, including the ACS Surface Chemistry Award in 2022, the Davisson-Germer in Surface Physics of the American Physical Society (2015), the MRS Medal Award of the Materials Research Society (2012), the Medard W. Welch Award. American Vacuum Society (2008), and several others.

Prior to his tenure at Kansas University, Prof. Tao was a postdoctoral student jointly with me and Professor Gabor Somorjai from 2006 to 2010. I had the occasion to observe his intelligence, his strong work ethic, and his excellent research results during that time.

Later, in his independent career, Prof. Tao has revealed himself to be an outstanding scientist who has contributed enormously to the United States' scientific prominence. His scientific contributions are manifested in the more than 200 papers published, half of them during his tenure at the University of Kansas. The scientific impact of his work is evidenced by the more than 13,450 citations his work has received from other scientists. Furthermore, he has received numerous awards and accolades, of which I will mention only the University Scholarly Achievement Award, from University of Kansas, 2019. He was also elected Fellow of the American Association for the Advancement of Science (AAAS) in 2017.


It is devastating to see how the life of such a prominent scientist is being ruined - not only professionally but financially due to the enormous debts incurred by his legal defense - as a result of the now defunct China Initiative program, a program which has been characterized as inconsistent, ineffective and racially biased. Sincerely

Miquel Salmeron

# UCLA Engineering

HENRY SAMUELI SCHOOL OF ENGINEERING AND APPLIED SCIENCE

Chemical and Biomolecular Engineering Department

5531 Boelter Hall
Box 951592
Los Angeles, CA 90095-1592
(310) 825-2046
(310) 206-4107 FAX

December 24, 2022

RE:  Letter for Professor Franklin Tao

To Judge Julie Robinson, Senior Federal district judge, Federal District Court for the District of Kansas

It is a great pleasure for me to write this letter on my interaction with Professor Franklin Tao and his outstanding contribution to the the Science of the USA. I first met Franklin Tao at international conferences when he was a postdoctoral researcher in the university of California Berkeley and in 2016 we decided to write a proposal together to collaborate. He was then Associate Professor at the university of Kansas. Franklin Tao is a renowned experimentalist in surface science and catalysis, while my expertise is on theory and computations, so that collaboration and synergy was obvious.

Franklin was extremely active in preparing the proposal, coming with a large number of innovative ideas, and writing large parts of the text. The proposal was submitted to the National Science Foundation (NSF) and accepted for funding in 2018. We started to practically collaborate in September 2018. The project was focused on Catalysis, aiming at a fundamental understanding of the way catalysts change structure at the atomic scale during reaction. This topic is fundamental science, but could lead to applications of high importance for energy efficient chemical production in the USA. The role of Franklin was to provide atomic scale microscopy images to track the restructuring events. Franklin was fully involved and working very hard on the project. He came to UCLA for the kick-off meeting and then provided a large number of high quality images, and scientific ideas on the catalyst restructuring process. He was always attending our periodic online meetings to discuss progress, and contributed with great enthusiasm. The contribution of Franklin and his team was determinant for the project.

Franklin is a very generous, involved and careful person, very pleasant to work with. His strong and active experimental contribution continued until September 2019, date at which he was unable to access his laboratory and perform experiments. Nevertheless, the project was able to continue because

**UCLA** Engineering

HENRY SAMUELI SCHOOL OF ENGINEERING AND APPLIED SCIENCE

Chemical and Biomolecular Engineering Department

Franklin had acquired a large amount of data in the first year. Franklin remained involved in writing manuscript despite his personal problems, when many would have given up, illustrating his strength of character and total dedication to scientific research. The project will finish at the end of this year. Despite the circumstances, it has reached its target to understand the mechanism of the restructuring of Pt catalysts. The best illustration of the results of that collaborative project is the very recent publication in the Journal of the American Chemical Society, the world-leading journal of Chemistry. Without the efforts, ideas and dedication of Franklin, this publication would not have been possible.

