# CLERK'S COURTROOM MINUTE SHEET – CRIMINAL

## SENTENCING

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**v.**                                    **Case No:   19-20052-01-JAR**

**Feng Tao,**

        **Defendant.**

**Atty for Govt: Chris Oakley & Adam Berry**
**Atty for Deft: Michael Dearington & Peter Zeidenberg**

| JUDGE: | Julie A. Robinson | DATE: | 1/18/2023 |
|---|---|---|---|
| CLERK: | Sarah Spegal | TAPE/REPORTER: | Dani Murray |
| INTERPRETER: |  | PRETRIAL/PROBATION: | Cassidi Lundell |

☒ For Details of Sentence See Judgment and Commitment Order

☐ Restitution Ordered under 18:3663      $ _____ on count(s)
                                                                $ _____ on count(s)

☐ **Total Restitution:**                    $ None

☐ Defendant Fined                    $ _____ on count(s) _____
                                                                $ _____ on count(s)

☐ **Total Fine:**                            $ None

☒ Defendant Assessed under 18:3013      $ 100.00      on count(s) 9 of 2nd Superseding Indictment
                                                                 $      on count(s)

☐ **Total Assessment:**            $100.00

☐ Count(s) _____ dismissed by the court on the motion of the United States.
☒ Government ☒ Defendant     - Advised of right to appeal
☒ Defendant to remain on release
☐ Defendant remanded to custody
☐ Stay of Execution     ☐ Granted     ☐ Denied
☒ Notes: The courts rules as follows to the government's objections to the PSI as set forth in full on the record:
Paragraph 17: denied
Paragraph 52: denied
Paragraph 85: denied
Paragraph 94: denied, found as moot
Paragraph 64: denied
Paragraph 66: denied