# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 19-20052-JAR-JPO |
| ) | |
| FENG TAO ) | |
| a/k/a "Franklin Tao," ) | |
| ) | |
| Defendant. ) | |

## DR. FRANKLIN TAO'S NOTICE OF APPEAL

Dr. Feng "Franklin" Tao hereby gives notice that he appeals to the United States Court of Appeals for the Tenth Circuit from the final judgment entered by the District Court on January 18, 2023 (ECF No. 335), including, but not limited to, the District Court's entry of a judgment of conviction against Dr. Tao on Count 9 of the Second Superseding Indictment.

*[signatures and Certificate of Service on following page]*

Respectfully submitted,

/s/ *Thomas H. Johnson*
Thomas H. Johnson #13688
Petefish, Immel, Hird,
Johnson & Leibold, LLP
842 Louisiana
Lawrence, KS 66044
Tel: (785) 843-0450
Fax: (785) 843-0407
tjohnson@petefishlaw.com

Peter Zeidenberg
Michael F. Dearington
Laura Zell
ArentFox Schiff LLP
1717 K Street, NW
Washington, DC 20006
Tel: (202) 857-6000
Fax: (202) 857-6395
Peter.Zeidenberg@afslaw.com
Michael.Dearington@afslaw.com
Laura.Zell@afslaw.com

*Attorneys for Defendant Franklin Tao*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of January, 2023, I electronically filed the foregoing notice with the Clerk of the Court using the CM/ECF system.

/s/ *Thomas H. Johnson*
Thomas H. Johnson