UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>v. )<br>)<br>FENG TAO )<br>    a/k/a "Franklin Tao," )<br>)<br>    Defendant. ) | Case No. 19-20052-JAR-JPO |

**ORDER GRANTING DEFENDANT DR. FRANKLIN TAO'S
MOTION FOR RETURN OF PASSPORTS AND DEED**

Upon consideration of Defendant Dr. Feng "Franklin" Tao's Motion (Doc. 346) for Return of Passports and Deed, and for good cause shown, it is hereby:

**ORDERED** that Defendant's Motion (Doc. 346) is **GRANTED**; and

**ORDERED** that Dr. Tao's passport, his children's passports, his wife Hong Peng's Certificate of Naturalization, and the deed to his house located at 4512 Cedar Ridge Ct, Lawrence, Kansas, 66049, as well as the related Document and Policy Transmittal, be returned to Dr. Tao forthwith.

**IT IS SO ORDERED.**

Dated:  May 4th, 2023                          s/ Julie A. Robinson
                                                                      JULIE A. ROBINSON
                                                               UNITED STATES DISTRICT JUDGE