# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | CRIMINAL ACTION |
| v. ) | |
| ) | No. 19-20052-01-JAR |
| **FENG TAO** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| ) | |

## AMENDED JUDGMENT OF ACQUITTAL

On April 7, 2022, Defendant Feng Tao was found not guilty on Counts 1, 2, 5 and 10 of the Second Superseding Indictment after a jury trial (Docs. 280, 281).

On September 19, 2022, in its Memorandum and Order (Doc. 306), the Court granted in part and denied in part Defendant Feng Tao's Motion for Judgment of Acquittal, or, in the Alternative, for a New Trial. The motion for judgment of acquittal was granted on Counts 4, 6 and 7; it was denied on the false statement charge in Count 9 (Doc. 306).

Defendant appealed his conviction on Count 9. On August 2, 2024, the mandate was entered by the Tenth Circuit Court of Appeals reversing and remanding to this Court to enter a judgment of acquittal on Count 9 (Doc. 355).

**IT IS ORDERED BY THE COURT** that Defendant Feng Tao is acquitted, discharged, and any bond exonerated as to Count 1, 2, 4, 5, 6, 7, 9 and 10 of the Second Superseding Indictment.

**IT IS SO ORDERED**.

Dated: <u>August 7, 2024</u>

                                        <u>S/ Julie A. Robinson</u>
                                        JULIE A. ROBINSON
                                        UNITED STATES DISTRICT JUDGE