I would like to finish this letter by explaining that Franklin Tao is an outstanding scientist. He published more than 200 papers in high impact journals. His work is highly recognized and cited in the US and world-wide community, as shown by his high H-factor of 61, a remarkable impact for a young associate professor. Franklin received several major awards, including the Scholarly Achievement Award of the University of Kansas in 2019. He was elected fellow of the American Association for the Advancement of Science (AAAS) in 2017, and of the Royal Society of Chemistry in 2013, which are two highly prestigious awards. Already in 2010, the top-class quality of his research was recognized by the Gerhard Ertl Young Investigator Award for Research Excellence in Surface Science. It is also remarkable that Franklin continued to publish scientific works during his legal defense, writing 16 scientific papers and a book that will be very important to educate the next generation of catalysis scientists. This continued activity despite the burden of the legal defense clearly illustrates that Franklin lives for science, with total involvement.

To conclude, Franklin Tao is an excellent scientist, very hard working, and very pleasant to collaborate with. I sincerely hope that he will soon be able to completely restart his scientific research and continue his passion for science, for the benefit of the USA.

Sincerely yours

Dr. Philippe Sautet,

Distinguished Professor

Levi Knight Jr. Chair for excellence

Member of the French Academy of Science



**Department of Chemistry**

Frick Chemistry Laboratory
Princeton, New Jersey 08544-0015
T 609-258-3900  F 609-258-6746

23 December 2022

The Honorable Julie Robinson,
Senior Federal District Judge,
Federal District Court for the District of Kansas

Judge Robinson,

I write to provide a character reference for Professor Franklin (Feng) Tao who is scheduled to appear before your court for sentencing on one charge of making a false statement.

Franklin Tao received his Ph.D. in Chemistry from Princeton University where I served on the faculty for over three decades. My research has been recognized for making fundamental contributions to the field of Structural Biology which has transformed our understanding of virus structure, cancer cells, and molecular diagnostics. As Director of Graduate Studies, I was involved in evaluating the applications of hundreds of students seeking advanced training in the chemical sciences at Princeton. Our committee awarded Franklin Tao our most prestigious fellowship, The Hugh Stott Taylor Prize, to encourage him to accept our offer of admission over those of our competitors (Harvard, CalTech, Yale, Berkeley & Columbia). I have never had any reason to doubt that he was worthy of this award given to just 10% of those on our admission list.

Franklin chose to work under the supervision of Prof. Steven Bernasek, a renowned expert in the field of surface catalysis, a discipline requiring a very deep understanding of physics and the quantum nature of individual molecules. This area of chemistry provides the foundation for all modern approaches to reducing greenhouse emissions, the primary driver of global warming, producing energy directly from sunlight, and expanding the applications of quantum computing.

Remarkably, given the intense strain Professor Tao must be under, he continues to publish important papers in this field. This attests to his having a true scientific temperament and dedication to his calling. The most compelling argument I can make as to Franklin Tao's strength of character and as testimony to his integrity is to emphasize that one cannot be elected a Fellow of the Royal Society of Chemistry or the American Academy for the Advancement of Science unless his peers recognize these qualities. It is impossible to have produced over 200

papers in the world's best scientific journals, and to have been invited to serve on their editorial boards, unless one has exercised the highest degree of honesty and integrity in carrying out research. Those unable to sustain these demands on one's character are weeded out very early on in graduate school, sometimes as post-doctoral fellows, but very rarely at the level of being a tenured professor at a top university like the University of Kansas (where I have lectured and spent time with the chemistry faculty).

Judge Robinson, I am extremely proud to have played a role in the early stages of Franklin Tao's scientific career, and to have lived to see him stand up to the powerful forces arrayed against him. Although my area of expertise in Chemistry is quite different from Franklin's, I hope that I have been able to convey to you my reasons for supporting you in a decision of leniency based on the strength of character he has exhibited in pursuing a career in academic science.


Sincerely,

Clarence E. Schutt
Professor of Chemistry, *Emeritus*
Princeton University

UNIVERSITY OF WISCONSIN **MILWAUKEE**

**Department of Chemistry and Biochemistry**



**Wilfred T. Tysoe**
**Distinguished**
**Professor of Chemistry**

November 9, 2022

Honorable Julie A. Robinson
District Judge
United States District Court
500 State Avenue, Suite 511
Kansas City, KS 66101

<strong>Support Letter for Professor Franklin Tao.</strong>

Dear Judge Robinson:

My name is Dr. Wilfred T. Tysoe, and I currently serve as a University Distinguished Professor at the University of Wisconsin Milwaukee's Department of Chemistry and Biochemistry. I have worked in the same general area as Professor Tao, that is the study of surfaces for energy applications and have over 400 publications with support from similar agencies as Professor Tao, namely, the US Department of Energy and the National Science Foundation.

He asked me to write this letter of support. This letter is neither to comment on his academic credentials, which are outstanding and which you can read in his Curriculum Vita, nor to opine on the merits of this case, which is the job of the legal system, but to comment on his character and qualities as a human being to hopefully help you to arrive at a just decision regarding sentencing.

I have known Franklin for many years since he was a post-doctoral researcher with Gabor Somorjai and Miquel Salmeron at Berkeley. I also did my post-doctoral studies with Gabor and I am good friends with Miquel so that I am very familiar with their work on ambient-pressure X-ray Photoelectron Spectroscopy (APXPS), which he developed and perfected with Miquel. XPS is a method for analyzing the chemical composition of surfaces and is a pivotal technique in our field, but generally only operates under vacuum conditions. However, most processes occur under atmospheric pressures so that many people had tried to adapt XPS to work under high-pressures but failed. Franklin and Miquel managed to make it work and Franklin then went on to use APXPS and other complementary techniques as a basis for his scientific research career.

Since then, I have interacted on many occasions with Franklin, both professionally and socially. I have invariably found him to be honest and straightforward. As an anecdotal illustration, we were both returning from a conference on the same United flight, which was canceled because of bad

MAIL: P.O. Box 413, Milwaukee, WI 53201-0413
SHIPPING: 3210 N. Cramer St. Milwaukee, WI 53211-3029
E-MAIL: wtt@uwm.edu
WWW: surface,chem.uwm.edu

PHONE: (414) 229-5222
FAX: (414) 229-5036

weather. At that time, I was a United Gold member, while Franklin, who was discussing overnight accommodation with the agent next to me, was not. Because of my status, I was offered a room by the airline, while poor Franklin was told that he could not have one. I told the United agent not to worry and he could share my room – a testament to the fact that I had compete trust in his honesty. Fortunately, however, the United agent took pity on him (or me) and allowed him to have a room, and we had a good laugh about this over dinner at the hotel.

My experience is that scientists are generally honest, and Franklin is no exception. This is partly because professionally we have to be. If we forge or falsify our experimental results, it is easily found out by some other scientist trying to repeat the work. Anyone found out to be scientifically dishonest is ostracized from the community and will no longer be able to do the work that they love. Some have had to appear before Congressional Committees.

I urge you to give Professor Tao the lightest sentence that you possibly can. First, as I tried to convince you with the above narrative, I firmly believe that he is an honest and honorable man. Second, he has already suffered mightily from this whole episode, not just because he is now in debt, but also mainly because he has not been able to work and to pursue his passion of investigating new ideas and trying to understand nature. Third, the United States in particular, and the world in general has, and will continue to benefit from Professor Tao's skills, talent, and energy that he will not be able to use if he is imprisoned. I do not know what ideas he will come up with, or what discoveries he will make, but I do know that he will not make them if he is not free.

Should you require any further information, please do not hesitate to contact me.

Sincerely,

Wilfred T. Tysoe
Distinguished Professor of Chemistry

MAIL: P.O. Box 413, Milwaukee, WI 53201-0413               PHONE: (414) 229-5222
SHIPPING: 3210 N. Cramer St. Milwaukee, WI 53211-3029          FAX: (414) 229-5036
E-MAIL: wtt@uwm.edu
WWW: surface,chem,uwm.edu